# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SWISSDIGITAL USA CO., LTD.<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSONITE INTERNATIONAL S.A.; SAMSONITE LLC; SAMSONITE COMPANY STORES, LLC; and DIRECT MARKETING VENTURES, LLC;<br><br>*Defendants*. | Civil Action No. 1:24-cv-11636<br><br>**JURY TRIAL DEMANDED** |

## MOTION FOR ADMISSION *PRO HAC VICE* OF DARIUSH KEYHANI, FRANCES H. STEPHENSON, AND SCOTT M. DRAFFIN

Pursuant to Local Rule 83.5.3 and the enclosed certifications, counsel for Plaintiff Swissdigital USA Co., Ltd. ("Swissdigital") moves for the admissions, *pro hac vice*, of Dariush Keyhani, Frances H. Stephenson, and Scott M. Draffin of Keyhani LLC to represent Swissdigital as lead counsel in the above-captioned matter.

Date:  June 26, 2024

Respectfully submitted,

/s/ *Kevin R. Mosier*

Lisa M. Tittemore (BBO # 567941)
Kevin R. Mosier (BBO # 703739)
**Sunstein LLP**
100 High Street
Boston, MA 02110
Phone: (617) 443-9292
ltittemore@sunsteinlaw.com
kmosier@sunsteinlaw.com

Dariush Keyhani (D.C. Bar No. 1031500)
Frances H. Stephenson (New York Reg. No. 5206495)
Scott M. Draffin (New York Reg. No. 6095988)
**KEYHANI LLC**
1050 30th Street NW
Washington, DC 20007
Phone: (202) 748-8950
dkeyhani@keyhanillc.com
fstephenson@keyhanillc.com
sdraffin@keyhanillc.com

*ATTORNEYS FOR PLAINTIFF, SWISSDIGITAL USA CO., LTD.*

# **CERTIFICATION**

Pursuant to Local Rule 83.5.3, I certify that I am eligible for admission to this Court and that I am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia where I am not subject to any pending disciplinary proceedings. I also certify that I have not previously had any *pro hac vice* admission to this court revoked for any reason, and that I have read and will comply with the Local Rules of this Court. In accordance with Local Rule 83.5.3(e)(4) and the District Court Fee Schedule, I further certify that the fee of $125.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

     */s/ Dariush Keyhani*

Dariush Keyhani
**KEYHANI LLC**
1050 30th Street NW
Washington, DC 20007
Phone: (202) 748-8950
dkeyhani@keyhanillc.com

# **CERTIFICATION**

Pursuant to Local Rule 83.5.3, I certify that I am eligible for admission to this Court and that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York where I am not subject to any pending disciplinary proceedings. I also certify that I have not previously had any *pro hac vice* admission to this court revoked for any reason, and that I have read and will comply with the Local Rules of this Court. In accordance with Local Rule 83.5.3(e)(4) and the District Court Fee Schedule, I further certify that the fee of $125.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

*/s/ Frances H. Stephenson*

Frances H. Stephenson
**KEYHANI LLC**
1050 30th Street NW
Washington, DC 20007
Phone: (202) 748-8950
fstephenson@keyhanillc.com

## **CERTIFICATION**

Pursuant to Local Rule 83.5.3, I certify that I am eligible for admission to this Court and that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York where I am not subject to any pending disciplinary proceedings. I also certify that I have not previously had any *pro hac vice* admission to this court revoked for any reason, and that I have read and will comply with the Local Rules of this Court. In accordance with Local Rule 83.5.3(e)(4) and the District Court Fee Schedule, I further certify that the fee of $125.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

*/s/ Scott M. Draffin*

Scott M. Draffin
**KEYHANI LLC**
1050 30th Street NW
Washington, DC 20007
Phone: (202) 748-8950
sdraffin@keyhanillc.com