**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

SWISSDIGITAL USA CO., LTD.,

       Plaintiff,

    v.

SAMSONITE INTERNATIONAL S.A.;
SAMSONITE LLC; SAMSONITE
COMPANY STORES, LLC; and DIRECT
MARKETING VENTURES, LLC,

       Defendants.

Civil No. 1:24-cv-11636

**JURY TRIAL DEMANDED**

## SAMSONITE INTERNATIONAL S.A.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Samsonite International S.A. ("Samsonite") by and through its counsel hereby certifies that it has no parent corporation, and no other publicly-held corporation owns 10% or more of its stock.

1

Dated:  August 15, 2024

Respectfully submitted,

By:   */s/ Adam J. Kessel*
Adam J. Kessel
Massachusetts Bar No. 663726
kessel@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02210
Tel:  (617) 542-5070
Fax: (617) 542-8906

Neil J. McNabnay (*pro hac vice forthcoming*)
Texas Bar No. 24002583
mcnabnay@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070
Fax: (214) 747-2091

Bailey K. Benedict (*pro hac vice forthcoming*)
Texas Bar No. 24083139
benedict@fr.com
Ethan K. Kovar (*pro hac vice forthcoming*)
Texas Bar No. 24138134
kovar@fr.com
**FISH & RICHARDSON P.C.**
909 Fannin Street, Suite 2100
Houston, TX 77010
Tel: (713) 654-5300
Fax: (713) 652-0109

Wonjoon Chung (*pro hac vice forthcoming*)
Georgia Bar No. 396468
chung@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree Street NE
21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005
Fax: (404) 892-5002

*Attorneys for Defendants*
*SAMSONITE INTERNATIONAL S.A.;*
*SAMSONITE LLC; SAMSONITE COMPANY*
*STORES, LLC; and DIRECT MARKETING*
*VENTURES, LLC*