# EXHIBIT 2

PATENT APPLICATION

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Inventor: Li | Docket No: Li-002 |
| Appln. No.: 14/836,104 | Group Art Unit: 2859 |
| Confirmation No.:3320 | Examiner: Muralidar |
| Filed: August 26, 2015 | |
| For: Bags and luggages for convenient charging | |

AMENDMENT AND RESPONSE

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Please accept this amendment and response.

1

SWISSDIGITAL000146

Applicant would like to discuss the following claim amendments as described below:

I CLAIM:

1. (currently amended) A bag or luggage for convenient charging, comprising:

a bag or luggage body having a placing space for placing a power storage device inside the bag or luggage body and a power cable outlet on the outer surface of the bag or luggage body;

a USB extension cable having a male connector and a female connector having four sides and an operative end,

wherein the male connector of the USB extension cable is inside the bag or luggage body and is used to connect to the power storage device in the placing space;

wherein the female connector is retained outside and adjacent to the power cable outlet with one side of the four sides of the female connector in communication with the bag or luggage body, and the other three sides of the female connector are covered by a water proof sheath that protects the female connector and provides it in a flat position <u>and wherein the sheath is above and covers the power cable outlet,</u>

wherein the sheath does not cover the operative end of the female connector <u>which is exposed and fixedly attached above the exterior of the bag such that the operative end of the female connector does not need to be moved and the bag or luggage body does not need to be opened to accept a charging interface of a product to be charged</u>.

2. (previously presented) The bag or luggage for convenient charging according to claim 1, wherein the sheath is further equipped with a dust cap for dust proofing and the dust cap is movable to cover and uncover the operative end of the female connector.

3. (previously presented) The bag or luggage for convenient charging according to claim 2, wherein the power cable outlet is provided on the surface of the bag or luggage body, the female connector is exposed outside the power cable outlet, and the dust cap is attached on the side of the female connector.

SWISSDIGITAL000147

4. (Cancelled) The bag or luggage for convenient charging according to claim 2, wherein the dust cap is at the opening of the groove and connected to the groove.

5. (previously presented) The bag or luggage for convenient charging according to claim 1, wherein the power cable outlet is provided on any edge of a nameplate.

6. (original) The bag or luggage for convenient charging according to claim 1, wherein the power cable outlet is provided on either side of a fastener.

7. (previously presented) The bag or luggage for convenient charging according to claim 1, wherein the bag or luggage body is provided with a cable laying channel from the power storage device placing space to the power cable outlet for the penetration of the USB extension cable.

8. (previously presented) The bag or luggage for convenient charging according to claim 1, wherein at least one of the male connector and the female connector of the USB extension cable is further equipped with a wireless technology standard for exchanging data over short distances as an anti-loss alarm, which is used to connect to the device on the product to be charged.

9. (previously presented) The bag or luggage for convenient charging according to claims 1, wherein at least one of the male connector and the female connector of the USB extension cable is further equipped with a GPS device for positioning.

10. (currently amended) The bag or luggage for convenient charging according to claim 1, wherein the power cable outlet is on a shoulder strap of the bag or a side panel or a front part of the bag or luggage.

11. (currently amended) A bag or luggage for convenient charging, comprising:

a bag or luggage body having a placing space for placing a power storage device inside the bag or luggage body and a power cable outlet on the outer surface of the bag or luggage body and a cable laying channel from the placing space to the power cable outlet for the penetration of a USB extension cable having a male connector and a female connector on the bag or luggage body having four sides and an operative end;

SWISSDIGITAL000148

wherein the male connector of the USB extension cable is inside the bag or luggage body and is used to connect to the power storage device in the placing space;

wherein the female connector is retained outside and adjacent to the power cable outlet with one side of the four sides of the female connector in communication with the bag or luggage body, and the other three sides of the female connector are covered by a waterproof sheath that protects the female connector and provides it in a flat position, <u>wherein the sheath is above and covers the power cable outlet</u>, wherein the sheath does not cover the operative end of the female connector <u>which is</u> <u>exposed and fixedly attached above the exterior of the bag such that the operative end of the female connector does not need to be moved and the bag or luggage body does not need to be opened to accept a charging interface of a product to be charged</u>.

12. (previously presented) The bag or luggage for convenient charging according to claim 11, wherein the sheath is further equipped with a dust cap for dust proofing and the dust cap is movable to cover and uncover the operative end of the female connector.

13. (previously presented) The bag or luggage for convenient charging according to claim 11, wherein the power cable outlet is provided on the surface of the bag or luggage body, the female connector is exposed outside the power cable outlet, and a dust cap is attached on the side of the female connector.

14. (Cancelled) The bag or luggage for convenient charging according to claim 11, wherein a dust cap is at the opening of the groove and connected to the groove.

15. (original) The bag or luggage for convenient charging according to claim 11, wherein, the power cable outlet is provided on any edge of a nameplate.

16. (original) The bag or luggage for convenient charging according to claim 11, wherein the power cable outlet is provided on either side of a fastener.

17. (previously presented) The bag or luggage for convenient charging according to claim 11, wherein at least one of the male connector and the female connector of the USB extension cable is further equipped with a wireless technology standard for exchanging data over short distances as an anti-loss alarm, which is used to connect to the device on the product to be charged.

SWISSDIGITAL000149

18. (previously presented) The bag or luggage for convenient charging according to claim 11, wherein at least one of the male connector and the female connector of the USB extension cable is further equipped with a GPS device for positioning.

19. (original) The bag or luggage for convenient charging according to claim 11, wherein the power cable outlet is on a shoulder strap of the bag.

SWISSDIGITAL000150

## NOTE ON FIGURES

Figures 8, 9 and 10 generally depict the independent claims and Figure 6 depicts the nameplate of dependent claims 5 and 15. The examiner in the office action noted on the record that item 6 of Figure 6 was the recited sheath. Item 6 is in fact the nameplate. The sheath 3 is wrapped on the outer surface of the female connector 2-2 throughout.

## REMARKS

**The prior art fails to teach or suggest "wherein the female connector is retained outside and adjacent to the power cable outlet with one side of the four sides of the female connector in communication with the bag or luggage body, and the other three sides of the female connector are covered by a water proof sheath that protects the female connector and provides it in a flat position and wherein the sheath is above and covers the power cable outlet."**

The examiner states, "wherein the female connector is retained outside and adjacent to the power cable outlet [Fig. 21, all USB connectors 216 are shown retained outside the aperture 210, next to (and therefore adjacent to) aperture 210].

Dictionary.com provides "lying near, close, or contiguous; adjoining; neighboring" (https://www.dictionary.com/browse/adjacent?s=t accessed June 7, 2019).

The aperture 210 is the opposite of adjacent, being remotely located from connector 216. No reasonable reading of Ferber could find the female connector retained adjacent to the power cable outlet.

6

SWISSDIGITAL000151



In an effort to streamline prosecution, applicant proposes adding, "and wherein the sheath is above and covers the power cable outlet," Support for this amendment may be found in, at least, [0036] which provides, the power cable outlet is below the fastener 7 [2-2 female connector].

The sheath of the present invention secures the operative end of the female connector which is exposed and fixedly attached above the exterior of the bag such that the operative end of the female connector does not need to be moved and the bag or luggage body does not need to be opened to accept a charging interface of a product to be charged. In Ferber, the connector 216 is retained when not being used and is pulled out of the pocket 42 to be used. Ferber expressly provides, "The compartments 212 may each have a connector pocket 224 sized to receive the connectors 216 when not connected to an electronic device, allowing the connectors 216 to be

7

SWISSDIGITAL000152

easily located by a user within the compartment 212." Ferber [0066]. Ferber additionally provides, "The connector 40 fits inside the pocket 42 and may be placed there when it is not connected to a mobile device. The pocket 42 allows the connector 40 to be stored and easily located by the user within the compartment 36." Ferber [0040]. Because of this, there must be some length of cord that may be pulled in and out. This is one of the very problems south to be addressed by the current invention. As will be addressed below, applicant proposes additionally amending the claim to positively recite "the female connector <u>which is</u> <u>exposed and fixedly attached above</u> <u>the exterior of the bag.</u>"   See also [003] The present invention intends to overcome the disadvantages stated above, and provides a type of bag or luggage for convenient charging, which enables the user to charge a device or product needing to be charged conveniently at any time or any place during traveling, without necessarily opening the bag or luggage, nor taking out the power source for charging.

**<u>The reliance on Figure 2 in the alternative is improper.</u>**

It is noted that the examiner relies, in the alternative on Figure 2 hole in the bag stating, "female connector 64 extends through a hole on the outer surface of the bag." Office Action p. 3. This must fail for a number of reasons. First, Figure 2 does not teach the location of the "hole" and the female connector is certainly not a USB connector.

SWISSDIGITAL000153



Fig. 2

Still further, reliance upon another embodiment is improper to support a 102 rejection. It is improper to pick and choose from different embodiments to support a finding of anticipation under 35 U.S.C. § 102. *See Richardson*, 868 F.2d at 1236 ("The identical invention must be shown in as complete detail as is contained in the . . . claim."). Moreover, "[e]very element of the claimed invention must be literally present, arranged as in the claim." *Id.* The Federal Circuit clarified that, "unless a reference discloses within the four corners of the document not only all of the limitations claimed but also all of the limitations arranged or combined the same way as recited in

SWISSDIGITAL000154

the claim, it cannot be said to prove prior invention of the thing claimed and, thus, cannot anticipate under 35 U.S.C. § 102." *Net MoneyIN*, 545 F.3d at 1371. "Thus, it is not enough [in an anticipation rejection] that the prior art reference discloses part of the claimed invention, which an ordinary artisan might supplement to make the whole, or that it includes multiple, distinct teachings that the artisan might somehow combine to achieve the claimed invention." *Id.*

It is noted that the Ferber reference provides, "[0027] Fig. 21 is a perspective view of a bag having a charging system according to another embodiment." Any fair review of Figure 2 and 21 would also provide that they are different unrelated embodiments and picking and choosing from them to support a 102 rejection would be improper. Still further, as discussed above, the reference lacks the required disclosure.

**Ferber fails to teach or suggest, "wherein the sheath does not cover the operative end of the female connector <u>which is</u> <u>exposed and fixedly attached above the exterior of the bag such that the operative end of the female connector does not need to be moved and the bag or luggage body does not need to be opened to accept a charging interface of a product to be charged</u>."**

*The examiner states*, "wherein the sheath does not cover the operative end of the female connector [as shown in Fig. 21, connector pocket 224 covers the USB connector 216 on at three sides, while leaving the top opening at the operative end accessible." Office Action p. 4.

Applicant responds, Ferber expressly provides, "The compartments 212 may each have a connector pocket 224 sized to receive the connectors 216 when not connected to an electronic device, allowing the connectors 216 to be easily located by a user within the compartment 212." Ferber [0066]. Ferber additionally provides, "The connector 40 fits inside the pocket 42 and may be placed there when it is not connected to a mobile device. The pocket 42 allows the connector 40 to be stored and easily located by the user within the compartment 36." Ferber [0040].

10

This highlights a very important distinction between Ferber and the present invention. The connectors of Ferber are contained within the compartment, unless they are to be used. At that point, they are removed from the compartment for use.

The entire purpose of the present invention is to provide the female USB connector that does not move (claimed as "fixedly attached") and is in the flat position (this make it more secure and easy to plug the charging interface of the product to be charged into the female connector of the USB extension cable). The female connector being in a fixedly attached flat position also allows for ease of attachment of an external USB charger without having to open the bag or find a charger. See [0002] and [0003].

Applicant further notes that Figure 21 is directed to a messenger bag with a flap that must be opened to access the charger. Still further, Ferber provides the connector is removably retained inside a connector pocket 224 that is attached to a compartment 212 that is on the interior of the bag covered by the messenger flap.



SWISSDIGITAL000156

This clearly fails to teach or suggest, "a power cable outlet on the outer surface of the bag or luggage body" OR "wherein the female connector is retained outside and adjacent to the power cable outlet with one side of the four sides of the female connector in communication with the bag or luggage body, and the other three sides of the female connector are covered by a water proof sheath that protects the female connector and provides it in a flat position <u>and wherein the sheath is above and covers the power cable outlet</u>" OR "wherein the sheath does not cover the operative end of the female connector <u>which is</u> <u>exposed and fixedly attached above the exterior of the bag such that the operative end of the female connector does not need to be moved and the bag or luggage body does not need to be opened to accept a charging interface of a product to be charged</u>."

Ferber teaches a connector contained in a pocket, attached to another pocket, under a messenger flap. Ferber also teaches that the connector must be removed from the pocket to charge the device. This does not teach or suggest the claims. It is noted that the cited references cannot cure the deficiencies of Ferber as they to fail to teach or suggest the claims as proposed.

Applicant additionally notes that the connector of Ferber is not a USB extension cable as in the claimed invention. The connector of Ferber plugs directly into the product to be charged. The present invention provides a female connector of a USB extension cable that accepts a charging interface of a product to be charged. This is an important distinction allowing for "on the go" charging and one handed plugging in of the charging interface of a product to be charged.

SWISSDIGITAL000157

**Conclusion**

      Applicant submits the claims are in a position for allowance.

      Respectfully submitted,

      /Jennifer Meredith/

MEREDITH &KEYHANI, PLLC    Jennifer Meredith
Telephone: (212) 760-0098       Registration No. 47,790
Facsimile: (212) 202-3819
CUSTOMER NUMBER: 30332

**Date:** June 25, 2019

SWISSDIGITAL000158