# Exhibit 3

# LONGMAN
# Dictionary of American English

**5TH EDITION**

SAMSONITE00160303

Pearson Education Limited
Edinburgh Gate
Harlow
Essex CM20 2JE
England
and Associated Companies throughout the world

Visit our website at: www.pearsonELT.com/dictionaries

© Pearson Education Limited 1983, 2014
All rights reserved; no part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without the prior written permission of the Publishers.

First edition published 1983
Second edition 1997
Third edition 2004
Fourth edition 2008
Fifth edition 2014

ISBN
978 1 4479 4810 0  Paperback and Online Access                    20 19 / IMP: 11
978 1 4479 4811 7  Paperback and Online Access (special edition)  20 19 18 17 16 15 14 / IMP: 10 9 8 7 6 5 4 3 2 1
978 1 4479 4802 5  Hardcover                                      20 19 18 17 16 15 14 / IMP: 10 9 8 7 6 5 4 3 2 1
978 1 4479 4803 2  Hardcover (special edition)                    20 19 18 17 16 15 14 / IMP: 10 9 8 7 6 5 4 3 2 1

Words that editors have reason to believe constitute trademarks have been described as such. However, neither the presence nor the absence of such a description should be regarded as affecting the legal status of any trademark.

Typeset by Letterpart Limited, Caterham on the Hill, Surrey CR3 5XL
Printed in China   SWTC/11

## Acknowledgments

**Publishing Manager**
Laurence Delacroix
**Managing Editor**
Karen Cleveland-Marwick
**Lexicographers**
Lisa Beizai
Karen Cleveland-Marwick
Chris Fox
Stephen Handorf
Lucy Hollingworth
Michael Murphy
Karen Stern
Laura Wedgeworth
**Project Managers**
Alan Savill
Alice Willoughby
**Production Manager**
Susan Braund
**Computational Linguist**
Allan Ørsnes
**Online development**
Andrew Roberts
**Production Editor**
Michael Murphy
**Pronunciation Editor**
Dinah Jackson
**Project Administrator**
Denise McKeough
**Language Notes**
Stephen Handorf
**Corpus Development**
Steve Crowdy
Allan Ørsnes
**Proofreaders**
Pat Dunn
Wendy Lee
Alison Sadler
Nicky Thompson

**Design**
Mick Harris
**Keyboarder**
Denise McKeough
**Administrative Assistance**
Sue Parker
**Artwork**
Mark Duffin, Graham Humphries, Chris Paveley, Maltings Partnership, Oxford Designers and Illustrators
**Picture Research**
Sandra Hilsdon
**Photography credits**
The publisher would like to thank the following for their kind permission to reproduce their photographs:
(Key: b-bottom; c-centre; l-left; r-right; t-top)
Alamy Images: Andrey Semenov 1195r, Dex Image 758l, Drive Images 246r, JG Photography 1114l, Kevin Su 325r, Nik Taylor 156l, Olaf Speier 668r, Rod Edwards 493l, Tetra Images 416l, WaterFrame 249r; Corbis: Tetra Images 410l; DK Images: Alistair Duncan 903r, Andy Crawford 519tr, Dave King 519br, John Bulmer 523r, Steve Gorton 162tr, Tony Souter 1233l, William Reavell 658l; FLPA Images of Nature: Imagebroker 254l, Rolf Nussbaumer / Imagebroker 158t; Fotolia.com: Adisa 1028tr, Alexey Kuznetsov 1058r, Anton Starikov 162tl, dp3010 519bl, Jojje11 1246cr, Lalouetto 1246cl, Sergey Korotkov 895r, The goatman 855l, Thomas von Stetten 1022t; Getty Images: AFP / Ben Stansall 507l, Chaos 533r, E+ 803r, Photodisc 1265l, Stockbyte 885l, The Image Bank 589r; Pearson Education Ltd: Gareth Boden 136tr; PhotoDisc: 262tl, 519tl; Science Photo Library Ltd: Roger Hill 1175r; Shutterstock.com: Aleksandra Pikalova 1174l, Anton Gvozdikov 774l, bikeriderlondon, Elnur 1028tl, Gelpi JM 1279l, holbox 180br, Iakov Filimonov 848r, In Green 1028br, Maxim Ibragimov 162br, Michael Wick 641r, Mikhail Abramov 1028cr, Nyvlt-art 1077l, Patrick Poendl 760r, Sergey Krasnoshchokov 531t, Vladimir Sazonov 240tl, wavebreakmedia 1085cr; Sozaijiten: 914r; SuperStock: 1085cl

All other images © Pearson Education

Every effort has been made to trace the copyright holders and we apologise in advance for any unintentional omissions. We would be pleased to insert the appropriate acknowledgement in any subsequent edition of this publication.

SAMSONITE00160304

**a·tro·cious** /əˈtroʊʃəs/ *adj.* extremely bad: *atrocious weather* | *My spelling is atrocious.* —**atrociously** *adv.*

> **THESAURUS** bad, awful, terrible, horrible, appalling, horrific, lousy, horrendous, abysmal → BAD¹ (1)

**a·troc·i·ty** /əˈtrɑsəti/ *n.* (plural **atrocities**) [C,U] very cruel or violent action: *the atrocities of war*

**at·ro·phy** /ˈætrəfi/ *v.* (**atrophied, atrophies**) [I,T] to become weak, or make something become weak, because of lack of use or lack of blood: *His muscles had atrophied after the surgery.*

**at·tach** /əˈtætʃ/ ●●● AWL *v.* [T] **1** to fasten or join one thing to another: *Please attach a photograph to your application.*

> **THESAURUS** fasten, secure, join, glue, tape, staple, clip, tie → FASTEN

**2 be attached to sb/sth** to like someone or something very much, especially because you have known him/her or had it for a long time: *As a doctor, I cannot get too attached to my patients.* **3** COMPUTERS to connect a document or FILE to an e-mail so that you can send them together: *I attach a copy of the spreadsheet with this e-mail for your records.* **4 attach importance/value/blame etc. to sth** to believe that something is important, valuable, guilty, etc.: *They seem to attach more importance to money than to happiness.*

**at·tach·ment** /əˈtætʃmənt/ ●●○ AWL *n.* **1** [C,U] a strong feeling of loyalty, love, or friendship: *a mother's deep attachment to her baby* **2** [C] a piece of equipment that you attach to a machine to make it do a particular job: *The vacuum cleaner has various attachments.* **3** [C] COMPUTERS a FILE that you send with an e-mail message: *I can't open the attachment.*

**at·tack¹** /əˈtæk/ ●●● *n.* **1** [C,U] a violent action that is intended to hurt a person or damage a place: *There have been a number of attacks on tourists this year.* | *The terrorist attack changed the country.* | *We do what we can to prevent a bomb/knife/missile etc. attack.* | *The city is under attack* (=being attacked).

> **THESAURUS**
> **MILITARY ATTACK**
> **invasion** – an occasion when an army enters a country and takes control of it
> **raid** – a short surprise military attack on a place
> **assault** – an attack by an army to take control of a place
> **ambush** – a sudden attack by people who have been waiting and hiding
> **counterattack** – an attack that you make against someone who has attacked you

**2** [C,U] strong criticism: *She made an attack on the government's welfare policy.* | *The mayor is under heavy attack for his racist remarks.* **3** [C] a short period of time when you are sick, worried, afraid, etc.: *He experienced an attack of asthma.* | *She suffers from panic attacks.* [Origin: 1600–1700 French *attaquer*, from Old Italian *attaccare*, from *stacca* "sharp post"] → HEART ATTACK

> **COLLOCATIONS**
> **VERBS**
> **to carry out an attack** *He was arrested before he could carry out the planned attack.*
> **to launch/mount an attack** (=to start an attack) *The Japanese launched their attack on Pearl Harbor in December, 1941.*
> **to prevent an attack** *Several terrorist attacks have been prevented in the past few years.*
> **to come under attack** (=begin to be attacked) *The rebels came under attack at dawn.*
> **an attack kills sb** *The bomb attack killed 12 people.*
> **ADJECTIVES/NOUNS + attack**
> **a terrorist/terror attack** *What can the government do to prevent terrorist attacks?*
> **a suicide attack** (=one in which someone uses a bomb that kills himself/herself and others at the same time) *A suicide attack claimed the lives of five people.*
> **a deadly attack** (=one that kills people) *Ten people were killed yesterday in the latest deadly attack in the war-torn country.*
> **a brutal/vicious attack** *There have been several vicious attacks on foreign visitors to the city.*
> **a surprise/sneak attack** *The soldiers launched a surprise attack on the Indian camp.*
> **a bomb/knife/missile attack** *He was wounded in a knife attack.*
> **a nuclear attack** *Our biggest fear was a nuclear attack by the Soviet Union.*
> **an air attack** (=an attack from a plane using bombs) *During World War II, Germany's air attacks on London caused a lot of damage.*

**attack²** ●●● *v.* **1** [I,T] to try to hurt or kill someone: *Dan was attacked as he got into his car.* | *He was arrested for attacking his brother with a knife.* **2** [T] to criticize someone strongly: *Newspapers attacked the president for failing to cut taxes.*

> **THESAURUS** criticize, lambast, knock, find fault with, be disparaging about sb/sth → CRITICIZE

**3** [T] if a disease, insect, or substance attacks something, it damages it: *The virus attacks the body's immune system.*

**at·tack·er** /əˈtækɚ/ ●●○ *n.* [C] someone who uses violence to hurt someone: *The police have been unable to identify her attacker.*

> **THESAURUS** criminal, robber, mugger, murderer → CRIMINAL²

**at·tain** /əˈteɪn/ ●●○ AWL *v.* [T] **1** to achieve something after trying for a long time: *More women are attaining high positions in business.* | *Sandra*