# EXHIBIT 4

THE *American Heritage*®

# DESK
# DICTIONARY
# AND THESAURUS

**Houghton Mifflin Harcourt**

Boston • New York

SAMSONITE00160306

Words are included in this dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this dictionary is not, however, an expression of the publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this dictionary is to be regarded as affecting the validity of any trademark.

American Heritage and the eagle logo are registered trademarks of American Heritage Inc. Their use is pursuant to a license agreement with American Heritage Inc.

Copyright © 2014, 2005 Houghton Mifflin Harcourt Publishing Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Harcourt Publishing Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Harcourt Publishing Company, 125 High Street, Boston, MA 02110.

Visit our websites: hmhco.com *and* ahdictionary.com

ISBN: 978-0-544-17618-8

*Library of Congress Cataloging-in-Publication Data*

The American Heritage desk dictionary and thesaurus.
    p. cm.
  ISBN-13: 978-0-618-59261-6
  ISBN-10: 0-618-59261-X
  1. English language--United States--Dictionaries. 2. English language--United States--Synonyms and antonyms. 3. English language--Dictionaries. 4. English language--Synonyms and antonyms. I. Title: Desk dictionary and thesaurus. II. Houghton Mifflin Company.
  PE2835.A47 2005
  423--dc22

                                                    2005012406

Manufactured in the United States of America

7 8 9 10 - EB - 19 18 17

SAMSONITE00160307

or minute particles, as in a spray. **2.** To fragment; disintegrate. **—at′om·i·za′tion** n.

**at·om·iz·er** (ăt′ə-mī′zər) ► n. A device for producing a fine spray of a liquid.

**atom smasher** ► n. See **accelerator** 2.

**a·ton·al** (ā-tōn′əl) ► adj. Mus. Lacking a traditional key or tonality. **—a·to·nal′i·ty** (-tō-năl′ĭ-tē) n. **—a·ton′al·ly** adv.

**a·tone** (ə-tōn′) ► v. **a·toned, a·ton·ing.** To make amends (for). **—a·ton′er** n.

**a·tone·ment** (ə-tōn′mənt) ► n. Reparation made for an injury, wrong, or sin.

**a·top** (ə-tŏp′) ► adv. To, on, or at the top. ► prep. On top of. **—a·top′** adj.

**-ator** ► suff. One that acts in a specified manner: *radiator.*

**-atory** ► suff. **1a.** Of or relating to: *reconciliatory.* **b.** Tending to: *derogatory.* **2.** One that is connected with: *observatory.*

**ATP** (ā′tē′pē′) ► n. A nucleotide that supplies energy to cells.

**a·tri·um** (ā′trē-əm) ► n., pl. **a·tri·a** (ā′trē-ə) or **-ums. 1a.** A usu. skylighted central area in a building, esp. a public building. **b.** An open central court in an ancient Roman house. **2.** A body cavity or chamber, esp. either of the upper chambers of the heart; auricle.

**a·tro·cious** (ə-trō′shəs) ► adj. **1.** Extremely evil, savage, or cruel: *an atrocious crime.* **2.** Exceptionally bad; abominable: *atrocious decor.* **—a·tro′cious·ly** adv. **—a·tro′cious·ness** n.

**a·troc·i·ty** (ə-trŏs′ĭ-tē) ► n., pl. **-ties. 1.** Atrocious state, quality, or behavior. **2.** An appalling act or object. **3.** An act of vicious cruelty, esp. the killing of unarmed people.

**at·ro·phy** (ăt′rə-fē) ► n., pl. **-phies.** A wasting or shrinking of a bodily organ, tissue, or part. ► v. **-phied, -phy·ing.** To waste or cause to waste away. **—a·troph′ic** (ā-trŏf′ĭk) adj.

**at·ro·pine** (ăt′rə-pēn′, -pĭn) also **at·ro·pin** (-pĭn) ► n. A poisonous, bitter, crystalline alkaloid, $C_{17}H_{23}NO_3$, obtained from belladonna and used to dilate the pupil of the eye.

**at·tach** (ə-tăch′) ► v. **1.** To fasten or become fastened; connect. **2.** To bind by ties of affection or loyalty. **3.** To affix or append: *attached her signature to the contract.* **4.** To seize by legal writ. **—at·tach′a·ble** adj.

**at·ta·ché** (ăt′ə-shā′, ă-tă-) ► n. One who is assigned to a diplomatic mission to serve in a particular capacity: *a cultural attaché.*

**attaché case** ► n. A slim briefcase with flat sides and hinges.

**at·tach·ment** ► n. **1.** The act of attaching or the condition of being attached. **2.** Something, such as a tie or band, that attaches one thing to another. **3.** A bond of affection or loyalty. **4.** A supplementary part, as of an appliance; accessory. **5.** *Law* **a.** Legal seizure of property or a person. **b.** The writ ordering this.

**at·tack** (ə-tăk′) ► v. **1.** To set upon with violent force. **2.** To criticize strongly. **3.** To start work on with vigor. **4.** To affect harmfully: *a disease that attacked the nervous system.* ► n. **1.** The act of attacking; assault. **2.** An expression of strong or hostile criticism. **3.** The onset of a disease, esp. a chronic disease. **—at·tack′er** n.

**at·tain** (ə-tān′) ► v. **1.** To accomplish; achieve. **2.** To arrive at. **—at·tain′a·bil′i·ty** n. **—at·tain′a·ble** adj. **—at·tain′ment** n.

**at·tain·der** (ə-tān′dər) ► n. Formerly, the loss of all civil rights by a person sentenced for a capital offense.

**at·taint** (ə-tānt′) ► v. To pass a sentence of attainder against.

**at·tar** (ăt′ər) ► n. A fragrant oil obtained from flowers.

**at·tempt** (ə-tĕmpt′) ► v. To make an effort to do, perform, or achieve; try. ► n. **1.** An effort; try. **2.** An attack; assault: *an attempt on someone's life.* **—at·tempt′a·ble** adj.

**at·tend** (ə-tĕnd′) ► v. **1.** To be present (at). **2.** To accompany. **3.** To take care (of). **4.** To take charge of; manage. **5.** To pay attention (to); heed.

**at·ten·dance** (ə-tĕn′dəns) ► n. **1.** The act of attending. **2.** The number of persons present.

**at·ten·dant** (ə-tĕn′dənt) ► n. **1.** One who attends or waits on another. **2.** One who is present. **3.** An accompanying circumstance; consequence. ► adj. Accompanying; consequent: *attendant conditions.*

**at·ten·tion** (ə-tĕn′shən) ► n. **1.** Concentration of the mental powers upon an object. **2.** Observant consideration; notice. **3.** Courtesy or consideration: *attention to a guest's comfort.* **4. attentions** Acts of courtesy and consideration, esp. by a suitor. **5.** An erect military posture assumed on command. **—at·ten′tive** adj. **—at·ten′tive·ly** adv. **—at·ten′tive·ness** n.

**attention deficit disorder** ► n. A syndrome, usu. diagnosed in childhood, marked by persistent impulsiveness and inattention, with or without hyperactivity.

**attention deficit hyperactivity disorder** ► n. Attention

---

**atone** n. —See PURIFY (1).

**atonement** n. The act of making amends ► expiation, penance, reconciliation, reparation. [Compare COMPENSATION, PURIFICATION.]

**atrium** n. —See COURT (1).

**atrocious** adj. —See OFFENSIVE (1), OUTRAGEOUS, TORMENTING.

**atrociousness** n. —See OUTRAGEOUSNESS.

**atrocity** n. —See OUTRAGE, OUTRAGEOUSNESS.

**atrophy** n. —See DETERIORATION (1).

**atrophy** v. —See DETERIORATE.

**attach** v. **1.** To join one thing to another ► adjoin, append, affix, clamp, clip, connect, couple, fasten, fuse, fix, moor, secure. [Compare BOND, COMBINE, JOIN.] **2.** To add as a supplement or an appendix ► add (on), affix, annex, append, subjoin.

**attachment** n. A subordinate element that is added to another entity ► accessory, add-on, adjunct, appendage, appurtenance, supplement. [Compare ADDITION.] —See also BOND (3), LOVE (1).

**attack** v. **1.** To set upon with violent force ► aggress, assail, assault, beset, bombard, charge, fall on (or upon), go at, have at, march against, rush, sail into, storm, strike. Informal: light into, pitch into. Slang: lay into, tear into. Idioms: gang up on, have a go at, let have it, open up on. [Compare AMBUSH, CONTEND, RAID.] **2.** To start work on vigorously ► dive into, go at, plunge into, set to work, tackle, wade in (or into). Idioms: get a move on, get cracking (or moving), hop to it, look lively, roll up one's sleeves. [Compare START.]

**attack** n. The act of attacking ► aggression, assailment, assault, attempt, drive, offense, offensive, onrush, onset, onslaught, storming, strike. [Compare ADVANCE, CHARGE, SIEGE.] —See also APPROACH (1), SEIZURE (1).

**attackable** adj. —See VULNERABLE.

**attacker** n. —See AGGRESSOR.

**attain** v. —See ACCOMPLISH, GET (1).

**attainable** adj. —See AVAILABLE, POSSIBLE.

**attainment** n. A quality that makes a person suitable for a particular position or task ► credential, endowment, qualification, skill. —See also ACCOMPLISHMENT, FULFILLMENT (1).

**attempt** v. To make an attempt to do or make ► assay, endeavor, essay, seek, strive, struggle, try (for). Informal: shoot for (or at). Idioms: give a whirl, go to all lengths, have a go at, have (or make or take) a shot at, have a try at, make a grab (or stab) at, take

a crack at, try one's hand at, have (or take) a whack at. [Compare ASPIRE, PRESUME, START.]

**attempt** n. A trying to do or make something ► bid, crack, effort, endeavor, essay, go, offer, stab, trial, try, undertaking. Informal: shot, whirl. Slang: take. [Compare EFFORT.] —See also ATTACK.

**attend** v. **1.** To occur as a consequence ► ensue, follow, result. [Compare STEM.] **2.** To work and care for ► do for, minister to, serve, wait on (or upon). [Compare HELP, WORK.] **3.** To make an effort to hear something ► hark, hearken, heed, listen. Idioms: be all ears, give (or lend) an ear. —See also ACCOMPANY, HEAR, TEND².

**attendance** n. The condition or fact of being present ► occurrence, presence. [Compare EXISTENCE.]

**attendant** n. —See ASSISTANT, CONCOMITANT.

**attendant** adj. —See CONCURRENT.

**attending** adj. —See CONCURRENT, FOLLOWING (2).

**attention** n. Concentration of the mental powers on something ► attentiveness, concentration, consideration, contemplation, heedfulness, intentness, preoccupation, regardfulness. [Compare ALERTNESS, CARE, DILIGENCE.] —See also NOTICE (1).