# EXHIBIT 5

# LONGMAN

# Dictionary of American English

**5TH EDITION**

SAMSONITE00160309

Pearson Education Limited
Edinburgh Gate
Harlow
Essex CM20 2JE
England
and Associated Companies throughout the world

Visit our website at: www.pearsonELT.com/dictionaries

© Pearson Education Limited 1983, 2014
All rights reserved; no part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without the prior written permission of the Publishers.

First edition published 1983
Second edition 1997
Third edition 2004
Fourth edition 2008
Fifth edition 2014

ISBN
978 1 4479 4810 0   Paperback and Online Access                 20 19 / IMP: 11
978 1 4479 4811 7   Paperback and Online Access (special edition)   20 19 18 17 16 15 14 / IMP: 10 9 8 7 6 5 4 3 2 1
978 1 4479 4802 5   Hardcover                                   20 19 18 17 16 15 14 / IMP: 10 9 8 7 6 5 4 3 2 1
978 1 4479 4803 2   Hardcover (special edition)                 20 19 18 17 16 15 14 / IMP: 10 9 8 7 6 5 4 3 2 1

Words that editors have reason to believe constitute trademarks have been described as such. However, neither the presence nor the absence of such a description should be regarded as affecting the legal status of any trademark.

Typeset by Letterpart Limited, Caterham on the Hill, Surrey CR3 5XL
Printed in China   SWTC/11

## Acknowledgments

**Publishing Manager**
Laurence Delacroix
**Managing Editor**
Karen Cleveland-Marwick
**Lexicographers**
Lisa Beizai
Karen Cleveland-Marwick
Chris Fox
Stephen Handorf
Lucy Hollingworth
Michael Murphy
Karen Stern
Laura Wedgeworth
**Project Managers**
Alan Savill
Alice Willoughby
**Production Manager**
Susan Braund
**Computational Linguist**
Allan Ørsnes
**Online development**
Andrew Roberts
**Production Editor**
Michael Murphy
**Pronunciation Editor**
Dinah Jackson
**Project Administrator**
Denise McKeough
**Language Notes**
Stephen Handorf
**Corpus Development**
Steve Crowdy
Allan Ørsnes
**Proofreaders**
Pat Dunn
Wendy Lee
Alison Sadler
Nicky Thompson

**Design**
Mick Harris
**Keyboarder**
Denise McKeough
**Administrative Assistance**
Sue Parker
**Artwork**
Mark Duffin, Graham Humphries, Chris Paveley, Maltings Partnership, Oxford Designers and Illustrators
**Picture Research**
Sandra Hilsdon
**Photography credits**
The publisher would like to thank the following for their kind permission to reproduce their photographs:
(Key: b-bottom; c-centre; l-left; r-right; t-top)
Alamy Images: Andrey Semenov 1195r, Dex Image 758l, Drive Images 246r, JG Photography 1114l, Kevin Su 325r, Nik Taylor 156l, Olaf Speier 668r, Rod Edwards 493l, Tetra Images 416l, WaterFrame 249r; Corbis: Tetra Images 410l; DK Images: Alistair Duncan 903r, Andy Crawford 519tr, Dave King 519br, John Bulmer 523r, Steve Gorton 162tr, Tony Souter 1233l, William Reavell 658l; FLPA Images of Nature: Imagebroker 254l, Rolf Nussbaumer / Imagebroker 158t; Fotolia.com: Adisa 1028tr, Alexey Kuznetsov 1058r, Anton Starikov 162tl, dp3010 519bl, Jojje11 1246cr, Lalouetto 1246cl, Sergey Korotkov 895r, The goatman 855l, Thomas von Stetten 1022t; Getty Images: AFP / Ben Stansall 507l, Chaos 533r, E+ 803r, Photodisc 1265l, Stockbyte 885l, The Image Bank 589r; Pearson Education Ltd: Gareth Boden 136tr; PhotoDisc: 262tl, 519tl; Science Photo Library Ltd: Roger Hill 1175r; Shutterstock.com: Aleksandra Pikalova 1174l, Anton Gvozdikov 774l, bikeriderlondon 1028l, Elnur 1028tl, Gelpi JM 1279l, holbox 180br, Iakov Filimonov 848r, In Green 1028br, Maxim Ibragimov 162br, Michael Wick 641r, Mikhail Abramov 1028cr, Nyvlt-art 1077l, Patrick Poendl 760r, Sergey Krasnoshchokov 531t, Vladimir Sazonov 240tl, wavebreakmedia 1085cr; Sozaijiten: 914r; SuperStock: 1085cl

All other images © Pearson Education

Every effort has been made to trace the copyright holders and we apologise in advance for any unintentional omissions. We would be pleased to insert the appropriate acknowledgement in any subsequent edition of this publication.

SAMSONITE00160310

you cannot control: *a **fit** of rage* **4** a period during which you laugh or cough a lot: *I had a **coughing fit** during the concert.* **5 be a good/tight/perfect etc. fit** to fit a person or a particular space well, tightly, perfectly, etc.: *The skirt's a perfect fit.*

**fit³** ●●○ *adj.* **1** appropriate or good enough for something [ANT] **unfit**: *This book is not **fit** for publication.* | *You're **in no fit state** to drive.* **2** healthy and strong: *He's young and physically fit.*

[THESAURUS] **healthy, well, fine, better, in (good) shape** → HEALTHY

**3 see fit to do sth** *formal* to decide that it is right to do something, even though many people disagree: *The government has **seen fit** to start testing more nuclear weapons.*

**fit·ful** /ˈfɪtfəl/ *adj.* always starting and stopping, not continuous or regular: *a **fitful** sleep*

**fit·ness** /ˈfɪtnɪs/ ●●○ *n.* [U] **1** the condition of being healthy or strong enough to do hard work or sports: *classes to improve your **physical fitness*** **2** the quality of being appropriate for something, especially a job: *They were unsure of his **fitness for** a job as a social worker.*

**fit·ted** /ˈfɪtɪd/ *adj.* **1** fitted clothes are designed so that they fit closely to someone's body: *a **fitted** jacket* **2 be fitted with sth** to have or include something as a permanent part: *The food processor is **fitted with** three blades.*

**fit·ting¹** /ˈfɪtɪŋ/ ●●○ *adj. formal* right or appropriate: *It was **fitting that** it rained the day of his funeral.* | *The game was a **fitting end** to the season.*

**fitting²** *n.* [C] an occasion when you put on clothes that are being made for you to find out if they fit

**ˈfitting room** *n.* [C] a DRESSING ROOM

**five¹** /faɪv/ ●●● *number* **1** 5 **2** five o'clock: *I get off work **at five**.* **3** five years old: *My nephew is almost five.* [Origin: Old English *fif*]

**five²** *n.* [C] **1** a piece of paper money worth $5 **2 give sb five** *informal* to hit the inside of someone's hand with the inside of your hand in order to show that you are very pleased about something

**fix¹** /fɪks/ ●●● *v.* [T]
**1 REPAIR** to repair something that is broken or not working correctly: *I've **fixed** your bike.* | *Do you know how to **fix** the problem?*

[THESAURUS] **repair, mend, renovate, restore, service, rebuild, recondition** → REPAIR²

**2 PREPARE** to prepare a meal or drinks: *Let me **fix** you a drink.* | *Mom was **fixing** dinner.*
**3 DECIDE** to decide on an exact time, place, price, etc.: *Have you **fixed** a date for the wedding?* | *The interest rate was **fixed** at 6.5%.*
**4 HAIR/FACE** to make your hair or MAKEUP look neat and attractive: *Let me **fix** my hair first and then we can go.*
**5 RESULT** to make dishonest arrangements so that an election, competition, etc. has the results that you want: *If you ask me, the game was **fixed**.* [Origin: 1400–1500 Latin *fixus*, past participle of *figere* "to fasten"]

**fix sb/sth ↔ up** *phr. v.*
**1** to decorate or repair a room or building: *We **fixed up** the guest bedroom.*
**2** *informal* to find a romantic partner for someone: *Rachel keeps trying to **fix** me **up with** her brother.*

**fix²** *n.* **1 a quick fix** something that solves a problem quickly but is only a temporary solution **2 be in a fix** to have a problem that is difficult to solve: *We're going to be in a real **fix** if we miss the last bus.* **3 get a fix on sb/sth a)** to find out exactly where someone or something is **b)** to understand what someone or something is really like **4** [singular] *slang* an amount of an illegal drug that someone needs to take regularly

**fix·a·tion** /fɪkˈseɪʃən/ *n.* [C] a very strong interest in someone or something that is not healthy or natural: *Brian **has a fixation with** motorcycles.* —**fixated** /ˈfɪkseɪtɪd/ *adj.*

**fixed** /fɪkst/ ●●○ *adj.* **1** a fixed amount or time cannot be changed: *pensioners on a **fixed income*** | ***fixed** costs* **2** firmly fastened to something and in a particular position: *a mirror **fixed** to the wall* **3 have fixed ideas/opinions** *disapproving* to have opinions or ideas that will not change

**fix·ed·ly** /ˈfɪksɪdli/ *adv.* without looking at or thinking about anything else: *Ann stared **fixedly** at the screen.*

**fix·ture** /ˈfɪkstʃər/ ●○○ *n.* **1** [C usually plural] a piece of equipment that is attached inside a house, such as an electric light or a FAUCET: *a bathroom with gold-plated **fixtures*** **2 be a (permanent) fixture** to always be present, and unlikely to move or go away: *He's been a **fixture** in the Senate since 1968.*

**fizz** /fɪz/ *n.* [singular, U] the BUBBLEs of gas in some types of drinks, or the sound they make → see picture on page A23 —**fizz** *v.* [I] —**fizzy** *adj.*

**fiz·zle** /ˈfɪzəl/ *v.*
**fizzle out** *phr. v.* to gradually end in a weak or disappointing way: *The party **fizzled out** before midnight.*

**FL** the written abbreviation of FLORIDA

**flab** /flæb/ *n.* [U] *informal* soft loose fat on a person's body

**flab·ber·gast·ed** /ˈflæbərˌgæstɪd/ *adj. informal* extremely shocked or surprised

[THESAURUS] **surprised, amazed, shocked, astonished, astounded, stunned, dumbfounded, nonplussed, taken aback** → SURPRISED

**flab·by** /ˈflæbi/ *adj. informal* having too much soft loose fat instead of strong muscles: *flabby arms*