# EXHIBIT 6

# The Chambers Dictionary

## 13th Edition

Chambers Harrap Publishers Ltd
Carmelite House
50 Victoria Embankment
London EC4Y 0DZ

Designed by Chambers Harrap Publishers Ltd

Letter openers and Miscellany designed by Sharon McTeir

Typeset in Optima and Arial by Cenveo

Additional Typesetting by Mac Bride

Printed in India

This revised thirteenth edition published in 2016 by Chambers Harrap Publishers Ltd.
Thirteenth edition published in 2014 by Chambers Harrap Publishers Ltd.

First published as *Chambers's Twentieth Century Dictionary* in 1901; published as *Chambers English Dictionary* in 1988; first published as *The Chambers Dictionary* in 1993.

*An HachetteUK company.*

Copyright © Chambers Harrap Publishers Ltd 2014

Database right Hodder & Stoughton (makers)

The Chambers name is a registered trademark of Chambers Harrap Publishers Ltd.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without the prior written permission of the publisher, or as expressly permitted by law, or under terms agreed with the appropriate reprographic rights organization. Enquiries concerning reproduction outside the scope of the above should be sent to the Rights Department, Hodder & Stoughton, at the address below.

You must not circulate this book in any other binding or cover and you must impose this same condition on any acquirer.

British Library Cataloguing in Publication Data: a catalogue record for this title is available from the British Library.

ISBN 9781473602250

10 9 8 7 6 5 4

The publisher has used its best endeavours to ensure that any website addresses referred to in this book are correct and active at the time of going to press. However, the publisher and the author have no responsibility for the websites and can make no guarantee that a site will remain live or that the content will remain relevant, decent or appropriate.

The publisher has made every effort to mark as such all words which it believes to be trademarks. The publisher should also like to make it clear that the presence of a word in the book, whether marked or unmarked, in no way affects its legal status as a trademark.

Every reasonable effort has been made by the publisher to trace the copyright holders of material in this book. Any errors or omissions should be notified in writing to the publisher, who will endeavour to rectify the situation for any reprints and future editions.

Fonts featured in letter openers published by the following foundries: Adobe, Apple, ATF, Berthold, Bitstream, Elsner&Flake, Garamond, International TypeFounders Inc, ITC, Linotype, Microsoft, Stempel, T.26, URW++, Wagner.

Typeset by Cenveo® Publisher Services.

Hodder & Stoughton policy is to use papers that are natural, renewable and recyclable products and made from wood grown in sustainable forests. The logging and manufacturing processes are expected to conform to the environmental regulations of the country of origin.

Chambers Harrap Publishers Ltd
Carmelite House
50 Victoria Embankment
London EC4Y 0DZ

Designed by Chambers Harrap Publishers Ltd

Letter openers and Miscellany designed by Sharon McTeir

Typeset in Optima and Arial by Cenveo

Additional typesetting by Mac Bride

Printed in India

SAMSONITE00160313

with accurate adjustment to space; to be of such size and shape as to be able to do so. [Origin obscure]

■ **fit'ly** *adv* (**fit'lier; fit'liest**) suitably; well. **fit'ment** *n* an article of furniture or equipment; a fitting; a due (*Shakesp*); something fitted to an end (*Shakesp*). **fit'ness** *n* the state of being suitable or (*esp* referring to health) fit; the average contribution of one allele or genotype to the next generation, compared with that of other alleles or genotypes (*biol*; *cf* **Darwinian fitness** and **inclusive fitness** below). **fitt'ed** *adj* (of a cover, clothing, etc) made, cut, sewn, etc to fit exactly; (of a carpet) covering the whole of the floor; (of a cupboard, etc) constructed to fit a particular space and attached to, or built into, the wall of a room; (of a room) fully furnished with (matching) fitted cupboards, etc. **fitt'er** *n* a person or thing that fits or makes fit; a person who fits on clothes; a person who assembles or repairs the parts of a machine, etc. **fitt'ing** *adj* fit; appropriate. ● *n* anything used in fitting up, *esp* (in *pl*) equipment accessories; a fixture; a device used for supporting or containing a lamp, together with its holder and its shade or reflector (*elec eng*); the work of a fitter; the act or time of trying on an article of clothing so that it can be adjusted to fit the wearer. **fitt'ingly** *adv*. **fitt'ingness** *n*.

□ **fitness walker** *n* someone who walks for exercise as well as (or instead of) pleasure. **fit'-out** *n* (*obs*) outfit. **fitt'ing-out** *n* a supply of things fit and necessary. **fitting-out basin** or **dock** *n* a dock where a ship is completed after launching. **fitt'ing-room** *n* a room in a clothes shop where customers may try on clothes before deciding whether or not to buy them. **fitt'ing-shop** *n* a shop in which pieces of machinery are fitted together. **fit'-up** *n* temporary, improvised stage and properties (*theatre*); a frame-up or false criminal charge, *esp* by the police (*sl*).

■ **Darwinian fitness** (*biol*) the number of offspring of an individual that live to reproduce in the next generation. **fit for purpose** in suitable condition to carry out its proper function. **fit in** to find enough room or time for (someone or something); to be, or cause to be, in harmony (with). **fit on** to try on; to try a garment on (a person). **fit out** to provide or equip. **fit the bill** to be adequate. **fit up** to provide with fittings; to frame (*sl*). **inclusive fitness** (*biol*) Darwinian fitness, with the addition of those genes that the individual shares with its relatives and that are passed on by them.

**fit²** /fit/ *n* an attack of illness, *esp* epilepsy; a convulsion or paroxysm; a temporary attack or outburst of anything, eg laughter; a sudden effort or motion; a mood or passing humour; the approach of death (*Spenser*); a painful experience (*Spenser*); a crisis (*obs*). ● *vi* to suffer an epileptic fit. ● *vt* (*Shakesp*) to wrench or cause to start with a sudden movement. [OE *fitt* a struggle]

■ **fit'ful** *adj* marked by sudden impulses; unpredictably intermittent; spasmodic. **fit'fully** *adv*. **fit'fulness** *n*.

■ **fit of the face** (*obs*) a grimace. **fits and starts** spasmodic and irregular bursts of activity. **have** or **throw a fit** to suffer a fit; to become very angry (*inf*). **in fits** laughing uncontrollably.

**fit³**, also **fitte**, **fitte** or **fytte** /fit/ (*archaic*) *n* a song; a division of a poem, a canto; a strain of music. [OE *fitt* a song]

**FITA** /fē'tə/ *abbrev*: *Fédération Internationale de Tir à l'Arc* (Fr), International Archery Federation.

**fitch¹** /fich/ *n* a polecat; polecat fur; a paintbrush of polecat hair; a small hog's-hair brush. [MDu *visse* and OFr *fissle*, *fissau*, from the root of *Du visse* nasty]

■ **fitch'et** or **fitchew** /fich'et, -ōo/ *n* the polecat or its fur. [*fitch*]

**fitch²** /fich/ *n* vetch; in the Bible (Isaiah 28.25), black cumin (*Nigella sativa*); in the Bible (Ezekiel 4.9), a species of wheat, spelt. [**vetch**]

**fitché** or **fitchée** /fich'ā/ (*heraldry*) *adj* cut to a point (also **fitch'y**). [Fr *fiché*, pap of *ficher* to fix]

**fitt** and **fitte** see **fit³**.

**fitz-** /fits-/ *pfx* son of; used in England, *esp* of the illegitimate sons of kings and princes, as in *Fitzclarence*, etc. [Anglo-Fr *fiz* (Fr *fils*), from L *fīlius*]

**FIV** *abbrev*: feline immunodeficiency virus.

**five** /fīv/ *n* the cardinal number above four; a symbol representing that number (5, v, etc); a set of five things or people; a score of five points, strokes, tricks, etc; an article of a size denoted by 5; a playing card with five pips; the fifth hour after midnight or midday; the age of five years. ● *adj* of the number five; five years old. [OE *fīf*; Ger *fünf*; Gothic *fimf*; Welsh *pump*; L *quinque*; Gr *pente*, *pempe*; Sans *pancha*]

■ **five'fold** *adj* and *adv* in five thicknesses; folded in five thicknesses. **fiv'er** *n* (*inf*) a five-pound note; a five-dollar bill (*N Am*). **five-a-day** *n* the consumption of five items of fruit or vegetables considered necessary to a healthy daily diet. **five'-and-dime** *n* (*US*) a shop selling cheap goods (orig costing five or ten cents). **Five Articles** or **Five Points** *n pl* statements of the distinctive doctrines of the Arminians and Calvinists respectively, the former promulgated in 1610, the latter sustained by the Synod of Dort in

1619 (see Calvinism). **five'-a-side** *n* a form of association football with five players on each side, instead of eleven (also *adj*). **five'-bar** *adj* (of a gate) having five bars. **five-day week** *n* a week, three days of which are working days. **five'-eighth** *n* (*rugby*, *esp Aust* and *NZ*) a stand-off (**second five-eighth** a player positioned on the outside of the five-eighth). **five'finger** or **five'fingers** *n* a name for various plants (cinquefoil, oxlip, etc) that have leaves with five lobes or flowers with five petals; a starfish. **five'-finger** *adj* (of eg a piano exercise) for five fingers. **five Ks** see under **K**. **Five Nations** *n pl* (*hist*) a confederacy of northern Iroquoian peoples, comprising the Cayuga, Mohawk, Oneida, Onondaga and Seneca nations. **five-o'clock shadow** *n* (*inf*) the new growth of hair that becomes noticeable on a man's shaven face in the late afternoon. **five'-parted** *adj* in five parts; divided into five nearly to the base (*bot*). **five'pence** *n* the value of five pennies. **five'penny** *adj*. **five'pins** *n sing* a game with five 'pins', resembling ninepins and tenpins (**five'pin** *adj* as in *fivepin bowling alley*). **fives'-and-threes'** *n* a variety of the game of dominoes. **five'-square** *adj* (*Bible*) regularly pentagonal. **five'-stones** *n sing* the game of dibs or jacks played with five stones.

■ **bunch of fives** (*sl*) the fist. **give someone five** (*sl*) to shake hands, or slap hands above one's head (**high five**) with someone in congratulation or greeting.

**fives¹** /fīvz/ *n* same as **vives**.

**fives²** /fīvz/ *n pl* a ball game similar to squash played with the (gloved) hand (or a bat) in a walled court. [Origin obscure]

■ **Rugby fives** see under **rugby**.

**fix** /fiks/ *vt* to make firm or fast; to establish; to drive in; to settle; to make or keep permanent, solid, rigid, steady or motionless; to fasten or attach; to put to rights or mend; to arrange or attend to (a matter, sometimes by means of trickery); to prepare; to castrate or spay; to prevent from causing further trouble (*inf*); to get even with (*inf*); to chastise (*inf*). ● *vi* to settle or remain permanently; to become firm, stable or permanent. ● *n* a difficulty (*inf*); a dilemma (*inf*); the position of an aircraft, a ship, etc as calculated from instrument readings; the establishment of a position by any means; a shot of heroin or other drug (*sl*); a dose or experience of anything seen as or felt to be addictive (*inf*); something fraudulently or covertly arranged (*inf*); a solution, *esp* when expedient or temporary, as in *quick fix* (*inf*). [L *fīgere*, *fīxus* to fix; prob through LL *fīxāre*]

■ **fix'able** *adj* capable of being fixed. **fix'ate** *vt* to fix or make stable; to direct (the eyes) on an object; to arrest the emotional development of (*psychol*); to preoccupy. ● *vi* to become preoccupied. **fixa'ted** *adj*. **fixa'tion** *n* the act of fixing or state of being fixed; steadiness, firmness, a state in which a body does not evaporate; conversion of atmospheric nitrogen into a combined form; emotional arrest of personality, instinctive forces maintaining their earlier channels of gratification; loosely, an abnormal attachment or an obsession; the process whereby biological specimens are chemically preserved for examination. **fix'ative** *n* (*esp photog*) a fixing agent. **fix'ature** *n* a gummy preparation for fixing the hair. **fixed** *adj* settled; not apt to evaporate; steadily directed; fast, lasting, permanent; not varying or subject to alteration; (with *for*) disposed (in terms of); used substantively for fixed stars (*Milton*). **fix'edly** *adv*. **fix'edness** *n*. **fix'er** *n* a fixing agent (*photog*); a person who makes (often illegal) arrangements. **fix'ing** *n* the act or process of making fixed; arrangement; the process of removing unreduced silver halides after development of an emulsion (*image technol*); (in *pl*) adjuncts or trimmings; (in *pl*) equipment. **fix'ity** *n* fixedness. **fix'ure** *n* fixing; a movable thing that has become fastened to land or to a house; a fixed article of furniture; a thing or person permanently established in a place; a fixed or appointed time or event, such as a horse-race. **fix'ure** *n* (*Shakesp*) stability, position or firmness.

□ **fixed air** the name given by Dr Joseph Black in 1756 to what in 1784 was named by Lavoisier carbonic acid gas. **fixed assets** *n pl* (*commerce*) long-lived assets such as plant and buildings, brands, processes, patents and financial investments. **fixed capital** see under **capital**[1]. **fixed charges** *n pl* overheads such as interest payments, allowance for depreciation, and fixed costs, which do not vary with the volume of business done. **fixed costs** *n pl* overheads such as rent and rates which do not vary with the volume of business done. **fixed idea** *n* a monomania. **fixed income** *n* one which does not increase or decrease, such as income from a fixed-interest investment. **fixed-in'terest** *adj* having an invariable rate of interest. **fixed odds** *n pl* a betting method whereby a stated amount per unit stake is offered for a certain result or combination of results. **fixed oils** *n pl* those which, on the application of heat, do not volatilize without decomposition. **fixed-pen'alty** *adj* of or relating to an offence, such as illegal parking, the penalty for which is invariable and obligatory, eg a fine which may be imposed and paid without the offender appearing in court. **fixed'-price** *adj* (of a menu, contract, etc) having a price that cannot be varied. **fixed'-rate** same as **fixed-interest** above. **fixed satellite** *n* a geostationary satellite. **fixed stars** *n pl* stars which appear always to occupy the same position in the heavens, as opposed to planets.

SAMSONITE00160314