# EXHIBIT 7

THE *American Heritage*®

# DESK DICTIONARY AND THESAURUS

Houghton Mifflin Harcourt
Boston • New York

SAMSONITE00160315

Words are included in this dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this dictionary is not, however, an expression of the publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this dictionary is to be regarded as affecting the validity of any trademark.

American Heritage and the eagle logo are registered trademarks of American Heritage Inc. Their use is pursuant to a license agreement with American Heritage Inc.

Copyright © 2014, 2005 Houghton Mifflin Harcourt Publishing Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Harcourt Publishing Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Harcourt Publishing Company, 125 High Street, Boston, MA 02110.

Visit our websites: hmhco.com *and* ahdictionary.com

ISBN: 978-0-544-17618-8

*Library of Congress Cataloging-in-Publication Data*

The American Heritage desk dictionary and thesaurus.
    p. cm.
 ISBN-13: 978-0-618-59261-6
 ISBN-10: 0-618-59261-X
 1. English language--United States--Dictionaries. 2. English language--United States--Synonyms and antonyms. 3. English language--Dictionaries. 4. English language--Synonyms and antonyms. I. Title: Desk dictionary and thesaurus. II. Houghton Mifflin Company.
PE2835.A47 2005
423--dc22
                                            2005012406

Manufactured in the United States of America

7 8 9 10 - EB - 19 18 17

SAMSONITE00160316

*Slang* A dose of a narcotic. **—fix'a·ble** *adj.* **—fix'er** *n.*
**fix·ate** (fĭk'sāt') ▸ *v.* **-at·ed, -at·ing.** 1. To make fixed or stationary. 2. To preoccupy obsessively. 3. *Psychol.* To attach (oneself) to a person or thing in an immature or neurotic fashion. **—fix·a'tion** *n.*
**fix·a·tive** (fĭk'sə-tĭv) ▸ *n.* A substance that fixes or preserves. **—fix'a·tive** *adj.*
**fixed** (fĭkst) ▸ *adj.* 1. Firmly in position; stationary. 2. Determined; established: *a fixed price.* 3. Invariable; constant: *a fixed income.* 4. *Chem.* a. Nonvolatile. b. In a stable, combined form. 5. Firmly, often dogmatically held: *fixed notions.* 6. Illegally prearranged: *a fixed election.* **—fix'ed·ly** (fĭk'sĭd-lē) *adv.* **—fix'ed·ness** *n.*
**fix·ings** (fĭk'sĭngz) ▸ *pl.n. Informal* Accessories; trimmings: *turkey with all the fixings.*
**fix·i·ty** (fĭk'sĭ-tē) ▸ *n.* The quality or condition of being fixed; stability.
**fix·ture** (fĭks'chər) ▸ *n.* 1. Something attached as a permanent apparatus or appliance: *plumbing fixtures.* 2. One long associated with a place or setting.
**fizz** (fĭz) ▸ *n.* 1. A hissing or bubbling sound. 2. Effervescence. **—fizz** *v.* **—fizz'y** *adj.*
**fiz·zle** (fĭz'əl) ▸ *v.* **-zled, -zling.** 1. To make a hissing or sputtering sound. 2. *Informal* To fail or end weakly, esp. after a hopeful beginning. ▸ *n. Informal* A failure.
**fjord** or **fiord** (fyôrd) ▸ *n.* A long, narrow, deep inlet of the sea between steep slopes.
**FL** also **Fla.** ▸ *abbr.* Florida
**fl.** ▸ *abbr.* 1. *Lat.* floruit (flourished) 2. fluid
**flab** (flăb) ▸ *n.* Soft, fatty body tissue.
**flab·ber·gast** (flăb'ər-găst') ▸ *v.* To overwhelm with astonishment; astound.
**flab·by** (flăb'ē) ▸ *adj.* **-bi·er, -bi·est.** 1. Lacking firmness; slack. 2. Lacking force; feeble. **—flab'bi·ly** *adv.* **—flab'bi·ness** *n.*
**flac·cid** (flăs'ĭd, flăk'sĭd) ▸ *adj.* Lacking firmness, resilience, or muscle tone. **—flac·cid'i·ty, flac'cid·ness** *n.* **—flac'cid·ly** *adv.*
**flack** (flăk) ▸ *n.* Var. of **flak**.
**flac·on** (flăk'ən, -ŏn') ▸ *n.* A small stoppered bottle.
**flag¹** (flăg) ▸ *n.* 1. A piece of cloth of distinctive color and design, used as a symbol, signal, or emblem. 2. A marker; tag. ▸ *v.* **flagged, flag·ging.** 1. To mark with a flag. 2. To signal with or as if with a flag: *flagged the car to stop.* **—flag'ger** *n.*
**flag²** (flăg) ▸ *n.* A plant, as an iris, that has long bladelike leaves.
**flag³** (flăg) ▸ *v.* **flagged, flag·ging.** 1. To hang limply; droop. 2. To decline in vigor or strength.
**flag⁴** (flăg) ▸ *n.* A flagstone.
**flag·el·late** (flăj'ə-lāt') ▸ *v.* **-lat·ed, -lat·ing.** To whip or flog; scourge. **—flag'el·la'tion** *n.*
**fla·gel·lum** (flə-jĕl'əm) ▸ *n., pl.* **-gel·la** (-jĕl'ə). 1. *Biol.* A whiplike extension of certain cells or unicellular organisms that serves in locomotion. 2. A whip.
**flag·on** (flăg'ən) ▸ *n.* A large vessel with a handle and spout, used for holding wine or liquors.
**flag·pole** (flăg'pōl') ▸ *n.* A pole on which a flag is raised.
**fla·grant** (flā'grənt) ▸ *adj.* Conspicuously bad, offensive, or reprehensible. **—fla'gran·cy, fla'grance** *n.* **—fla'grant·ly** *adv.*
**flag·ship** (flăg'shĭp') ▸ *n.* 1. A ship bearing the flag of a fleet or squadron commander. 2. The chief one of a group: *the flagship of a newspaper chain.*
**flag·staff** (flăg'stăf') ▸ *n.* See **flagpole**.
**flag·stone** (flăg'stōn') ▸ *n.* A flat, evenly layered paving stone.
**flag-wav·ing** (flăg'wā'vĭng) ▸ *n.* Excessive or fanatical patriotism. **—flag'-wav'er** *n.*
**flail** (flāl) ▸ *n.* A manual threshing device with a long wooden handle and a short, free-swinging stick on the end. ▸ *v.* 1. To beat with or as if with a flail. 2. To move wildly.
**flair** (flâr) ▸ *n.* 1. A talent or aptitude. 2. Instinctive discernment; keenness. 3. Distinctive elegance or style.
**flak** also **flack** (flăk) ▸ *n.* 1a. Antiaircraft artillery. b. The bursting shells fired from such artillery. 2. *Informal* a. Excessive criticism. b. Dissension; opposition.
**flake** (flāk) ▸ *n.* 1. A flat thin piece or layer; chip. 2. A crystal of snow. 3. *Slang* A somewhat eccentric person; oddball. ▸ *v.* **flaked, flak·ing.** To break into or come off in flakes. **—flak'er** *n.* **—flak'i·ly** *adv.* **—flak'i·ness** *n.* **—flak'y, flak'ey** *adj.*
**flam·bé** (fläm-bā', flän-) ▸ *adj.* Served flaming in ignited liquor. **—flam·bé'** *v.*
**flam·boy·ant** (flăm-boi'ənt) ▸ *adj.* 1. Highly elaborate; ornate. 2. Richly colored; resplendent. 3. Marked by striking audacity or verve. 4. Ostentatious. **—flam·boy'ance, flam·boy'an·cy** *n.* **—flam·boy'ant·ly** *adv.*
**flame** (flām) ▸ *n.* 1. The zone of burning gases and fine suspended matter associated with rapid combustion. 2. A violent or intense passion. 3. *Informal* A sweetheart. 4. An insulting or malicious remark, as on a computer network. ▸ *v.* **flamed, flam·ing.** 1. To burn brightly; blaze. 2. To color or flash suddenly. 3. To insult or criticize provokingly, as on a computer network. **—flam'er** *n.*
**fla·men·co** (flə-měng'kō) ▸ *n., pl.* **-cos.** 1. A dance style of the Andalusian Gypsies, with forceful, often improvised rhythms. 2. The guitar music that usu. accompanies such a dance.
**flame·out** (flām'out') ▸ *n.* Failure of a jet aircraft engine, esp. in flight.
**flame·throw·er** (flām'thrō'ər) ▸ *n.* A weapon that projects a steady stream of ignited fuel.
**fla·min·go** (flə-mĭng'gō) ▸ *n., pl.* **-gos** or **-goes.** A large

---

**THESAURUS**

ENGRAVE (2), ESTABLISH (1), FASTEN, GOVERN, LIMIT, PREPARE, SETTLE (1), SETTLE (2), STERILIZE (2).
**fix up** *v.* —See FIX (1), HARDEN (2), RENEW (1).
**fix** *n.* —See BRIBE, PREDICAMENT.
**fixate** *v.* To dominate the mind or thoughts of ▸ obsess, possess, preoccupy. [*Compare* ABSORB, GRIP.]
**fixation** *n.* —See OBSESSION.
**fixed** *adj.* Firmly in position ▸ anchored, embedded, fastened, immobile, immovable, riveted, rooted, secured, stationary, steadfast, steady, unmovable, unmoving. *Idiom:* cast (or etched or set in stone. [*Compare* FIRM¹.] —*See also* DEFINITE (2), INTENT, MOTIONLESS, UNCHANGING.
**fixture** *n.* Something attached as a permanent part of something else ▸ apparatus, fitting, installation. [*Compare* ATTACHMENT.] —*See also* FAUCET.
**fizz** *n.* —See FOAM, HISS (1).
**fizz** *v.* —See FOAM, HISS (1).
**fizzle** *v.* —See FADE, HISS (1).

**fizzle** *n.* —See DISAPPOINTMENT (2), HISS (1).
**fizzy** *adj.* —See FOAMY.
**fjord** *n.* —See INLET.
**flabbergast** *v.* —See STAGGER (2).
**flabby** *adj.* —See FAT (1), LIMP.
**flaccid** *adj.* —See LIMP.
**flag¹** *n.* A piece of fabric used as a symbol or emblem ▸ banderole, banner, banneret, colors, ensign, jack, oriflamme, pennant, pennon, standard, streamer. —*See also* TICKET (1).
**flag** *v.* To attach a ticket to ▸ earmark, label, mark, tag, ticket. —*See also* GESTURE.
**flag²** *v.* —See FADE, TIRE (2), WILT.
**flagellate** *v.* —See BEAT (2).
**flagitiousness** *n.* —See CORRUPTION (1).
**flagrancy** *n.* The quality or state of being flagrant ▸ egregiousness, glaringness, grossness, rankness. [*Compare* IMPUDENCE, OUTRAGEOUSNESS.]
**flagrant** *adj.* Conspicuously bad extremely or offensive ▸ egregious, glaring, gross, rank. [*Compare* OFFEN-

SIVE, OUTRAGEOUS, SHAMELESS.]
**flail** *v.* 1. To swing about or strike at wildly ▸ thrash, thresh, toss. [*Compare* STAGGER, SWAY.] 2. To beat plants to separate the grain from the straw ▸ thrash, thresh. —*See also* BEAT (1).
**flair** *n.* —See TALENT.
**flak** *n.* —See BARRAGE, CRITICISM.
**flake** *n.* A small, thin piece of something ▸ chip, leaf, paring, scale, slice, sliver, shaving. [*Compare* BIT¹, CUT, END.] —*See also* CHARACTER (5).
**flake** *v.* To come or fall off in small, thin pieces ▸ chip, desquamate, exfoliate, peel, scale, shed.
**flamboyant** *adj.* —See DRAMATIC (2), ORNATE, SHOWY.
**flame** *n.* The visible signs of combustion ▸ blaze, conflagration, fire, flareup. —*See also* LOVER.
**flame** *v.* —See BURN (2).
**flameproof** or **flame-resistant** or **flame-retardant** *adj.* —See FIREPROOF.
**flaming** *adj.* —See BURNING, PASSIONATE.