# EXHIBIT 8



*The*

# AMERICAN
# HERITAGE®

dictionary

*of the*

# English
# Language

## FIFTH
### EDITION

# FIFTIETH ANNIVERSARY

## Houghton Mifflin Harcourt
### BOSTON    NEW YORK

SAMSONITE00160318

Words are included in this dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this dictionary is not, however, an expression of the publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this dictionary is to be regarded as affecting the validity of any trademark.

American Heritage and the eagle logo are registered trademarks of American Heritage Inc. Their use is pursuant to a license agreement with American Heritage Inc.

Copyright © 2018, 2016, 2011 by Houghton Mifflin Harcourt Publishing Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Harcourt unless such copying is expressly permitted by federal copyright law. Address inquiries to:
Permissions, Houghton Mifflin Harcourt,
3 Park Avenue, 19th Floor, New York, NY 10016.

Visit our websites: hmhco.com and ahdictionary.com

ISBN 978-1-328-84169-8

Library of Congress Cataloging-in-Publication Data

The American Heritage dictionary of the English language. -- 5th ed.
p. cm.
Previous ed.: 2000.
ISBN 978-0-547-04101-8
1. English language--Dictionaries.
PE1628.A623 2011
423--dc22
                                                      2011004777

Manufactured in the United States of America

1 2 3 4 5 6 7 8 9–DOW–24 23 22 21 20 19 18

4500715946

SAMSONITE00160319





Suriname

**su·ri·cate** (sŏŏr′ĭ-kāt′) *n.* See **meerkat.** [French < obsolete Dutch *surikat*, macaque, probably of South African origin.]

**su·ri·mi** (sŏŏ-rē′mē, sŏŏ-) *n.* Minced, processed fish used in the preparation of imitation seafood, especially imitation shellfish. [Japanese : *suru*, to process, mash + *mi*, meat.]

**Su·ri·na·me** (sŏŏr′ə-nä′mə) Formerly (1948–1978) **Su·ri·nam** (sŏŏr′ə-nâm′, -năm′). A country of northeast South America on the Atlantic Ocean. First colonized by the British, the region was ceded to the Netherlands as Dutch Guiana in 1667. It received limited autonomy in 1954 and achieved full independence in 1975. Paramaribo is the capital and the largest city. —**Su′ri·na·mese′** (-nä-mēz′, -mēs′) *adj. & n.*

**Suriname River** also **Surinam River** A river of Suriname flowing about 645 km (400 mi) northward to the Atlantic Ocean.

**sur·jec·tion** (sər-jĕk′shən) *n.* Mathematics A function that is onto. [SUR- + (PRO)JECTION.]

**sur·ly** (sûr′lē) *adj.* **-li·er, -li·est** **1.** Sullenly ill-humored; gruff. **2.** Threatening, as of weather conditions; ominous: *surly clouds filled the sky.* **3.** *Obsolete* Arrogant; domineering. [Middle English *sirly,* masterful, lordly < *sir,* lord; see SIR.] —**sur′li·ly** *adv.* —**sur′li·ness** *n.*

**sur·mise** (sər-mīz′) *v.* **-mised, -mis·ing, -mis·es** —*tr.* **1.** To make a judgment about (something) without sufficient evidence; guess: *In another pocket he came across what he surmised in the dark were pennies, erroneously, however, as it turned out"* (James Joyce). **2.** To say (something) as a guess or conjecture. —*intr.* To make a guess or conjecture. ❖ *n.* An idea or opinion based on insufficiently conclusive evidence; a conjecture. [Middle English *surmisen,* to accuse < Old French *surmise,* feminine past participle of *surmettre* : *sur-, sur- + mettre,* to put (< Latin *mittere*).]

**sur·mount** (sər-mount′) *tr.v.* **-mount·ed, -mount·ing, -mounts** **1.** To overcome (an obstacle, for example); triumph over. **2.** To ascend to the top of; climb: *surmount a hill.* **3a.** To place something above; top: *The lintel was surmounted by a frieze.* **b.** To be above or on top of: *The church steeple surmounts the square.* **4.** *Obsolete* To surpass or exceed in amount. [Middle English *surmounten* < Old French *surmonter* : *sur-, sur- + monter,* to mount; see MOUNT¹.] —**sur·mount′a·ble** *adj.* —**sur·mount′er** *n.*

**sur·name** (sûr′nām′) *n.* **1.** A name shared in common to identify the members of a family, as distinguished from each member's given name. Also called *family name, last name.* **2.** A nickname or epithet added to a person's name. ❖ *tr.v.* **-named, -nam·ing, -names** To give a surname to. [Middle English, partial translation of Old French *surnom* : *sur-, sur- + nom, name.*]

**sur·pass** (sər-păs′) *tr.v.* **-passed, -pass·ing, -pass·es** **1.** To be more than or be superior to: *surpassed her classmates in academic honors.* See Synonyms at **excel.** **2.** To be beyond the limit, powers, or capacity of; transcend: *misery that surpasses comprehension.* **3.** To be greater than, as in degree or quality; exceed: *The cost of the project surpasses its budget projections.* —*idiom:* **surpass oneself** To do the best that one ever has done at a given activity. [French *surpasser* < Old French, to transgress : *sur-, sur- + passer,* pass; see PASS.]

**sur·pass·ing** (sər-păs′ĭng) *adj.* Exceptional; exceeding: *monuments of surpassing splendor.* —**sur·pass′ing·ly** *adv.*



surplice

**sur·plice** (sûr′plĭs) *n.* A loose-fitting, white ecclesiastical gown with wide sleeves, worn over a cassock. [Middle English *surplis* < Anglo-Norman *surpliz,* variant of Old French *sourpeliz* < Medieval Latin *superpellicium* : Latin *super-, super- + Medieval Latin *pellicium,* fur coat (< Latin, neuter of *pellicius,* made of skin < *pellis,* skin; see **pel-³** in App. I).]

**sur·plus** (sûr′pləs, -plŭs′) *adj.* Being more than or in excess of what is needed or required: *surplus grain.* See Synonyms at **superfluous.** ❖ *n.* **1.** An amount or quantity in excess of what is needed. **2.** *Accounting* **a.** Total assets minus the sum of all liabilities. **b.** Excess of a corporation's net assets over the face value of its capital stock. **c.** Excess of receipts over expenditures. [Middle English, an excess, surplus < Old French, an excess < Medieval Latin *superplūs* : Latin *super-, super- + Latin *plūs,* more; see **pela-¹** in App. I.]

**sur·plus·age** (sûr′plə-sĭj) *n.* **1.** Surplus; excess. **2.** An excess of words; verbiage. **3.** *Law* Words or allegations in a legal document or pleading that do not have any legal value.

**surplus value** *n.* The difference between the value of the product produced by labor and the actual price of labor as paid out in wages in Marxian analysis of capitalism.

**sur·print** (sûr′prĭnt′) *tr.v.* **-print·ed, -print·ing, -prints** **1.** To overprint. **2.** To superimpose (a second negative) on a previously printed image of the first negative. —**sur′print′** *n.*

**sur·pris·al** (sər-prī′zəl) *n.* The act of surprising or the state of being surprised.

**sur·prise** (sər-prīz′) *tr.v.* **-prised, -pris·ing, -pris·es** **1.** To cause to feel wonder, astonishment, or amazement, as at something unanticipated: *Thinking I was at home, she was surprised to see me in the office. We were surprised that he could recover so quickly.* **2a.** To encounter or discover suddenly or unexpectedly; take or catch unawares: *She surprised him as he was reading her diary.* **b.** To attack or capture suddenly and without warning: *surprised the sentries in a predawn raid, wounding several.* **3a.** To cause (someone) to do or say something unintended or unexpected. **b.** To elicit or detect through surprise: *There passed a scene . . . that surprised me into courage to come forward"* (Fanny Burney). **b.** To elicit or detect through surprise: *"She occasionally surprised a look on Jemima's face"* (Marcia Willett). ❖ *n.* **1.** The act of surprising or the condition of being surprised: *Imagine my surprise on seeing you here.* **2.** Something, such as an unexpected encounter, event, or gift, that surprises. [Middle English *surprisen,* to overcome < Old French *surprise,* feminine past participle of *surprendre,* to surprise : *sur-, sur- + prendre,* to take (< Latin *prehendere, prēndere,* to seize; see **ghend-** in App. I).] —**sur·pris′er** *n.* —**sur·pris′ing·ly** *adv.*



surrey

◆ **SYNONYMS** *surprise, astonish, amaze, astound, dumbfound, flabbergast* These verbs mean to affect a person strongly as being unexpected or unusual. *To surprise* is to fill with often sudden wonder or disbelief as being unanticipated or out of the ordinary: *"Never tell people how to do things. Tell them what to do and they will surprise you with their ingenuity"* (George S. Patton). *Astonish* suggests overwhelming surprise: *The sight of such an enormous crowd astonished us. Amaze* implies astonishment and often bewilderment: *The violinist's virtuosity has amazed audiences all over the world. Astound* connotes shock, as from something unprecedented in one's experience: *We were astounded at the beauty of the mountains. Dumbfound* adds to *astound* the suggestion of perplexity and often speechlessness: *His question dumbfounded me, and I groped in vain for the answer. Flabbergast* is used as a more colorful equivalent of *astound, astonish,* or *amaze: "He was utterly flabbergasted by the accusation and for a few moments he was quite unable to reply"* (Alexander McCall Smith).

**sur·ra** (sŏŏr′ə) *n.* An often fatal infectious disease of domestic animals, especially horses, caused by the trypanosome *Trypanosoma evansi* and usually transmitted by biting insects. [Marathi *sūra,* sound of heavy breathing through nostrils, of imitative origin.]

**sur·re·al** (sə-rēl′) *adj.* **1.** Having qualities attributed to or associated with surrealism: *"Even with most facilities shut down . . . a few mavericks managed to slip into the park to sample the almost surreal emptiness before the shutdown ended"* (Peter H. King). **2.** Having an oddly dreamlike quality. [Back-formation < SURREALISM.] —**sur′re·al′i·ty** (-ăl′ĭ-tē) *n.* —**sur·re′al·ly** *adv.*

**sur·re·al·ism** (sə-rē′ə-lĭz′əm) *n.* **1.** A literary and artistic movement of the 1900s that attempts to express the workings of the subconscious and is characterized by fantastic imagery and incongruous juxtaposition of subject matter. **2.** Literature or art produced in this style. [French *surréalisme* : *sur-,* beyond (< Old French; see SUR-) + *réalisme,* realism (< *réalité,* realism < Medieval Latin *reālitās* < *reālis,* real; see REAL¹).] —**sur·re′al·ist** *n.*

**sur·re·al·is·tic** (sə-rē′ə-lĭs′tĭk) *adj.* **1.** Of or relating to surrealism. **2.** Having an oddly dreamlike or unreal quality. —**sur·re′al·is′ti·cal·ly** *adv.*

**sur·re·but·ter** (sûr′rĭ-bŭt′ər) also **sur·re·but·tal** (-bŭt′l) *n.* A plaintiff's pleading in response to a defendant's rebutter.

**sur·re·join·der** (sûr′rĭ-join′dər) *n.* A plaintiff's pleading in response to a defendant's rejoinder.

**sur·ren·der** (sə-rĕn′dər) *v.* **-dered, -der·ing, -ders** —*tr.* **1.** To relinquish possession or control of (something) to another because of demand or compulsion: *surrendered the city to the enemy.* See Synonyms at **relinquish.** **2.** To give up in favor of another, especially voluntarily: *surrendered her chair to her grandmother.* **3.** To give up or abandon: *surrender all hope.* **4.** To give over or resign (oneself) to something, as to an emotion: *surrendered himself to grief.* **5.** *Law* To effectuate a surrender of. —*intr.* To submit to the power of another, especially after resisting; give up. ❖ *n.* **1.** The act or an instance of surrendering: *The general demanded the unconditional surrender of the fort.* **2.** *Law* The yielding of the possession of an estate to a party with a reversion or remainder interest in the estate, or of a lease to a landlord, prior to the term's expiration. [Middle English *surrenderen* < Old French *surrendre* : *sur-, sur- + rendre,* to deliver; see RENDER.]

**sur·rep·ti·tious** (sûr′əp-tĭsh′əs) *adj.* Obtained, done, or made by clandestine or stealthy means. See Synonyms at **secret.** [Middle English < Latin *surrepticius* < *surreptus,* past participle of *surripere,* to take away secretly : *sub-,* secretly; see SUB- + *rapere,* to seize; see **rep-** in App. I.] —**sur′rep·ti′tious·ly** *adv.* —**sur′rep·ti′tious·ness** *n.*

**sur·rey** (sûr′ē, sŭr′ē) *n., pl.* **-reys** A four-wheeled horse-drawn carriage having two or four seats. [Short for *Surrey cart,* after *Surrey,* a county of southeast England.]

**Sur·rey** (sûr′ē, sŭr′ē) A historical region of southeast England. Dominated by Mercia and Wessex in Anglo-Saxon times, it was overrun by the Danes in the ninth century.

**sur·ro·ga·cy** (sûr′ə-gə-sē, sŭr′-) *n., pl.* **-cies** **1.** The condition of being a surrogate, especially a surrogate mother. **2.** *Law* The office of a surrogate.

**sur·ro·gate** (sûr′ə-gĭt, -gāt′, sŭr′-) *n.* **1.** One that takes the place of another; a substitute. **2a.** A person or animal that functions as a substitute for another, as in a social or family role. **b.** A surrogate mother. **3.** In Freudian psychology, a figure of authority who takes the place of the father or mother in a person's unconscious or emotional life. **4.** *Law* A judge in New York and some other states having jurisdiction over the probate of wills and the settlement of estates. ❖ *adj.* Substitute. ❖ *tr.v.* (-gāt′) **-gat·ed, -gat·ing, -gates** **1.** To put in the place of another, especially as a successor; replace. **2.** To appoint (another) as a replacement for oneself. [Middle English < Latin *surrogātus,* past participle of *surrogāre,* to substitute, variant of *subrogāre;* see SUBROGATE.]

**surrogate mother** *n.* A woman who agrees, often for pay, to give birth to a child resulting from artificial insemination or the implantation of an already fertilized egg and who surrenders any parental rights to a third party. **2.** One that acts, as serves as, or is a mother substitute. —**surrogate motherhood** *n.*

**sur·round** (sə-round′) *tr.v.* **-round·ed, -round·ing, -rounds** **1.** To extend on all sides of simultaneously; encircle: *the magnetic field that surrounds the earth.* **2.** To enclose or confine on all sides as to bar escape or outside communication: *The police surrounded the house.* ❖ *n.* **1.** Something, such as fencing or a border, that surrounds: *a fireplace surround.* **2a.** The area around a thing or place: *inflammation extending to the surround of the eye.* **b.** often **surrounds** Surroundings; environment: *"It was the country, the flat agricultural surround, that so ravished*

SAMSONITE00160320

*mē*' (Listener). **3.** A method of hunting wild animals by surrounding them and driving them to a place from which they cannot escape. [Middle English *surrounden*, to inundate < Old French *suronder* < Late Latin *superundāre* : Latin *super-*, super- + Latin *undāre*, to rise in waves (< *unda*, wave; see **wed-¹** in App.).]

**sur·round·ings** (sə-roun′dĭngz) *pl.n.* The external objects, conditions, and circumstances that affect existence and development; the environment.

**surround sound** *n.* A system of recording and playing back audio that uses four or more separate channels.

**sur·tax** (sûr′tăks′) *n.* **1.** An additional tax. **2.** A tax levied on corporations or individuals after net income has exceeded a certain level. ❖ *tr.v.* **-taxed, -tax·ing, -tax·es** To levy a surtax on.

**sur·ti·tle** (sûr′tīt′l) *n.* See **supertitle**.

**Su·ru·ga Bay** (so͞o-ro͞o′gä′) An inlet of the Pacific Ocean on the southeast coast of Honshu, Japan, southwest of Tokyo.

**sur·veil** (sər-vāl′) *tr.v.* **-veiled, -veil·ing, -veils** To keep under surveillance. [Back-formation < SURVEILLANCE.]

**sur·veil·lance** (sər-vā′ləns) *n.* **1.** Close observation of a person or group, especially one under suspicion. **2.** The act of observing or the condition of being observed.

**sur·veil·lant** (sər-vā′lənt) *adj.* Exercising surveillance. ❖ *n.* One that exercises surveillance. [French, present participle of *surveiller*, to watch over : *sur-*, over (< Old French; see SUR-) + *veiller*, to watch (< Old French *veillier* < Latin *vigilāre* < *vigil*, watchful; see **weg-** in App.).]

**sur·vey** (sər-vā′, sûr′vā′) *v.* **-veyed, -vey·ing, -veys** —*tr.* **1a.** To look over the parts, features, or contents of; view broadly: *surveyed the neighborhood from a rooftop; surveyed the shelves in the pantry.* **b.** To look at or examine carefully and appraise: *surveyed the storm damage.* See Synonyms at **see¹**. **2.** To determine the boundaries, area, or elevations of (land or structures on the earth's surface) by means of measuring angles and distances, using the techniques of geometry and trigonometry. **3.** *Chiefly British* To inspect and determine the structural condition of (a building). **4.** To conduct a statistical survey on: *surveyed the students for music preferences.* —*intr.* To make a survey. ❖ *n.* (sûr′vā′) *pl.* **-veys 1a.** A general or comprehensive view: *a survey of the battlefield.* **b.** A careful inspection or appraisal: *doing a survey of the literature on the subject.* **2.** A gathering of a sample of data or opinions considered to be representative of a whole. **3a.** The act or process of surveying a part of the earth's surface. **b.** A map of what has been surveyed. **c.** An administrative agency charged with the responsibility of surveying: *the US Geological Survey.* **4.** A document reporting the results of a survey. [Middle English *surveien* < Old French *surveeir* < Medieval Latin *supervidēre* : Latin *super-*, super- + Latin *vidēre*, to see; see **weid-** in App.] —**sur·vey′or** *n.*

**survey course** *n.* An academic course consisting of an overview of a broad topic or field of knowledge.

**sur·vey·ing** (sər-vā′ĭng) *n.* The measurement of dimensional relationships, as of horizontal distances, elevations, directions, and angles, on the earth's surface especially for use in locating property boundaries, construction layout, and mapmaking.

**sur·vey·or's level** (sər-vā′ərz) *n., pl.* **surveyors' levels** An instrument having a telescope and attached spirit level mounted on a tripod and rotating around a vertical axis.

**sur·viv·a·ble** (sər-vī′və-bəl) *adj.* **1.** Capable of surviving: *survivable organisms in a hostile environment.* **2.** Capable of being survived; not fatal: *a survivable illness.* —**sur·viv′a·bil′i·ty** *n.*

**sur·viv·al** (sər-vī′vəl) *n.* **1a.** The act or process of surviving. **b.** The fact of having survived. **2.** Something, such as an ancient custom or belief, that has survived.

**sur·viv·al·ist** (sər-vī′və-lĭst) *n.* One who prepares for possible dangers such as natural disasters, societal collapse, or nuclear war, as by stockpiling necessary supplies or acquiring survival skills.

**sur·vive** (sər-vīv′) *v.* **-vived, -viv·ing, -vives** —*intr.* **1.** To remain alive or in existence. **2.** To carry on despite hardships or trauma; persevere: *families that were surviving in tents after the flood.* **3.** To remain functional or usable: *I dropped the radio, but it survived.* —*tr.* **1.** To live longer than; outlive: *She survived her husband by five years.* **2.** To live, persist, or remain usable through: *plants that can survive frosts; a clock that survived a fall.* **3.** To cope with (a trauma or setback); persevere after: *survived child abuse.* [Middle English *surviven* < Old French *survivre* < Latin *supervīvere* : super-, super- + *vīvere*, to live; see **g ʷei-** in App.] —**sur·vi′vor** *n.*

**sur·vi·vor·ship** (sər-vī′vər-shĭp′) *n.* **1.** *Law* The right to sole ownership of an estate upon the death of any joint owners of the estate. **2.** The condition of being a survivor.

**Su·sa** (so͞o′sə, -zə) A ruined city of southwest Iran south of Hamadan. It was the capital of the kingdom of Elam and a capital of the Persian Empire under Cyrus the Great.

**Su·sah** (so͞o′sä, -zə) See **Sousse**.

**Su·san B. Anthony Day** (so͞o′zən) *n.* February 15, observed in the United States in commemoration of the birth in 1820 of the women's suffrage leader and feminist Susan B. Anthony.

**Su·san·na** (so͞o-zăn′ə) In the Apocrypha, a woman in Babylon who was falsely accused of adultery and was rescued by Daniel.

**sus·cep·tance** (sə-sĕp′təns) *n. Electronics* The imaginary part of the complex representation of admittance. [(electric) suscept(ibility), a measure of the ease of polarization of a dielectric + -ANCE.]

**sus·cep·ti·bil·i·ty** (sə-sĕp′tə-bĭl′ĭ-tē) *n., pl.* **-ties 1.** The quality or condition of being susceptible. **2.** The capacity to be affected by deep emotions or strong feelings; sensitivity. **3. susceptibilities** Sensibilities; feelings.

**sus·cep·ti·ble** (sə-sĕp′tə-bəl) *adj.* **1.** Easily influenced or affected:

*Is he susceptible to persuasion? I'm very susceptible to colds.* **2.** Especially sensitive; highly temperamental: *a susceptible child.* **3.** Permitting an action to be performed; capable of undergoing something: *a statement susceptible of proof; a disease susceptible to treatment.* [Late Latin *susceptibilis* < Latin *susceptus*, past participle of *suscipere*, to receive : *sub-*, from below; see SUB- + *capere*, to take; see **kap-** in App.] —**sus·cep′ti·ble·ness** *n.* —**sus·cep′ti·bly** *adv.*

**sus·cep·tive** (sə-sĕp′tĭv) *adj.* **1.** Receptive. **2.** Susceptible. —**sus·cep′tive·ness, sus·cep′tiv′i·ty** *n.*

**sus·cep·tor** (sə-sĕp′tər) *n.* A metallic patch attached to microwaveable packages of food in which radiant energy produced in the patch by microwaves helps cook the food, often by browning its surface.

**su·shi** (so͞o′shē) *n.* Cold cooked rice dressed with vinegar that is shaped into pieces and topped with raw or cooked fish, or formed into a roll with fish, egg, or vegetables and often wrapped in seaweed. [Japanese.]


sushi

**Su·si·a·na** (so͞o′zē-ăʹnə, -ē-ā′nə) See **Elam**.

**Su·slik** (sŭs′lĭk, so͞os′-) also **sous·lik** (so͞os′-) *n.* **1.** Any of several Eurasian ground squirrels, especially the small grayish European species *Spermophilus citellus.* **2.** The pelt or fur of this animal. [Russian < Old Russian *susolŭ.*]

**sus·pect** (sə-spĕkt′) *v.* **-pect·ed, -pect·ing, -pects** —*tr.* **1.** To consider (something) to be true or probable on little or no evidence: *I suspect they are very disappointed.* **2.** To have doubts about (something); distrust: *I suspect his motives.* **3.** To consider (a person) guilty without proof: *The police suspect her of murder.* —*intr.* To have suspicion. ❖ *n.* (sŭs′pĕkt′) One who is suspected, especially of having committed a crime. ❖ *adj.* (sŭs′pĕkt′, sə-spĕkt′) Open to or viewed with suspicion: *a suspect policy; suspect motives.* [Middle English *suspecten* < Old French *suspecter* < Latin *suspectāre*, frequentative of *suspicere*, to look up at, suspect : *su-*, *sub-*, from below; see SUB- + *specere*, to look at; see **spek-** in App.]

**sus·pend** (sə-spĕnd′) *v.* **-pend·ed, -pend·ing, -pends** —*tr.* **1.** To bar for a period from a privilege, office, or position, usually as a punishment: *suspend a student from school.* **2.** To cause to stop for a period; interrupt: *suspended the trial.* **3a.** To hold in abeyance; defer: *suspend judgment.* See Synonyms at **defer¹**. **b.** To render temporarily ineffective: *suspend a jail sentence; suspend all parking regulations.* **4.** *Music* To hold or prolong (a note or notes) in suspension. **5a.** To hang so as to allow free movement: *suspended the mobile from the ceiling.* **b.** To support or keep from falling without apparent attachment, as by buoyancy: *The manatee is suspended in the water.* **c.** *Chemistry* To disperse or put (particles, for example) in suspension. —*intr.* **1.** To cease for a period; delay. **2.** To fail to make payments or meet obligations. —*Idiom:* **suspend disbelief** To accept as plausible something one knows to be untrue, especially the setting and plot of a drama or fiction so as to allow the appreciation of art. [Middle English *suspenden* < Old French *suspendre* < Latin *suspendere* : *sub-*, from below; see SUB- + *pendere*, to hang; see **(s)pen-** in App.]

**sus·pend·ed animation** (sə-spĕn′dĭd) *n.* A temporary state of interrupted breathing and loss of consciousness resembling death, caused especially by asphyxia.

**sus·pend·er** (sə-spĕn′dər) *n.* **1.** One, such as a hook, that suspends something else. **2.** often **suspenders** An often elastic strap worn over the shoulders to support trousers. **3.** *Chiefly British* A garter.


suspenders

**sus·pense** (sə-spĕns′) *n.* **1.** Anxiety or apprehension resulting from an uncertain, undecided, or mysterious situation: *The suspense as they were announcing the winners was unbearable.* **2.** The quality in a work of narrative art, such as a novel or film, that causes the audience to experience pleasurable excitement and anticipation regarding an outcome. **3.** *Archaic* The state or quality of being undecided, uncertain, or indecisive: *the suspense of judgment.* [Middle English *suspense*, delay, uncertainty < Old French *suspense* < *souspens*, suspended < Latin *suspēnsus*, past participle of *suspendere*, to suspend; see SUSPEND.] —**sus·pense′ful** *adj.*

**suspense account** *n.* A temporary account in which entries of credits or charges are made until their proper disposition can be determined.

**sus·pen·sion** (sə-spĕn′shən) *n.* **1.** The act of suspending or the condition of being suspended, especially: **a.** An interruption or temporary cessation, as of an activity or the application of a rule or law. See Synonyms at **pause**. **b.** A temporary prohibition or exclusion, as from attending school or enjoying a privilege, especially as a punishment. **c.** A postponement, as of a judgment, opinion, or decision. **2.** *Music* **a.** The prolongation of one or more tones of a chord into a following chord to create a temporary dissonance. **b.** The tone or tones so prolonged. **3.** A device from which a mechanical part is suspended. **4.** The system of springs and other devices that insulates the chassis of a vehicle from shocks transmitted through the wheels. **5.** *Chemistry* A system in which minute particles are dispersed throughout a fluid from which they are easily filtered but not easily settled because of system viscosity or molecular interactions.


suspension
from J.S. Bach's Fugue No. 4
in C-sharp minor

**suspension bridge** *n.* A bridge having the roadway suspended from cables that are anchored at either end and usually supported at intervals by towers.


suspension bridge
Golden Gate Bridge
San Francisco, California

**suspension point** *n.* One of a series of dots, usually three, used to indicate an incomplete statement or the omission of a word or words from a written text.

**sus·pen·sive** (sə-spĕn′sĭv) *adj.* **1.** Serving or tending to suspend or temporarily stop something. **2.** Characterized by or causing suspense. —**sus·pen′sive·ly** *adv.* —**sus·pen′sive·ness** *n.*

**sus·pen·sor** (sə-spĕn′sər) *n.* **1.** *Botany* A usually multicellular filamentous structure in seed plants and some pteridophytes that develops from the zygote and serves to transport nutrients to the embryo. It degenerates later in embryogenesis. **2.** An athletic supporter. [New Latin

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| â care | o͞o took |
| ä father | o͞o boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī bite | th this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, |
| ô paw | item |

Stress marks: ′ (primary);
′ (secondary), as in
**dictionary** (dĭk′shə-nĕr′ē)

SAMSONITE00160321