# EXHIBIT 9

# The Merriam-Webster Dictionary



Merriam-Webster, Incorporated
Springfield, Massachusetts

SAMSONITE00160322



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2019 by Merriam-Webster, Incorporated

Library of Congress Cataloging-in-Publication Data

Names: Merriam-Webster, Inc., issuing body.
Title: The Merriam-Webster dictionary.
Description: Springfield, Massachusetts : Merriam-Webster, Incorporated, [2019]
Identifiers: LCCN 2018060941 | ISBN 9780877796688 (paperback : alk. paper)
Subjects: LCSH: English language—Dictionaries.
Classification: LCC PE1628 .M353 2019 | DDC 423—dc23
LC record available at https://lccn.loc.gov/2018060941

All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.

Printed in India

1st printing   Thomson Press India Ltd. Faridabad   April 2019

SAMSONITE00160323

**sur·rey** \ˈsər-ē\ *n, pl* **surreys** : a 2-seated horse-drawn carriage



surrey

**sur·ro·ga·cy** \ˈsər-ə-gə-sē\ *n* : SURROGATE MOTHERHOOD
**sur·ro·gate** \ˈsər-ə-ˌgāt, -gət\ *n* 1 : DEPUTY, SUBSTITUTE 2 : a law officer in some states with authority in the probate of wills, the settlement of estates, and the appointment of guardians 3 : SURROGATE MOTHER
**surrogate mother** *n* : a woman who becomes pregnant (as by surgical implantation of a fertilized egg) in order to carry the fetus for another woman — **surrogate motherhood** *n*
**sur·round** \sə-ˈraund\ *vb* 1 : to enclose on all sides : ENCIRCLE 2 : to enclose so as to cut off retreat or escape
**sur·round·ings** \sə-ˈraun-diŋz\ *n pl* : conditions by which one is surrounded
**surround sound** *n* : sound reproduction that uses three or more transmission channels
**sur·tax** \ˈsər-ˌtaks\ *n* : an additional tax over and above a normal tax
**sur·tout** \(ˌ)sər-ˈtü\ *n* [F, fr. *sur* over + *tout* all] : a man's long close-fitting overcoat
**surv** *abbr* survey; surveying; surveyor
**sur·veil·lance** \sər-ˈvā-ləns\ *n* [F] : close watch; *also* : SUPERVISION
¹**sur·vey** \sər-ˈvā\ *vb* **sur·veyed; sur·vey·ing** [ME, fr. AF *surveer* to look over, fr. *sur-* over + *veer* to see, fr. L *vidēre*] 1 : to look over and examine closely 2 : to find and represent the contours, measurements, and position of a part of the earth's surface (as a tract of land) 3 : to view or study something as a whole ♦ *Synonyms* SCRUTINIZE, EXAMINE, INSPECT, STUDY — **sur·vey·or** \-ər\ *n*
²**sur·vey** \ˈsər-ˌvā\ *n, pl* **surveys** : the act or an instance of surveying; *also* : something that is surveyed
**sur·viv·al·ism** \sər-ˈvī-və-ˌli-zəm\ *n* : an attitude, policy, or practice based on the primacy of survival as a value — **sur·viv·al·ist** \-və-list\ *n or adj*
**sur·vive** \sər-ˈvīv\ *vb* **sur·vived; sur·viv·ing** 1 : to remain alive or existent 2 : OUTLIVE, OUTLAST — **sur·viv·al** *n* — **sur·vi·vor** \-ˈvī-vər\ *n*
**sus·cep·ti·ble** \sə-ˈsep-tə-bəl\ *adj* 1 : of such a nature as to permit (words ~ of being misunderstood) 2 : having little resistance to a stimulus or agency (~ to colds) 3 : IMPRESSIONABLE, RESPONSIVE (a ~ mind) ♦ *Synonyms* SENSITIVE, SUBJECT, EXPOSED, PRONE, LIABLE, OPEN — **sus·cep·ti·bil·i·ty** \-ˌsep-tə-ˈbi-lə-tē\ *n*
**su·shi** \ˈsü-shē\ *n* [Jp] : cold rice formed into various shapes and garnished esp. with bits of raw fish or seafood
¹**sus·pect** \ˈsəs-ˌpekt, sə-ˈspekt\ *adj* : regarded with suspicion; *also* : QUESTIONABLE (his claim is ~)
²**sus·pect** \ˈsəs-ˌpekt\ *n* : one who is suspected (as of a crime)
³**sus·pect** \sə-ˈspekt\ *vb* 1 : to have doubts of : MISTRUST 2 : to imagine to be guilty without proof : SURMISE
**sus·pend** \sə-ˈspend\ *vb* 1 : to bar temporarily from a privilege, office, or function 2 : to stop temporarily : make inactive for a time 3 : to withhold (judgment) for a time 4 : HANG; *esp* : to hang so as to be free except at one point 5 : to put or hold in suspension 6 : to keep from falling or sinking by some invisible support
**sus·pend·er** \sə-ˈspen-dər\ *n* : one of two supporting straps which pass over the shoulders and to which the pants are fastened
**sus·pense** \sə-ˈspens\ *n* 1 : SUSPENSION 2 : mental uncertainty : ANXIETY 3 : excitement as to an outcome — **sus·pense·ful** *adj*

**sus·pen·sion** \sə-ˈspen-chən\ *n* 1 : the act of suspending : the state or period of being suspended 2 : the state of a substance when its particles are mixed with but undissolved in a fluid or solid; *also* : a substance in this state 3 : something suspended 4 : the system of devices supporting the upper part of a vehicle on the axles
**sus·pi·cion** \sə-ˈspi-shən\ *n* 1 : the act or an instance of suspecting something wrong without proof 2 : TRACE, SOUPÇON (a ~ of garlic) ♦ *Synonyms* MISTRUST, UNCERTAINTY, DOUBT, SKEPTICISM
**sus·pi·cious** \sə-ˈspi-shəs\ *adj* 1 : open to or arousing suspicion 2 : inclined to suspect 3 : showing suspicion (is ~ of strangers) — **sus·pi·cious·ly** *adv*
**sus·tain** \sə-ˈstān\ *vb* 1 : to provide with nourishment 2 : to keep going : PROLONG (~ed effort) 3 : to hold up : PROP 4 : to hold up under : ENDURE 5 : SUFFER (~ a broken arm) 6 : to support as true, legal, or valid (the objection was ~ed) 7 : PROVE, CORROBORATE — **sus·tain·able** \səs-ˈtā-nə-bəl\ *adj*
**sus·te·nance** \ˈsəs-tə-nəns\ *n* 1 : FOOD, NOURISHMENT 2 : a supplying with the necessities of life 3 : something that sustains or supports
**su·ture** \ˈsü-chər\ *n* 1 : material or a stitch for sewing a wound together 2 : a seam or line along which two things or parts are joined by or as if by sewing
**SUV** \ˌes-ˌyü-ˈvē\ *n* [*s*port-*u*tility *v*ehicle] : a vehicle similar to a station wagon but built on a light-truck chassis
**su·zer·ain** \ˈsü-zə-rən, -ˌrān\ *n* [F] 1 : a feudal lord 2 : a nation that has political control over the foreign relations of another nation — **su·zer·ain·ty** \-tē\ *n*
**svc** *or* **svce** *abbr* service
**svelte** \ˈsfelt\ *adj* **svelt·er; svelt·est** [F, fr. It *svelto*, fr. pp. of *svellere* to pluck out, modif. of L *evellere*, fr. *e-* out + *vellere* to pluck] : SLENDER, LITHE (a ~ figure)
**svgs** *abbr* savings
**SW** *abbr* 1 shortwave 2 southwest
¹**swab** \ˈswäb\ *n* 1 : MOP 2 : a wad of absorbent material esp. for applying medicine or for cleaning; *also* : a sample taken with a swab 3 : SAILOR
²**swab** *vb* **swabbed; swab·bing** : to use a swab on : MOP
**swad·dle** \ˈswä-dᵊl\ *vb* **swad·dled; swad·dling** 1 : to bind (an infant) in bands of cloth 2 : to wrap up : SWATHE
**swaddling clothes** *n pl* : bands of cloth wrapped around an infant
**swag** \ˈswag\ *n* : stolen goods : LOOT
**swag·ger** \ˈswa-gər\ *vb* 1 : to walk with a conceited swing or strut 2 : BOAST, BRAG — **swagger** *n*
**Swa·hi·li** \swä-ˈhē-lē\ *n* : a language that is a trade and governmental language over much of eastern Africa and the Congo region
**swain** \ˈswān\ *n* [ME *swein* boy, servant, fr. ON *sveinn*] 1 : RUSTIC; *esp* : SHEPHERD 2 : ADMIRER, SUITOR
**SWAK** *abbr* sealed with a kiss
¹**swal·low** \ˈswä-lō\ *n* : any of numerous small long-winged migratory birds that often have a deeply forked tail
²**swallow** *vb* 1 : to take into the stomach through the throat 2 : to envelop or take in as if by swallowing 3 : to accept or believe without question, protest, or anger
³**swallow** *n* 1 : an act of swallowing 2 : an amount that can be swallowed at one time
**swal·low·tail** \ˈswä-lō-ˌtāl\ *n* 1 : a deeply forked and tapering tail like that of a swallow 2 : TAILCOAT 3 : any of various large butterflies with the border of each hind wing usu. drawn into a process resembling a tail — **swal·low–tailed** \-ˌtāld\ *adj*
**swam** *past of* SWIM
**swa·mi** \ˈswä-mē\ *n* [Hindi *svāmī*, fr. Skt *svāmin* owner, lord] : a Hindu ascetic or religious teacher
¹**swamp** \ˈswämp\ *n* : a spongy wetland — **swamp** *adj* — **swampy** *adj*
²**swamp** *vb* 1 : to fill or become filled with or as if with water 2 : OVERWHELM 3
**swamp·land** \-ˌland\ *n* : SWAMP
**swan** \ˈswän\ *n, pl* **swans** *also* **swan** : any of various heavy-bodied long-necked mostly pure white swimming birds related to the geese
¹**swank** \ˈswaŋk\ *or* **swanky** \ˈswaŋ-kē\ *adj* **swank·er** *or* **swank·i·er; -est** : showily smart and dashing; *also* : fashionably elegant (a ~ hotel)
²**swank** *n* 1 : PRETENTIOUSNESS 2 : ELEGANCE
**swans·down** \ˈswänz-ˌdaun\ *n* 1 : the very soft down of