# Exhibit 10

# Collins
## ENGLISH
## DICTIONARY



SAMSONITE00160301

**surrender** *vb* **1** to give oneself up physically to an enemy after defeat **2** to give (something) up to another, under pressure or on demand: *the rebels surrendered their arms* **3** to give (something) up voluntarily to another: *he was surrendering his own chance for the championship* **4** to give in to a temptation or an influence ▷ *n* **5** the act or instance of surrendering [Old French *surrendre*]
**surreptitious** *adj* done in secret or without permission: *surreptitious moments of bliss* [Latin *surrepticius* furtive] **surreptitiously** *adv*
**surrogate** *n* **1** a person or thing acting as a substitute ▷ *adj* **2** acting as a substitute: *a surrogate father* [Latin *surrogare* to substitute]
**surrogate mother** *n* a woman who gives birth to a child on behalf of a couple who cannot have a baby themselves, usually by artificial insemination **surrogate motherhood** or **surrogacy** *n*
**surround** *vb* **1** to encircle or enclose (something or someone) **2** to exist around (someone or something): *the family members who surround him* ▷ *n* **3** *chiefly Brit* a border, such as the area of uncovered floor between the walls of a room and the carpet [Old French *suronder*] **surrounding** *adj*
**surroundings** *pl n* the area and environment around a person, place, or thing
**surtax** *n* an extra tax on incomes above a certain level
**surveillance** *n* close observation of a person suspected of being a spy or a criminal [French]
**survey** *vb* **1** to view or consider (something) as a whole: *she surveyed her purchases anxiously* **2** to make a detailed map of (an area of land) by measuring or calculating distances and height **3** *Brit* to inspect (a building) to assess its condition and value **4** to make a detailed investigation of the behaviour, opinions, etc., of (a group of people) ▷ *n* **5** a detailed investigation of the behaviour, opinions, etc., of a group of people **6** the act of making a detailed map of an area of land by measuring or calculating distance and height **7** *Brit* an inspection of a building to assess its condition and value [French *surveoir*] **surveying** *n* **surveyor** *n*
**survival** *n* **1** the condition of having survived something **2** a person or thing that continues to exist in the present despite being from an earlier time, such as a custom ▷ *adj* **3** of, relating to, or assisting the act of surviving: *survival suits*
**survive** *vb* **-viving**, **-vived** **1 A** to continue to live or exist **B** to continue to live or exist after (a passage of time or a difficult or dangerous experience) **2** to live after the death of (another) [Old French *survivre*] **survivor** *n*
**susceptibility** *n*, *pl* **-ties** **1** the quality or condition of being easily affected or influenced by something **2 susceptibilities** emotional feelings
**susceptible** *adj* **1 susceptible to A** giving in easily to: *susceptible to political pressure* **B** vulnerable to (a disease or injury): *susceptible to pneumonia* **2** easily affected emotionally; impressionable [Late Latin *susceptibilis*]
**sushi** (**soo-shee**) *n* a Japanese dish consisting of small cakes of cold rice with a topping of raw fish [Japanese]

**suspect** *vb* **1** to believe (someone) to be guilty without having any proof **2** to think (something) to be false or doubtful: *he suspected her intent* **3** to believe (something) to be the case; think probable: *I suspect he had another reason* ▷ *n* **4** a person who is believed guilty of a specified offence ▷ *adj* **5** not to be trusted or relied upon: *her commitment to the cause has always been suspect* [Latin *suspicere* to mistrust]
**suspend** *vb* **1** to hang (something) from a high place **2** to cause (something) to remain floating or hanging: *a huge orange sun suspended above the horizon* **3** to cause (something) to stop temporarily: *the discussions have been suspended* **4** to remove (someone) temporarily from a job or position, usually as a punishment [Latin *suspendere*]
**suspended animation** *n* a state in which the body's functions are slowed down to a minimum for a period of time, such as by freezing or hibernation
**suspended sentence** *n* a sentence of imprisonment that is not served by an offender unless he or she commits a further offence during a specified time
**suspender belt** *n* a belt with suspenders hanging from it for holding up women's stockings
**suspenders** *pl n* **1 A** elastic straps attached to a belt or corset, with fasteners for holding up women's stockings **B** similar fasteners attached to garters for holding up men's socks **2** *US & Canad* a pair of straps worn over the shoulders for holding up the trousers. Also called (*Brit*): **braces**
**suspense** *n* **1** a state of anxiety or uncertainty: *Sue and I stared at each other in suspense* **2** excitement felt at the approach of the climax of a book, film, or play: *action and suspense abound in this thriller* [Medieval Latin *suspensum* delay] **suspenseful** *adj*
**suspension** *n* **1** the delaying or stopping temporarily of something: *the suspension of the talks* **2** temporary removal from a job or position, usually as a punishment **3** the act of suspending or the state of being suspended **4** a system of springs and shock absorbers that supports the body of a vehicle **5** a device, usually a wire or spring, that suspends or supports something, such as the pendulum of a clock **6** *chem* a mixture in which fine solid or liquid particles are suspended in a fluid
**suspension bridge** *n* a bridge suspended from cables that hang between two towers and are secured at both ends
**suspicion** *n* **1** the act or an instance of suspecting; belief without sure proof that something is wrong **2** a feeling of mistrust **3** a slight trace: *the merest suspicion of a threat* **4 above suspicion** not possibly guilty of anything, through having a good reputation **5 under suspicion** suspected of doing something wrong [Latin *suspicio* distrust]
**suspicious** *adj* **1** causing one to suspect something is wrong: *suspicious activities* **2** unwilling to trust: *I'm suspicious of his motives* **suspiciously** *adv*