EXHIBIT 11



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/388,994 | 04/19/2019 | Li Zhijian | Li-002.2 | 3173 |

161396    7590    06/12/2020
Jennifer Meredith
Meredith Attorneys, PLLC
125 Park Avenue
25th Floor
New York, NY 10017

| EXAMINER |
|---|
| THAPA, SAILESH |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2859 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 06/12/2020 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

jmeredith@meredithattorneys.com

PTOL-90A (Rev. 04/07)

| *Advisory Action*<br>*Before the Filing of an Appeal Brief* | Application No.<br>16/388,994 | Applicant(s)<br>Zhijian, Li | |
|---|---|---|---|
| | Examiner<br>SAILESH THAPA | Art Unit<br>2859 | AIA (FITF) Status<br>Yes |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

THE REPLY FILED <u>19 May 2020</u> FAILS TO PLACE THIS APPLICATION IN CONDITION FOR ALLOWANCE.
<u>NO NOTICE OF APPEAL FILED</u>

1. ☑ The reply was filed after a final rejection. No Notice of Appeal has been filed. To avoid abandonment of this application, applicant must timely file one of the following replies: (1) an amendment, affidavit, or other evidence, which places the application in condition for allowance; (2) a Notice of Appeal (with appeal fee) in compliance with 37 CFR 41.31; or (3) a Request for Continued Examination (RCE) in compliance with 37 CFR 1.114 if this is a utility or plant application. Note that RCEs are not permitted in design applications. The reply must be filed within one of the following time periods:
   a) ☐ The period for reply expires ____ months from the mailing date of the final rejection.
   b) ☑ The period for reply expires on: (1) the mailing date of this Advisory Action; or (2) the date set forth in the final rejection, whichever is later. In no event, however, will the statutory period for reply expire later than SIX MONTHS from the mailing date of the final rejection.
   c) ☐ A prior Advisory Action was mailed more than 3 months after the mailing date of the final rejection in response to a first after-final reply filed within 2 months of the mailing date of the final rejection.The current period for reply expires ____ months from the mailing date of *the prior Advisory Action* or SIX MONTHS from the mailing date of the final rejection, whichever is earlier.
   *Examiner Note*: If box 1 is checked, check either box (a), (b) or (c). ONLY CHECK BOX (b) WHEN THIS ADVISORY ACTION IS THE <u>FIRST</u> RESPONSE TO APPLICANTS <u>FIRST</u> AFTER-FINAL REPLY WHICH WAS FILED WITHIN TWO MONTHS OF THE FINAL REJECTION. ONLY CHECK BOX (c) IN THE LIMITED SITUATION SET FORTH UNDER BOX (c). See MPEP 706.07(f).

Extensions of time may be obtained under 37 CFR 1.136(a). The date on which the petition under 37 CFR 1.136(a) and the appropriate extension fee have been filed is the date for purposes of determining the period of extension and the corresponding amount of the fee. The appropriate extension fee under 37 CFR 1.17(a) is calculated from: (1) the expiration date of the shortened statutory period for reply originally set in the final Office action; or (2) as set forth in (b) or (c) above, if checked. Any reply received by the Office later than three months after the mailing date of the final rejection, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

<u>NOTICE OF APPEAL</u>

2. ☐ The Notice of Appeal was filed on _____. A brief in compliance with 37 CFR 41.37 must be filed within two months of the date of filing the Notice of Appeal (37 CFR 41.37(a)), or any extension thereof (37 CFR 41.37(e)), to avoid dismissal of the appeal. Since a Notice of Appeal has been filed, any reply must be filed within the time period set forth in 37CFR 41.37(a).

<u>AMENDMENTS</u>

3. ☑ The proposed amendments filed after a final rejection, but prior to the date of filing a brief, will <u>not</u> be entered because
   a) ☑ They raise new issues that would require further consideration and/or search (see NOTE below);
   b) ☐ They raise the issue of new matter (see NOTE below);
   c) ☐ They are not deemed to place the application in better form for appeal by materially reducing or simplifying the issues for appeal; and/or
   d) ☐ They present additional claims without canceling a corresponding number of finally rejected claims.
   NOTE: <u>See below</u> (See 37CFR 1.116 and 41.33(a)).

4. ☐ The amendments are not in compliance with 37CFR 1.121. See attached Notice of Non-Compliant Amendment (PTOL-324).
5. ☐ Applicants reply has overcome the following rejection(s): _____
6. ☐ Newly proposed or amended claim(s) _____ would be allowable if submitted in a separate, timely filed amendment canceling the non-allowable claim(s).
7. ☑ For purposes of appeal, the proposed amendment(s):(a)☑ will not be entered, or (b)☐ will be entered, and an explanation of how the new or amended claims would be rejected is provided below or appended.

<u>AFFIDAVIT OR OTHER EVIDENCE</u>

8. ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____
9. ☐ The affidavit or other evidence filed after final action, but before or on the date of filing a Notice of Appeal will <u>not</u> be entered because applicant failed to provide a showing of good and sufficient reasons why the affidavit or other evidence is necessary and was not earlier presented. See 37 CFR 1.116(e).
10. ☐ The affidavit or other evidence filed after the date of filing the Notice of Appeal, but prior to the date of filing a brief, will <u>not</u> be entered because the affidavit or other evidence failed to overcome <u>all</u> rejections under appeal and/or appellant fails to provide a showing of good and sufficient reasons why it is necessary and was not earlier presented. See 37 CFR 41.33(d)(1).
11. ☐ The affidavit or other evidence is entered. An explanation of the status of the claims after entry is below or attached.

<u>REQUEST FOR RECONSIDERATION/OTHER</u>

12. ☑ The request for reconsideration has been considered but does NOT place the application in condition for allowance because: <u>See Continuation Sheet</u>.
13. ☐ Note the attached Information *Disclosure Statement*(s). (PTO/SB/08) Paper No(s). _____
14. ☑ Other: <u>PTO-2323, PTO-413B, A.NE</u>

<u>STATUS OF CLAIMS</u>

15. The status of the claim(s) is (or will be) as follows:
   Claim(s) allowed:_____.
   Claim(s) objected to:_____.
   Claim(s) rejected:<u>1-22</u>.
   Claim(s) withdrawn from consideration:_____.

| /SAILESH THAPA/<br>Examiner, Art Unit 2859 | /DREW A DUNN/<br>Supervisory Patent Examiner, Art Unit 2859 |
|---|---|

U.S. Patent and Trademark Office
PTOL-303 (Rev. 08-2013)    Advisory Action Before the Filing of an Appeal Brief    Paper No. 20200604

SWISSDIGITAL000822

**Continuation Sheet (PTOL-303)**    **Application No.** 16/388,994

Continuation of REQUEST FOR RECONSIDERATION/OTHER 12. The request for reconsideration has been considered but does NOT place the application in condition for allowance because:

This is in response to Applicant Arguments/Remarks Made in an Amendment filed on 05/19/2020.
Claim 1 has been amended and Claim 19 was previously canceled.
Applicant argues that, the applied prior art fails to teach the newly added limitation that is, 1) a ventilation opening in the top side and 2) a surrounding bottom portion surrounding the left side and the right side which appears to be persuasive. However upon further search and consideration of prior art search, Applicant has been advised that the new prior art, Ashley et al. (US 10,547,036 B1) appears to disclose the applicant recited limitation. Ashley's figure 10 discloses the USB sheath with a left side, top side and right side with a surrounding bottom portion (item 46) surrounding the left side and the right side and the surrounding bottom portion is attached to the inner surface of the body or strap.
Applicant also identified the new limitation that is, "wherein the sheath has at least one ventilation opening on the top side" which appears to be persuasive. However, Applicant has been advised that the newly added limitation to an independent claim now changes the scope of claims thus raise new issues which would require further consideration and/or search of the subject matter to advance prosecution.
Applicant is also advised to consider appropriate actions on drawing objections for failing to indicate the item (1600)-a ventilation opening as disclosed in para [0066].

SWISSDIGITAL000823