# EXHIBIT 12

PATENT APPLICATION

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Inventor: Li | Docket No: Li-002.2 |
| Appln. No.: 16/388,994 | Group Art Unit: 2859 |
| Confirmation No.:3173 | Examiner: Thapa |
| Filed: April 19, 2019 | |
| For: Sheath for USB Charger | |

SUPPLEMENTAL AFTER FINAL SUBMISSION

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

    Please accept this response. Applicant submits herewith a request for continued examination.

SWISSDIGITAL000813

I CLAIM:

1. (currently amended) A sheath for convenient charging, comprising:
a sheath having a left side, top side and right side, a first tapered closed end, a second open end and a surrounding bottom portion surrounding the left side and the right side, the first tapered closed end and the second open end of the sheath,
wherein at least a portion of the sheath extends above an outer surface of a body, wherein the body has an inner surface, an outer surface and a power cable outlet between the inner surface and the outer surface;
wherein the sheath is at the power cable outlet and the sheath receives a female end of a USB cable having four sides, an operative end and a cord end,
wherein the operative end of the female end of the USB cable is <u>removably</u> retained in the second open end of the sheath and the cord end of the female end of the USB cable is retained in the first tapered closed end of the sheath to provide the female end of the UBS cable in a flat position with the operative end of the female connector being uncovered and above the outer surface of the body,
wherein the surrounding bottom portion is attached to the inner surface of the body,
wherein the sheath has at least one ventilation opening on the top side.

2. (original) A sheath as in claim 1, further comprising an external USB connecting line having a male end, wherein the male end of the external USB connecting line is plugged into the operative end of the female end of the USB cable.

3. (original) The sheath as in claim 1, wherein the body is selected from the group consisting of luggage, bag, gloves, activewear, jacket, socks, shoes, hats, glasses, goggles and belt.

4. (original) The sheath as in claim 1, further comprising a second outer surface that covers the outer surface of the body.

5. (original) The sheath as in claim 1, wherein the sheath has at least one

SWISSDIGITAL000814

ventilation opening on at least one of the at least three sides of the water proof sheath.

6. (original) The sheath as in claim 1, wherein the at least one ventilation opening is along the second open end of the sheath.

7. (original) The sheath as in claim 1, further comprising an attachment portion that extends around a bottom portion of the sheath and is in communication with the inner surface of the body.

8. (original) The sheath as in claim 1, further comprising a piece of fabric in communication with the inner surface of the body and retaining at least the operative end of the female end of the USB cable in the sheath.

9. (original) The sheath as in claim 8, wherein the piece of fabric entirely covers the opening between the inner surface and the outer surface and has an opening for the USB cable.

10. (original) The sheath as in claim 9, wherein the piece of fabric is selected from the group consisting of a reinforced piece of fabric, elastic material and ribbon.

11. (original) The sheath as in claim 1, further comprising a rigid cover in communication with the inner surface of the body and retaining at least the operative end of the female end of the USB cable in the sheath.

12. (original) The sheath as in claim 1, further comprising a dust cap attached to the sheath, wherein the dust cap is movable to cover and uncover the operative end of the female connector.

13. (original) The sheath as in claim 1, wherein the body is provided with a cable laying channel from a power storage device placing space to the power cable outlet for the penetration of the USB extension cable.

14. (original) The sheath as in claim 1, wherein at least one of a male connector of a USB extension cable and the female connector of the USB extension cable is further equipped with a wireless technology standard for exchanging data over short distances as an anti-loss alarm, which is used to connect to the device on the product to be charged.

SWISSDIGITAL000815

15. (original) The sheath as in claim 15, wherein at least one of the male connector and the female connector of the USB extension cable is further equipped with a GPS device for positioning.

16. (original) The sheath as in claim 1, wherein the sheath tapers down from the four sides to the first tapered closed end.

17. (original) The sheath as in claim 1, wherein the sheath has four sides with a bottom side having a bottom side opening to allow the female end of the USB cable to sit in the sheath and the cord of the USB to go through the bottom side opening and the power cable outlet.

18. (original) The sheath as in claim 1, wherein the outer surface of the body is the inside of a pocket.

19. (cancel)

20. (original) The sheath as in claim 1, wherein the sheath is attached to the body with the first tapered closed end above the second open end.

21. (previously presented) The sheath as in claim 1, further comprising a piece of material attached to at least one of a portion of the inner surface of the body and a portion of the surrounding bottom portion to retain the operative end of the female end of the USB cable in the sheath.

22. (previously presented) The sheath as in claim 1, wherein the surrounding bottom portion is a flat portion.

SWISSDIGITAL000816

**REMARKS**

The examiner has provided the Ashley reference to support the teaching of a sheath having, inter alia, a surrounding bottom portion.

The present invention is intended to removably hold a USB cable. It is a sheath (or cover) for a USB cable. One intention is that if it is damaged it may be easily swapped out. As users of USB cables are aware, they can become damaged and need to be replaced. The Ashley invention does not provide "surrounding bottom portion surrounding the left side and the right side, the first tapered closed end and the second open end of the sheath." For comparison, applicant provides the underside of the current invention and the Ashley invention for side by side comparison. The Ashley reference is not a cover for a USB cord, it is an integrated device with significant on board functionality.

Applicants Invention              Ashley Reference



Fig. 43



FIG. 13

SWISSDIGITAL000817

Ashley teaches an internal power source that is charged by cable 14 into input 13 the output 18. There is a switch 21 to thereby turn power delivery from the power source 12 on and off. There is also a series of status indicator lights or lamps 22 which "may change based on whether the power source 11 is being charged." Ashley, column 10, lines 30-34.



FIG. 3

The internal power source, circuitry, lamps and switches of Ashley require an enclosed bottom. The present invention, by contrast provides "a sheath having a left side, top side and right side, a first tapered closed end, a second open end and a surrounding

6

bottom portion surrounding the left side and the right side, the first tapered closed end and the second open end of the sheath" and "wherein the operative end of the female end of the USB cable is retained in the second open end of the sheath and the cord end of the female end of the USB cable is retained in the first tapered closed end of the sheath to provide the female end of the UBS cable in a flat position with the operative end of the female connector being uncovered and above the outer surface of the body, wherein the surrounding bottom portion is attached to the inner surface of the body."

Put another way, Ashley does not teach a surrounding bottom portion as in the claimed invention, but rather teaches a flat closed bottom (not surrounding the left side and the right side, the first tapered closed end and the second open end of the sheath as claimed). It is noted that applicant's invention may additionally have an additional cover in addition to the surrounding bottom portion (see for example claims 8 and 11) that typically covers a portion of the USB cord (and still allows for removable of the cord). Ashley does not teach or suggest the surrounding bottom portion as claimed. The surrounding bottom portion as in the present invention allows for the sheath to be attached to the body, while allowing for easy removal and replacement of a USB cord if desired (it is not enclosed). At best, Ashley teaches a bottom cover and not a surrounding bottom portion as claimed.

For the purposes of streamlining prosecution, applicant has amended claim 1 to positively recite that the female end of the USB cable is <u>removably</u> retained in the second open end of the sheath. Support for this amendment may be found in Figure 43 depicting the USB being removably retained. It is noted that a user may want to wash the bag (which would destroy any electronics). The electronics of the present invention may be removed, whereas the electronics of Ashley reference are not removably retained.

Applicant submits that the combination of references also fails to teach, at least, "a surrounding bottom portion surrounding the left side and the right side, the first tapered closed end and the second open end of the sheath" as claimed.

Still further, the references fail to teach "wherein the sheath has at least one ventilation opening on the top side." It is noted that the lamps 22 of Ashley would not teach or suggest ventilation openings and would in fact increase the heat of the power interface as opposed to providing ventilation.

7

SWISSDIGITAL000819

**Conclusion**

Applicant submits the claims are in a position for allowance.

Respectfully submitted,

/Jennifer Meredith/
_____

MEREDITH ATTORNEYS, PLLC
Telephone: (212) 760-0098
Facsimile: (212) 202-3819
CUSTOMER NUMBER: 161396

Jennifer Meredith
Registration No. 47,790

Date: July 6, 2020

SWISSDIGITAL000820