# EXHIBIT 14

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/558,674 | 12/22/2021 | Li Zhijian | Li-02.6 | 5853 |

161396        7590        06/13/2022
Jennifer Meredith
Meredith Attorneys, PLLC
125 Park Avenue
25th Floor
New York, NY 10017

| EXAMINER |
|---|
| PELTON, NATHANIEL R |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2859 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 06/13/2022 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

jmeredith@meredithattorneys.com

PTOL-90A (Rev. 04/07)

SWISSDIGITAL001524

| *Applicant-Initiated Interview Summary* | Application No. 17/558,674 | Applicant(s) Zhijian, Li | | | |
|---|---|---|---|---|---|
| | Examiner NATHANIEL R PELTON | Art Unit 2859 | AIA (First Inventor to File) Status Yes | Page 1 of 1 |

| **All Participants** (applicant, applicants representative, PTO personnel) | **Title** | **Type** |
|---|---|---|
| NATHANIEL R PELTON | Primary Examiner | Telephonic |
| JENNIFER MEREDITH | Attorney | |

**Date of Interview:** 08 June 2022

**Issues Discussed:**

**35 U.S.C. 102**

Applicant provided amendments arguing that Ferber does not disclose the claimed surrounding bottom portion as claimed. The Examiner disagreed and pointed to item 202 of ferber which the office action cited as being an outer surface. For example the pocket 224 (claimed sheath) comprises a 3D pocket that sits on/attached to the outer surface 202, and since the portion 202 is on an underside of the pocket 224 it is equated to the claimed surrounding bottom portion. Applicant further explained their invention and how their surrounding bottom portion was not part of the body/bag and might amend to further clarify that. Examiner agreed to update the search upon any new amendment. No other agreements were made.

| /NATHANIEL R PELTON/<br>Primary Examiner, Art Unit 2859 | |
|---|---|
| Applicant is reminded that a complete written statement as to the substance of the interview must be made of record in the application file. It is the applicants responsibility to provide the written statement, unless the interview was initiated by the Examiner and the Examiner has indicated that a written summary will be provided. See MPEP 713.04<br>Please further see:<br>MPEP 713.04<br>Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews, paragraph (b)<br>37 CFR § 1.2 Business to be transacted in writing | |

**Applicant recordation instructions:** The formal written reply to the last Office action must include the substance of the interview. (See MPEP section 713.04). If a reply to the last Office action has already been filed, applicant is given a non-extendable period of the longer of one month or thirty days from this interview date, or the mailing date of this interview summary form, whichever is later, to file a statement of the substance of the interview.

**Examiner recordation instructions:** Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.