# EXHIBIT 16

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Inventor: Li | Docket No: Li-002 |
| Appln. No.: 14/836,104 | Group Art Unit: 2859 |
| Confirmation No.:3320 | Examiner: Muralidar |
| Filed: August 26, 2015 | |
| For:    Bags and luggages for convenient charging | |

## RESPONSE TO OFFICE ACTION

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

In response to the office action dated as mailed February 8, 2019, please accept this amendment and response.

SWISSDIGITAL000221

Please amend the specification as follows:


**[0027]**    Description of the symbols in the drawings: 1. bag or luggage body; 2. USB extension cable; 2-1. male connector; 2-2. female connector; 3. sheath; 4. duct cap; 5. groove; 6. nameplate; 7. fastener; 8. cable laying channel; 9. Bluetooth anti-lost alarm; 10.GPS device; 11.shoulder strap; ~~and~~ 12. external USB connecting line; and power cable outlet 14.


**[0034]**    Figure 5 shows embodiment 5 of the utility model, which is a lady handbag comprising the bag body 1, wherein, a placing space for placing an electrical storage device (which is not shown in the drawing) is provided inside the bag body 1, and a power cable outlet at the bottom on the side of the bag body 1; the bag further comprises a USB extension cable 2 on the bag body 1, and the male connector 2-1 of the USB extension cable 2 is connected to the power storage device in the power storage device placing space; the female connector 2-2 is at the power cable outlet <u>14</u>, and the dust cap 4 is at the opening of the groove 5, which is overturning connected to the groove 5.

SWISSDIGITAL000222

Please amend the claims as follows:

I CLAIM:

1.     (currently amended)          A   bag   or   luggage   for   convenient   charging, comprising:

a bag or luggage body having a placing space for placing a power storage device inside the bag or luggage body and a power cable outlet on the outer surface of the bag or luggage body;

a USB extension cable having a male connector and a female connector ~~having four sides and an operative end on the bag or luggage body~~,

wherein the male connector of the USB extension cable is inside the bag or luggage body and is used to connect to the power storage device in the placing space;

wherein the female connector is retained ~~in the power cable outlet or exposed~~ outside and adjacent to the power cable outlet with one side of the four sides of the female connector in communication with the bag or luggage body ~~and the female connector has an operative end~~, and the other three sides of the female connector ~~is~~ are ~~equipped~~ covered by ~~with~~ a water proof sheath ~~wrapped only on the outer surface of the female connector of the USB extension cable for water proofing~~ that protects the female connector and provides it in a flat position,

wherein the sheath does not cover the operative end of the female connector.


2.     (previously presented)          The bag or luggage for convenient charging according to claim 1, wherein the sheath is further equipped with a dust cap for dust proofing and the dust cap is movable to cover and uncover the operative end of the female connector.

3.     (previously presented)          The bag or luggage for convenient charging according to claim 2, wherein the power cable outlet is provided on the surface of the bag or luggage body, the female connector is exposed outside the power cable outlet, and the dust cap is attached on the side of the female connector.

4.     (Cancelled)          The bag or luggage for convenient charging according to claim 2, wherein the dust cap is at the opening of the groove and connected to the groove.


3

SWISSDIGITAL000223

5.      (previously presented)      The bag or luggage for convenient charging according to claim 1, wherein the power cable outlet is provided on any edge of a nameplate.

6.      (original)      The bag or luggage for convenient charging according to claim 1, wherein the power cable outlet is provided on either side of a fastener.

7.      (previously presented)      The bag or luggage for convenient charging according to claim 1, wherein the bag or luggage body is provided with a cable laying channel from the power storage device placing space to the power cable outlet for the penetration of the USB extension cable.

8.      (previously presented)      The bag or luggage for convenient charging according to claim 1, wherein at least one of the male connector and the female connector of the USB extension cable is further equipped with a wireless technology standard for exchanging data over short distances as an anti-loss alarm, which is used to connect to the device on the product to be charged.

9.      (previously presented)      The bag or luggage for convenient charging according to claims 1, wherein at least one of the male connector and the female connector of the USB extension cable is further equipped with a GPS device for positioning.

10.     (currently amended)    The bag or luggage for convenient charging according to claim 1, wherein the power cable outlet is on a shoulder strap of the bag or a side panel or a front part of the bag or luggage.

11.     (currently amended)      A bag or luggage for convenient charging, comprising:

a bag or luggage body having a placing space for placing a power storage device inside the bag or luggage body and a power cable outlet on the outer surface of the bag or luggage body and a cable laying channel from the placing space to the power cable outlet for the penetration of a USB extension cable having a male connector and a female connector on the bag or luggage body having four sides and an operative end;

wherein the male connector of the USB extension cable is inside the bag or luggage body and is used to connect to the power storage device in the placing space;

4

SWISSDIGITAL000224

wherein the female connector is retained ~~in the power cable outlet or exposed~~ outside and adjacent to the power cable outlet with one side of the four sides of the female connector in communication with the bag or luggage body, and the other three sides of the female connector ~~is~~ are ~~equipped~~ covered by ~~with~~ a waterproof sheath that protects the female connector and provides it in a flat position, ~~wrapped only on the outer surface of the female connector of the~~ ~~USB extension cable for water proofing~~ wherein the sheath does not cover the operative end of the female connector.

12.     (previously presented)     The bag or luggage for convenient charging according to claim 11, wherein the sheath is further equipped with a dust cap for dust proofing and the dust cap is movable to cover and uncover the operative end of the female connector.

13.     (previously presented)     The bag or luggage for convenient charging according to claim 11, wherein the power cable outlet is provided on the surface of the bag or luggage body, the female connector is exposed outside the power cable outlet, and a dust cap is attached on the side of the female connector.

14.     (Cancelled)     The bag or luggage for convenient charging according to claim 11, wherein a dust cap is at the opening of the groove and connected to the groove.

15.     (original)     The bag or luggage for convenient charging according to claim 11, wherein, the power cable outlet is provided on any edge of a nameplate.

16.     (original)     The bag or luggage for convenient charging according to claim 11, wherein the power cable outlet is provided on either side of a fastener.

17.     (previously presented)     The bag or luggage for convenient charging according to claim 11, wherein at least one of the male connector and the female connector of the USB extension cable is further equipped with a wireless technology standard for exchanging data over short distances as an anti-loss alarm, which is used to connect to the device on the product to be charged.

18.     (previously presented)     The bag or luggage for convenient charging according to claim 11, wherein at least one of the male connector and the female connector of the USB extension cable is further equipped with a GPS device for positioning.

5

SWISSDIGITAL000225

19.    (original)    The bag or luggage for convenient charging according to claim 11, wherein the power cable outlet is on a shoulder strap of the bag.

SWISSDIGITAL000226

# REMARKS

## Claim amendments

Claims 1 and 11 have been amended to positively recite, " wherein the female connector is retained outside and adjacent to the power cable outlet with one side of the four sides of the female connector in communication with the bag or luggage body, and the other three sides of the female connector are covered by a water proof sheath that protects the female connector and provides it in a flat position." Support for this amendment may be found in, at least, Figures 1-4 and 6-10.

The female connector being in a flat position allows for ease of attachment of an external USB charger without having to open the bag or find a charger.

This is described in the specification in, at least [0002] and [0003], which are copied herein for ease of reference.

[0002]    Bags and luggage have become a necessity in our everyday lives, such as backpacks (student backpacks and outdoor backpacks), travel boxes, briefcases, lady handbags, shoulder bags and so on. With the constant development of our society, diverse portable digital devices are emerging in our lives, and we rely more and more on them, including tablet computers, cellphones, digital cameras, video cameras and the like. In addition to containing the stuff, people want more functionality from the bags and luggage. For example, charging the portable digital devices. Especially for tourists, field staff and those making long-term business trips, it is not easy to charge their digital devices when the battery is dying, causing a lot of inconvenience and trouble in their works and lives. The present bags and luggage are equipped with no charging function, or a portable power source is provided in a bag or luggage for charging. It is necessary to open the bag or luggage for charging, which is quite inconvenient.

[0003]    The present invention intends to overcome the disadvantages stated above, and provides a type of bag or luggage for convenient charging, which enables the user to charge a device or product needing to be charged conveniently at any time or any place during traveling, without necessarily opening the bag or luggage, nor taking out the power source for charging.

7

SWISSDIGITAL000227

The claims, as amended, provide a female connector of a USB extension cable that is adjacent to a power cable outlet with one side of the USB in communication with the bag or luggage body and the other three sides covered by a water proof sheath that does not cover the operative end of the female connector. In this way, the USB is protected (by the waterproof sheath) and attached in a stable manner (as it lays in a flat position on the outer surface of a bag or luggage).



Figure 6



Figure 8

8

SWISSDIGITAL000228

As in the above examples, the female connector 2-2 is in a flat position on the outer surface of the bag or luggage and covered by the sheath with the operative end of the female connector uncovered, so that an external USB connecting line (12) can be easily attached and detached to the female connector 2-2 without having to open the bag. The sheath protects the female connector 2-2 and also provides stability to the female connector 2-2 so that a user may easily attach and detach an external USB connecting line with a single hand. For example, a user may have a bag or backpack and be walking and on the phone and realize that the phone requires charging and want to easily attach a power cord with a single hand (as the other hand is holding a phone). The flat position of the female connector 2-2 with the stability provided by the sheath allows for one handed plugging in of an external USB connecting line.

## 103 Rejections

The examiner relies on Blackwell for the teaching of the female connector and the sheath and confirms that Ferber does not provides such a teaching. The claims, as amended, provide the female connector is retained outside and adjacent to the power cable outlet with one side of the four sides of the female connector in communication with the bag or luggage body, and the other three sides of the female connector are covered by a water proof sheath that protects the female connector and provides it in a flat position.

The prior art does not teach or suggest the female connector (1) retained outside and adjacent to the power cable outlet; (2) with one side of the four sides of the female connector in communication the bag or luggage body, (3) and the other three sides of the female connector covered by a water proof sheath that protects the female connector and provides it in a flat position.

Blackwell teaches a USB socket with an external sealing feature protruding from and encircling the mating end of the USB socket, a corresponding environmentally protected USB plug with an internal intrusive sealing feature shaped to fit snugly against the sealing feature of the USB socket thus providing environmental protection.

9

SWISSDIGITAL000229



**FIG 1**

It is noted that the Blackwell reference teaches the female end of the USB (100) has an "encapsulation 10 is shown as terminating in a hat section having a generally rectangular section that outlines the shape of a common USB connector body but other shapes such as hexagonal, elliptical or a combination of shapes could be employed. Said USB plug encapsulation 10 includes a sealing lip 50 oriented about the internal perimeter of said USB plug encapsulation 10 at the end most part of the body. Said sealing lip 50 shown has a generally round cross section profile for ease of mating and de-mating the corresponding connector but other shapes are possible as well. FIG. 1 also depicts the seal cap 30 which provides environmental protection when said environmentally protected USB plug 100 is not in place." Blackwell column 3, lines 47-57.

The summary of the invention in Blackwell describes, "To achieve the above objectives, and in accordance with the purpose of the invention broadly described herein firstly, an encapsulation for USB Connectors comprising of: an encapsulated USB socket with an external sealing feature protruding from and encircling the mating end of the USB socket." Blackwell column 2, lines 27-35.

The encapsulation of Blackwell protrudes from and encircles only the mating end of the USB socket (not the three sides of the female connector). In this way, the "sheath" of Blackwell would never teach one side of the four sides of the female connector in communication with the bag or luggage body, and the other three sides of the female connector are covered by a water

10

SWISSDIGITAL000230

proof sheath that protects the female connector and provides it in a flat position. Put another way, the encapsulation of Blackwell protrudes and could never allow a side of the female connector to be in communication with the bag or luggage body or provide the female connector in a flat position.

It is also noted that the end of the female connector opposite the operative end has the cord. The claims positively recite that "the female connector is retained outside and adjacent to the power cable outlet." This is because the cord would go through the power cable outlet to the power storage device inside the bag or luggage body.

None of the prior art teaches the female connector retained adjacent to the power cable outlet in the manner as claimed (providing the female connector in a flat position on the outside of the bag and covered by the sheath leaving the operative end uncovered).

Applicant notes that examiner states, "placement of the cable outlet on a nameplate (logo) in this manner is well-known in the art." Office Action p. 6. Applicant respectfully disagrees and submits that this is insufficient to merely statement something is well known in the art. As described by the Federal Circuit in the Berkheimer decision, "Whether something is well-understood, routine, and conventional to a skilled artisan at the time of the patent is a factual determination. Whether a particular technology is well-understood, routine, and conventional goes beyond what was simply known in the prior art. The mere fact that something is disclosed in a piece of prior art, for example, does not mean it was well-understood, routine, and conventional." In this case, the examiner doesn't even cite to prior art, instead making conclusory statement without any factual findings or citation to prior art.

As set forth in the Federal Register Notice "[t]he *Berkheimer* memorandum revises the procedures set forth in MPEP § 2106.07(a) (Formulating a Rejection For Lack of Subject Matter Eligibility) and MPEP § 2106.07(b) (Evaluating Applicant's Response)."

As to "Formulating Rejections," the *Berkheimer* revisions provide that "an additional element (or combination of elements) is ***not*** well-understood, routine or conventional ***unless*** the examiner finds, and expressly supports a rejection in writing with, one or more of the following:

1.  A citation to an express statement in the specification or to a statement made by an applicant during prosecution that demonstrates the well-understood, routine, conventional nature of the additional element(s).
2.  A citation to one or more of the court decisions discussed in MPEP § 2106.05(d)(II) as noting the well-understood, routine, conventional nature of the additional element(s).

SWISSDIGITAL000231

3. A citation to a publication that demonstrates the well-understood, routine, conventional nature of the additional element(s).
4. A statement that the examiner is taking official notice of the well-understood, routine, conventional nature of the additional element(s).

Rejection of claims 5 and 15 is improper and should be withdrawn.

It is submitted that the amendments place the claims in a position for allowance.

SWISSDIGITAL000232

**Conclusion**

     Applicant is requesting an interview herewith to discuss the claims being in a position for

allowance.

                                      Respectfully submitted,

                                       /Jennifer Meredith/

MEREDITH &KEYHANI, PLLC           Jennifer Meredith
Telephone:  (212) 760-0098              Registration No. 47,790
Facsimile:  (212) 202-3819
CUSTOMER NUMBER: 30332

Date**:** April 8, 2019

SWISSDIGITAL000233



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | PATENT NUMBER | GROUP ART UNIT | REQUEST ID |
|---|---|---|---|
| 14/836,104 | | 2859 | 84770 |

## PAIR Correspondence Address/Fee Address Change

The following fields have been changed to Customer Number 161396 on 03/30/2019 via Private PAIR in view of the certification copied below that authorized the change.

• Maintenance Fee Address

The address for Customer Number 161396 is:
161396
Jennifer Meredith
Meredith Attorneys, PLLC
125 Park Avenue
25th Floor
New York, NY 10017

**I certify, in accordance with 37 CFR 1.4(d)(4) that I am:**

An attorney or Agent of Record registered to practice before the Patent and Trademark Office who has been given power of attorney in this application

| Signature: | /Jennifer Meredith/ |
|---|---|
| **Name:** | Jennifer Meredith |
| **Registration Number:** | 47790 |

SWISSDIGITAL000234



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | PATENT NUMBER | GROUP ART UNIT | REQUEST ID |
|---|---|---|---|
| 14/836,104 | | 2859 | 84770 |

## PAIR Correspondence Address/Fee Address Change

The following fields have been changed to Customer Number 161396 on 03/30/2019 via Private PAIR in view of the certification copied below that authorized the change.

• Correspondence Address

The address for Customer Number 161396 is:
161396
Jennifer Meredith
Meredith Attorneys, PLLC
125 Park Avenue
25th Floor
New York, NY 10017

**I certify, in accordance with 37 CFR 1.4(d)(4) that I am:**

An attorney or Agent of Record registered to practice before the Patent and Trademark Office who has been given power of attorney in this application

| Signature: | /Jennifer Meredith/ |
|---|---|
| **Name:** | Jennifer Meredith |
| **Registration Number:** | 47790 |

SWISSDIGITAL000235



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/836,104 | 08/26/2015 | Li Zhijian | Li-002 | 3320 |

30332     7590     02/08/2019
MEREDITH & KEYHANI, PLLC
125 Park Avenue
25TH FLOOR
NEW YORK, NY 10017

| EXAMINER |
|---|
| MURALIDAR, RICHARD V |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2859 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 02/08/2019 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

JMEREDITH@MEREDITHKEYHANI.COM
USPTO@MEREDITHKEYHANI.COM

PTOL-90A (Rev. 04/07)

SWISSDIGITAL000236

| | **Application No.** | **Applicant(s)** |
|---|---|---|
| ***Office Action Summary*** | 14/836,104 | Zhijian, Li |
| | **Examiner** | **Art Unit** | **AIA Status** |
| | RICHARD V MURALIDAR | 2859 | Yes |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☑ Responsive to communication(s) filed on <u>1/17/2019</u>.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a) ☑ This action is **FINAL.**   2b) ☐ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☑ Claim(s) <u>1-19</u> is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☑ Claim(s) <u>1-19</u> is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10) ☑ The specification is objected to by the Examiner.

11) ☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
     a)☐ All   b)☐ Some**   c)☐ None of the:
     1.☐ Certified copies of the priority documents have been received.
     2.☐ Certified copies of the priority documents have been received in Application No. _____.
     3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)

2) ☐ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b)
   Paper No(s)/Mail Date _____.

3) ☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date _____.

4) ☐ Other: _____.

SWISSDIGITAL000237

## DETAILED ACTION

### *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

### *Specification Amendments*

The amendment to the specification dated 5/4/2018, to par. 0031, is accepted.

The disclosure is objected to because of the following informalities:

The <u>items listing</u> in par. 0027 of the specification (and elsewhere as needed) as filed must also be amended to include item 14 as "power cable outlet 14".

No new matter may be entered. Appropriate correction is required.

### *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not identically disclosed as set forth in section 102, if the differences between the claimed invention and the prior art are such that the claimed invention as a whole would have been obvious before the effective filing date of the claimed invention to a person having ordinary skill in the art to which the claimed invention pertains. Patentability shall not be negated by the manner in which the invention was made.

**Claims 1-7, 10-16, 19 is/are rejected under 35 U.S.C. 103 as being unpatentable over Ferber et al. U.S. 20120262117 in view of Blackwell U.S. 7914306, and further in view of McQuade U.S. 20050140331.**

SWISSDIGITAL000238

Regarding underlined independent claims 1 and 11 [claim 11 is considered representative],

Ferber discloses a bag or luggage body for convenient charging, comprising [*note:*

*Ferber discloses all cited limitations below, except those ~~lined through~~*]:

a bag or luggage body **[Fig. 21, bag 200]** having a placing space **[Fig. 21,**

**compartment 212]** for placing a power storage device **[Fig. 5, battery 52; pars. 0006,**

**0043]** inside the bag or luggage body and a power cable outlet **[Fig. 21, aperture 210;**

**alternatively, female connector 64 extends through a hole in the bag (Fig. 2), par.**

**0044]** on the outer surface of the luggage body **[Fig. 21, aperture 210 is shown on the**

**outer surface of the luggage body, pars. 0063, 0064. Alternatively, female**

**connector 64 extends through a hole on the outer surface of the bag (Fig. 2), par.**

**0044]** ~~on a shoulder strap of the luggage body~~; and a cable laying channel **[Fig. 21,**

**channel in compartment 212, par. 0065]** from the placing space to the power cable

outlet for the penetration of a USB extension cable **[Fig. 21, cords 214]** having a male

connector **[Fig. 21, USB connector 216]** and a ~~female~~ connector **[Fig. 21, any of the**

**other USB connectors 216 shown]** on the bag or luggage body having an operative

end;

wherein the male connector of the USB extension cable is inside the luggage

body and is used to connect to the power storage device in the placing space **[pars.**

**0065, 0066]**;

wherein the ~~female~~ connector is retained in the power cable outlet or exposed

outside and underlined adjacent to the power cable outlet **[Fig. 21, all USB connectors 216 are**

**shown extending outside the aperture 210, next to (and therefore adjacent to)**

SWISSDIGITAL000239

**aperture 210]** and the female connector has an operative end **[Fig. 21, any of the other USB connectors 216 shown, with their corresponding mating ends]**, and the female connector is equipped with a sheath wrapped only on the outer surface of the female connector for water proofing,

~~wherein the sheath does not cover the operative end of the female connector.~~

Ferber does not disclose: a *female* connector; and the *female connector is equipped with a sheath wrapped only on the outer surface of the female connector for water proofing*, wherein the sheath does not cover the operative end of the female connector; and the power cable outlet is on a shoulder strap of the luggage body.

Blackwell discloses a *female* connector **[Fig. 1, the female connector is inside of USB socket encapsulation 20; Fig. 4, USB socket 70; col. 3 lines 47-57, col. 4 lines 1-6]**; and the *female connector is equipped with a sheath* **[Figs. 1 and 4, USB socket encapsulation 20 with sealing surface 80; col. 3 lines 47-57, col. 4 lines 1-6]** *wrapped only on the outer surface of the female connector for water proofing* **[as shown in Figs. 2 and 5, encapsulation 20 with sealing surface 80 is formed only on the outer surface of USB socket 70; col. 1 line 64 to col. 2 line 9, lines 26-45]**, wherein the sheath does not cover the operative end of the female connector **[as shown in Figs. 1, 2, 5 and 6 USB socket encapsulation 20 allows male USB connector 60 to interface with female USB socket 70. See col. 3 lines 58-61, col. 4 lines 1-19].**

Ferber and Blackwell are analogous means for supplying charging power to electronic devices via a USB connector.

It would have been obvious to one of ordinary skill in the art at the time of the filing to incorporate the teachings of Blackwell into Ferber's Charging Bag, for the benefit of having a USB connector socket sealed for environmental protection **[see Blackwell col. 1 lines 64-67, col. 2 lines 1-4]**, thus making Ferber's Charging Bag more tolerant to outdoor use.

The combination of Ferber and Blackwell do not disclose: the power cable outlet on a shoulder strap of the luggage body.

McQuade discloses: wherein the power cable outlet [equivalently aperture 80, Fig. 2] is on a shoulder strap [Fig. 2, shoulder strap 82] of the bag [par. 0045].

Ferber, Blackwell and McQuade are analogous USB connectors for charging electronic devices. It would have been obvious to one of ordinary skill in the art at the time of the filing to incorporate the teachings of McQuade into the combination of Ferber and Blackwell's Charging Bag, for the benefit of giving the bag shoulder-carrying convenience and easy hand-access to the charging connector as desired.

Regarding claims 10, 19, the combination of Ferber and Blackwell disclose the bag or luggage for convenient charging according to claim 1, but is silent on: wherein the power cable outlet is on a shoulder strap of the bag or a side panel or a front part of the bag or luggage.

SWISSDIGITAL000241

McQuade discloses: wherein the power cable outlet [equivalently aperture 80, Fig. 2] is on a shoulder strap [Fig. 2, shoulder strap 82] of the bag [par. 0045] or a side panel or a front part of the bag or luggage.

Ferber, Blackwell and McQuade are analogous means with USB connectors for carrying and charging electronic devices. It would have been obvious to one of ordinary skill in the art at the time of the filing to incorporate the teachings of McQuade into the combination of Ferber and Blackwell's Charging Bag, for the benefit of giving the bag shoulder-carrying convenience and easy hand-access to the charging connector as desired.

Regarding claims 5, 15, the combination of Ferber and Blackwell disclose the bag or luggage for convenient charging, but is silent on: wherein the power cable outlet is provided on any edge of a nameplate.

However, placement of the cable outlet on a nameplate (logo) in this manner is well-known in the art. It would have been obvious to one of ordinary skill in the art at the time of the filing to utilize such a placement in order to minimize having to have an additional aperture in the side of the bag to allow the cable to pass through (many logos require a punch-through the material for installation).

Regarding claims 6, 16, Ferber discloses wherein the power cable outlet [Fig. 21, aperture 210] is provided on either side of a fastener [Fig. 21, fastener 222].

Regarding claims 7, Ferber discloses wherein the luggage body [Fig. 21, 202] is provided with a cable laying channel [Fig. 21, 212] from the power storage device

placing space to the power cable outlet [Fig. 21, aperture 210] for the penetration of the
USB extension cable [Fig. 21, cords 214; pars. 0065, 0066].

Regarding claims 2, 12, the combination of Ferber, Blackwell and McQuade
disclose wherein the sheath is further equipped with a dust cap [Blackwell, as shown in
Fig. 8] for dust proofing, and the dust cap is movable to cover and uncover the operative
end of the female connector [Blackwell, col. 3 lines 14-15].

Regarding claims 3, 13, Ferber discloses: wherein the power cable outlet [Fig.
21, all USB connectors 216 are shown extending outside the aperture 210] is provided
on the surface of the luggage body [as shown in Fig. 21], the female connector is
exposed outside the power cable outlet [as combined by Ferber and Namaky, would
extend outside the aperture 210], and the dust cap [Blackwell, as shown in Fig. 8] is
attached on the side of the female connector [Blackwell, as shown in Fig. 8, col. 3 lines
14-15].

Regarding claims 4, 14, the combination of Ferber, Blackwell and McQuade
disclose wherein the dust cap [Blackwell, as shown in Fig. 8, col. 3 lines 14-15] is at the
opening of the groove and connected to the groove [per 9/7/2018 remarks, applicant
has identified figure 5 item 5 as the "groove". It is further noted that the "groove" is
actually an *attachment piece* to secure the dust cover 4 to the identified cable outlet 14.
Consistent with this, Blackwell discloses an *attachment piece* in Fig. 8, that secures the
dust cap to the USB socket 400].

**Claims 8, 9, 17, 18 is/are rejected under 35 U.S.C. 103 as being unpatentable over Ferber et al. U.S. 20120262117 and Blackwell U.S. 6816760 in view of McQuade U.S. 20050140331 as applied to claims 1 and 11 above respectively, and further in view of Bartholomew U.S. 20090276089.**

Regarding claims 8, 9, 17, 18, Ferber, Blackwell and McQuade disclose the bag or luggage for convenient charging, but is silent on: wherein the male connector of the USB extension cable is further equipped with a wireless technology standard for exchanging data over short distances as an anti-loss alarm, which is used to connect to the device on the product to be charged; and wherein the male connector of the USB extension cable is further equipped with a GPS device for positioning.

Bartholomew discloses wherein the male connector [Fig. 8, USB 70] of the USB extension cable is further equipped with a wireless technology standard [Fig. 8, transponder 30] for exchanging data over short distances as an anti-loss alarm, which is used to connect to the device on the product to be charged [par. 0064]; and wherein the male connector of the USB extension cable is further equipped with a GPS device for positioning [pars. 0070, 0072].

Ferber, Blackwell, McQuade and Bartholomew are analogous means with USB connectors for charging electronic devices. It would have been obvious to one of ordinary skill in the art at the time of the filing to incorporate the teachings of Bartholomew into the combination of Ferber, Blackwell and McQuade's Charging Bag, for the benefit of tracking lost or stolen devices or carry bags.

### *Response to Arguments*

Applicant's arguments filed 1/17/2019 have been fully considered but they are not persuasive.

Applicant argues: "Accordingly, the claims fail to teach or suggest, "wherein the female connector is retained in the power cable outlet or exposed outside and adjacent to the power cable outlet and the female connector has an operative end, and the female connector is equipped with a sheath wrapped only on the outer surface of the female connector of the USB extension cable for water proofing." as in claims 1 and 11."

Examiner respectfully disagrees. The USB connector 218 shown in Fig. 21 is *next to* the aperture 210 (equated to be the recited power cable outlet). Therefore the USB connector 218 is adjacent to the aperture 210. Examiner also notes any limitations recited in the alternative form (i.e. using OR) and not explicitly itemized in the action, is not given any patentable weight.


### *Conclusion*

Applicant's amendment necessitated the new ground(s) of rejection presented in this Office action. Accordingly, **THIS ACTION IS MADE FINAL**. See MPEP § 706.07(a). Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE MONTHS from the mailing date of this action. In the event a first reply is filed within TWO MONTHS of the mailing date of this final action and the advisory action is not mailed until after the end of the THREE-MONTH shortened statutory period, then the

shortened statutory period will expire on the date the advisory action is mailed, and any extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of the advisory action. In no event, however, will the statutory period for reply expire later than SIX MONTHS from the date of this final action.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to RICHARD V MURALIDAR whose telephone number is (571)272-8933. The examiner can normally be reached on M - F 9:30 am to 5:30 PM.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Ricardo Isla can be reached on 571-272-5056. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

SWISSDIGITAL000246

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system. Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

                                        RICHARD V. MURALIDAR
                                        Primary Examiner
                                        Art Unit 2859


/RICHARD V MURALIDAR/
Primary Examiner, Art Unit 2859

SWISSDIGITAL000247

*Index of Claims*

| Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|
| 14/836,104 | Zhijian, Li |
| **Examiner** | **Art Unit** |
| RICHARD V MURALIDAR | 2859 |

| ✔ | **Rejected** | - | **Cancelled** | **N** | **Non-Elected** | **A** | **Appeal** |
|---|---|---|---|---|---|---|---|
| = | **Allowed** | ÷ | **Restricted** | **I** | **Interference** | **O** | **Objected** |

| CLAIMS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ Claims renumbered in the same order as presented by applicant | | | | | ☐ CPA | ☐ T.D. | ☐ R.1.47 | |

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 01/23/2017 | 07/22/2017 | 01/08/2018 | 06/11/2018 | 10/29/2018 | 02/04/2019 | | | |
| | 1 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| | 2 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| | 3 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| | 4 | O | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| | 5 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| | 6 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| | 7 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| | 8 | O | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| | 9 | O | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| | 10 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| | 11 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| | 12 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| | 13 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| | 14 | O | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| | 15 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| | 16 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| | 17 | O | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| | 18 | O | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| | 19 | ✓ | ✓ | ✓ | ✓ | | ✓ | | | |

SWISSDIGITAL000248

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 34880374 |
| **Application Number:** | 14836104 |
| **International Application Number:** | |
| **Confirmation Number:** | 3320 |
| **Title of Invention:** | BAG LUGGAGE WITH USB CHARGING CONNECTOR |
| **First Named Inventor/Applicant Name:** | Li  Zhijian |
| **Customer Number:** | 30332 |
| **Filer:** | Jennifer McGregor Meredith |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | Li-002 |
| **Receipt Date:** | 17-JAN-2019 |
| **Filing Date:** | 26-AUG-2015 |
| **Time Stamp:** | 09:22:47 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Amendment/Req. Reconsideration-After Non-Final Reject | response.pdf | 263829<br>26e01978005f cb79bc0931c8acf7a7c75cdebf8bb | no | 9 |

| |
|---|
| Warnings: |

SWISSDIGITAL000249

| Information: | |
|---|---|
| **Total Files Size (in bytes):** | 263829 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

SWISSDIGITAL000250

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

Inventor: Li                                    Docket No: Li-002

Appln. No.: 14/836,104                          Group Art Unit: 2859

Confirmation No.:3320                           Examiner: Muralidar

Filed: August 26, 2015

For:    Bags and luggages for convenient charging



**RESPONSE TO OFFICE ACTION**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450


Sir:

      In response to the office action dated as mailed November 1, 2018, please accept this

amendment and response.

SWISSDIGITAL000251

<u>Please amend the claims as follows:</u>

<u>I CLAIM:</u>

1.      (currently amended)      A  bag  or  luggage  for  convenient  charging, comprising:

a bag or luggage body having a placing space for placing a power storage device inside the bag or luggage body and a power cable outlet on the outer surface of the bag or luggage body ~~on a shoulder strap of the bag or luggage body~~;

a USB extension cable having a male connector and a female connector on the bag or luggage body,

wherein the male connector of the USB extension cable is inside the bag or luggage body and is used to connect to the power storage device in the placing space;

wherein the female connector is retained in the power cable outlet or exposed outside <u>and adjacent to</u> the power cable outlet and the female connector has an operative end, and the female connector is equipped with a sheath wrapped only on the outer surface of the female connector of the USB extension cable for water proofing,

wherein the sheath does not cover the operative end of the female connector.


2.      (previously presented)      The bag or luggage for convenient charging according to claim 1, wherein the sheath is further equipped with a dust cap for dust proofing and the dust cap is movable to cover and uncover the operative end of the female connector.

3.      (previously presented)      The bag or luggage for convenient charging according to claim 2, wherein the power cable outlet is provided on the surface of the bag or luggage body, the female connector is exposed outside the power cable outlet, and the dust cap is attached on the side of the female connector.

4.      (Cancelled)      The bag or luggage for convenient charging according to claim 2, wherein the dust cap is at the opening of the groove and connected to the groove.

5.      (previously presented)      The bag or luggage for convenient charging according to claim 1, wherein the power cable outlet is provided on any edge of a nameplate.

2

SWISSDIGITAL000252

6. (original) The bag or luggage for convenient charging according to claim 1, wherein the power cable outlet is provided on either side of a fastener.

7. (previously presented) The bag or luggage for convenient charging according to claim 1, wherein the bag or luggage body is provided with a cable laying channel from the power storage device placing space to the power cable outlet for the penetration of the USB extension cable.

8. (previously presented) The bag or luggage for convenient charging according to claim 1, wherein at least one of the male connector and the female connector of the USB extension cable is further equipped with a wireless technology standard for exchanging data over short distances as an anti-loss alarm, which is used to connect to the device on the product to be charged.

9. (previously presented) The bag or luggage for convenient charging according to claims 1, wherein at least one of the male connector and the female connector of the USB extension cable is further equipped with a GPS device for positioning.

10. (currently amended) The bag or luggage for convenient charging according to claim 1, wherein the power cable outlet is on a shoulder strap of the bag <u>or a side panel or a front part of the bag or luggage</u> .

11. (currently amended) A bag or luggage for convenient charging, comprising:

a bag or luggage body having a placing space for placing a power storage device inside the bag or luggage body and a power cable outlet on the outer surface of the bag or luggage body ~~on a shoulder strap of the bag or luggage body~~ and a cable laying channel from the placing space to the power cable outlet for the penetration of a USB extension cable having a male connector and a female connector on the bag or luggage body having an operative end;

wherein the male connector of the USB extension cable is inside the bag or luggage body and is used to connect to the power storage device in the placing space;

wherein the female connector is retained in the power cable outlet or exposed outside <u>and adjacent to</u> the power cable outlet, and the female connector is equipped with a sheath wrapped

3

SWISSDIGITAL000253

only on the outer surface of the female connector of the USB extension cable for water proofing wherein the sheath does not cover the operative end of the female connector.

12.      (previously presented)      The bag or luggage for convenient charging according to claim 11, wherein the sheath is further equipped with a dust cap for dust proofing and the dust cap is movable to cover and uncover the operative end of the female connector.

13.      (previously presented)      The bag or luggage for convenient charging according to claim 11, wherein the power cable outlet is provided on the surface of the bag or luggage body, the female connector is exposed outside the power cable outlet, and a dust cap is attached on the side of the female connector.

14.      (Cancelled)      The bag or luggage for convenient charging according to claim 11, wherein a dust cap is at the opening of the groove and connected to the groove.

15.      (original)      The bag or luggage for convenient charging according to claim 11, wherein, the power cable outlet is provided on any edge of a nameplate.

16.      (original)      The bag or luggage for convenient charging according to claim 11, wherein the power cable outlet is provided on either side of a fastener.

17.      (previously presented)      The bag or luggage for convenient charging according to claim 11, wherein at least one of the male connector and the female connector of the USB extension cable is further equipped with a wireless technology standard for exchanging data over short distances as an anti-loss alarm, which is used to connect to the device on the product to be charged.

18.      (previously presented)      The bag or luggage for convenient charging according to claim 11, wherein at least one of the male connector and the female connector of the USB extension cable is further equipped with a GPS device for positioning.

19.      (original)      The bag or luggage for convenient charging according to claim 11, wherein the power cable outlet is on a shoulder strap of the bag.

SWISSDIGITAL000254

## REMARKS

### Drawing and 112 objections

Applicant has canceled the claims that reference the groove in an effort to streamline prosecution.

### Claim amendments

Claims 1 and 11 have been amended to positively recite, "wherein the female connector is retained in the power cable outlet or exposed outside and adjacent to the power cable outlet." Support for this amendment may be found in, at least, Figures 9 and 10.

### 103 Rejections

Claims 1 and 11 positively recites "a power cable outlet on the outer surface of the bag or luggage body" The examiner relies on Figure 21 aperture 210 for this teaching. The specification of Ferber explicitly provides that the aperture is on the interior of the bag, and therefore is not "on the outer surface of the bag or luggage body" as required by claims 1 and 11.

Ferber [0064] states that the aperture is in an interior pocket or front pocket, " With reference to FIGS. 21 and 23, the bag **200** may include a front pocket or panel **202** and an interior pocket **204**, but any number of pockets is contemplated. The interior pocket **204** includes a charging pocket **206** as shown in FIG. 24, such as along a side panel **250** of the bag **200**. The charging pocket **206** has an interior space and may be closed and opened using a fastener **208** such as a zipper, snap, hook and loop, magnetic closure, or other fastener. The charging pocket **206** also may include one or more apertures **210** which allow cords to pass through. The aperture **210** may be provided near the bottom of the charging pocket **206**, for example, and may be defined by stitching, a grommet, a rubber seal, or the like. A charging system **220**, as described below, may be contained within the charging pocket **206**."

Ferber [0065] in fact explicitly states the aperture **210** is internally within the bag, "With reference to FIG. 21, the front pocket **202** may have one or more compartments **212** where mobile devices or electronic devices may be stored and charged. The compartments **212** may be the same size or different sizes. The compartments **212** may include identification icons **218** to guide the user as to what type of electronic device is suited for charging in a particular compartment **212**. Cords **214** with various charging connectors **216** are run from the charging system **220** (as best shown in FIGS. 26-29) **in the charging pocket 206 through the aperture 210 and internally in the bag 200 to the various compartments 212,**

5

wherein the cords **214** carry electricity for recharging the electronic devices using power in the charging system **220**. Each compartment **212** may include a fastener **222** (e.g., hook and loop) at the bottom thereof which secures the compartment **212** within the front pocket **202** and which allows the charging cords **214** to feed through the compartments **212** along a channel like structure while not obstructing users from taking devices in and out of the compartments **212**.

This is also relevant in that the examiner states, "It would have been obvious to one of ordinary skill in the art at the time of the filing to incorporate the teachings of Blackwell into Ferber's Charging Bag, for the benefit of having a USB connector socket sealed for environmental protection, thus making Ferber's Charging Bag more tolerant to outdoor use." Office Action p. 6.

The power cable outlet of Ferber is in the interior of the bag, so the examiner's purported reasoning to combine the references lack a rational underpinning. The power cable outlet and the portion being relied on for the "female connector" are on the interior of the bag, so they would not be more tolerant to outdoor use and would in fact not be on the exterior of the bag. They are protected by the interior pocket and flap of the bag in Ferber.

Still further, the combination of references fails to teach the limitation of "a power cable outlet <u>on the outer surface of the bag or luggage body</u>"

The claims also fail to teach or "wherein the female connector is retained in the power cable outlet or exposed outside <u>and adjacent to</u> the power cable outlet and the female connector has an operative end, and the female connector is equipped with a sheath wrapped only on the outer surface of the female connector of the USB extension cable for water proofing." The connectors of Ferber are retained in a separate pocket (e.g. 212, 214).

This is important because the combination of references does not teach a female connector retained in the power cable outlet. Instead the various connectors are retained in a separate pocket, which is separate and distinct from the "aperture" that is relied upon for the "power cable outlet."

6

SWISSDIGITAL000256

The USB connector is retained in a separate compartment 212, which is separate and distinct from the "aperture"



*Fig. 21*

The aperture (210) is being relied upon as the power cable outlet.

Accordingly, the claims fail to teach or suggest, "wherein the female connector is retained in the power cable outlet or exposed outside and adjacent to the power cable outlet and the female connector has an operative end, and the female connector is equipped with a sheath wrapped only on the outer surface of the female connector of the USB extension cable for water proofing." as in claims 1 and 11.

The combination of references does not teach the claimed invention. There would also be no motivation to combine the references as suggested, since the USB connector is retained in a separate compartment that is additionally on the interior of the bag (by way of the flap that covers

7

SWISSDIGITAL000257

it).  Still further, if proposed modification would render the prior art invention being modified unsatisfactory for its intended purpose, then there is no suggestion or motivation to make the proposed modification. In re Gordon, 733 F.2d 900, 221 USPQ 1125 (Fed. Cir. 1984).  Applicant notes that the proposed modification to include the USB socket encapsulation of Blackwell would prevent it from fitting inside the separate compartment of Ferber, which has a very tight fit.

It is submitted that the amendments place the claims in a position for allowance.

SWISSDIGITAL000258

**Conclusion**

Applicant is requesting an interview herewith to discuss the claims being in a position for

allowance.

Respectfully submitted,

/Jennifer Meredith/

MEREDITH &KEYHANI, PLLC
Telephone: (212) 760-0098
Facsimile: (212) 202-3819
CUSTOMER NUMBER: 30332

_____
Jennifer Meredith
Registration No. 47,790

Date**:** January 17, 2019

9

SWISSDIGITAL000259