# Exhibit 20

| | |
|---|---|
| **From:** | Joon Chung |
| **Sent:** | Thursday, February 13, 2025 10:18 AM |
| **To:** | 'sdraffin@keyhanillc.com'; Frances Stephenson; Darius Keyhani; Lisa M. Tittemore; Kevin R. Mosier; Steve Ramsdell |
| **Cc:** | FRService-Samsonite-24cv11636 |
| **Subject:** | Swissdigital v. Samsonite - Claim Construction Withdrawal |

Counsel,

Defendants no longer intend to argue a construction for the "adjacent to" claim term, and will agree to that term being given its plain and ordinary meaning. As such, Defendants do not plan to brief that term. Defendants reserve the right to seek construction at a later date if Swissdigital supplements its infringement contentions with new theories or new products.

Best,
Joon

## Joon Chung
Associate ■ Fish & Richardson P.C.

**T:** 404 724 2805 | chung@fr.com