# EXHIBIT 1

U.S. Patent No. 10,574,071

| Product/Claim No. | 1 | 9 |
|---|---|---|
| **Samsonite Carrier Tucker Backpack** | x | x |
| **Samsonite Carrier Underseater** | x | x |
| **Samsonite Quadrion Standard Backpack** | x | x |
| **Samsonite Quadrion Slim Backpack** | x | x |
| **Samsonite Quadrion Messenger Bag** | x | x |
| **Samsonite Tectonic Sweetwater Backpack** | x | x |
| **Samsonite - Laser Pro 2 Laptop Backpack for 15.6" Laptops** | x | x |
| **EBAGS Pro Slim USB Laptop Backpack** | x | x |
| **EBAGS Kalya Underseat Carry-On with USB Port** | x | x |
| **American Tourister Star Wars R2D2 Underseater** | x | x |
| **High Sierra Business ProSlim USB Backpack** | x | x |
| **High Sierra Endeavor Elite 2.0 Backpack** | x | x |

PRELIMINARY INFRINGEMENT CONTENTIONS

U.S. Patent No. 10,931,137

| Product/Claim No. | 1 | 3 | 4 | 6 | 7 | 18 | 19 | 20 | 21 |
|---|---|---|---|---|---|---|---|---|---|
| Samsonite SXK Prime Expandable Backpack | x | x | x | x | x | x |  | x | x |
| Samsonite SXK Slim Backpack | x | x | x | x | x | x |  | x | x |
| Samsonite SXK Carry-On Expandable Spinner | x | x | x | x | x | x |  | x | x |
| Samsonite SXK Spinner Underseat | x | x |  | x | x | x |  | x | x |
| Samsonite Pro Standard Backpack | x | x | x | x | x | x |  | x | x |
| Samsonite Pro Vertical Spinner Mobile Office | x | x | x | x | x | x |  | x | x |
| Samsonite Pro Slim Backpack | x | x | x | x | x | x |  | x | x |
| Samsonite Pro 15.6" Slim Messenger | x | x | x | x | x | x |  | x | x |
| Samsonite Pro Double Compartment Brief | x | x | x | x | x |  |  |  |  |
| Samsonite Pro Carry-On Expandable Spinner | x | x | x | x | x |  |  |  |  |
| Samsonite Pro Upright Mobile Office | x | x | x | x | x |  |  |  |  |
| Samsonite Carrier Tucker Backpack | x | x |  | x | x |  | x | x | x |
| Samsonite Carrier Underseater | x | x |  | x | x |  | x | x | x |
| Samsonite Quadrion Standard Backpack | x | x |  | x | x |  | x | x | x |
| Samsonite Quadrion Slim Backpack | x | x |  | x | x |  | x | x | x |
| Samsonite Quadrion Messenger Bag | x | x |  | x | x |  | x | x | x |
| Samsonite Mobile Solution Deluxe Carryall Limited Edition | x | x | x | x | x | x |  | x | x |
| Samsonite Mobile Solution Carry-On Expandable Spinner | x | x | x | x | x | x |  | x | x |
| Samsonite Mobile Solution Mobile Office Softside Carry-On Spinner | x | x | x | x | x | x |  | x | x |
| Samsonite Mobile Solution 19" Softside Carry-On Spinner | x | x | x | x | x | x |  | x | x |

PRELIMINARY INFRINGEMENT CONTENTIONS

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Samsonite Women's Mobile Solution Business | x | x | x | x | x | | x | x | x |
| Mobile Solution Everyday Carry-On Spinner | x | x | x | x | x | | x | x | x |
| Mobile Solution Spinner Mobile Office | x | x | x | x | x | | x | x | x |
| Samsonite Silhouette 16 Underseat Carry-On Spinner | x | x | x | x | x | | x | x | x |
| Samsonite Silhouette 16 Expandable Carry-On Spinner | x | x | | x | | | x | x | x |
| Samsonite Silhouette 16 Softside Expandable Carry-On Spinner Suitcase | x | x | | x | x | | x | x | x |
| Samsonite Silhouette 16 Softside Expandable Wheeled Carry-On | x | x | | x | x | | x | x | x |
| Samsonite Silhouette 16 Softside Underseat Carry-On | x | x | | x | x | | x | x | x |
| Samsonite Tectonic Sweetwater Backpack | x | x | x | x | x | x | x | x | x |
| Samsonite Silhouette 16 Underseat Wheeled Carry-On | x | x | | x | x | | x | x | x |
| Samsonite Advance Eco 22 x 14 x 9 Carry-On Spinner | x | x | | x | x | | x | x | x |
| Samsonite Insignis Underseater Wheeled Carry-On | x | x | | x | x | | x | x | x |
| Samsonite Insignis Carry-On Expandable Spinner | x | x | | x | x | | x | x | x |
| Samsonite Theorym Underseater Spinner | x | x | | x | x | | x | x | x |
| Samsonite Agilis 25" Softside Spinner Suitcase | x | x | | x | x | | x | x | x |
| Samsonite - Laser Pro 2 Laptop Backpack for 15.6" Laptops | x | x | | x | x | x | x | x | x |
| EBAGS Pro Slim USB Laptop Backpack | x | x | | x | | x | | x | x |
| EBAGS Kalya Underseat Carry-On with USB Port | x | x | | x | x | | x | x | x |

PRELIMINARY INFRINGEMENT CONTENTIONS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **American Tourister Star Wars R2D2 Underseater** | × | × | | × | × | | × | × |
| **High Sierra Business ProSlim USB Backpack** | × | × | | × | × | | × | × |
| **High Sierra Endeavor Elite 2.0 Backpack** | × | × | | × | × | | × | × |
| **Hartmann Ratio 2 Global Carry-On Spinner** | × | × | | × | × | × | × | × |
| **Hartmann Carry-On Spinner** | × | × | | × | × | × | × | × |
| **Hartmann Metropolitan 2 Global Carry-On Expandable Spinner Suitcase** | × | × | | × | × | × | × | × |
| **Hartmann Herringbone Deluxe Underseater** | × | × | | × | × | × | × | × |
| **Hartmann Ratio Classic Deluxe 2 Global Carry-On** | × | × | | × | × | × | × | × |
| **Just Right Standard Backpack** | × | × | × | × | × | × | × | × |

PRELIMINARY INFRINGEMENT CONTENTIONS

4

| Product/Claim No. | 1 | 2 | 4 | 5 | 6 | 7 | 8 | 17 | 18 | 19 | 20 | 21 | 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Samsonite SXK Prime Expandable Backpack** | x | x | x | x | x | x | x | x | x |  | x | x | x |
| **Samsonite SXK Slim Backpack** | x | x | x | x | x | x | x | x | x |  | x | x | x |
| **Samsonite SXK Carry-On Expandable Spinner** | x | x | x | x | x | x | x | x | x |  | x | x | x |
| **Samsonite SXK Spinner Underseat** | x | x | x | x | x | x | x |  | x |  | x | x | x |
| **Samsonite Pro Standard Backpack** | x | x | x | x | x | x | x | x | x |  | x | x | x |
| **Samsonite Pro Vertical Spinner Mobile Office** | x | x | x | x | x | x | x | x | x |  | x | x | x |
| **Samsonite Pro Slim Backpack** | x | x | x | x | x | x | x | x | x |  | x | x | x |
| **Samsonite Pro 15.6" Slim Messenger** | x | x | x | x | x | x | x | x | x |  | x | x | x |
| **Samsonite Pro Double Compartment Brief** | x | x | x | x | x | x | x | x | x |  | x | x | x |
| **Samsonite Pro Carry-On Expandable Spinner** | x | x | x | x | x | x | x | x | x |  | x | x | x |
| **Samsonite Pro Upright Mobile Office** | x | x | x | x | x | x | x | x | x |  | x | x | x |
| **Samsonite Carrier Tucker Backpack** | x | x | x |  |  | x | x | x |  | x | x | x | x |
| **Samsonite Carrier Underseater** | x | x | x |  | x | x | x | x |  | x | x | x | x |
| **Samsonite Quadrion Standard Backpack** | x | x | x |  | x | x | x | x |  | x | x | x | x |

PRELIMINARY INFRINGEMENT CONTENTIONS

| Product | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Samsonite Quadrion Slim Backpack** | × | × | | × | × | × | × | × | | × | × | × | × | × |
| **Samsonite Quadrion Messenger Bag** | × | × | | × | × | × | × | × | × | × | × | × | × | × |
| **Samsonite Mobile Solution Deluxe Carryall Limited Edition** | × | × | × | × | × | × | × | × | × | | × | × | × | × |
| **Samsonite Mobile Solution Carry-On Expandable Spinner** | × | × | × | × | × | × | × | × | × | | × | × | × | × |
| **Samsonite Mobile Solution Mobile Office Softside Carry-On Spinner** | × | × | × | × | × | × | × | × | × | | × | × | × | × |
| **Samsonite Mobile Solution 19" Softside Carry-On Spinner** | × | × | × | × | × | × | × | × | × | | × | × | × | × |
| **Samsonite Women's Mobile Solution Business** | × | × | × | × | × | × | × | × | × | × | × | × | × | × |
| **Mobile Solution Everyday Carry-On Spinner** | × | × | × | × | × | × | × | × | × | | × | × | × | × |
| **Mobile Solution Spinner Mobile Office** | × | × | × | × | × | × | × | × | × | | × | × | × | × |
| **Samsonite Silhouette 16 Underseat Carry-On** | × | | × | × | × | | | | × | | | | × | |
| **Samsonite Silhouette 16 Expandable Carry-On Spinner** | × | × | × | × | × | × | × | × | × | | × | × | × | × |
| **Samsonite Silhouette 16 Softside Expandable Carry-On Spinner** | × | × | × | × | × | × | × | × | × | | × | × | × | × |

PRELIMINARY INFRINGEMENT CONTENTIONS

| Product | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Samsonite Silhouette 16 Softside Expandable Wheeled Carry-On** | x | x |  | x | x | x | x | x | x |  | x | x |
| **Samsonite Silhouette 16 Softside Underseat Carry-On** | x | x |  | x |  | x | x | x | x |  | x |  |
| **Samsonite Tectonic Sweetwater Backpack** | x | x |  | x | x | x | x | x |  | x | x | x |
| **Samsonite Silhouette 16 Underseat Wheeled Carry-On** | x | x |  | x | x | x | x | x | x |  |  | x |
| **Samsonite Advance Eco 22 x 14 x 9 Carry-On Spinner** | x | x |  | x | x | x | x | x | x |  | x | x |
| **Samsonite Insignis Underseater Wheeled Carry-On** | x |  |  | x | x | x | x | x |  |  | x |  |
| **Samsonite Insignis Carry-On Expandable Spinner** | x | x | x | x | x | x | x | x | x |  | x | x |
| **Samsonite Theorym Underseater Spinner** | x | x |  | x |  | x | x | x |  |  | x |  |
| **Samsonite Agilis 25" Softside Spinner Suitcase** | x | x | x | x | x | x | x | x |  | x | x | x |
| **Samsonite - Laser Pro 2 Laptop Backpack for 15.6" Laptops** | x | x | x | x | x | x | x | x | x | x | x | x |
| **EBAGS Pro Slim USB Laptop Backpack** | x | x |  | x | x | x | x | x | x | x | x | x |
| **EBAGS Kalya Underseat Carry-On with USB Port** | x | x |  | x | x | x | x | x | x | x | x | x |
| **American Tourister Star Wars R2D2 Underseater** | x | x |  | x | x | x | x | x | x | x | x | x |

PRELIMINARY INFRINGEMENT CONTENTIONS

| Product | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| High Sierra Business ProSlim USB Backpack | x | x | x |  | x | x | x |  |  |  | x | x | x |
| High Sierra Endeavor Elite 2.0 Backpack | x | x | x |  | x | x | x |  |  | x | x | x | x |
| Hartmann Ratio 2 Global Carry-On Spinner | x | x | x | x | x | x | x | x |  |  | x | x | x |
| Hartmann Carry-On Spinner | x | x | x | x | x | x | x | x |  |  | x | x | x |
| Hartmann Metropolitan 2 Global Carry-On Expandable Spinner Suitcase | x | x | x | x | x | x | x | x |  |  | x | x | x |
| Hartmann Herringbone Deluxe Underseater | x | x | x | x | x | x | x | x |  |  | x | x | x |
| Hartmann Ratio Classic Deluxe 2 Global Carry-On | x | x | x | x | x | x | x | x |  |  | x | x | x |
| Just Right Standard Backpack | x | x | x | x | x | x | x | x |  |  | x | x | x |

PRELIMINARY INFRINGEMENT CONTENTIONS

U.S. Patent No. 11,601,009

| Product/Claim No. | 1 | 2 | 4 | 5 | 6 | 7 | 8 | 17 | 18 | 19 | 20 | 21 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Samsonite SXK Prime Expandable Backpack** | x | x | x | x | x | x | x | x | x |  | x | x | x |
| **Samsonite SXK Slim Backpack** | x | x | x | x | x | x | x | x | x |  | x | x | x |
| **Samsonite SXK Carry-On Expandable Spinner** | x | x | x | x | x | x | x | x | x |  | x | x | x |
| **Samsonite SXK Spinner Underseat** | x | x | x | x | x | x |  | x | x |  | x | x | x |
| **Samsonite Pro Standard Backpack** | x | x | x | x | x | x | x | x | x |  | x | x | x |
| **Samsonite Pro Vertical Spinner Mobile Office** | x | x | x | x | x | x | x | x | x |  | x | x | x |
| **Samsonite Pro Slim Backpack** | x | x | x | x | x | x | x | x | x |  | x | x | x |
| **Samsonite Pro 15.6'' Slim Messenger** | x | x | x | x | x | x | x | x | x |  | x | x | x |
| **Samsonite Pro Double Compartment Brief** | x | x | x | x | x | x | x | x | x |  | x | x | x |
| **Samsonite Pro Carry-On Expandable Spinner** | x | x | x | x | x | x | x | x | x |  | x | x | x |
| **Samsonite Pro Upright Mobile Office** | x | x | x | x | x | x | x | x | x |  | x | x | x |
| **Samsonite Carrier Tucker Backpack** | x | x | x |  | x | x | x | x |  | x | x | x | x |
| **Samsonite Carrier Underseater** | x | x | x |  | x | x | x | x |  | x | x | x | x |
| **Samsonite Quadrion Standard Backpack** | x | x | x |  | x | x | x | x |  | x | x | x | x |
| **Samsonite Quadrion Slim Backpack** | x | x | x |  | x | x | x | x |  | x | x | x | x |
| **Samsonite Quadrion Messenger Bag** | x | x | x |  | x | x | x | x |  | x | x | x | x |

9

PRELIMINARY INFRINGEMENT CONTENTIONS

| Product | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Samsonite Mobile Solution Deluxe Carryall Limited Edition** | x | x | x | x | x | x | x | x | | x | x | x |
| **Samsonite Mobile Solution Carry-On Expandable Spinner** | x | x | x | x | x | x | x | x | | x | x | x |
| **Samsonite Mobile Solution Mobile Office Softside Carry-On Spinner** | x | x | x | x | x | x | x | x | | x | x | x |
| **Samsonite Mobile Solution 19" Softside Carry-On Spinner** | x | x | x | x | x | x | x | x | | x | x | x |
| **Samsonite Women's Mobile Solution Business** | x | x | x | x | x | x | x | x | | x | x | x |
| **Mobile Solution Everyday Carry-On Spinner** | x | x | x | x | x | x | x | x | | x | x | x |
| **Mobile Solution Spinner Mobile Office** | x | x | x | x | x | x | x | x | | x | x | x |
| **Samsonite Silhouette 16 Underseat Carry-On Spinner** | x | | x | x | | | x | x | | | x | |
| **Samsonite Silhouette 16 Expandable Carry-On Spinner** | x | x | x | x | x | x | x | x | | x | x | x |
| **Samsonite Silhouette 16 Softside Expandable Carry-On Spinner Suitcase** | x | | x | | x | | x | x | | | x | |
| **Samsonite Silhouette 16 Softside Expandable Wheeled Carry-On** | x | x | x | x | x | x | x | x | | x | x | x |
| **Samsonite Silhouette 16 Softside Underseat Carry-On** | x | | x | x | | | x | x | | | x | |
| **Samsonite Tectonic Sweetwater Backpack** | x | x | | x | x | x | x | | x | x | x | x |
| **Samsonite Silhouette 16 Underseat Wheeled Carry-On** | x | | x | x | | | x | x | | | x | |

PRELIMINARY INFRINGEMENT CONTENTIONS

| Product | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Samsonite Advance Eco 22 x 14 x 9 Carry-On Spinner** | × | × | × | × | × | × | × | × | × | × | × | × | × |
| **Samsonite Insignis Underseater Wheeled Carry-On** | × |  |  | × | × | × | × | × |  |  |  | × |  |
| **Samsonite Insignis Carry-On Expandable Spinner** | × | × | × | × | × | × | × | × | × |  | × | × | × |
| **Samsonite Theorym Underseater Spinner** | × |  |  | × | × | × | × | × |  |  |  | × |  |
| **Samsonite Agilis 25" Softside Spinner Suitcase** | × | × | × | × | × | × | × | × | × |  | × | × | × |
| **Samsonite - Laser Pro 2 Laptop Backpack for 15.6" Laptops** | × | × | × | × | × | × | × |  |  | × | × | × | × |
| **EBAGS Pro Slim USB Laptop Backpack** | × | × | × | × | × | × | × | × |  | × | × | × | × |
| **EBAGS Kalya Underseat Carry-On with USB Port** | × | × | × | × | × | × | × | × |  | × | × | × | × |
| **American Tourister Star Wars R2D2 Underseater** | × | × | × | × | × | × | × |  |  | × | × | × | × |
| **High Sierra Business ProSlim USB Backpack** | × | × | × | × | × | × | × | × |  | × | × | × | × |
| **High Sierra Endeavor Elite 2.0 Backpack** | × | × | × | × | × | × | × |  |  | × | × | × | × |
| **Hartmann Ratio 2 Global Carry-On Spinner** | × | × | × | × | × | × | × | × |  | × | × | × | × |
| **Hartmann Carry-On Spinner** | × | × | × | × | × | × | × | × |  | × | × | × | × |
| **Hartmann Metropolitan 2 Global Carry-On Expandable Spinner Suitcase** | × | × | × | × | × | × | × | × |  |  | × | × | × |
| **Hartmann Herringbone Deluxe Underseater** | × | × | × | × | × | × | × | × |  | × | × | × | × |
| **Hartmann Ratio Classic Deluxe 2 Global Carry-On** | × | × | × | × | × | × | × | × |  | × | × | × | × |

| Just Right Standard Backpack | x | x | x | x | x | x | x | x | | x | x | x |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

U.S. Patent No. 10,574,071

| Product/Claim No. | 1 | 9 |
|---|---|---|
| **Samsonite Carrier Tucker Backpack** | x | x |
| **Samsonite Carrier Underseater** | x | x |
| **Samsonite Quadrion Standard Backpack** | x | x |
| **Samsonite Quadrion Slim Backpack** | x | x |
| **Samsonite Quadrion Messenger Bag** | x | x |
| **Samsonite Tectonic Sweetwater Backpack** | x | x |
| **Samsonite - Laser Pro 2 Laptop Backpack for 15.6" Laptops** | x | x |
| **EBAGS Pro Slim USB Laptop Backpack** | x | x |
| **EBAGS Kalya Underseat Carry-On with USB Port** | x | x |
| **American Tourister Star Wars R2D2 Underseater** | x | x |
| **High Sierra Business ProSlim USB Backpack** | x | x |
| **High Sierra Endeavor Elite 2.0 Backpack** | x | x |

PRELIMINARY INFRINGEMENT CONTENTIONS

U.S. Patent No. 10,931,137

| Product/Claim No. | 1 | 3 | 4 | 6 | 7 | 18 | 19 | 20 | 21 |
|---|---|---|---|---|---|---|---|---|---|
| Samsonite SXK Prime Expandable Backpack | x | x | x | x | x | x | | x | x |
| Samsonite SXK Slim Backpack | x | x | x | x | x | x | | x | x |
| Samsonite SXK Carry-On Expandable Spinner | x | x | x | x | x | x | | x | x |
| Samsonite SXK Spinner Underseat | x | x | | x | x | x | | x | x |
| Samsonite Pro Standard Backpack | x | x | x | x | x | x | | x | x |
| Samsonite Pro Vertical Spinner Mobile Office | x | x | x | x | x | x | | x | x |
| Samsonite Pro Slim Backpack | x | x | x | x | x | x | | x | x |
| Samsonite Pro 15.6'' Slim Messenger | x | x | x | x | x | x | | x | x |
| Samsonite Pro Double Compartment Brief | x | x | x | x | x | | | | |
| Samsonite Pro Carry-On Expandable Spinner | x | x | x | x | x | | | | |
| Samsonite Pro Upright Mobile Office | x | x | x | x | x | | | | |
| Samsonite Carrier Tucker Backpack | x | x | | x | x | | x | x | x |
| Samsonite Carrier Underseater | x | x | | x | x | | x | x | x |
| Samsonite Quadrion Standard Backpack | x | x | | x | x | | x | x | x |
| Samsonite Quadrion Slim Backpack | x | x | | x | x | | x | x | x |
| Samsonite Quadrion Messenger Bag | x | x | | x | x | | x | x | x |
| Samsonite Mobile Solution Deluxe Carryall Limited Edition | x | x | x | x | x | x | | x | x |
| Samsonite Mobile Solution Carry-On Expandable Spinner | x | x | x | x | x | x | | x | x |
| Samsonite Mobile Solution Mobile Office Softside Carry-On Spinner | x | x | x | x | x | x | | x | x |
| Samsonite Mobile Solution 19'' Softside Carry-On Spinner | x | x | x | x | x | x | | x | x |

2

PRELIMINARY INFRINGEMENT CONTENTIONS

| Product | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Samsonite Women's Mobile Solution Business** | x | x | x | x | x | x | | x | x |
| **Mobile Solution Everyday Carry-On Spinner** | x | x | x | x | x | x | | x | x |
| **Mobile Solution Spinner Mobile Office** | x | x | x | x | x | x | | x | x |
| **Samsonite Silhouette 16 Underseat Carry-On Spinner** | x | x | x | x | x | x | | x | x |
| **Samsonite Silhouette 16 Expandable Carry-On Spinner** | x | x | x | | x | | | x | x |
| **Samsonite Silhouette 16 Softside Expandable Carry-On Spinner Suitcase** | x | x | x | x | | x | | x | x |
| **Samsonite Silhouette 16 Softside Expandable Wheeled Carry-On** | x | x | x | x | x | x | | x | x |
| **Samsonite Silhouette 16 Softside Underseat Carry-On** | x | x | x | x | x | x | | x | x |
| **Samsonite Tectonic Sweetwater Backpack** | x | x | x | x | x | | x | x | x |
| **Samsonite Silhouette 16 Underseat Wheeled Carry-On** | x | x | x | x | x | x | | x | x |
| **Samsonite Advance Eco 22 x 14 x 9 Carry-On Spinner** | x | x | x | x | x | x | | x | x |
| **Samsonite Insignis Underseater Wheeled Carry-On** | x | x | x | x | x | x | | x | x |
| **Samsonite Insignis Carry-On Expandable Spinner** | x | x | x | x | x | x | | x | x |
| **Samsonite Theorym Underseater Spinner** | x | x | x | x | x | x | | x | x |
| **Samsonite Agilis 25" Softside Spinner Suitcase** | x | x | x | x | x | x | | x | x |
| **Samsonite - Laser Pro 2 Laptop Backpack for 15.6" Laptops** | x | x | x | x | x | | x | x | x |
| **EBAGS Pro Slim USB Laptop Backpack** | x | x | x | | x | | x | x | x |
| **EBAGS Kalya Underseat Carry-On with USB Port** | x | x | x | x | x | | | x | x |

PRELIMINARY INFRINGEMENT CONTENTIONS

| | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 |
|---|---|---|---|---|---|---|---|---|
| **American Tourister Star Wars R2D2 Underseater** | x | x | | x | x | | x | x |
| **High Sierra Business ProSlim USB Backpack** | x | x | | x | x | | x | x |
| **High Sierra Endeavor Elite 2.0 Backpack** | x | x | | x | x | | x | x |
| **Hartmann Ratio 2 Global Carry-On Spinner** | x | x | | x | x | x | x | x |
| **Hartmann Carry-On Spinner** | x | x | | x | x | x | x | x |
| **Hartmann Metropolitan 2 Global Carry-On** | x | x | | x | x | x | x | x |
| **Expandable Spinner Suitcase** | | | | | | | | |
| **Hartmann Herringbone Deluxe Underseater** | x | x | | x | x | x | x | x |
| **Hartmann Ratio Classic Deluxe 2 Global Carry-On** | x | x | | x | x | x | x | x |
| **Just Right Standard Backpack** | x | x | x | x | x | x | x | x |

PRELIMINARY INFRINGEMENT CONTENTIONS

4

| Product/Claim No. | 1 | 2 | 4 | 5 | 6 | 7 | 8 | 17 | 18 | 19 | 20 | 21 | 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Samsonite SXK Prime Expandable Backpack** | x | x | x | x | x | x | x | x | x |  | x | x | x |
| **Samsonite SXK Slim Backpack** | x | x | x | x | x | x | x | x | x |  | x | x | x |
| **Samsonite SXK Carry-On Expandable Spinner** | x | x | x | x | x | x | x | x | x |  | x | x | x |
| **Samsonite SXK Spinner Underseat** | x | x | x | x | x | x | x |  | x |  | x | x | x |
| **Samsonite Pro Standard Backpack** | x | x | x | x | x | x | x | x | x |  | x | x | x |
| **Samsonite Pro Vertical Spinner Mobile Office** | x | x | x | x | x | x | x | x | x |  | x | x | x |
| **Samsonite Pro Slim Backpack** | x | x | x | x | x | x | x | x | x |  | x | x | x |
| **Samsonite Pro 15.6" Slim Messenger** | x | x | x | x | x | x | x | x | x |  | x | x | x |
| **Samsonite Pro Double Compartment Brief** | x | x | x | x | x | x | x | x | x |  | x | x | x |
| **Samsonite Pro Carry-On Expandable Spinner** | x | x | x | x | x | x | x | x | x |  | x | x | x |
| **Samsonite Pro Upright Mobile Office** | x | x | x | x | x | x | x | x | x |  | x | x | x |
| **Samsonite Carrier Tucker Backpack** | x | x | x |  |  | x | x | x |  | x | x | x | x |
| **Samsonite Carrier Underseater** | x | x | x |  | x | x | x | x |  | x | x | x | x |
| **Samsonite Quadrion Standard Backpack** | x | x | x | x | x | x | x | x |  | x | x | x | x |

PRELIMINARY INFRINGEMENT CONTENTIONS

| Product | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Samsonite Quadrion Slim Backpack | x | x | x | x | | x | x | x | x | x | | x | x | x | x |
| Samsonite Quadrion Messenger Bag | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Samsonite Mobile Solution Deluxe Carryall Limited Edition | x | x | x | x | x | x | x | x | x | x | | x | x | x | x |
| Samsonite Mobile Solution Carry-On Expandable Spinner | x | x | x | x | x | x | x | x | x | x | | x | x | x | x |
| Samsonite Mobile Solution Mobile Office Softside Carry-On Spinner | x | x | x | x | x | x | x | x | x | x | | x | x | x | x |
| Samsonite Mobile Solution 19" Softside Carry-On Spinner | x | x | x | x | x | x | x | x | x | x | | x | x | x | x |
| Samsonite Women's Mobile Solution Business | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Mobile Solution Everyday Carry-On Spinner | x | x | x | x | x | x | x | x | x | x | | x | x | x | x |
| Mobile Solution Spinner Mobile Office | x | x | x | x | x | x | x | x | x | x | | x | x | x | x |
| Samsonite Silhouette 16 Underseat Carry-On | x | | x | | x | x | | | x | | | x | x | x | |
| Samsonite Silhouette 16 Expandable Carry-On Spinner | x | x | x | x | x | x | x | x | x | x | | x | x | x | x |
| Samsonite Silhouette 16 Softside Expandable Carry-On Spinner | x | x | x | x | x | x | x | x | x | x | | x | x | x | x |

PRELIMINARY INFRINGEMENT CONTENTIONS

| Product | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Samsonite Silhouette 16 Softside Expandable Wheeled Carry-On** | x | x | x | x | x | x | x | x | | x | x | | x | x | x |
| **Samsonite Silhouette 16 Softside Underseat Carry-On** | x | | x | | x | x | x | x | | | | x | | x | |
| **Samsonite Tectonic Sweetwater Backpack** | x | x | x | | x | x | x | | | x | x | x | x | x | x |
| **Samsonite Silhouette 16 Underseat Wheeled Carry-On** | x | | x | | x | x | x | x | | | | x | | x | x |
| **Samsonite Advance Eco 22 x 14 x 9 Carry-On Spinner** | x | x | x | x | x | x | x | x | | x | x | | x | x | x |
| **Samsonite Insignis Underseater Wheeled Carry-On** | x | | x | | x | x | x | x | | | | | x | | |
| **Samsonite Insignis Carry-On Expandable Spinner** | x | x | x | x | x | x | x | x | | x | x | | x | x | x |
| **Samsonite Theorym Underseater Spinner** | x | | x | | x | x | x | x | | | | | x | | |
| **Samsonite Agilis 25" Softside Spinner Suitcase** | x | x | x | x | x | x | x | x | | x | x | | x | x | x |
| **Samsonite - Laser Pro 2 Laptop Backpack for 15.6" Laptops** | x | x | x | | x | x | x | | x | x | x | x | x | x | x |
| **EBAGS Pro Slim USB Laptop Backpack** | x | x | x | | x | x | x | | x | x | x | x | x | x | x |
| **EBAGS Kalya Underseat Carry-On with USB Port** | x | x | x | | x | x | x | | x | x | x | x | x | x | x |
| **American Tourister Star Wars R2D2 Underseater** | x | x | x | | x | x | x | | x | x | x | x | x | x | x |

PRELIMINARY INFRINGEMENT CONTENTIONS

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **High Sierra Business ProSlim USB Backpack** | × | × | | × | × | × | | × | × |
| **High Sierra Endeavor Elite 2.0 Backpack** | × | × | | × | × | × | × | × | × |
| **Hartmann Ratio 2 Global Carry-On Spinner** | × | × | × | × | × | × | | × | × |
| **Hartmann Carry-On Spinner** | × | × | × | × | × | × | | × | × |
| **Hartmann Metropolitan 2 Global Carry-On Expandable Spinner Suitcase** | × | × | × | × | × | × | | × | × |
| **Hartmann Herringbone Deluxe Underseater** | × | × | × | × | × | × | | × | × |
| **Hartmann Ratio Classic Deluxe 2 Global Carry-On** | × | × | × | × | × | × | × | × | × |
| **Just Right Standard Backpack** | × | × | × | × | × | × | | × | × |

U.S. Patent No. 11,601,009

| Product/Claim No. | 1 | 2 | 4 | 5 | 6 | 7 | 8 | 17 | 18 | 19 | 20 | 21 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Samsonite SXK Prime Expandable Backpack | x | x | x | x | x | x | x | x | x |  | x | x | x |
| Samsonite SXK Slim Backpack | x | x | x | x | x | x | x | x | x |  | x | x | x |
| Samsonite SXK Carry-On Expandable Spinner | x | x | x | x | x | x | x | x | x |  | x | x | x |
| Samsonite SXK Spinner Underseat | x | x | x | x | x | x |  | x | x |  | x | x | x |
| Samsonite Pro Standard Backpack | x | x | x | x | x | x | x | x | x |  | x | x | x |
| Samsonite Pro Vertical Spinner Mobile Office | x | x | x | x | x | x | x | x | x |  | x | x | x |
| Samsonite Pro Slim Backpack | x | x | x | x | x | x | x | x | x |  | x | x | x |
| Samsonite Pro 15.6'' Slim Messenger | x | x | x | x | x | x | x | x | x |  | x | x | x |
| Samsonite Pro Double Compartment Brief | x | x | x | x | x | x | x | x | x |  | x | x | x |
| Samsonite Pro Carry-On Expandable Spinner | x | x | x | x | x | x | x | x | x |  | x | x | x |
| Samsonite Pro Upright Mobile Office | x | x | x | x | x | x | x | x | x |  | x | x | x |
| Samsonite Carrier Tucker Backpack | x | x | x |  | x | x | x | x |  | x | x | x | x |
| Samsonite Carrier Underseater | x | x | x |  | x | x | x | x |  | x | x | x | x |
| Samsonite Quadrion Standard Backpack | x | x | x |  | x | x | x | x |  | x | x | x | x |
| Samsonite Quadrion Slim Backpack | x | x | x |  | x | x | x | x |  | x | x | x | x |
| Samsonite Quadrion Messenger Bag | x | x | x |  | x | x | x | x |  | x | x | x | x |

PRELIMINARY INFRINGEMENT CONTENTIONS

| Product | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Samsonite Mobile Solution Deluxe Carryall Limited Edition** | X | X | X | X | X | X | X | X | X | X | X | X | X |
| **Samsonite Mobile Solution Carry-On Expandable Spinner** | X | X | X | X | X | X | X | X | X | X | X | X | X |
| **Samsonite Mobile Solution Mobile Office Softside Carry-On Spinner** | X | X | X | X | X | X | X | X | X | | X | X | X |
| **Samsonite Mobile Solution 19" Softside Carry-On Spinner** | X | X | X | X | X | X | X | X | X | X | X | X | X |
| **Samsonite Women's Mobile Solution Business** | X | X | X | X | X | X | X | X | X | | X | X | X |
| **Mobile Solution Everyday Carry-On Spinner** | X | X | X | X | X | X | X | X | X | X | X | X | X |
| **Mobile Solution Spinner Mobile Office** | X | X | X | X | X | X | X | X | X | X | X | X | X |
| **Samsonite Silhouette 16 Underseat Carry-On Spinner** | X | | X | X | X | | | | X | | | X | X |
| **Samsonite Silhouette 16 Expandable Carry-On Spinner** | X | X | X | X | X | X | X | X | X | | X | X | X |
| **Samsonite Silhouette 16 Softside Expandable Carry-On Spinner Suitcase** | X | | X | | X | X | | | X | | | X | |
| **Samsonite Silhouette 16 Softside Expandable Wheeled Carry-On** | X | X | X | X | X | X | X | X | X | | X | X | X |
| **Samsonite Silhouette 16 Softside Underseat Carry-On** | X | | X | X | X | | | | X | | | X | X |
| **Samsonite Tectonic Sweetwater Backpack** | X | X | | X | X | X | X | X | | X | | X | X |
| **Samsonite Silhouette 16 Underseat Wheeled Carry-On** | X | | X | X | X | | | | X | | | X | |

PRELIMINARY INFRINGEMENT CONTENTIONS

| Product | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Samsonite Advance Eco 22 x 14 x 9 Carry-On Spinner** | x | x | x | x | x | x | x | x | x | x | x |
| **Samsonite Insignis Underseater Wheeled Carry-On** | x | | x | | x | x | x | | x | | x |
| **Samsonite Insignis Carry-On Expandable Spinner** | x | x | x | x | x | x | x | x | x | x | x |
| **Samsonite Theorym Underseater Spinner** | x | | x | | x | x | x | | x | | x |
| **Samsonite Agilis 25" Softside Spinner Suitcase** | x | x | x | x | x | x | x | x | x | x | x |
| **Samsonite - Laser Pro 2 Laptop Backpack for 15.6" Laptops** | x | x | | x | x | x | | x | x | x | x |
| **EBAGS Pro Slim USB Laptop Backpack** | x | x | | x | x | x | x | x | x | x | x |
| **EBAGS Kalya Underseat Carry-On with USB Port** | x | x | | x | x | x | | x | x | x | x |
| **American Tourister Star Wars R2D2 Underseater** | x | x | | x | x | x | | x | x | x | x |
| **High Sierra Business ProSlim USB Backpack** | x | x | | x | x | x | | x | x | x | x |
| **High Sierra Endeavor Elite 2.0 Backpack** | x | x | | x | x | x | | x | x | x | x |
| **Hartmann Ratio 2 Global Carry-On Spinner** | x | x | x | x | x | x | x | x | x | x | x |
| **Hartmann Carry-On Spinner** | x | x | x | x | x | x | x | x | x | x | x |
| **Hartmann Metropolitan 2 Global Carry-On Expandable Spinner Suitcase** | x | x | x | x | x | x | x | x | x | x | x |
| **Hartmann Herringbone Deluxe Underseater** | x | x | x | x | x | x | x | | x | x | x |
| **Hartmann Ratio Classic Deluxe 2 Global Carry-On** | x | x | x | x | x | x | x | x | x | x | x |

PRELIMINARY INFRINGEMENT CONTENTIONS

| Just Right Standard Backpack | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| x | x | x | x | x | x | x | | x | x |

PRELIMINARY INFRINGEMENT CONTENTIONS