# Exhibit 2

| From: | sdraffin@keyhanillc.com |
|---|---|
| Sent: | Wednesday, November 6, 2024 11:09 AM |
| To: | Joon Chung |
| Cc: | dkeyhani@keyhanillc.com; Frances Stephenson; Kevin R. Mosier; Lisa M. Tittemore; Steve Ramsdell; FRService-Samsonite-24cv11636 |
| Subject: | RE: Swissdigital/Samsonite - Swissdigital Infringement Contention Asserted Claims |

Hi Joon,

To ensure that the parties are on the same page, please note that it is not Plaintiff's obligation to identify information it needs from discovery or samples.  Pursuant to Local Rule 16.6(d)(4), Defendant is obligated to provide Plaintiff with technical documents and sample products.  We do not agree with your statement that every accused product is publicly available.  Several accused products (e.g., EBAGS Pro Slim USB Laptop Backpack, Quadrion line, etc.) are not.  Samsonite is not relieved of its obligations under Local Rule 16.6(d)(4) merely because (as is true in almost every patent infringement case) Samsonite's products are available to purchase.

As previously stated, the infringement matrix (Exhibit B) discloses the specific claims that Swissdigital is asserting against each product. Your understanding regarding the '071 patent is correct.

Best,

Scott


-----Original Message-----
From: "Joon Chung" <chung@fr.com>
Sent: Tuesday, November 5, 2024 5:18pm
To: "sdraffin@keyhanillc.com" <sdraffin@keyhanillc.com>
Cc: "dkeyhani@keyhanillc.com" <dkeyhani@keyhanillc.com>, "Frances Stephenson" <fstephenson@keyhanillc.com>, "Kevin R. Mosier" <kmosier@sunsteinlaw.com>, "Lisa M. Tittemore" <ltittemore@sunsteinlaw.com>, "Steve Ramsdell" <sramsdell@sunsteinlaw.com>, "FRService-Samsonite-24cv11636" <FRService-Samsonite-24cv11636@fr.com>
Subject: RE: Swissdigital/Samsonite - Swissdigital Infringement Contention Asserted Claims


Scott,

Thank you for the explanation.  You have not identified any information that Swissdigital needs from discovery or samples that it does not already have access to publicly.  Every accused product (including those Swissdigital did not chart in its contentions) is publicly available, and the accused patented features (*i.e.*, the sheaths, USB ports, and surrounding areas) are simple and readily observable/visible from a physical inspection without the need for any technical documentation.  Setting that aside, we understand your email to mean that Swissdigital's contentions regarding what specific claims are asserted against what specific products are found only in Exhibit B to its contentions (the "infringement matrix").  For example, we understand that Swissdigital does not assert any claims of the '071 patent against the SXK Slim Backpack or SXK Spinner Underseater products charted for other patents because they are not identified in the "infringement matrix".  Please let us know immediately if you disagree and if so, explain why.

Best,
Joon

**From:** sdraffin@keyhanillc.com <sdraffin@keyhanillc.com>
**Sent:** Tuesday, November 5, 2024 7:46 AM
**To:** Joon Chung <chung@fr.com>
**Cc:** dkeyhani@keyhanillc.com; Frances Stephenson <fstephenson@keyhanillc.com>; Kevin R. Mosier

\<kmosier@sunsteinlaw.com\>; Lisa M. Tittemore \<ltittemore@sunsteinlaw.com\>; Steve Ramsdell \<sramsdell@sunsteinlaw.com\>; FRService-Samsonite-24cv11636 \<FRService-Samsonite-24cv11636@fr.com\>
**Subject:** RE: Swissdigital/Samsonite - Swissdigital Infringement Contention Asserted Claims

[This email originated outside of F&R.]

Hi Joon,

Swissdigital's infringement contentions fully comply with the requirements of the local patent rules, and we disagree with your characterization otherwise. Given the extensive number of accused products and asserted claims at issue in this case, Swissdigital's cover pleading provides an overview of all accused products and asserted claims and refers to the infringement matrix (Exhibit B), which discloses the specific claims that Swissdigital is asserting against each product. The claim charts are directed at exemplary bag and luggage products, consistent with Samsonite's requests in the W.D. Tex. case. Plaintiff notes that the allegations and information contained in its preliminary infringement contentions are based on the public information and/or products that were available during the pendency of this litigation. Plaintiff reserves all of its rights to amend its allegations for any reason including after discovery and/or receipt of sample products from Samsonite.

Best,

Scott


-----Original Message-----
From: "Joon Chung" <chung@fr.com>
Sent: Friday, November 1, 2024 5:51pm
To: "Scott Draffin" <sdraffin@keyhanillc.com>, "dkeyhani@keyhanillc.com" <dkeyhani@keyhanillc.com>, "Frances Stephenson" <fstephenson@keyhanillc.com>, "Kevin R. Mosier" <Kmosier@sunsteinlaw.com>, "Lisa M. Tittemore" <LTittemore@sunsteinlaw.com>, "Steve Ramsdell" <SRamsdell@sunsteinlaw.com>
Cc: "FRService-Samsonite-24cv11636" <FRService-Samsonite-24cv11636@fr.com>
Subject: Swissdigital/Samsonite - Swissdigital Infringement Contention Asserted Claims


Counsel,

Swissdigital's infringement contentions fail to disclose specifically which claims Swissdigital is asserting against what products. The claims listed in the cover pleadings, the claims charted in Swissdigital's infringement claim charts, and the claims listed in Swissdigital's "infringement matrix" all differ. Each accuses different products of infringing different claims. Samsonite is prejudiced by Swissdigital's inconsistent and confusing disclosure. Please update the contentions immediately to clarify which claims Swissdigital intends to assert which products, so that Samsonite may prepare its invalidity and noninfringement contentions accordingly. Samsonite reserves all rights.

Additionally, for all service emails to Samsonite going forward, please copy the address, frservice-samsonite-24cv11636@fr.com, cc'ed here.

Best,
Joon

## Joon Chung
Associate ■ Fish & Richardson P.C.

**T:** 404 724 2805 **|** chung@fr.com


***************************************************************************************

*************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
********************************************************************************
*************************


********************************************************************************
*************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
********************************************************************************
*************************

| From: | sdraffin@keyhanillc.com |
|---|---|
| Sent: | Wednesday, November 6, 2024 11:09 AM |
| To: | Joon Chung |
| Cc: | dkeyhani@keyhanillc.com; Frances Stephenson; Kevin R. Mosier; Lisa M. Tittemore; Steve Ramsdell; FRService-Samsonite-24cv11636 |
| Subject: | RE: Swissdigital/Samsonite - Swissdigital Infringement Contention Asserted Claims |

Hi Joon,

To ensure that the parties are on the same page, please note that it is not Plaintiff's obligation to identify information it needs from discovery or samples. Pursuant to Local Rule 16.6(d)(4), Defendant is obligated to provide Plaintiff with technical documents and sample products. We do not agree with your statement that every accused product is publicly available. Several accused products (e.g., EBAGS Pro Slim USB Laptop Backpack, Quadrion line, etc.) are not. Samsonite is not relieved of its obligations under Local Rule 16.6(d)(4) merely because (as is true in almost every patent infringement case) Samsonite's products are available to purchase.

As previously stated, the infringement matrix (Exhibit B) discloses the specific claims that Swissdigital is asserting against each product. Your understanding regarding the '071 patent is correct.

Best,

Scott


-----Original Message-----
From: "Joon Chung" <chung@fr.com>
Sent: Tuesday, November 5, 2024 5:18pm
To: "sdraffin@keyhanillc.com" <sdraffin@keyhanillc.com>
Cc: "dkeyhani@keyhanillc.com" <dkeyhani@keyhanillc.com>, "Frances Stephenson" <fstephenson@keyhanillc.com>, "Kevin R. Mosier" <kmosier@sunsteinlaw.com>, "Lisa M. Tittemore" <ltittemore@sunsteinlaw.com>, "Steve Ramsdell" <sramsdell@sunsteinlaw.com>, "FRService-Samsonite-24cv11636" <FRService-Samsonite-24cv11636@fr.com>
Subject: RE: Swissdigital/Samsonite - Swissdigital Infringement Contention Asserted Claims


Scott,

Thank you for the explanation. You have not identified any information that Swissdigital needs from discovery or samples that it does not already have access to publicly. Every accused product (including those Swissdigital did not chart in its contentions) is publicly available, and the accused patented features (*i.e.*, the sheaths, USB ports, and surrounding areas) are simple and readily observable/visible from a physical inspection without the need for any technical documentation. Setting that aside, we understand your email to mean that Swissdigital's contentions regarding what specific claims are asserted against what specific products are found only in Exhibit B to its contentions (the "infringement matrix"). For example, we understand that Swissdigital does not assert any claims of the '071 patent against the SXK Slim Backpack or SXK Spinner Underseater products charted for other patents because they are not identified in the "infringement matrix". Please let us know immediately if you disagree and if so, explain why.

Best,
Joon

---

**From:** sdraffin@keyhanillc.com <sdraffin@keyhanillc.com>
**Sent:** Tuesday, November 5, 2024 7:46 AM
**To:** Joon Chung <chung@fr.com>
**Cc:** dkeyhani@keyhanillc.com; Frances Stephenson <fstephenson@keyhanillc.com>; Kevin R. Mosier

<kmosier@sunsteinlaw.com>; Lisa M. Tittemore <ltittemore@sunsteinlaw.com>; Steve Ramsdell <sramsdell@sunsteinlaw.com>; FRService-Samsonite-24cv11636 <FRService-Samsonite-24cv11636@fr.com>
**Subject:** RE: Swissdigital/Samsonite - Swissdigital Infringement Contention Asserted Claims

[This email originated outside of F&R.]

Hi Joon,

Swissdigital's infringement contentions fully comply with the requirements of the local patent rules, and we disagree with your characterization otherwise. Given the extensive number of accused products and asserted claims at issue in this case, Swissdigital's cover pleading provides an overview of all accused products and asserted claims and refers to the infringement matrix (Exhibit B), which discloses the specific claims that Swissdigital is asserting against each product. The claim charts are directed at exemplary bag and luggage products, consistent with Samsonite's requests in the W.D. Tex. case. Plaintiff notes that the allegations and information contained in its preliminary infringement contentions are based on the public information and/or products that were available during the pendency of this litigation. Plaintiff reserves all of its rights to amend its allegations for any reason including after discovery and/or receipt of sample products from Samsonite.

Best,

Scott


-----Original Message-----
From: "Joon Chung" <chung@fr.com>
Sent: Friday, November 1, 2024 5:51pm
To: "Scott Draffin" <sdraffin@keyhanillc.com>, "dkeyhani@keyhanillc.com" <dkeyhani@keyhanillc.com>, "Frances Stephenson" <fstephenson@keyhanillc.com>, "Kevin R. Mosier" <Kmosier@sunsteinlaw.com>, "Lisa M. Tittemore" <LTittemore@sunsteinlaw.com>, "Steve Ramsdell" <SRamsdell@sunsteinlaw.com>
Cc: "FRService-Samsonite-24cv11636" <FRService-Samsonite-24cv11636@fr.com>
Subject: Swissdigital/Samsonite - Swissdigital Infringement Contention Asserted Claims


Counsel,

Swissdigital's infringement contentions fail to disclose specifically which claims Swissdigital is asserting against what products. The claims listed in the cover pleadings, the claims charted in Swissdigital's infringement claim charts, and the claims listed in Swissdigital's "infringement matrix" all differ. Each accuses different products of infringing different claims. Samsonite is prejudiced by Swissdigital's inconsistent and confusing disclosure. Please update the contentions immediately to clarify which claims Swissdigital intends to assert which products, so that Samsonite may prepare its invalidity and noninfringement contentions accordingly. Samsonite reserves all rights.

Additionally, for all service emails to Samsonite going forward, please copy the address, frservice-samsonite-24cv11636@fr.com, cc'ed here.

Best,
Joon

## Joon Chung
Associate ■ Fish & Richardson P.C.

**T:** 404 724 2805 **|** chung@fr.com


*************************************************************************************

*************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
********************************************************************************
*************************


********************************************************************************
*************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
********************************************************************************
*************************