# Exhibit 9

# EXHIBIT A



# Anti-lost backpack User Manual

Thank you for choosing the smart anti-lost backpack based on Bluetooth. Digitalshield is a kind of Bluetooth Low-energy product which based on the newest Bluetooth 4.0 version. It can chain user's easy-lost & valuable bags (such as backpack, handbags etc.), together with smart phones through specified App software within a setting Bluetooth connection distance. In the effective distance it can realize the functions of anti-lost, looking for smart phones, self-portrait and voice recording.

The effective distance of Digitalshield is 75 Feet in open range without barrier. With this device, your backpacks won't leave your attentions any more.

Digitalshield use CR2032 Lithium Coin Battery which is easy to get from markets, and it works for almost half a year.



. 1 .

## Switch on/off

Switch on: Press and hold the button on Digitalshield for 3 seconds until you heard the Beep twice.

Switch off: Press and hold the button on Digitalshield for 3 seconds until the long "Beep" sound.

 

Button position (Red Zone)     The lamp

. 2 .

## Connection

1. Digitalshield will connect the smart phone automatically when power on, if it shows "disconnected" on the App, please click the "Connect" button to connect it again.
2. Click the button " 🔍 " to find more connectable Digitalshield devices, such as backpack, trolley and so on. (Note: Click the arrow icon will turn to submenu, such as add photo for Digitalshield, rename and set the ring tone etc.)



3. Press the ✕ button to enter into "Delete" submenu to remove the item which you don't need, or slide this item to left on "device list" interface, click "−" to remove it out of the device list.

. 3 .

## Do Not Disturb Mode

On the "Setting" interface, switch "Do not disturb" on, alert function of all devices will be shut down.

On the "Device" interface, enter into submenu "Digitalshield" item, click "Anti lost" to set a unique feature for alert function for each Digitalshield, such as shut off the alert for backpack.



. 4 .

## Setting for Alert

As shown in the image
1. Double click the button on Digitalshield to trigger the alert on the smart phone.
2. Click the red flash button to stop the phone alert.
3. Click "Alert" button, Digitalshield alerts, and click the "Stop Alert" will stop the alert from Digitalshield.



. 5 .

## Photograph

As shown in the image
Press the "Photograph" button, it will turns to camera mode.
1. Press top right and left to set the flashlight and camera:



2. Press the button on the right button, you can set for burst shooting and interval timer shooting. Press the button on Digitalshield once, it works as a remote shutter to take photos.

 

. 6 .

## Location

As shown in the image
Location list: when you pack your car, press the button on Digitalshield, it will marks your current location on the map. Press the "Location list" and you will find where your vehicle is with easy tracking when you leave any big or underground parking lot.
Lost history: If the Digitalshield is lost, A pin-drop will be marked automatically on Map to tell you the site it was lost. just press "lost history" to find the record.
Remark: To delete the list, just scroll left the list and press the "Delete" menu.



. 7 .

## Setting

In order to experience the functions of Digitalshield better, enter into the setting menu to set for your Digitalshield. As shown in the image



APP password setting
Map switch: choose Google map or Baidu map
Double click setting: setting for alarm or voice recording
Record list: The recorded voice would be stored under this state.
Simply press Play button to play/pause and scroll left the list to delete it.
Version: Version of current App.

. 8 .

## Battery replacement

Battery is in the back of the tag. Use a coin as a key and twist it to right to open the battery cover, then replace the battery. The used CR2032 cell is easy to get in the market. After replacement put the cover back and close it to left also with the coin.

. 9 .





TSG4H156





# WEARABLE INTELLIGENT EQUIPMENTS



FACEBOOK · TWITTER · WECHAT · WIFI · BLUETOOTH · GPS · PHONE · E-MAIL · NANO-SIM · SMS · CAMERA · MUSIC

## Swissdigital

