# Exhibit 13

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SWISSDIGITAL USA CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>SAMSONITE INTERNATIONAL S.A.<br><br>Defendant. | Civil Action No. 6:23-cv-00196-ADA<br><br>DEMAND FOR JURY TRIAL |

## PLAINTIFF SWISSDIGITAL'S PRELIMINARY INFRINGEMENT CONTENTIONS

Swissdigital USA Co., Ltd. ("Plaintiff" or "Swissdigital"), by its undersigned attorneys, serves its Preliminary Infringement Contentions[1] against Defendant Samsonite International S.A. ("Defendant" or "Samsonite") as follows:

**I.    Preliminary Statement and Reservation of Rights**

These contentions are based upon Swissdigital's current knowledge, understanding, and investigation to date regarding Defendant's infringement of the asserted claims of United States Patent Nos. 10,574,071 ("the '071 Patent"), 10,931,137 ("the '137 Patent"), 10,931,138 ("the '138 Patent"), and 11,601,009 ("the '009 Patent") (collectively, the "Asserted Patents"). Swissdigital's investigation remains ongoing, and these preliminary infringement contentions are subject to supplementation and revision. Further, the parties have not yet identified any proposed claim terms for construction or provided any proposed constructions for such terms. Nor has the Court

---

[1] Per this Court's Standing Order Governing Proceedings (OGP) 4.3 – Patent Cases, Plaintiff's deadline to serve preliminary infringement contentions has not yet passed. Plaintiff serves these preliminary infringement contentions at this time to afford Samsonite notice of the exemplary Accused Products and asserted claims. Plaintiff will amend these preliminary infringement contentions prior to the deadline in the OGP.

issued any claim construction rulings. Swissdigital reserves the right to supplement or amend these contentions for any reason, including as additional information becomes available and based on any claim construction rulings by the Court. These contentions should not be taken as an indication of Swissdigital's positions regarding the proper construction of any term. Swissdigital's proposed constructions for disputed claim terms, if any, will be disclosed at the appropriate time in accordance with the scheduling order in this case once one issues. These contentions may be made in a variety of alternatives, and not all interpretations are necessarily intended or required to be consistent with each other and/or with other contentions in this action. Swissdigital's contentions do not constitute admissions or adoptions of any particular construction, claim scope, or plain and ordinary meaning. Rather, contentions may be applicable under a variety of constructions in order to provide an adequate disclosure in advance of claim construction. Swissdigital objects to any attempt by Defendant to derive alleged claim construction positions from these contentions or to otherwise use any of these contentions in claim construction proceedings.

These contentions are provided without prejudice to Swissdigital's right to rely on expert opinions, deposition testimony of fact witnesses, and documentary or physical evidence subsequently produced during discovery, among other materials. These contentions are not intended to identify all evidence of infringement by Defendant. Nor are these contentions intended to identify all legal theories for Defendant's infringement. Rather, consistent with the Court's orders, these contentions are intended only to set forth where in the accused products and processes each element of the asserted claims are found.

To the extent these contentions contain any information subject to attorney-client privilege or attorney work-product immunity, the disclosure of any protected information in these

                                              CONFIDENTIAL

contentions is inadvertent and does not constitute a waiver of any such privilege or immunity. Swissdigital reserves all rights under all such privileges and immunities.

**II.    Asserted Claims, Accused Products, and Claim Charts**

As set forth in the attached preliminary claim charts (Exhibit A), Swissdigital contends that Samsonite's actions relating to at least the following of Samsonite's products (collectively, the "Accused Products"), infringe and continue to infringe at least claims 1, 6, 9, and 10 of the '071 Patent, at least claims 1, 3–5, 8–10, 13, and 18–21 of the '137 Patent, at least claims 1, 2, 4–6, 8–11, and 16–23 of the '138 Patent, and at least claims 1, 2, 4–6, 8–11, 16–22, and 29 of the '009 Patent (collectively, the "Asserted Claims") directly or indirectly, and either literally or under the doctrine of equivalents:

**Samsonite SXK Prime Expandable Backpack**

**Samsonite SXK Slim Backpack**

**Samsonite SXK Carry-On Expandable Spinner**

**Samsonite SXK Spinner Underseater**

**Samsonite Pro Backpack**

**Samsonite Pro Vertical Spinner Mobile Office**

**Samsonite Pro Standard Backpack**

**Samsonite Pro Slim Backpack**

**Samsonite Pro 15.6" Slim Messenger**

**Samsonite Pro Double Compartment Brief**

**Samsonite Pro Carry-On Expandable Spinner**

**Samsonite Pro Upright Mobile Office**

**Samsonite Carrier Tucker Backpack**

Samsonite Carrier Underseater

Samsonite Carrier GSD Backpack

Samsonite Quadrion Standard Backpack

Samsonite Quadrion Slim Backpack

Samsonite Quadrion Messenger Bag

Samsonite Mobile Solution Deluxe Carryall Limited Edition

Samsonite Mobile Solution Classic Duffel Limited Edition

Samsonite Mobile Solution Carry-On Expandable Spinner

Samsonite Mobile Solution Mobile Office Softside Carry-On Spinner

Samsonite Mobile Solution 19" Softside Carry-On Spinner

Samsonite Women's Mobile Solution Business

Samsonite Silhouette 16 Underseat Carry-On Spinner

Samsonite Silhouette 16 Expandable Carry-On Spinner

Samsonite Silhouette 16 Softside Expandable Carry-On Spinner Suitcase

Samsonite Silhouette 16 Softside Expandable Wheeled Carry-On

Samsonite Silhouette 16 Softside Underseat Carry-On

Samsonite Tectonic Sweetwater Backpack

Samsonite Silhouette 16 Underseat Wheeled Carry-On

Samsonite Advance Eco 22 x 14 x 9 Carry-On Spinner

Samsonite Insignis Underseater Wheeled Carry-On

Samsonite Insignis Carry-On Expandable Spinner

Samsonite Theorym Underseater Spinner

Samsonite Agilis 25" Softside Spinner Suitcase

**Samsonite Armage Carry-On Expandable Spinner**

**Samsonite Spinner Underseater with USB Port, Rolling Carry-On With Laptop Pocket**

**Samsonite Lineate Softside Expandable Luggage with Spinner Wheels**

**Samsonite - Laser Pro 2 Laptop Backpack for 15.6" Laptops**

**EBAGS Pro Slim USB Laptop Backpack**

**EBAGS Kalya Underseat Carry-On with USB Port**

**American Tourister Star Wars R2D2 Underseater**

**High Sierra Business ProSlim USB Backpack**

**High Sierra Endeavor Elite 2.0 Backpack**

**Hartmann Ratio 2 Global Carry-On Spinner**

**Hartmann Carry-On Spinner**

**Hartmann Metropolitan 2 Global Carry-On Expandable Spinner Suitcase**

**Hartmann Herringbone Deluxe Underseater**

**Hartmann Ratio Classic Deluxe 2 Global Carry-On**

Swissdigital reserves the right to accuse additional products beyond those listed above based on information revealed during discovery and/or Swissdigital's investigation.

The claim charts attached hereto as Exhibit A illustrate how the exemplary Accused Products satisfy the various elements of an exemplary independent claim and dependent claim of each of the Asserted Patents. Swissdigital reserves the right to prove infringement by relying on documents and/or portions of documents other than those cited in Exhibit A, which are merely exemplary. Swissdigital reserves the right to supplement and/or amend these preliminary contentions as appropriate and as permitted under this Court's schedule and orders, including in response to any alleged noninfringement or claim construction theory asserted by Defendant, in

response to any claim construction order issued by the Court, following or during fact or expert discovery, and/or upon the discovery of additional relevant evidence or information. Swissdigital reserves the right to assert additional patent claims, based on information revealed during discovery and/or investigation. Swissdigital reserves the right to prove infringement of any claim limitation under the doctrine of equivalents in the event that any claim limitation is deemed not to be satisfied literally, whether due to claim construction or any other reason. Swissdigital further reserves the right to supplement and/or amend its contentions relating to indirect infringement.

**III.    Effective Filing Date and Prosecution Histories**

Swissdigital identifies the priority date for all Asserted Claims as November 18, 2014. This priority date is supported by the prosecution history of the Asserted Patents, which is produced concurrently with these preliminary infringement contentions. Swissdigital reserves the right to supplement and/or amend these disclosures for any reason, including should additional evidence be uncovered during discovery or Swissdigital's investigation.

Dated: August 28, 2023

Respectfully Submitted,

/s/  *Dariush Keyhani*
Dariush Keyhani (*pro hac vice*)
Frances H. Stephenson (*pro hac vice*)
Keyhani LLC
1050 30th Street NW
Washington, DC 20007
T. 202.748.8950
F. 202.318.8958
dkeyhani@keyhanillc.com
fstephenson@keyhanillc.com

Jacqueline P. Altman
State Bar No. 24087010
John P. Palmer
State Bar No. 15430600
John A. "Andy" Powell
State Bar No. 24029775
USPTO Reg. No. 71,533
NAMAN HOWELL SMITH & LEE, PLLC
400 Austin Ave., Suite 800
Waco, Texas 76701
jaltman@namanhowell.com
palmer@namanhowell.com
powell@namanhowell.com

Andy Tindel
Texas State Bar No. 20054500
MT²LAW GROUP
MANN | TINDEL | THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Tel: (903) 596-0900
Fax: (903) 596-0909
atindel@andytindel.com

*Attorneys for Plaintiff Swissdigital USA Co., Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2023 the foregoing document and all exhibits thereto were served via electronic mail to all counsel of record for Defendant.

>  */s/ Dariush Keyhani*
>  Dariush Keyhani