EXHIBIT 15



# Transcript of John Pulichino

**Date:** November 6, 2023
**Case:** SwissDigital USA Co., LTD. -v- Samsonite International S.A.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1   UNITED STATES DISTRICT COURT

2   FOR THE WESTERN DIVISION OF TEXAS

3   WACO DIVISION

4   - - - - - - - - - - - - - - - x

5       SWISSDIGITAL USA CO.        :

6       LTD.,                       :

7               Plaintiff,          :   Civil Action No.

8           v.                      :   6:23-cv-00196-ADA

9       SAMSONITE                   :

10      INTERNATIONAL S.A.,         :

11              Defendant.          :

12  - - - - - - - - - - - - - - - x

13      Videotaped Deposition of JOHN PULICHINO

14              Conducted Remotely

15          Monday, November 6, 2023

16              10:05 a.m.

17

18

19

20

21

22  Job No.: 513420

23  Pages: 1 - 101

24  Reported By: Anita M. Trombetta, RMR, CRR

25

1      Videotaped deposition of JOHN PULICHINO,

2  conducted remotely pursuant to subpoena, before

3  Anita M. Trombetta, RMR, CRR, Notary Public in and

4  for the State of New York.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                  A P P E A R A N C E S

 2      ON BEHALF OF THE PLAINTIFF:

 3                      DARIUS KEYHANI, ESQUIRE

 4                      FRANCES STEPHENSON, ESQUIRE

 5                      KEYHANI LLC

 6                      1050 30th Street, NW

 7                      Washington, DC 20007

 8

 9      ON BEHALF OF THE DEFENDANT:

10                      JOON CHUNG, ESQUIRE

11                      FISH & RICHARDSON P.C.

12                      1180 Peachtree Street, NE

13                      21st Floor

14                      Atlanta, GA 30309

15

16      ON BEHALF OF GROUP III AND THE WITNESS:

17                      ALEXANDER BROWN, ESQUIRE

18                      SCOTT SMILEY, ESQUIRE

19                      CONCEPT LAW GROUP

20                      6400 N. Andrews Avenue

21                      Suite 500

22                      Fort Lauderdale, FL 33309

23      ALSO PRESENT:

24          ERIN SCHUPPERT, Planet Depos Videographer

25
```

```
 1                        I N D E X

 2   WITNESS

 3   JOHN PULICHINO

 4   EXAMINATION BY                              Page

 5        MR. CHUNG                                 7

 6

 7                    E X H I B I T S

 8        Exhibit        Description          Page

 9        Exhibit 1      Samsonite            14

10                       International's

11                       Subpoena to Group III

12        Exhibit 2      Specification Sheet  30

13        Exhibit 3      Approval Form        41

14        Exhibit 4      Purchase Order       47

15        Exhibit 5      Purchase Order       54

16        Exhibit 6      Purchase Order       55

17        Exhibit 7      Commercial Invoice   56

18                       Bearing Bates

19                       GroupIII-000045

20        Exhibit 8      Report               59

21        Exhibit 9      Document Starting With  61

22                       Bates Number Group

23                       III-000096

24        Exhibit 10     Design Specification 67

25                       Sheet
```

1          Exhibit 11    Document for Project      78
2                        SG-X27
3          Exhibit 13    Summary Document          83
4          Exhibit 14    Bill of Lading            85
5          Exhibit 15    Bill of Lading            88
6          Exhibit 16    Product Depiction         90

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | |
| 2 | THE VIDEOGRAPHER:   Today's date is | 10:05:46 |
| 3 | November 6, 2023, the time on the video monitor is | 10:05:59 |
| 4 | 10:05.  Here begins Media No. 1 in the remote video | 10:06:03 |
| 5 | deposition of John Pulichino, in the matter of | 10:06:09 |
| 6 | Swissdigital USA Company Limited vs. Samsonite | 10:06:14 |
| 7 | International SA, in the Western District of Texas, | 10:06:18 |
| 8 | Waco Division, Case No. 6:23-CV-00196-ADA. | 10:06:23 |
| 9 | The remote videographer today is | 10:06:34 |
| 10 | Erin Schuppert representing Planet Depos.  All | 10:06:37 |
| 11 | parties of this video deposition are attending | 10:06:41 |
| 12 | remotely. | 10:06:43 |
| 13 | Would counsel please voice identify | 10:06:44 |
| 14 | themselves and state whom they represent. | 10:06:46 |
| 15 | MR. CHUNG:  This is Wonjoon Chung of | 10:06:49 |
| 16 | Fish & Richardson PC on behalf of defendant | 10:06:53 |
| 17 | Samsonite International SA. | 10:06:57 |
| 18 | MR. KEYHANI:  This is Darius Keyhani and | 10:06:59 |
| 19 | Frances Stephenson on behalf of the plaintiff, | 10:07:04 |
| 20 | Swissdigital. | 10:07:06 |
| 21 | MR. BROWN:  And good morning, everybody. | 10:07:08 |
| 22 | This is Alex Brown.  I'm also joined by | 10:07:09 |
| 23 | Scott Smiley of the Concept Law Group on behalf of | 10:07:12 |
| 24 | the third-party witness, Group III, whose | 10:07:16 |
| 25 | representative is John Pulichino. | 10:07:18 |

```
 1          THE VIDEOGRAPHER:  The court reporter        10:07:22
 2  today is Anita Trombetta representing                10:07:23
 3  Planet Depos.  The witness will now be sworn and the 10:07:28
 4  deposition may proceed.                              10:07:31
 5  J O H N   P U L I C H I N O,
 6  called as a witness, having been duly sworn by a
 7  Notary Public, was examined and testified as
 8  follows:
 9  EXAMINATION BY
10  MR. CHUNG:
11      Q.   Thank you.                                  10:07:49
12           Good morning, sir.                          10:07:49
13      A.   Good morning.                               10:07:50
14      Q.   Thank you for making the time to be here    10:07:51
15  today.  Could you please state your full name for    10:07:53
16  the record.                                          10:07:55
17      A.   Yeah, John Pulichino.                       10:07:55
18      Q.   And what is your address, Mr. Pulichino?    10:07:58
19      A.   2200 North Ocean Boulevard,                 10:08:02
20  Fort Lauderdale, Florida.                            10:08:06
21      Q.   And, Mr. Pulichino, have you ever been      10:08:08
22  deposed before?                                      10:08:11
23      A.   Yes.                                        10:08:13
24      Q.   How many times have you been deposed?       10:08:13
25      A.   About six times, I'd say.                   10:08:17
```

| | | |
|---|---|---|
| 1 | Q. Okay. So you're probably pretty familiar | 10:08:22 |
| 2 | with the process, but just to remind you, I'm going | 10:08:26 |
| 3 | to go over a few of the ground rules about how this | 10:08:30 |
| 4 | is going to work. Is that okay with you? | 10:08:33 |
| 5 | A. Fine. | 10:08:34 |
| 6 | Q. And you understand that during this | 10:08:35 |
| 7 | deposition, I'm going to ask you some questions and | 10:08:40 |
| 8 | you're going to answer them as if this were | 10:08:42 |
| 9 | proceeding in a courtroom, right? | 10:08:45 |
| 10 | A. Yes. | 10:08:47 |
| 11 | Q. And, in fact, the deposition is being | 10:08:48 |
| 12 | videotaped, and this video and audio may be played | 10:08:52 |
| 13 | for a jury if this case actually goes to trial. Do | 10:08:55 |
| 14 | you understand that? | 10:08:59 |
| 15 | A. Yes. | 10:08:59 |
| 16 | Q. And you've been doing a great job so far, | 10:09:00 |
| 17 | but you also understand that in order for the court | 10:09:03 |
| 18 | reporter to be able to take down your answers, you | 10:09:06 |
| 19 | will have to give verbal answers, not a nod or a | 10:09:09 |
| 20 | gesture? | 10:09:12 |
| 21 | A. Yes. | 10:09:13 |
| 22 | Q. And it might be typical in normal | 10:09:13 |
| 23 | conversation to start answering a question before I | 10:09:19 |
| 24 | finish the question. But just make the transcript a | 10:09:22 |
| 25 | little cleaner, would you agree to wait until I | 10:09:25 |

| | | |
|---|---|---|
| 1 | finish your question, so that the court reporter can | 10:09:27 |
| 2 | transcribe your testimony accurately? | 10:09:30 |
| 3 | A.   Yes. | 10:09:31 |
| 4 | Q.   And similarly, I'm going to try to wait | 10:09:32 |
| 5 | until you finish an answer before I move on to the | 10:09:37 |
| 6 | next question.  Does that sound good to you? | 10:09:39 |
| 7 | A.   Yes. | 10:09:41 |
| 8 | Q.   And, Mr. Pulichino, just now, you swore an | 10:09:42 |
| 9 | oath to tell the truth, right? | 10:09:46 |
| 10 | A.   Yes. | 10:09:47 |
| 11 | Q.   You understand that during this entire | 10:09:48 |
| 12 | deposition, you are under oath when answering my | 10:09:51 |
| 13 | questions, correct? | 10:09:53 |
| 14 | A.   Yes. | 10:09:54 |
| 15 | Q.   And you have to answer each question | 10:09:55 |
| 16 | truthfully, to the best of your ability, right? | 10:09:58 |
| 17 | A.   Yes. | 10:10:00 |
| 18 | Q.   Is there anything that might prevent you | 10:10:01 |
| 19 | from answering truthfully and to the best of your | 10:10:05 |
| 20 | ability today? | 10:10:07 |
| 21 | A.   No. | 10:10:09 |
| 22 | Q.   Are you on any medication or other | 10:10:10 |
| 23 | substances that might impair your ability to | 10:10:14 |
| 24 | remember anything or answer my questions accurately? | 10:10:16 |
| 25 | A.   No. | 10:10:20 |

|    |                                                            |          |
|----|------------------------------------------------------------|----------|
| 1  | Q.   And where are you sitting today for this              | 10:10:20 |
| 2  | deposition?                                                | 10:10:28 |
| 3  | A.   I'm sitting at the conference room at the             | 10:10:28 |
| 4  | offices of Concept Law.                                    | 10:10:31 |
| 5  | Q.   And are you in a room where you won't be              | 10:10:33 |
| 6  | disturbed?                                                 | 10:10:37 |
| 7  | A.   Yes.                                                  | 10:10:38 |
| 8  | Q.   And during this deposition, if I ask a                | 10:10:39 |
| 9  | question and you don't understand it, will you agree       | 10:10:45 |
| 10 | to let me know so that I can clarify the question?         | 10:10:47 |
| 11 | A.   Yes.                                                  | 10:10:49 |
| 12 | Q.   And if you do answer a question, I'm going            | 10:10:50 |
| 13 | to assume that you understand it; is that fair?            | 10:10:53 |
| 14 | A.   Yes.                                                  | 10:10:56 |
| 15 | Q.   I'm going to try and take a break every               | 10:10:57 |
| 16 | hour or so, but, to be honest, I'm not very good at        | 10:11:02 |
| 17 | keeping track of time.  So if you need a break at          | 10:11:07 |
| 18 | any point, you can just let me know, we can take           | 10:11:09 |
| 19 | that break.  Does that sound good?                         | 10:11:11 |
| 20 | A.   Yes.                                                  | 10:11:13 |
| 21 | Q.   The only caveat is that I ask that if                 | 10:11:14 |
| 22 | there is a question pending, that you answer that          | 10:11:17 |
| 23 | question before we go on break.  Does that make            | 10:11:19 |
| 24 | sense?                                                     | 10:11:22 |
| 25 | A.   Yes.                                                  | 10:11:22 |

| | | |
|---|---|---|
| 1 | Q.   And if you realize at any point during the | 10:11:23 |
| 2 | deposition that any of the answers you've given to | 10:11:26 |
| 3 | previous questions are incorrect or incomplete, you | 10:11:28 |
| 4 | can let me know and we can go back to that and make | 10:11:31 |
| 5 | sure we get your correct answer on the record.  Does | 10:11:33 |
| 6 | that sound good? | 10:11:36 |
| 7 | A.   Yes. | 10:11:37 |
| 8 | Q.   Okay.  Now, Mr. Pulichino, you mentioned | 10:11:38 |
| 9 | that you've been deposed six times in the past, | 10:11:45 |
| 10 | correct? | 10:11:47 |
| 11 | A.   Yes. | 10:11:47 |
| 12 | Q.   When was the last time you were deposed? | 10:11:48 |
| 13 | A.   Let's see.  Probably within the last | 10:11:51 |
| 14 | 90 days, I guess.  90, yeah.  Earlier this year. | 10:11:57 |
| 15 | Q.   Do you remember the name of the case in | 10:12:01 |
| 16 | connection with which you were deposed? | 10:12:03 |
| 17 | A.   It was a case involving a litigation | 10:12:06 |
| 18 | between Group III and Targus International. | 10:12:11 |
| 19 | Q.   And what was that case about, do you know? | 10:12:18 |
| 20 | A.   It was a patent infringement litigation. | 10:12:20 |
| 21 | Q.   And without going into any confidential | 10:12:24 |
| 22 | information, what was your relevance to that case? | 10:12:29 |
| 23 | A.   As an executive -- executive chairman of | 10:12:34 |
| 24 | Group III International, I was deposed to answer a | 10:12:39 |
| 25 | variety of questions by the part of | 10:12:44 |

1   Targus International.                                10:12:51

2       Q.   I'm sorry, you said you were deposed to     10:12:57

3   answer a variety of questions about                 10:12:59

4   Targus International?                                10:13:03

5       A.   No, by Targus International.                10:13:04

6       Q.   Oh, by.                                     10:13:08

7            What was the subject of your testimony in   10:13:10

8   that case?                                           10:13:11

9       A.   A variety of questions regarding the        10:13:12

10  patent and documentation that we had provided that  10:13:17

11  was requested by Targus, asking questions about the 10:13:23

12  documentation that was provided to them.            10:13:28

13      Q.   So was Group III the plaintiff in that      10:13:31

14  case?                                                10:13:34

15      A.   We were the defendant.                      10:13:35

16      Q.   You were the defendant.  Okay.              10:13:36

17           And how about the other five times you      10:13:38

18  were deposed?  Do you remember what those cases were 10:13:43

19  about?                                               10:13:46

20      A.   One was a trademark litigation, and that    10:13:48

21  took place about a year ago.  I have been deposed on 10:13:53

22  some matters revolving -- involving sales            10:14:02

23  representation matters with the company.             10:14:07

24           Those are the ones I can remember off the   10:14:12

25  top of my head.                                      10:14:14

1      Q.   Can you explain a little bit what you mean        10:14:14
2   by sales representation matters?                         10:14:18
3      A.   Asking about that?  What was it about, is        10:14:20
4   that what you're asking?                                 10:14:24
5      Q.   Yes.                                             10:14:26
6      A.   It had to do -- in terms of a sales -- a         10:14:27
7   sales rep that believed he was somehow harmed by the     10:14:31
8   company by us making a change in sales                   10:14:35
9   representation for a particular territory.               10:14:40
10      Q.   I see.  And how about the trademark             10:14:42
11   litigation?  What was that about?                       10:14:48
12      A.   It was an infringement of the marks that        10:14:50
13   we use on our products, and I was deposed to provide    10:14:53
14   documentation -- to verify documentation we had         10:15:02
15   provided regarding the infringement of our              10:15:07
16   trademark.                                              10:15:10
17      Q.   Thank you for that, Mr. Pulichino.              10:15:10
18           And for purposes of this case, you              10:15:21
19   understand that you're here in response to a            10:15:25
20   subpoena by Samsonite International, correct?           10:15:27
21      A.   Yes.                                            10:15:30
22           MR. CHUNG:  I'm going to bring up a             10:15:33
23   document that I will mark Exhibit 1 to this             10:15:36
24   deposition.  I will also drop it in the chat so that    10:15:39
25   you can have access to it if you'd like.                10:15:47

| | | |
|---|---|---|
| 1 | (Pulichino Exhibit 1, Samsonite | 10:15:47 |
| 2 | International's Subpoena to Group III, marked for | 10:15:47 |
| 3 | identification.) | 10:15:47 |
| 4 | THE WITNESS:  It looks fine. | 10:15:58 |
| 5 | Q.   Can you see my screen? | 10:16:00 |
| 6 | A.   I'm sorry? | 10:16:01 |
| 7 | Q.   Can you see my screen? | 10:16:03 |
| 8 | A.   Yeah, I can see the document. | 10:16:04 |
| 9 | Q.   Okay. | 10:16:07 |
| 10 | A.   And I can see you. | 10:16:08 |
| 11 | Q.   And, Mr. Pulichino, have you seen this | 10:16:10 |
| 12 | document before? | 10:16:13 |
| 13 | A.   Yes. | 10:16:14 |
| 14 | Q.   This is Samsonite International's subpoena | 10:16:16 |
| 15 | to Group III, correct? | 10:16:19 |
| 16 | A.   Correct. | 10:16:21 |
| 17 | Q.   And when did you see this document? | 10:16:22 |
| 18 | A.   I can't recall the exact date I saw this | 10:16:25 |
| 19 | document. | 10:16:28 |
| 20 | Q.   But you did review it, correct? | 10:16:29 |
| 21 | A.   Yes. | 10:16:31 |
| 22 | Q.   And did you review Exhibit 1, the requests | 10:16:32 |
| 23 | for production and topics which are on PDF Page 14 | 10:16:39 |
| 24 | of Exhibit 1? | 10:16:44 |
| 25 | A.   Yes. | 10:16:46 |

1    Q.   And the topic that you're here to testify          10:16:47
2  about, the topics for deposition is, "The structure       10:16:52
3  and operation of any prior art product identified in      10:16:54
4  response to Samsonite International's requests for         10:16:58
5  production," correct?                                       10:17:01
6    A.   Yes.                                                10:17:03
7    Q.   And Group III did produce some documents            10:17:04
8  about certain products in response to this subpoena,       10:17:06
9  correct?                                                    10:17:09
10   A.   Yes.                                                10:17:10
11   Q.   And are you prepared to testify today               10:17:11
12 regarding the products that Group III has produced?        10:17:14
13   A.   Yes.                                                10:17:17
14   Q.   And just to confirm, going forward, is it           10:17:17
15 okay with you if I call Group III International just        10:17:24
16 Group III?                                                  10:17:28
17   A.   Yes.                                                10:17:29
18   Q.   Okay.  And, Mr. Pulichino, what did you do          10:17:31
19 to prepare for your deposition today?                       10:17:37
20   A.   I reviewed some of the documents that we            10:17:39
21 had provided counsel with regard to this matter.           10:17:43
22   Q.   And did you meet with your attorneys?               10:17:48
23   A.   I'm sorry?                                           10:17:51
24   Q.   I'm sorry, you said you reviewed documents          10:17:52
25 with counsel.  So you met with your attorneys,             10:17:56

| | | |
|---|---|---|
| 1 | correct? | 10:17:59 |
| 2 | A.   I reviewed documents that were in | 10:17:59 |
| 3 | preparation for this deposition that we had provided | 10:18:01 |
| 4 | counsel, yeah. | 10:18:05 |
| 5 | Q.   And which attorneys did you meet with? | 10:18:06 |
| 6 | A.   I guess Alex Brown and Scott Smiley. | 10:18:09 |
| 7 | Q.   And those are the attorneys who are | 10:18:14 |
| 8 | sitting in that room with you today, correct? | 10:18:16 |
| 9 | A.   Correct, yes. | 10:18:18 |
| 10 | Q.   Did you meet or speak with anyone else to | 10:18:19 |
| 11 | prepare for this deposition? | 10:18:23 |
| 12 | A.   No. | 10:18:25 |
| 13 | Q.   So other than meeting with your attorneys | 10:18:27 |
| 14 | and reviewing documents, did you do anything else to | 10:18:34 |
| 15 | prepare for this -- today's deposition? | 10:18:37 |
| 16 | A.   No, just reviewed the documents to make | 10:18:38 |
| 17 | sure I understood each one of them and -- in | 10:18:43 |
| 18 | preparation for today. | 10:18:48 |
| 19 | Q.   Okay.  And, Mr. Pulichino, what is your | 10:18:49 |
| 20 | position at Group III? | 10:18:55 |
| 21 | A.   I'm currently the executive chairman. | 10:18:57 |
| 22 | Q.   And how long have you held that position? | 10:19:00 |
| 23 | A.   That position, probably for the last four | 10:19:03 |
| 24 | years, but prior to that I was the chief executive | 10:19:09 |
| 25 | officer. | 10:19:14 |

1    Q.    And how long were you CEO?                    10:19:15

2    A.    From 1994 until about four years ago.         10:19:21

3    Q.    Okay.  So four years ago is about 2019.       10:19:26

4  So about 1994 to 2019 you were the CEO; is that       10:19:32

5  correct?                                              10:19:36

6    A.    Yes.                                          10:19:36

7    Q.    And what were your job duties, at a high      10:19:37

8  level, at Group III as CEO?                           10:19:45

9    A.    I had overall responsibility and oversight    10:19:48

10 for the financial aspects of the company, the         10:19:53

11 marketing and sales, product design and development,  10:19:57

12 overseas sourcing, and key customer relationships.    10:20:00

13   Q.    Anything else?                                10:20:12

14   A.    I hope not.  No, I think that's -- that       10:20:13

15 pretty much -- you know, comprehensive overlook of    10:20:20

16 the family-run business, so really all those things   10:20:26

17 I just mentioned.                                      10:20:29

18   Q.    Okay.  You said it was a family-run           10:20:30

19 business.  So did you start the company in 1994?      10:20:35

20   A.    No.  My wife started it in 1984.             10:20:39

21   Q.    And in your job as CEO, could you explain     10:20:49

22 a little bit what your job duties were relating to,    10:20:51

23 I believe you mentioned product design and            10:20:55

24 development, specifically?                             10:20:58

25   A.    As a company, we would work with some         10:21:02

| | | |
|---|---|---|
| 1 | marketing input from both our consumer intercepts, | 10:21:05 |
| 2 | contact with our key customers, for the ideas of | 10:21:14 |
| 3 | what kinds of products we felt would best serve the | 10:21:21 |
| 4 | marketplace.  And from that, we would create a | 10:21:25 |
| 5 | marketing brief; that would go to our design | 10:21:27 |
| 6 | development department, upon which they would | 10:21:31 |
| 7 | develop products that would meet those needs. | 10:21:34 |
| 8 | And from there, we would gain approval | 10:21:37 |
| 9 | from our licensor, because most of these products | 10:21:41 |
| 10 | were under our license brand.  From there, we would | 10:21:44 |
| 11 | manufacture initial prototypes.  Once that was done, | 10:21:49 |
| 12 | we would then begin presentation to customers and | 10:21:54 |
| 13 | order the product in advance of receiving the | 10:21:58 |
| 14 | customer orders.  And then once the orders came in, | 10:22:03 |
| 15 | we would ship the products to the customer.  And | 10:22:07 |
| 16 | ultimately, the end consumer would be buying the | 10:22:09 |
| 17 | product. | 10:22:11 |
| 18 | So I was actively involved in that aspect | 10:22:11 |
| 19 | of it because it really -- from our perspective | 10:22:13 |
| 20 | really, drives the business, having a good product | 10:22:17 |
| 21 | that meets the needs of both your customer, meaning | 10:22:19 |
| 22 | the retail accounts, as well as the end consumer. | 10:22:23 |
| 23 | Q.   Just to unpack that a little bit, you | 10:22:33 |
| 24 | mentioned that Group III "would get input from | 10:22:36 |
| 25 | consumers and contact key customers."  Who were | 10:22:38 |

| | | |
|---|---|---|
| 1 | Group III's key customers? | 10:22:42 |
| 2 | A.   Our key customers, Target Corporation, | 10:22:44 |
| 3 | Walmart, Sam's Club, TJ Maxx, Marshall's.  Those -- | 10:22:49 |
| 4 | and Amazon, obviously.  So those would be the | 10:22:57 |
| 5 | biggest ones, I'd say. | 10:23:00 |
| 6 | Q.   So generally, online or brick and mortar | 10:23:02 |
| 7 | retailers are what you are referring to when you say | 10:23:05 |
| 8 | "key customers;" is that correct? | 10:23:08 |
| 9 | A.   Yeah.  Either on a direct eCommerce basis, | 10:23:10 |
| 10 | or some -- where you have both the retail setting as | 10:23:14 |
| 11 | well as the eCommerce for that particular customer. | 10:23:16 |
| 12 | As well as our own website, also.  We have a -- | 10:23:20 |
| 13 | (Reporter clarification.) | 10:23:20 |
| 14 | A.   Our own website, which is SwissGear.com, | 10:23:27 |
| 15 | which is another, we would consider major customer, | 10:23:28 |
| 16 | even though we drive it ourselves. | 10:23:33 |
| 17 | Q.   And you mentioned that you would create a | 10:23:38 |
| 18 | marketing brief, go to the design and development | 10:23:45 |
| 19 | department, and then manufacture initial prototypes, | 10:23:48 |
| 20 | correct? | 10:23:50 |
| 21 | A.   Yes. | 10:23:51 |
| 22 | Q.   And then you said there was a presentation | 10:23:53 |
| 23 | to customers.  Can you explain a little bit what | 10:23:55 |
| 24 | that presentation would entail? | 10:23:57 |
| 25 | A.   What it would entail would be our -- | 10:23:59 |

| | |
|---|---|
| 1 | either our -- depending on the customer, our | 10:24:03 |
| 2 | in-house sales manager, the VP, along with potential | 10:24:05 |
| 3 | reps for the particular market that it's serving | 10:24:10 |
| 4 | geographically, we would go to the customer, the | 10:24:12 |
| 5 | buyers for the category, present the product to | 10:24:15 |
| 6 | them, outlining the feature benefits of the product, | 10:24:18 |
| 7 | price points, delivery times, placement in their | 10:24:22 |
| 8 | current assortment to give them -- you know, | 10:24:29 |
| 9 | whoever -- each understanding of why the product | 10:24:31 |
| 10 | belonged in their assortment with the new designs | 10:24:33 |
| 11 | and feature benefits that we were offering. | 10:24:37 |
| 12 |     Q.   And when you say, "the sales managers | 10:24:44 |
| 13 | would present to the customers," are you referring | 10:24:49 |
| 14 | to the retailers that we were discussing earlier? | 10:24:51 |
| 15 |     A.   Correct, yes. | 10:24:55 |
| 16 |     Q.   And I think you said you would then order | 10:24:58 |
| 17 | the product; is that correct? | 10:25:04 |
| 18 |     A.   Yes. | 10:25:06 |
| 19 |     Q.   So did Group III not manufacture its own | 10:25:07 |
| 20 | products? | 10:25:13 |
| 21 |     A.   No.  Our product is all sourced from | 10:25:14 |
| 22 | third-party manufacturers offshore. | 10:25:17 |
| 23 |     Q.   And do you recall who Group III's | 10:25:22 |
| 24 | third-party manufacturers were? | 10:25:30 |
| 25 |     A.   Well, there's many, okay?  At any given | 10:25:33 |

| | | |
|---|---|---|
| 1 | time we're probably dealing with, I'd say, 20 | 10:25:37 |
| 2 | different offshore manufacturers, in China, some in | 10:25:40 |
| 3 | Thailand, Cambodia. So it's a very fairly, I would | 10:25:45 |
| 4 | say large group of factories that we do business | 10:25:50 |
| 5 | with. | 10:25:55 |
| 6 | Q. Any specific factories you're able to | 10:25:56 |
| 7 | remember sitting here today? | 10:25:58 |
| 8 | A. Fong's is one. I may not have the exact | 10:26:01 |
| 9 | Chinese names, so correct me if I'm wrong here. But | 10:26:05 |
| 10 | Fong's, SNH. Those are two that I can -- off the | 10:26:12 |
| 11 | top of my head could relate to you. | 10:26:14 |
| 12 | Q. Okay. And let me just check exactly what | 10:26:16 |
| 13 | you said here. I think you said you would order the | 10:26:25 |
| 14 | product in advance of receiving the customer orders. | 10:26:39 |
| 15 | So is it the case that Group III kept an inventory | 10:26:41 |
| 16 | of these products that the customers would then | 10:26:44 |
| 17 | order from Group III? | 10:26:46 |
| 18 | A. In some cases, yes. | 10:26:49 |
| 19 | Q. And in 2019, you mentioned that you became | 10:26:51 |
| 20 | the executive chairman. How did your role change | 10:27:13 |
| 21 | when you became an executive chairman, if at all? | 10:27:15 |
| 22 | A. More of an oversight, advisory role for | 10:27:18 |
| 23 | the family that owns the business. Our son is the | 10:27:26 |
| 24 | chief executive officer, and so we -- we have | 10:27:31 |
| 25 | spontaneous board meetings from time to time, as | 10:27:37 |

| | |
|---|---|
| 1 | well as planned ones, and providing advice of | 10:27:44 |
| 2 | counsel. | 10:27:46 |
| 3 |         (Reporter clarification.) | 10:27:46 |
| 4 |     A.   As well as planned board meetings to | 10:27:47 |
| 5 | provide oversight, advice, and counsel. | 10:27:49 |
| 6 |     Q.   So you were -- from your description of | 10:27:54 |
| 7 | your duties as CEO, it sounds like you were pretty | 10:28:11 |
| 8 | actively involved in terms of getting feedback from | 10:28:14 |
| 9 | the market in designing products from 1994 to 2019, | 10:28:17 |
| 10 | correct? | 10:28:23 |
| 11 |     A.   Yes. | 10:28:23 |
| 12 |         MR. KEYHANI:  Objection.  Objection. | 10:28:26 |
| 13 | Form. | 10:28:27 |
| 14 |     Q.   Was that a yes? | 10:28:30 |
| 15 |         MR. KEYHANI:  I objected to the form of | 10:28:39 |
| 16 | the question.  It's a leading question. | 10:28:41 |
| 17 |         (Reporter clarification.) | 10:29:04 |
| 18 |         MR. CHUNG:  I think we got it on the | 10:29:04 |
| 19 | record. | 10:29:06 |
| 20 |     Q.   And what kind of product is Group III in | 10:29:14 |
| 21 | the market for? | 10:29:17 |
| 22 |     A.   We like to describe it as travel gear, | 10:29:19 |
| 23 | which includes luggage, backpacks, travel | 10:29:22 |
| 24 | accessories.  We also do belts, wallets, small | 10:29:26 |
| 25 | travel bags. | 10:29:30 |

1        Q.   And was your role as CEO limited to any          10:29:32

2   particular aspect of the products you just                 10:29:36

3   mentioned, luggage, backpacks, travel accessories,         10:29:40

4   belts, wallets, or kind of a holistic everything?          10:29:43

5        A.   I had oversight on all those categories.          10:29:46

6        Q.   Mr. Pulichino, you understand that your          10:29:52

7   testimony here today is -- it relates to a case            10:30:10

8   between a company called Swissdigital and a company        10:30:14

9   called Samsonite International, correct?                    10:30:17

10       A.   Yes.                                              10:30:20

11       Q.   And do you have any understanding of what         10:30:21

12  that case is about?                                         10:30:26

13       A.   It involves litigation of a particular            10:30:29

14  feature on a backpack.                                      10:30:34

15       Q.   Do you under -- do you know what that             10:30:37

16  feature is?                                                 10:30:41

17       A.   Yeah, it's a USB connector, if you will,          10:30:42

18  that mounts on the outside of the bag and connected        10:30:49

19  to a battery on the inside of the bag.                      10:30:54

20       Q.   And, Mr. Pulichino, does Group III sell           10:30:56

21  bags that have that kind of USB connector                   10:30:59

22  functionality that you just described?                      10:31:02

23       A.   Yes.                                              10:31:04

24       Q.   And do some of those products that                10:31:06

25  Group III sells with USB connector functionality            10:31:11

| | | |
|---|---|---|
| 1 | have a covering around the USB on the outside of the | 10:31:15 |
| 2 | bag? | 10:31:21 |
| 3 | A.    What do you mean by "covering"? | 10:31:23 |
| 4 | MR. KEYHANI:  Counsel, I'm going to -- | 10:31:27 |
| 5 | this is Darius Keyhani, for the record.  I'll put my | 10:31:28 |
| 6 | video on. | 10:31:34 |
| 7 | I'm going to object.  The scope for this | 10:31:34 |
| 8 | deposition, counsel, is limited to prior art.  What | 10:31:36 |
| 9 | Mr. Pulichino's products encompass is not relevant | 10:31:41 |
| 10 | to prior art right now, because that's -- prior art | 10:31:44 |
| 11 | goes -- you know, predates the patents. | 10:31:49 |
| 12 | So please keep your deposition within the | 10:31:52 |
| 13 | scope of what the Court permitted you to -- to | 10:31:54 |
| 14 | secure testimony on.  Thank you. | 10:31:58 |
| 15 | MR. CHUNG:  Thank you, Mr. Keyhani. | 10:32:00 |
| 16 | Q.    Let me rephrase my question. | 10:32:03 |
| 17 | Mr. Pulichino, did Group III, prior to | 10:32:05 |
| 18 | 2019, sell bags that have the USB connector | 10:32:08 |
| 19 | functionality that you were just talking about? | 10:32:13 |
| 20 | A.    Yes. | 10:32:14 |
| 21 | Q.    And how are those USB connectors -- how | 10:32:15 |
| 22 | were those USB connectors in the products that Group | 10:32:24 |
| 23 | III sold prior to 2019 configured? | 10:32:28 |
| 24 | A.    We would mount the exterior female side, | 10:32:31 |
| 25 | okay, of the -- of the USB connector by cutting a | 10:32:36 |

| | | |
|---|---|---|
| 1 | hole through the -- where -- it was going to be | 10:32:42 |
| 2 | applied either on the surface wrap or the bag | 10:32:45 |
| 3 | itself. And we would mount it from the inside and | 10:32:50 |
| 4 | then sew the flange to the outside fabric -- you | 10:32:55 |
| 5 | now, to the exterior of the outside fabric, sew | 10:33:00 |
| 6 | that, and then the lining on the inside would be | 10:33:03 |
| 7 | sewn to cover up the attachment, all right. That's | 10:33:06 |
| 8 | the way it was applied. | 10:33:09 |
| 9 | Q. Okay. You mentioned a flange. Can you | 10:33:11 |
| 10 | explain a little bit what you mean by flange? | 10:33:19 |
| 11 | A. Well, in other words, it was a -- I'll use | 10:33:21 |
| 12 | my hand. There's a flange which the actual female | 10:33:24 |
| 13 | connector is on, so when you're coming from the | 10:33:28 |
| 14 | inside, you push it through an open hole. So the | 10:33:31 |
| 15 | flange stays below the fabric, and the mounting | 10:33:35 |
| 16 | piece, the female piece, is above the fabric on the | 10:33:38 |
| 17 | outside. | 10:33:41 |
| 18 | And then you would sew the fabric to the | 10:33:41 |
| 19 | flange that's on the inside, and then on the inside | 10:33:45 |
| 20 | you put a piece of lining fabric and that would be | 10:33:48 |
| 21 | sewn as part of a whole inside of the bag. That's | 10:33:51 |
| 22 | the way it would work. | 10:33:56 |
| 23 | Q. I see. So the female end of the USB that | 10:33:57 |
| 24 | was on the outside of the bag would have a piece of | 10:34:05 |
| 25 | fabric that covers it that was sewn into the bag, | 10:34:07 |

| | | |
|---|---|---|
| 1 | correct? | 10:34:11 |
| 2 | A.   Not cover the -- no, the USB would be | 10:34:11 |
| 3 | proud of the outside fabric.  There would be fabric | 10:34:17 |
| 4 | around it, okay, and then that would be sewn to the | 10:34:20 |
| 5 | flange that's inside.  Okay. | 10:34:22 |
| 6 | So -- and I don't know if I can describe | 10:34:24 |
| 7 | it here.  Maybe I'll use this as an example.  This | 10:34:26 |
| 8 | is the USB, this is the flange, so this is on the | 10:34:28 |
| 9 | inside, USB sticks above the outside, and then it's | 10:34:32 |
| 10 | sewn around. | 10:34:37 |
| 11 | So I don't know if that helps.  If I had a | 10:34:38 |
| 12 | device, I could show you, but... | 10:34:47 |
| 13 | Q.   It might help to look at some documents, | 10:34:57 |
| 14 | which we'll look at in a little bit. | 10:35:03 |
| 15 | But before that, what motivated Group III | 10:35:06 |
| 16 | to start incorporating the USB connector features | 10:35:10 |
| 17 | into its products prior to 2019? | 10:35:13 |
| 18 | A.   Well, we saw the use of USB -- | 10:35:16 |
| 19 | MR. KEYHANI:  I'm sorry.  I'm sorry.  I've | 10:35:22 |
| 20 | got to pose an objection on the record again.  The | 10:35:24 |
| 21 | motivations behind why Group III decided to do | 10:35:27 |
| 22 | something is not discussion of the prior art.  Keep | 10:35:34 |
| 23 | the scope of the prior art.  That's the scope that | 10:35:38 |
| 24 | the judge ordered. | 10:35:44 |
| 25 | So the motivations as to why they added | 10:35:45 |

| | | |
|---|---|---|
| 1 | something, or what they did, please -- please keep | 10:35:47 |
| 2 | the scope limited to prior art, please, counsel. | 10:35:50 |
| 3 | MR. CHUNG:  Counsel, I disagree with that. | 10:35:54 |
| 4 | The USB feature is kind of the novel -- the claimed | 10:35:56 |
| 5 | novel feature of the asserted patents, and | 10:36:03 |
| 6 | motivations for why a person of skill in the art | 10:36:06 |
| 7 | might have included it in a combination, for | 10:36:08 |
| 8 | example, is relevant to the prior art analysis. | 10:36:11 |
| 9 | MR. KEYHANI:  Mr. Pulichino is not being | 10:36:13 |
| 10 | presented as an expert here, or as -- was not | 10:36:16 |
| 11 | established as one of skill in the art.  He's | 10:36:18 |
| 12 | certainly not an expert here, or being presented as | 10:36:20 |
| 13 | an expert.  He's a lay witness. | 10:36:23 |
| 14 | So I posed my objection on the record and | 10:36:25 |
| 15 | we'll deal with it.  I'm not going to argue with | 10:36:27 |
| 16 | you.  I think you're treading very close to -- | 10:36:30 |
| 17 | either outside the line or very close to it.  So I'm | 10:36:32 |
| 18 | objecting to it.  Okay. | 10:36:35 |
| 19 | MR. CHUNG:  Noted. | 10:36:37 |
| 20 | Q.   And, Mr. Pulichino, you can answer the | 10:36:38 |
| 21 | question. | 10:36:39 |
| 22 | A.   Can you repeat the question now? | 10:36:40 |
| 23 | Q.   Sure.  What motivated Group III to start | 10:36:42 |
| 24 | incorporating the USB connector features into its | 10:36:45 |
| 25 | products prior to 2019? | 10:36:50 |

| | | |
|---|---|---|
| 1 | A.   Okay.  So around 2016, we began to see the | 10:36:53 |
| 2 | need for the consumer, when they travel and wanting | 10:36:58 |
| 3 | to have the ability to charge their phones in remote | 10:37:03 |
| 4 | places, that it would be convenient to have a | 10:37:08 |
| 5 | battery pack inside the bag, okay, that would then | 10:37:11 |
| 6 | be -- went through a wire connected to a female side | 10:37:15 |
| 7 | of a USB charger, so that the consumer could have | 10:37:18 |
| 8 | access to instant charging, if you will, while | 10:37:23 |
| 9 | they're traveling. | 10:37:27 |
| 10 |      And it was something that we felt would be | 10:37:28 |
| 11 | appropriate to be put into our products, and we | 10:37:30 |
| 12 | designed products around that. | 10:37:33 |
| 13 | Q.   Thank you, Mr. Pulichino. | 10:37:35 |
| 14 |      And do you recall what the first Group III | 10:37:40 |
| 15 | bag that had the USB connector feature was? | 10:37:43 |
| 16 | A.   Yeah, I believe from the design sheet, it | 10:37:46 |
| 17 | was style 5358, I think was the first one that we | 10:37:50 |
| 18 | put it on. | 10:37:54 |
| 19 | Q.   And when was that 5358 created? | 10:37:55 |
| 20 | A.   We designed it in 2016.  I can't remember | 10:37:59 |
| 21 | the exact date, but it was in the spring, I think, | 10:38:02 |
| 22 | of 2016. | 10:38:05 |
| 23 | Q.   And in 2016, when the 5358 was designed, | 10:38:06 |
| 24 | do you recall if there were any other companies that | 10:38:13 |
| 25 | made products that had USB connector features? | 10:38:15 |

1      A.   Well, what we do know is that the initial       10:38:18

2   female connector that we used was common in the         10:38:22

3   marketplace, being used by a variety of different       10:38:26

4   people, and it was something that we kind of bought     10:38:29

5   in the market, okay, and used it to -- as -- to         10:38:33

6   solve this application, the functionality for the       10:38:38

7   bag.                                                    10:38:41

8      Q.   Do you recall any specific companies or         10:38:44

9   products that used that female connector?               10:38:46

10      A.   I can't recall back in 2016.  But we knew       10:38:50

11   at that point in time others were using the same       10:38:53

12   device pretty much from the factories that we were     10:38:55

13   doing business with, because that's how we found it.   10:38:58

14   They were providing it to other customers as well,     10:39:01

15   and we took the off-the-shelf female adapter and put   10:39:04

16   it on our bag.  So it was commonly used by a variety   10:39:10

17   of different companies.                                10:39:14

18      Q.   Do you recall if the off-the-shelf female      10:39:17

19   adapters that you used in 2016 were also available     10:39:20

20   earlier than 2016?                                     10:39:24

21      A.   I would suspect they were.  I mean, we         10:39:26

22   know we weren't the first, okay, and when we           10:39:29

23   searched the component availability in China, this     10:39:34

24   was readily available to anyone.  So I have to         10:39:39

25   assume, before we put it on a bag, others were using   10:39:41

| | | |
|---|---|---|
| 1 | it in an earlier time frame. | 10:39:44 |
| 2 | Q. Do you know for a fact whether they were | 10:39:47 |
| 3 | available in 2014? | 10:39:51 |
| 4 | A. I can't say for a fact, no. | 10:39:53 |
| 5 | MR. CHUNG: Okay. I'd like to drop into | 10:40:16 |
| 6 | the chat a document that I'm going to mark as | 10:40:17 |
| 7 | Exhibit 2. It's a document with Bates number -- | 10:40:21 |
| 8 | excuse me. One second. GroupIII-00000, five zeros, | 10:40:28 |
| 9 | 1. | 10:40:39 |
| 10 | (Pulichino Exhibit 2, Specification Sheet, | 10:40:39 |
| 11 | marked for identification.) | 10:40:42 |
| 12 | MR. BROWN: And Joon, this is Alex Brown | 10:40:42 |
| 13 | speaking. Just so you know, Mr. Pulichino, for ease | 10:40:44 |
| 14 | of reference, has a copy of all the documents Bates | 10:40:48 |
| 15 | stamped. They're just copies of everything you're | 10:40:52 |
| 16 | putting on the screen in front of him, so if he | 10:40:54 |
| 17 | looks down, that's what he's looking at. There are | 10:40:57 |
| 18 | no -- | 10:40:58 |
| 19 | MR. CHUNG: Okay. Great. | 10:40:58 |
| 20 | MR. BROWN: It's just a copy of the | 10:40:59 |
| 21 | documents. So I appreciate you reading off or | 10:41:00 |
| 22 | showing the Bates number when you put up the | 10:41:03 |
| 23 | documents. | 10:41:05 |
| 24 | MR. CHUNG: Thank you, counsel. | 10:41:07 |
| 25 | Q. And, Mr. Pulichino, can you see my screen? | 10:41:11 |

| | | |
|---|---|---|
| 1 | A. Yes, I can see the document. | 10:41:16 |
| 2 | Q. Do you recognize this document? | 10:41:17 |
| 3 | A. Yes, I do. | 10:41:19 |
| 4 | Q. And what is this document? | 10:41:20 |
| 5 | A. This is a -- the line specification sheet | 10:41:23 |
| 6 | that we use to document the design and feature | 10:41:26 |
| 7 | benefits of all of our products. This one in | 10:41:31 |
| 8 | particular is for style number SA-5358, which is a | 10:41:35 |
| 9 | backpack that was developed -- it started in | 10:41:41 |
| 10 | February of 2016, the development, and this is the | 10:41:44 |
| 11 | document that depicts everything about this product. | 10:41:48 |
| 12 | Q. And you mentioned that this is a design | 10:41:51 |
| 13 | specification sheet that you used to document design | 10:41:59 |
| 14 | and feature benefits for all of your products, | 10:42:01 |
| 15 | correct? | 10:42:05 |
| 16 | A. Yes. | 10:42:06 |
| 17 | Q. So was this document something that was | 10:42:07 |
| 18 | created in the ordinary course of Group III's | 10:42:09 |
| 19 | business? | 10:42:13 |
| 20 | A. Yes. | 10:42:13 |
| 21 | Q. And all design specification documents | 10:42:14 |
| 22 | created in Group III's ordinary course of business | 10:42:19 |
| 23 | would follow this same format, correct? | 10:42:21 |
| 24 | A. Yes. | 10:42:23 |
| 25 | Q. Now, you mentioned this was the design | 10:42:24 |

1   specification sheet for the SA-5358.  Is that          10:42:31
2   different from the 5358 products you were just          10:42:35
3   talking about earlier?                                  10:42:38
4        A.   No, this is the same one I was speaking        10:42:40
5   of.                                                     10:42:43
6        Q.   So this is the design specification sheet      10:42:43
7   for the first product Group III created that had a      10:42:46
8   USB connector feature, correct?                         10:42:50
9        A.   Yes.                                           10:42:52
10       Q.   Now, at the top left, it has a project         10:42:52
11  number.                                                 10:43:00
12            Do you see that?                               10:43:00
13       A.   Yes.                                           10:43:01
14       Q.   And that project number is SA-5358.C,          10:43:02
15  correct?                                                10:43:08
16       A.   Yes.                                           10:43:09
17       Q.   Does the "C" mean anything?                    10:43:10
18       A.   Does the "C" mean anything?                    10:43:14
19       Q.   Yes.                                           10:43:16
20       A.   Is that what you said?                         10:43:18
21            Yeah, every time there -- a revision is        10:43:20
22  made on a particular design would get the alpha         10:43:22
23  indicator; this "C" being the third revision for        10:43:26
24  this particular bag.  And generally, it depicts         10:43:30
25  something that's changed the bag from the prior         10:43:33

| | |
|---|---|
| 1  revision.  It could be a feature benefit, it could | 10:43:37 |
| 2  be color, it could be any number of things, okay, | 10:43:39 |
| 3  that would update the design sheet and reflect those | 10:43:42 |
| 4  changes. | 10:43:46 |
| 5      Q.   I see.  Do you know if there are later | 10:43:46 |
| 6  revisions of this document? | 10:43:51 |
| 7      A.   I believe, yeah.  I think there is a D, if | 10:43:52 |
| 8  I'm not mistaken, and maybe an E.  I'm not -- you | 10:43:56 |
| 9  know, it could be. | 10:44:04 |
| 10         (Reporter clarification.) | 10:44:04 |
| 11     A.   It could be a C; after the C would be a D | 10:44:04 |
| 12  or an E. | 10:44:08 |
| 13     Q.   And, Mr. Pulichino, do you know if the | 10:44:10 |
| 14  features shown in this Exhibit 2, the Revision C, | 10:44:18 |
| 15  accurately reflects the structure of the bag that | 10:44:23 |
| 16  was eventually sold to the public? | 10:44:28 |
| 17     A.   Yes. | 10:44:30 |
| 18     Q.   And does it accurately reflect the | 10:44:31 |
| 19  structure that was sold to the public? | 10:44:39 |
| 20     A.   I'm sorry? | 10:44:40 |
| 21     Q.   Does this document accurately reflect the | 10:44:40 |
| 22  structure of the bags that were sold to the public? | 10:44:44 |
| 23     A.   Yes. | 10:44:47 |
| 24     Q.   And turning to the page of Exhibit 2 with | 10:44:47 |
| 25  the Bates number that ends in 006, can you please | 10:44:54 |

| | | |
|---|---|---|
| 1 | explain what the images on this page of Exhibit 2 | 10:45:01 |
| 2 | are showing? | 10:45:05 |
| 3 | A.    On this page here? | 10:45:06 |
| 4 | Q.    Yes.  And I can zoom in if you need me to. | 10:45:09 |
| 5 | A.    No, I can see it.  Okay. | 10:45:13 |
| 6 | So on this one, it shows the particular | 10:45:16 |
| 7 | features related to where a battery would be stored | 10:45:20 |
| 8 | and connected to an external USB female on the other | 10:45:25 |
| 9 | side.  And it also talked about ScanSmart, which was | 10:45:30 |
| 10 | another feature of the bag, and talks about webbing, | 10:45:33 |
| 11 | a tab with Velcro, and obviously dimensional | 10:45:42 |
| 12 | requirements of the bag as well. | 10:45:48 |
| 13 | Q.    And is this dark rectangular portion near | 10:45:53 |
| 14 | the right of the page what would hold the battery? | 10:45:56 |
| 15 | A.    Correct. | 10:46:02 |
| 16 | Q.    And did the 5358 bag come with a battery? | 10:46:03 |
| 17 | A.    No. | 10:46:08 |
| 18 | Q.    And there's also a cable depicted above | 10:46:09 |
| 19 | that dark rectangular compartment. | 10:46:15 |
| 20 | Do you see that? | 10:46:17 |
| 21 | A.    Yes. | 10:46:18 |
| 22 | Q.    Is that the USB cable you were talking | 10:46:19 |
| 23 | about earlier? | 10:46:22 |
| 24 | A.    Yes. | 10:46:23 |
| 25 | Q.    Is that a specially manufactured USB | 10:46:24 |

1    cable, or is that just a standard USB cable?          10:46:29

2         A.   I think it's a standard.  I mean, it may    10:46:33

3    be special from the standpoint of the length of it,   10:46:39

4    possibly, okay, but in terms of the -- of this        10:46:45

5    particular bag, the connector on either side, the     10:46:47

6    male and the female, was standard.  What I spoke to    10:46:50

7    earlier, in terms of off-the-shelf availability at    10:46:57

8    this point in time, what -- is what we used.           10:47:01

9         Q.   Understood.  Thank you.                      10:47:04

10             And then, is the image accurate with        10:47:07

11   respect to -- it looks like it's depicting the male   10:47:12

12   end of the USB cable being inside the bag; is that    10:47:15

13   correct?                                               10:47:18

14        A.   Yes.                                         10:47:18

15        Q.   So would the male end of the USB be one     10:47:19

16   that connects to the battery?                          10:47:24

17        A.   Yes.                                         10:47:25

18        Q.   And where would the female end go?          10:47:26

19        A.   The female would be on the exterior of the  10:47:31

20   bag.  I believe that's shown on another page of the   10:47:34

21   document.  But it would be on the exterior.            10:47:40

22        Q.   Let me turn to the page two pages down.     10:47:44

23   It's Bates number ending in 008.                       10:47:50

24             Can you see that page?                       10:47:53

25        A.   Yes.                                         10:47:55

1      Q.   Can you please explain what the images on        10:47:56

2  this page are showing?                                    10:48:02

3      A.   Okay.  This gets more detailed in terms of       10:48:03

4  the two shoulder straps in the back of the bag.  And      10:48:05

5  it talks about, obviously, all of the dimensions,         10:48:09

6  and it highlights the power outlet, which was the         10:48:11

7  female side of the USB connector that was sewn into       10:48:14

8  the bag.                                                  10:48:20

9      Q.   So in this image -- you mentioned that           10:48:27

10  there was a hole in the bag that the female end          10:48:33

11  would come out of, correct?                              10:48:35

12      A.   Correct.                                         10:48:37

13      Q.   So in this image, would that hole be right      10:48:38

14  under where the power outlet is depicted?                10:48:43

15      A.   Yes.  Well, it would be -- obviously, as I      10:48:46

16  explained earlier, the flange that holds this would      10:48:51

17  be a little wider than the actual outlet.  So there      10:48:53

18  would be a -- square stitching just to the four          10:48:58

19  sides of the -- of the outlet -- of the -- excuse        10:49:05

20  me, of the power outlet, yeah.                           10:49:08

21      Q.   And is the flange depicted in this image?       10:49:10

22      A.   Say that again?                                 10:49:18

23      Q.   Is the flange that you were just talking        10:49:19

24  about shown in this image?                               10:49:21

25      A.   No, it's not.                                   10:49:23

1          Q.   Would the cable between the male end and          10:49:24

2     the female end, would that run outside the bag or          10:49:40

3     would that be internal?                                    10:49:43

4          A.   Well, it's -- it's both.  It starts              10:49:46

5     internally, then it eventually comes to the outside        10:49:51

6     to hook to the female side of the USB connector.           10:50:00

7          Q.   And would the portion that's inside run          10:50:05

8     kind of through the shoulder strap leading up to the       10:50:08

9     power outlet?                                              10:50:12

10         A.   I believe so.  I'd have to look at the           10:50:12

11    detail of the spec to know exactly where it was            10:50:18

12    exiting the bag to hook up on the outside.  It was         10:50:22

13    either in the strap or the side of the bag.                10:50:25

14         Q.   And when you say you'd have to look at the       10:50:32

15    spec, is that referring to this design specification       10:50:34

16    document?                                                  10:50:38

17         A.   Repeat that?                                     10:50:38

18         Q.   When you say you would have to look at the       10:50:39

19    spec, are you referring to the design specification        10:50:42

20    documents or a different document?                         10:50:45

21         A.   It would either be this document or to           10:50:51

22    physically look at the bag.  I can't say with              10:50:55

23    certainty.  I'd have to look at every sheet of the         10:50:57

24    design spec to see if it's indicated there.  And if        10:51:00

25    not, I'd have to -- I'd have to reference the actual       10:51:02

1    bag itself.                                              10:51:05

2        Q.   And you mentioned that the female end of        10:51:22

3    the USB would come -- would be external to the bag       10:51:24

4    at the power outlet, correct?                            10:51:28

5        A.   Yes.                                             10:51:29

6        Q.   So a customer would be able to use the          10:51:30

7    power outlet to plug in a USB cable and charge a         10:51:39

8    device; is that correct?                                 10:51:43

9        A.   Yes.                                             10:51:43

10       Q.   And going forward, if I refer to the            10:51:44

11   portion of the female end that actually plugs            10:51:51

12   into -- I'm sorry, go ahead.                             10:51:54

13       A.   Yeah, I'm sorry, I need to go back and          10:51:55

14   retract what I just said before.  I wasn't thinking      10:51:57

15   correctly.  I mean, obviously the wire has to come       10:52:00

16   through the strap, okay, to hook up with this, okay.     10:52:03

17   So it's connected to the battery in the inside.          10:52:06

18            I was thinking that you were just talking       10:52:09

19   about plugging your phone into this.  The wire for       10:52:11

20   this obviously runs through the strap going to the       10:52:14

21   inside of the bag.  So that was a mistake on my part     10:52:17

22   earlier.                                                 10:52:19

23       Q.   I see.  So just to make it clear on the         10:52:21

24   record, at least a portion of the USB cable would        10:52:24

25   run internal to the shoulder strap before it comes       10:52:29

1    out of this outlet, correct?                        10:52:31

2         A.   Correct.                                   10:52:32

3         MR. KEYHANI:  Objection.  Form.                 10:52:39

4         Q.   Going back to the female end of the USB    10:52:48

5    cable, if I refer to the end that a user would       10:52:51

6    actually plug in to as the operative end of the      10:52:54

7    female end of the USB cable, going forward, would    10:52:57

8    that be okay with you?                               10:53:00

9         A.   Yes.                                       10:53:01

10        Q.   In the 5358 bag, was the operative end of  10:53:03

11   the female end of the USB cable exposed or covered?  10:53:08

12        MR. KEYHANI:  Objection.  Mr. Keyhani.          10:53:15

13   Objection.                                           10:53:17

14        A.   Well, the outlet itself is exposed when    10:53:19

15   it's mounted from the inside with a flange that you  10:53:24

16   can't see here.  So it's -- I don't know how best to 10:53:27

17   describe it.  Like I said before, it's on top of a   10:53:34

18   flange, we mount it through the strap.  Just the     10:53:36

19   connectors piece of this design comes forward.  We   10:53:40

20   sew the outside, and then we obviously sew the       10:53:46

21   backside.                                            10:53:49

22             So you don't see the flange.  The only     10:53:50

23   thing that's coming through the surface is the power 10:53:54

24   outlet.                                              10:53:56

25        Q.   And was it possible to put a cover on that 10:53:57

1  operative end of the female end of the USB cable;        10:54:02

2  for example, a dust cap?                                 10:54:06

3        MR. KEYHANI:  Objection.  Form.                    10:54:08

4     A.   Would it be possible?  Yeah, I guess it          10:54:11

5  would be possible.  We didn't put a cover on it, but     10:54:13

6  it would be possible.                                    10:54:17

7     Q.   And then once fully assembled with the           10:54:19

8  flange and the sewing around it, would the female        10:54:24

9  end of the USB cable be free to move around, or          10:54:27

10 would it be kept in place?                                10:54:30

11    A.   No, it would be fixed in place.                  10:54:31

12    Q.   And how was it fixed in place?                   10:54:34

13    A.   Because it was -- it's part of the flange        10:54:36

14 itself, and the flange would be sewn from the            10:54:39

15 outside to the -- to the -- through the fabric,          10:54:43

16 through the flange.  So it would be permanently in       10:54:47

17 place by sewing it, the whole unit, on the outside,      10:54:50

18 the fabric to the flange.                                10:54:55

19    Q.   And I'm going to zoom in a little bit            10:54:56

20 because it's a little bit hard to see, but it looks      10:55:05

21 like the top part of this power outlet area is           10:55:10

22 narrower than the bottom part, correct?                  10:55:16

23    A.   Yes.                                             10:55:18

24    Q.   Would the operative end that the customer        10:55:22

25 plugs USB cables into be the bottom or the top in        10:55:26

1    this image?                                    10:55:29

2         A.   No, it would be the bottom.          10:55:30

3         Q.   And that means that the end with the cord    10:55:34

4    would be closer to the narrower part, correct?    10:55:40

5              MR. KEYHANI:  Objection.              10:55:45

6         A.   Yes.                                  10:55:46

7         Q.   And that cord, as you said earlier, would    10:55:49

8    go internally in the bag through to where the    10:55:52

9    battery is; is that correct?                    10:55:54

10        A.   Correct.                              10:55:56

11             MR. CHUNG:  I'd like to introduce as    10:56:10

12   Exhibit 3 a document with Bates number          10:56:12

13   GroupIII-000018.                                10:56:25

14             (Pulichino Exhibit 3, Approval Form,    10:56:25

15   marked for identification.)                     10:56:33

16        Q.   Let me know when you can see it,       10:56:33

17   Mr. Pulichino.                                  10:56:35

18        A.   I see it.                             10:56:36

19        Q.   And do you recognize this document?    10:56:43

20        A.   Yes.                                  10:56:46

21        Q.   And what is this document?            10:56:47

22        A.   This is a typical approval form that we    10:56:50

23   are required to submit to our licensor in       10:56:55

24   Switzerland for their approval of any product.  And    10:57:00

25   as noted in the document, it has a -- some specifics    10:57:06

1    on feature benefits for the product, and basically        10:57:11

2    that's it.                                                 10:57:19

3              So photography listing the feature              10:57:20

4    benefits I think are subsequent pages that show            10:57:23

5    photos of those benefits, and, as you can see, an          10:57:27

6    approval by our licensor for the design, which took        10:57:30

7    place on April 22, 2016.  I think that's the date.         10:57:37

8         Q.   And taking a step back, actually, you           10:57:47

9    mentioned a licensor earlier as well.  Who is Group        10:57:48

10   III's licensor?                                            10:57:52

11        A.   It's a subsidiary of Victorinox in              10:57:52

12   Switzerland.                                               10:58:02

13        Q.   And could you spell Victorinox?                 10:58:06

14        A.   Yeah, V-I-C-T-O-R-I-X -- N-I-X.                  10:58:09

15   V-I-C-T-O-R-N-I-X [sic].                                   10:58:22

16        Q.   And was Group III a licensee of Victorinox      10:58:22

17   back in 2016 when the 5358 bag was created?                10:58:27

18        A.   Yes.                                             10:58:31

19        Q.   And what is it exactly that Group III           10:58:32

20   would have licensed from Victorinox?                       10:58:37

21        A.   We would have licensed the intellectual         10:58:40

22   property associated with the brands, which include         10:58:42

23   the brand name Wenger and SwissGear, as well as what       10:58:44

24   we refer to as the crown jewel, which is the cross         10:58:49

25   that you see there in both the Wenger brand and the        10:58:52

| | | |
|---|---|---|
| 1 | SwissGear brand.  It's a white cross against a red | 10:59:00 |
| 2 | background. | 10:59:04 |
| 3 | MR. KEYHANI:  I'm going to object to the | 10:59:05 |
| 4 | scope of the questioning again.  It's going outside | 10:59:06 |
| 5 | the scope of the permitted deposition testimony. | 10:59:09 |
| 6 | Q.  So Group III's license from Victorinox | 10:59:14 |
| 7 | wouldn't relate to the actual design of the bag or | 10:59:17 |
| 8 | USB features; is that correct? | 10:59:20 |
| 9 | A.  Well, they have to approve the design.  So | 10:59:22 |
| 10 | they're, I guess you could say, a third party to the | 10:59:26 |
| 11 | design, because they're approving it. | 10:59:29 |
| 12 | Q.  Did Group III license any patents or | 10:59:33 |
| 13 | technology relating to the USB power outlet | 10:59:35 |
| 14 | functionality specifically from Victorinox? | 10:59:39 |
| 15 | MR. KEYHANI:  Objection. | 10:59:44 |
| 16 | A.  No. | 10:59:44 |
| 17 | Q.  And this document -- going back to | 10:59:49 |
| 18 | Exhibit 3, you said that this document was the | 11:00:01 |
| 19 | typical approval form, correct? | 11:00:03 |
| 20 | A.  Yes. | 11:00:04 |
| 21 | Q.  So is this a document that's created as a | 11:00:06 |
| 22 | part of Group III's ordinary course of business? | 11:00:10 |
| 23 | A.  Yes.  It has to be done for every product | 11:00:12 |
| 24 | that we intend to design and market. | 11:00:14 |
| 25 | Q.  And in blue here, in one of the comments | 11:00:16 |

1   boxes, could you please read out loud what it says                    11:00:26

2   in blue here?                                                          11:00:31

3       A.   It says, "Prototype approved on pictures                     11:00:32

4   on August 25, 2016.  Okay."  And then and signed                      11:00:35

5   August 25th by the appropriate person at Wenger, I                    11:00:40

6   think it was Philomena, I can't quite remember her                    11:00:47

7   last name now.  But she was the individual that                       11:00:50

8   would review and approve the products.                                11:00:53

9           And you can see it's approved as-is, so                       11:00:55

10  all the feature benefits of the bag were approved as                  11:00:58

11  designed.                                                             11:01:02

12      Q.   So when it says "prototype approved," does                   11:01:03

13  that mean that Group III actually built a prototype                   11:01:11

14  and that prototype was approved, or that Group III                    11:01:15

15  had approval to go ahead and start manufacturing a                    11:01:17

16  prototype?                                                            11:01:20

17      A.   It meant the design was approved for                         11:01:21

18  manufacture and sale.                                                 11:01:24

19      Q.   So just to clarify a little bit, when you                    11:01:30

20  say, "design was approved for manufacture and sale,"                  11:01:32

21  it would be sale to the public, not just -- well,                     11:01:35

22  strike that.                                                          11:01:35

23          When you say, "design was approved for                       11:01:41

24  manufacture and sale," is that not limited to just a                  11:01:43

25  prototype, but actual products sold to the public?                    11:01:47

1       A.    No, the actual product, it would be sold          11:01:49

2   either to our customer, the retailer, or in a               11:01:52

3   direct-to-consumer basis, to the end consumer.              11:01:56

4       Q.    So by this date, August 25, 2016, the             11:02:01

5   design of the 5358 bag would have been the same as          11:02:04

6   what was actually sold to the public; is that               11:02:09

7   correct?                                                    11:02:12

8       A.    Yes.                                              11:02:12

9       Q.    And looking at the last page of Exhibit 3,        11:02:13

10  it's Bates number ending in 0020.  And I'm going to         11:02:25

11  zoom in a little bit here.                                  11:02:30

12          In the top left image, do you see the               11:02:36

13  shoulder straps?                                            11:02:39

14      A.    Yes.                                              11:02:40

15      Q.    Is what is attached to the left shoulder          11:02:41

16  strap in that image the USB connector we were just          11:02:47

17  talking about?                                              11:02:51

18      A.    Yes.                                              11:02:51

19      Q.    And is the flange present in this image?          11:02:52

20      A.    Well, there's, I guess, two sides to the          11:03:05

21  flange, one on the inside and one on the outside, I         11:03:08

22  believe.  And then it's sewn.                               11:03:11

23      Q.    So would what we can see in this image be         11:03:15

24  the outside of the flange?                                  11:03:18

25      A.    Yes.                                              11:03:19

1    Q.   So I just want to make sure I'm                11:03:20

2  understanding this correctly.  So what we're seeing   11:03:38

3  here on the outside, this black piece of, it looks    11:03:41

4  like it may be rubber, is that sewed on to another    11:03:44

5  similar piece on the inside of the bag --             11:03:51

6    A.   Yeah, to give it -- it gives it stability,     11:03:54

7  rather than just having it on the fabric itself.      11:04:00

8    Q.   Okay.  And then is the thing that's on the     11:04:08

9  outside, that's surrounding the female end of the     11:04:12

10 USB cable, is that all one piece or is it a separate  11:04:15

11 piece that's sewn on to the larger piece?             11:04:19

12   A.   No, it's a singular piece.                      11:04:23

13   Q.   And it's a singular piece where the female      11:04:27

14 end of the USB would go through the hole in the        11:04:41

15 shoulder strap and fit into that piece; is that        11:04:45

16 correct?                                               11:04:48

17   A.   Yes.                                            11:04:48

18   Q.   Did Group III ever have a design for this       11:04:49

19 USB flange that had ventilation openings in it?        11:05:08

20   A.   That had a what in it?                          11:05:13

21   Q.   Ventilation openings.                           11:05:15

22   A.   I'm not sure -- I'm not sure I understand       11:05:17

23 the question.                                          11:05:20

24        MR. KEYHANI:  Objection.  Form.  Keyhani.       11:05:22

25        MR. BROWN:  You can ask him to clarify.         11:05:30

1      A.   Yeah, can you clarify?  I'm not sure I          11:05:31

2  quite understand the question.                          11:05:33

3      Q.   Sure.  So the flange has an opening for         11:05:35

4  the female end of the USB cable.  Correct?              11:05:45

5      A.   Correct.                                        11:05:47

6      Q.   Did the -- was the flange ever designed        11:05:48

7  with other openings for any purpose?                    11:05:53

8      A.   No, not that I'm aware of.                      11:05:56

9      Q.   And what material was this flange made out     11:05:58

10  of?                                                     11:06:04

11      A.   It was a form of -- it was a form of          11:06:06

12  rubber, rubber or plastic.  I can't recall             11:06:10

13  specifically.  A molded plastic, probably.             11:06:13

14           MR. CHUNG:  I'd like to introduce as          11:06:32

15  Exhibit 4, I believe, a document with Bates number     11:06:34

16  GroupIII-000017.                                        11:06:42

17           (Pulichino Exhibit 4, Purchase Order,         11:06:42

18  marked for identification.)                            11:06:58

19      Q.   Let me know when you can see my screen,       11:06:58

20  Mr. Pulichino.                                          11:07:00

21      A.   Yes, I can -- I can see that.  Do you want    11:07:01

22  me to --                                               11:07:09

23      Q.   Mr. Pulichino -- I'm sorry?                   11:07:10

24      A.   No, go ahead.                                 11:07:13

25      Q.   Do you recognize this document, Exhibit 4?   11:07:14

| | | |
|---|---|---|
| 1 | A.   Yes. | 11:07:17 |
| 2 | Q.   And what is it? | 11:07:18 |
| 3 | A.   This is a typical purchase order that | 11:07:20 |
| 4 | Group III would issue to its manufacturer for the | 11:07:25 |
| 5 | production and shipment of particular items.  This | 11:07:28 |
| 6 | one is dated, let's see, the date 7/27/2016.  It's | 11:07:31 |
| 7 | made out to Xiangxing Fujian, which is one of our | 11:07:39 |
| 8 | suppliers I had mentioned earlier.  It's for | 11:07:46 |
| 9 | 500 pieces of Style 5358 ScanSmart black/red | 11:07:49 |
| 10 | backpack. | 11:07:59 |
| 11 | Q.   Okay.  And you mentioned this was a | 11:08:02 |
| 12 | typical purchase order that Group III would issue to | 11:08:04 |
| 13 | its manufacturer, correct? | 11:08:08 |
| 14 | A.   Yes. | 11:08:10 |
| 15 | Q.   So is this a document that's created as a | 11:08:11 |
| 16 | part of Group III's ordinary course of business? | 11:08:16 |
| 17 | A.   Yes. | 11:08:20 |
| 18 | Q.   And do all purchase orders created in the | 11:08:21 |
| 19 | ordinary course of business at Group III follow this | 11:08:24 |
| 20 | same format? | 11:08:27 |
| 21 | A.   Yes. | 11:08:27 |
| 22 | Q.   And you mentioned some other information | 11:08:29 |
| 23 | that you were seeing on this document.  I just want | 11:08:39 |
| 24 | to confirm where you're seeing it.  You said that | 11:08:41 |
| 25 | it's dated 7/27/2016, correct? | 11:08:44 |

1        A.    Yes.                                              11:08:49

2        Q.    And that's the date at this top right area       11:08:49

3   here?                                                       11:08:53

4        A.    Yes.                                              11:08:54

5        Q.    What would these other dates reflect down        11:08:55

6   at the bottom left of this document?                        11:09:02

7        A.    That would be the estimated date of              11:09:04

8   arrival, which is October 30th, 2016.                       11:09:06

9        Q.    And what is the CRD date?                         11:09:11

10       A.    Cardinal -- let's see.  I don't -- let's         11:09:19

11  see.  I'm not an expert at this.  Probably something        11:09:21

12  to do with cardinal.  I don't know, cardinal receive        11:09:25

13  date.                                                       11:09:28

14       Q.    But the date at the top right, the               11:09:31

15  July 27, 2016, that you know for certain is the date        11:09:34

16  that the order would have been placed, correct?            11:09:38

17       A.    Right.  Correct.                                  11:09:40

18       Q.    And what is shown in the "Ordered From"          11:09:43

19  field?                                                      11:09:52

20       A.    That's the name of the manufacturer.            11:09:54

21       Q.    And what's shown in the "Ship To" field?        11:10:00

22       A.    It's being shipped to Group III.  The           11:10:04

23  customer identified is our own website,                     11:10:09

24  SwissGear.com.                                              11:10:12

25       Q.    So SwissGear.com is Group III's website;        11:10:14

1    is that correct?                                          11:10:20

2         A.    Correct.                                       11:10:20

3         Q.    And you mentioned that you knew that this      11:10:21

4    was for a quantity of 500 for the 5358 bag, correct?     11:10:35

5         A.    Yes.                                           11:10:43

6         Q.    Do you know that from looking at the "Item     11:10:44

7    Number Description/Comments" field?                       11:10:48

8         A.    Yes.                                           11:10:51

9         Q.    And I see that the number there starts         11:10:52

10   with 5358, right?                                         11:10:56

11        A.    Yes.                                           11:10:57

12        Q.    Is that how you knew that this was an          11:10:58

13   order for the 5358 bag?                                  11:11:01

14        A.    Yes.                                           11:11:04

15        Q.    What do the extra numbers after the 5358       11:11:05

16   mean?                                                     11:11:11

17        A.    Yeah, they reflect size and color, or         11:11:12

18   codes we have for size and color.                        11:11:15

19        Q.    And do you know if there were any changes      11:11:17

20   to the -- the USB flange feature that we saw             11:11:32

21   earlier --                                               11:11:37

22        A.    Yes.                                           11:11:37

23        Q.    -- in the bags that were sold on this         11:11:39

24   date?                                                     11:11:42

25        A.    Yes.                                           11:11:42

| | | |
|---|---|---|
| 1 | Q.   Yes, there were changes? | 11:11:43 |
| 2 | A.   To the -- on this specific order -- I know | 11:11:48 |
| 3 | we made changes to the USB design.  I don't know if | 11:11:51 |
| 4 | it was this specific order that it was implemented, | 11:11:57 |
| 5 | but let me see the date.  I'd have to look at the | 11:12:00 |
| 6 | design date for the new USB adapter that we designed | 11:12:05 |
| 7 | before I could say with certainty whether it was in | 11:12:10 |
| 8 | this particular bag or not.  This bag definitely had | 11:12:12 |
| 9 | the USB, it's just a question of which one we were | 11:12:15 |
| 10 | using at that point in time. | 11:12:17 |
| 11 | Q.   I see.  What kind of changes were made to | 11:12:19 |
| 12 | the USB design? | 11:12:21 |
| 13 | A.   We made one that we felt would be more | 11:12:23 |
| 14 | representative of us having our own design, with a | 11:12:27 |
| 15 | little more detail in the -- an easier insert, okay, | 11:12:30 |
| 16 | for the -- for the male entrance into the female | 11:12:37 |
| 17 | port. | 11:12:41 |
| 18 | Q.   Would the new design still have had the | 11:12:41 |
| 19 | outside and inside flange? | 11:12:53 |
| 20 | A.   It would just have -- I believe just have | 11:12:55 |
| 21 | the inside flange, I believe. | 11:12:57 |
| 22 | Q.   So if it only had the inside flange, would | 11:13:00 |
| 23 | the female end of the USB cable be free to move | 11:13:17 |
| 24 | around on the outside of the bag? | 11:13:21 |
| 25 | A.   No.  Because it would be sewn through the | 11:13:23 |

| | | |
|---|---|---|
| 1 | fabric, exterior fabric, on to the interior flange. | 11:13:25 |
| 2 | Q.   I see.  So the portion keeping the USB | 11:13:38 |
| 3 | female end in place would still have been present in | 11:13:41 |
| 4 | the new design; is that correct? | 11:13:43 |
| 5 | A.   Yes. | 11:13:44 |
| 6 | Q.   And that was that fabric that we talked | 11:13:49 |
| 7 | about, and you thought it may be molded plastic; is | 11:13:51 |
| 8 | that right? | 11:13:56 |
| 9 | A.   Molded plastic, yes. | 11:13:56 |
| 10 | MR. CHUNG:  Let's take a quick break.  How | 11:14:10 |
| 11 | long would you like, Mr. Pulichino? | 11:14:12 |
| 12 | THE WITNESS:  Five minutes is fine. | 11:14:15 |
| 13 | MR. CHUNG:  Five minutes. | 11:14:17 |
| 14 | THE VIDEOGRAPHER:  Stand by.  We are going | 11:14:18 |
| 15 | off the record, the time is 11:14. | 11:14:20 |
| 16 | (Recess.) | 11:14:24 |
| 17 | THE VIDEOGRAPHER:  We are back on the | 11:24:27 |
| 18 | record, the time is 11:24. | 11:24:37 |
| 19 | Q.   Welcome back, Mr. Pulichino. | 11:24:44 |
| 20 | A.   Thank you. | 11:24:45 |
| 21 | Q.   Sorry.  Give me one moment. | 11:24:46 |
| 22 | A.   Can I go back to the purchase order you | 11:25:19 |
| 23 | put up? | 11:25:21 |
| 24 | Q.   Sure.  If that would -- | 11:25:22 |
| 25 | A.   You had asked me whether I -- what was | 11:25:24 |

| | |
|---|---|
| 1 | this, and just two comments. You know, one, you see | 11:25:26 |
| 2 | over on the right-hand side it says "order number | 11:25:32 |
| 3 | replenishment," it could mean this is a | 11:25:36 |
| 4 | replenishment of past orders for the same product. | 11:25:40 |
| 5 | I don't know -- I don't see any documents here, but | 11:25:44 |
| 6 | it could be the second or third or fourth particular | 11:25:46 |
| 7 | order for this product. | 11:25:49 |
| 8 | And secondly, obviously there is -- any | 11:25:50 |
| 9 | time we generally order, we have a commitment from a | 11:25:55 |
| 10 | customer long before the order is placed. So that | 11:25:59 |
| 11 | means we've presented the product to the customer, | 11:26:02 |
| 12 | they have accepted the -- expressed their interest | 11:26:06 |
| 13 | in the design, and, based on that, we would then go | 11:26:10 |
| 14 | out and manufacture the product. | 11:26:15 |
| 15 | So just some additional comments on what | 11:26:16 |
| 16 | goes behind a purchase order. | 11:26:19 |
| 17 | Q. Okay. Just to confirm, your testimony | 11:26:21 |
| 18 | just now was a clarification for this Exhibit 4 | 11:26:26 |
| 19 | that's shown on the screen now, correct? | 11:26:31 |
| 20 | A. Yes, that's correct. | 11:26:33 |
| 21 | Q. And you said that the order number | 11:26:34 |
| 22 | replenishment at the right means that there was | 11:26:39 |
| 23 | likely a similar order in the past, and that this | 11:26:41 |
| 24 | would have been to replenish the stock for that | 11:26:45 |
| 25 | product; is that correct? | 11:26:47 |

| | |
|---|---|
| 1 | A.   That's correct. | 11:26:49 |
| 2 | Q.   And you said that there would have been an | 11:26:50 |
| 3 | order from a customer before you placed this order | 11:26:57 |
| 4 | to the -- purchase order to the manufacturer; is | 11:27:01 |
| 5 | that correct? | 11:27:04 |
| 6 | A.   Yeah.  Our general policies, you know, we | 11:27:04 |
| 7 | manufacture for -- manufacture products we know we | 11:27:07 |
| 8 | already have a customer for. | 11:27:10 |
| 9 | Q.   And would the customer be the | 11:27:15 |
| 10 | SwissGear.com in the "Ship to" field here? | 11:27:18 |
| 11 | A.   In this particular purchase order, yes. | 11:27:21 |
| 12 | Q.   Thank you for that clarification. | 11:27:23 |
| 13 | MR. CHUNG:  I'd like to mark as Exhibit 5, | 11:27:44 |
| 14 | a document with Bates number Group III-000021. | 11:27:47 |
| 15 | (Pulichino Exhibit 5, Purchase Order, | 11:27:47 |
| 16 | marked for identification.) | 11:27:59 |
| 17 | Q.   And let me known when you can see the | 11:27:59 |
| 18 | document, Mr. Pulichino. | 11:28:03 |
| 19 | A.   Yes, I do. | 11:28:05 |
| 20 | Q.   Is this Exhibit 5, like Exhibit 4, a | 11:28:06 |
| 21 | purchase order created in Group III's ordinary | 11:28:09 |
| 22 | course of business? | 11:28:12 |
| 23 | A.   (Technical interruption.) | 11:28:12 |
| 24 | Q.   I think your internet may have cut out for | 11:28:35 |
| 25 | a little bit there.  Just to make sure we get the | 11:28:38 |

| | | |
|---|---|---|
| 1 | answer, let me ask the question again. | 11:28:40 |
| 2 | Is this Exhibit 5, like Exhibit 4, a | 11:28:42 |
| 3 | purchase order created in Group III's ordinary | 11:28:44 |
| 4 | course of business? | 11:28:47 |
| 5 | A.   Yes. | 11:28:47 |
| 6 | Q.   Thank you. | 11:28:48 |
| 7 | And I'm popping in Exhibit 6, Bates number | 11:28:56 |
| 8 | GroupIII-000038. | 11:29:09 |
| 9 | (Pulichino Exhibit 6, Purchase Order, | 11:29:09 |
| 10 | marked for identification.) | 11:29:15 |
| 11 | Q.   Let me know when you can see the document, | 11:29:15 |
| 12 | Mr. Pulichino. | 11:29:18 |
| 13 | A.   Yes. | 11:29:19 |
| 14 | Q.   And is this document another purchase | 11:29:22 |
| 15 | order created in Group III's ordinary course of | 11:29:24 |
| 16 | business? | 11:29:28 |
| 17 | A.   Yes, this one happens to be for a Walmart, | 11:29:28 |
| 18 | and the factory is Guangzhou Panyu Tourism.  And | 11:29:34 |
| 19 | again, it's for the 5358 backpack. | 11:29:42 |
| 20 | Q.   So in this particular purchase order, the | 11:29:47 |
| 21 | customer that placed the order would have been | 11:29:50 |
| 22 | Walmart, correct? | 11:29:52 |
| 23 | A.   Correct. | 11:29:53 |
| 24 | MR. CHUNG:  Okay.  Putting in Exhibit 7. | 11:30:12 |
| 25 | It's a document Bates numbered GroupIII-000045. | 11:30:13 |

| | |
|---|---|
| 1 | (Pulichino Exhibit 7, Commercial Invoice | 11:30:13 |
| 2 | Bearing Bates GroupIII-000045, marked for | 11:30:13 |
| 3 | identification.) | 11:30:21 |
| 4 | Q.   And, Mr. Pulichino, if you can please let | 11:30:21 |
| 5 | me know when you can see the document. | 11:30:24 |
| 6 | A.   Yes. | 11:30:25 |
| 7 | Q.   Do you recognize this document? | 11:30:26 |
| 8 | A.   Yes. | 11:30:29 |
| 9 | Q.   And what is Exhibit 7? | 11:30:30 |
| 10 | A.   This is a commercial invoice from the | 11:30:35 |
| 11 | manufacturer that produced the 5358 bag, and | 11:30:37 |
| 12 | obviously the funds that were due him for | 11:30:46 |
| 13 | 3,807 pieces of the item.  It's dated April 3, 2017, | 11:30:51 |
| 14 | the shipment date, and it would be shipped to our | 11:31:00 |
| 15 | Pompano Beach warehouse. | 11:31:16 |
| 16 | Q.   And I apologize, where are you seeing | 11:31:17 |
| 17 | April 3rd, 2017? | 11:31:20 |
| 18 | A.   If I look at "Shipping Date" up in the | 11:31:21 |
| 19 | top, it says April 3rd -- I think it's 3rd.  Is it | 11:31:24 |
| 20 | 3rd or 30th?  Right there, April 3rd, 2017, yeah. | 11:31:29 |
| 21 | Q.   And just to make sure, do you mean | 11:31:35 |
| 22 | August 3rd? | 11:31:38 |
| 23 | A.   Excuse me, August.  August 3rd, I'm sorry. | 11:31:39 |
| 24 | Q.   So that means that the manufacturer would | 11:31:44 |
| 25 | have shipped Group III 3,807 pieces of the 5358 bag | 11:31:48 |

| | |
|---|---|
| 1 | on August 3, 2017; is that correct? | 11:31:56 |
| 2 | A.   Correct. | 11:31:59 |
| 3 | Q.   And would this -- sorry, go ahead. | 11:32:00 |
| 4 | A.   No, no question. | 11:32:06 |
| 5 | Q.   So would this commercial invoice have | 11:32:12 |
| 6 | resulted from the purchase order that Group III | 11:32:14 |
| 7 | places to its manufacturers that we saw in the | 11:32:16 |
| 8 | previous exhibits? | 11:32:19 |
| 9 | A.   I -- I'd have to go back and see if it was | 11:32:21 |
| 10 | the same manufacturer.  It may or may not have been. | 11:32:24 |
| 11 | Q.   But generally speaking, as a matter of | 11:32:27 |
| 12 | Group III's course of business, would -- is it the | 11:32:31 |
| 13 | case that Group III would submit a purchase order | 11:32:34 |
| 14 | and then the manufacturer would provide an invoice? | 11:32:36 |
| 15 | A.   Correct. | 11:32:39 |
| 16 | Q.   So this shipment from this manufacturer, | 11:32:41 |
| 17 | Group III reflected in Exhibit 7, would have been a | 11:32:45 |
| 18 | result of an order placed by one of | 11:32:48 |
| 19 | Group III's -- | 11:32:52 |
| 20 | A.   Yeah, if you look back -- excuse me.  If | 11:32:53 |
| 21 | you look at the bottom left-hand corner, it says | 11:32:57 |
| 22 | "GPO."  That's Group III Purchase Order.  And that | 11:33:00 |
| 23 | number there would be the purchase order. | 11:33:02 |
| 24 | 2239-15-00, I believe is the number.  So GPO stands | 11:33:08 |
| 25 | for Group III Purchase Order. | 11:33:11 |

1        Q.    And that purchase order would be reflected          11:33:14

2   in the --                                                      11:33:18

3        A.    Would be --                                         11:33:21

4        Q.    -- purchase order placed, correct?                  11:33:22

5        A.    Right.  Right.  We would have the purchase          11:33:24

6   order similar to the ones that you illustrated                11:33:26

7   before for that particular item, the quantity to              11:33:28

8   this manufacturer for the appropriate ship dates.             11:33:34

9             (Reporter clarification.)                            11:33:34

10       A.    I'll repeat what I think I said.  So this           11:33:42

11  is a purchase that would reflect who the                      11:33:44

12  manufacturer is, the quantity of the item, and the            11:33:47

13  ship date.                                                    11:33:54

14       Q.    And just to confirm, I think you said              11:33:56

15  purchase order just now, but you mean invoice,                11:34:05

16  correct?                                                      11:34:08

17       A.    This is an invoice, yeah.  When I was              11:34:09

18  referring to purchase order, it's down in the                11:34:12

19  left-hand corner, where it says "GPO."  That's the            11:34:14

20  purchase order, and this is the commercial invoice            11:34:18

21  that the manufacturer submitted to us for payment             11:34:20

22  against that purchase order.                                  11:34:23

23       Q.    I see.  Looking on the second page of this         11:34:25

24  exhibit, Exhibit 7, what is being shown on this               11:34:31

25  page?                                                         11:34:39

1    A.   This is a packing list, which essentially          11:34:40

2  confirms what was placed in the container for             11:34:44

3  shipment.  And, again, it's referencing that same         11:34:49

4  purchase order number, the quantity of the item, and      11:34:53

5  this is the packing list that goes along with the         11:34:56

6  shipment.                                                  11:34:59

7    Q.   And it shows the same shipment date that           11:35:00

8  we saw earlier, August 3rd, 2017, correct?                11:35:05

9    A.   Right.  Correct.                                   11:35:10

10        MR. CHUNG:  And I'm going to mark as                11:35:47

11  Exhibit 8, a document with Bates number                   11:35:48

12  GroupIII-0000087.                                          11:35:51

13        (Pulichino Exhibit 8, Report, marked for            11:35:51

14  identification.)                                           11:35:51

15    Q.   And let me know when you can see it,               11:36:01

16  please, Mr. Pulichino.                                     11:36:03

17    A.   Yes, I'm familiar with this document.             11:36:03

18    Q.   Let me rotate it so you can see it better.        11:36:09

19        You said you were familiar with this               11:36:12

20  document.  Can you explain what it is?                    11:36:14

21    A.   This is a report that's generated by the          11:36:16

22  company listing for the particular time frame and         11:36:18

23  for the backpack, the order quantity and the             11:36:25

24  requested ship date and who the customer is - in          11:36:33

25  this case, it's Walmart - and highlighted in yellow       11:36:36

| | | |
|---|---|---|
| 1 | are the reference customer PO numbers for each of | 11:36:41 |
| 2 | these shipments. | 11:36:50 |
| 3 | Q.   So the second column in this Exhibit 8 | 11:36:51 |
| 4 | says "ORDDT," correct? | 11:37:04 |
| 5 | A.   Yeah. | 11:37:07 |
| 6 | Q.   And what does that mean? | 11:37:08 |
| 7 | A.   That's the order date. | 11:37:11 |
| 8 | Q.   So would that be the date that the | 11:37:18 |
| 9 | customer, you said Walmart, placed the orders shown | 11:37:20 |
| 10 | on this spreadsheet? | 11:37:24 |
| 11 | A.   Correct.  Correct. | 11:37:26 |
| 12 | Q.   And would the "Shipped DT" in the next | 11:37:26 |
| 13 | column be the date that those orders were shipped? | 11:37:32 |
| 14 | A.   Correct. | 11:37:36 |
| 15 | Q.   And the next column for item number all | 11:37:36 |
| 16 | have that same 5358 number, correct? | 11:37:43 |
| 17 | A.   Correct. | 11:37:48 |
| 18 | Q.   So were these orders all for the 5358 bag? | 11:37:49 |
| 19 | A.   Yes. | 11:37:58 |
| 20 | Q.   And the 5358 bags sold to these -- sold on | 11:37:59 |
| 21 | these dates would all have had that USB connector | 11:38:06 |
| 22 | feature that we discussed earlier, correct? | 11:38:10 |
| 23 | A.   Yes. | 11:38:13 |
| 24 | MR. CHUNG:  I'm going to drop into the | 11:38:28 |
| 25 | chat exhibit with Bates number GroupIII-000096. | 11:38:30 |

| | |
|---|---|
| 1 | (Pulichino Exhibit 9, Document Starting | 11:38:30 |
| 2 | With Bates Number Group III-000096, marked for | 11:38:30 |
| 3 | identification.) | 11:38:43 |
| 4 | Q.   And, Mr. Pulichino, it may actually be | 11:38:43 |
| 5 | better, if you want to actually look at this | 11:38:45 |
| 6 | document, look through it.  And if you could | 11:38:49 |
| 7 | actually take a moment to look through it.  And you | 11:38:54 |
| 8 | don't have to read the text, but just review the | 11:38:56 |
| 9 | images that are in the document -- | 11:38:59 |
| 10 | A.   Yes. | 11:39:00 |
| 11 | Q.   -- and let me know when you're done. | 11:39:01 |
| 12 | MR. BROWN:  What's the starting Bates | 11:39:02 |
| 13 | number.  He can look at it in his binder.  It would | 11:39:04 |
| 14 | probably be easier. | 11:39:08 |
| 15 | MR. CHUNG:  I apologize.  This a document | 11:39:08 |
| 16 | starting with Bates number Group III-000096. | 11:39:11 |
| 17 | MR. BROWN:  96.  And you want him to read | 11:39:14 |
| 18 | from 96 to what? | 11:39:17 |
| 19 | MR. CHUNG:  Through 115. | 11:39:18 |
| 20 | MR. BROWN:  Okay.  So take a look at 96 | 11:39:20 |
| 21 | through 115, and let us know when you're ready. | 11:39:23 |
| 22 | MR. CHUNG:  And you don't have to read all | 11:39:26 |
| 23 | the text.  If you can just review the images. | 11:39:27 |
| 24 | A.   Okay.  I'm looking at it now. | 11:39:44 |
| 25 | Q.   Have you had a chance to review the images | 11:39:47 |

1    in this document?                                    11:39:49

2            MR. BROWN:  He's looking at it right now.    11:39:51

3        A.   Yes, I am familiar with it.                 11:39:52

4        Q.   And do the images shown in this Exhibit 9   11:39:55

5    reflect the 5358 bag as it was sold to the general   11:40:00

6    public?                                              11:40:05

7        A.   Yes.                                         11:40:05

8        Q.   And if you could look at the pages with     11:40:06

9    Bates numbers ending in 102 and 103, do those        11:40:12

10   accurately depict the USB connector feature as       11:40:26

11   sold --                                              11:40:29

12       A.   Yes.                                         11:40:31

13       Q.   -- in the 5358 products?                     11:40:31

14            (Reporter clarification.)                    11:40:31

15       Q.   I'll just re-ask it.                         11:40:38

16            Do these images in Bates number pages        11:40:40

17   ending in 102 and 103 of Exhibit 10 accurately show  11:40:43

18   the USB connector feature as it was present in the   11:40:47

19   5358 bags sold to the public?                        11:40:50

20       A.   Yes.                                         11:40:54

21       Q.   And is the outer flange that you were       11:40:55

22   talking about earlier present in these images?       11:41:04

23       A.   Could you repeat the question?              11:41:08

24       Q.   Is the outer flange that you mentioned      11:41:09

25   earlier shown in these images?                       11:41:14

| | |
|---|---|
| 1 | A.   Yes. | 11:41:16 |
| 2 | Q.   And -- | 11:41:17 |
| 3 | MR. KEYHANI:  Objection.  Form.  Keyhani. | 11:41:26 |
| 4 | Objection.  Form. | 11:41:28 |
| 5 | Q.   Since we're looking at images of the | 11:41:30 |
| 6 | actual product, I just want to clarify a little bit. | 11:41:33 |
| 7 | So when you refer to an outer flange, are you able | 11:41:40 |
| 8 | to describe exactly what portion of the USB | 11:41:44 |
| 9 | connecter feature in this image you mean when you | 11:41:48 |
| 10 | say "the outer flange"? | 11:41:51 |
| 11 | A.   Yeah, you put your -- | 11:41:53 |
| 12 | MR. KEYHANI:  Objection -- sorry, excuse | 11:41:55 |
| 13 | me.  Objection.  Form. | 11:41:56 |
| 14 | THE WITNESS:  Can I answer? | 11:42:00 |
| 15 | MR. BROWN:  You can answer the question. | 11:42:01 |
| 16 | A.   Okay.  If you look at -- if you could take | 11:42:02 |
| 17 | your mouse and put it...okay, now just go around | 11:42:05 |
| 18 | circular, around that stitching line, okay, that | 11:42:08 |
| 19 | would reflect the outer flange, correct. | 11:42:11 |
| 20 | Q.   And what would you call this inner portion | 11:42:14 |
| 21 | that's surrounding the actual female end of the USB | 11:42:17 |
| 22 | cable? | 11:42:20 |
| 23 | A.   Well, that would be the USB female entry | 11:42:20 |
| 24 | point.  So the port, I guess.  The USB female port. | 11:42:23 |
| 25 | Q.   And then was this female entry port | 11:42:32 |

1  connected to the outer flange?                        11:42:36

2      A.   Yes.  It's part of the overall mold of the   11:42:38

3  flange.                                                11:42:42

4      Q.   So this USB female end port area would be    11:42:43

5  formed as one piece with the outer flange; is that    11:42:52

6  correct?                                               11:42:55

7      A.   Correct.                                      11:42:55

8          MR. KEYHANI:  Objection.  Objection.          11:42:56

9  Form.                                                  11:42:58

10     Q.   And I believe you said that the outer        11:42:59

11 flange would be sewed to the inner flange; is that    11:43:02

12 correct?                                               11:43:10

13         MR. KEYHANI:  Objection.  Form.               11:43:10

14     A.   Yes.                                          11:43:11

15     Q.   And so the inner flange is not visible in    11:43:12

16 this image; is that correct?                           11:43:15

17     A.   Correct.                                      11:43:17

18     Q.   Would the inner flange be the same size as   11:43:18

19 the outer flange?                                      11:43:27

20     A.   Yes.                                          11:43:28

21         MR. KEYHANI:  Objection.  Form.               11:43:31

22     Q.   So am I correct that the inner flange and    11:43:35

23 the outer flange, which includes this portion that    11:43:38

24 covers the female end of the USB cable, are two       11:43:41

25 separate pieces that are stitched together?           11:43:44

| | |
|---|---|
| 1 | MR. KEYHANI:  Objection.  Form. | 11:43:49 |
| 2 | A.    Correct.  This gives the stability of | 11:43:50 |
| 3 | the -- of the mechanism, the port, to stay in place | 11:43:52 |
| 4 | in one location. | 11:44:00 |
| 5 | Q.    And the inner and outer flange would be | 11:44:01 |
| 6 | stitched together around the hole in the shoulder | 11:44:09 |
| 7 | strap that the USB cable comes out of; is that | 11:44:11 |
| 8 | correct? | 11:44:15 |
| 9 | MR. KEYHANI:  Objection.  Form. | 11:44:15 |
| 10 | A.    The outer flange is sewn through the outer | 11:44:19 |
| 11 | material to the inner flange, and then, on the | 11:44:23 |
| 12 | backside of the strap, the fabric is -- covers it | 11:44:26 |
| 13 | and is sewn to the two edge materials that you see | 11:44:32 |
| 14 | here in this photograph. | 11:44:37 |
| 15 | Q.    In terms of the manufacturing order, is | 11:44:51 |
| 16 | the bag with the shoulder strap manufactured first | 11:45:01 |
| 17 | and then the outer and inner flange added to it? | 11:45:04 |
| 18 | MR. KEYHANI:  Objection.  Form. | 11:45:09 |
| 19 | A.    The sequence of assembly would be you'd | 11:45:11 |
| 20 | have the material that -- the main body material for | 11:45:14 |
| 21 | the strap, okay, right?  That would have a hole cut | 11:45:20 |
| 22 | in it, all right, to allow the mechanism to come | 11:45:25 |
| 23 | forward.  Then behind that you would have the inner | 11:45:30 |
| 24 | flange that would then be sewn as an assembly.  And | 11:45:33 |
| 25 | then the final phase would be to sew the back | 11:45:37 |

1    material along with the edging for both front and        11:45:42

2    back.  And that would complete the assembly.  So         11:45:45

3    that would be the sequence.                              11:45:50

4        Q.   I see.  Just to confirm I understand that       11:45:51

5    correctly, you would have -- you would manufacture       11:45:58

6    the bag with the shoulder strap and then cut a hole      11:46:00

7    in the shoulder strap, and then sew the inner flange     11:46:04

8    behind that hole and then sew the outer flange on        11:46:09

9    top of the inner flange; is that correct?                11:46:14

10       A.   Correct.                                        11:46:17

11            MR. KEYHANI:  Objection to form.                11:46:18

12       Q.   Okay.  And the 5358 bags depicted in this       11:46:20

13   Exhibit 9, would these have the same internal            11:46:38

14   structure, with the USB cable running through the        11:46:41

15   shoulder straps to the battery on the inside?            11:46:44

16       A.   Yes.                                            11:46:47

17       Q.   And looking at the pages that are -- that       11:46:48

18   have Bates numbers ending in 111 and 112...and let       11:47:00

19   me know when you can see it, please.                     11:47:13

20       A.   Okay.  This is the -- on the inside of the      11:47:15

21   bag, the interior pocket, that would hold the            11:47:18

22   battery in which the USB connector would be              11:47:21

23   connected to the battery.                                11:47:28

24            And you can see the cord that runs inside       11:47:40

25   the battery that would be -- go through the shoulder     11:47:42

| | | |
|---|---|---|
| 1 | strap.  You can see in the second picture there at | 11:47:44 |
| 2 | the top, the hole that's going through the -- that | 11:47:47 |
| 3 | top section, that then slides down into the strap to | 11:47:50 |
| 4 | get to the female port of the USB. | 11:47:54 |
| 5 | Q.   Okay.  So on this page of Exhibit 9 with | 11:48:01 |
| 6 | Bates number ending in 112, at the top it shows the | 11:48:06 |
| 7 | red cable going into -- it looks like internal to | 11:48:10 |
| 8 | the bag, correct? | 11:48:14 |
| 9 | A.   Correct. | 11:48:15 |
| 10 | Q.   And you're saying that that hole would | 11:48:17 |
| 11 | lead to the shoulder strap and eventually outside to | 11:48:19 |
| 12 | where the power outlet is; is that correct? | 11:48:21 |
| 13 | A.   Correct. | 11:48:22 |
| 14 | Q.   And do you see this little portion that's | 11:48:23 |
| 15 | holding part of the cable in the bag? | 11:48:29 |
| 16 | A.   Yes. | 11:48:31 |
| 17 | Q.   Was that present in every 5358 bag that | 11:48:32 |
| 18 | was sold? | 11:48:37 |
| 19 | A.   I believe so. | 11:48:38 |
| 20 | MR. CHUNG:  Okay.  I'd like to introduce | 11:49:10 |
| 21 | as Exhibit 10, a document that has Bates number | 11:49:12 |
| 22 | GroupIII-0000022. | 11:49:19 |
| 23 | (Pulichino Exhibit 10, Design | 11:49:19 |
| 24 | Specification Sheet, marked for identification.) | 11:49:29 |
| 25 | Q.   Let me know when you can see it, please. | 11:49:29 |

| | |
|---|---|
| 1 | A.   Nothing yet. | 11:49:37 |
| 2 | Q.   How about now? | 11:49:46 |
| 3 | A.   Yes, got it. | 11:49:47 |
| 4 | Q.   Mr. Pulichino, do you recognize this | 11:49:49 |
| 5 | document? | 11:49:53 |
| 6 | A.   Yes. | 11:49:54 |
| 7 | Q.   And what is Exhibit 10? | 11:49:55 |
| 8 | A.   Again, this is a design specification | 11:49:59 |
| 9 | sheet.  It's for Target.  It's dated April 13th, | 11:50:02 |
| 10 | 2017, it's for a carry-on bag that has a feature of | 11:50:10 |
| 11 | a USB.  And you can see below some of the component | 11:50:18 |
| 12 | items that go into it. | 11:50:24 |
| 13 | It's the first page of a design spec sheet | 11:50:27 |
| 14 | in -- I guess that's about all I can say.  Black, | 11:50:35 |
| 15 | it's got the dimensions.  Like I say, started on -- | 11:50:43 |
| 16 | looks like it was started on February 13th, I guess | 11:50:50 |
| 17 | the concept, and a request date for a sample making | 11:50:51 |
| 18 | was April 13th, 2017. | 11:50:55 |
| 19 | Q.   I believe you said that this was for | 11:51:08 |
| 20 | Target.  Does that mean that this bag was designed | 11:51:10 |
| 21 | specifically for Target? | 11:51:13 |
| 22 | A.   Yes.  It was presented to Target well in | 11:51:15 |
| 23 | advance of the production for this item.  The | 11:51:18 |
| 24 | initial prototype was presented to Target, and we | 11:51:21 |
| 25 | knew that it was picked up and sold to Target as | 11:51:26 |

| | | |
|---|---|---|
| 1 | part of their planogram. Planogram is the | 11:51:30 |
| 2 | assortment that they put on their selling shelves in | 11:51:44 |
| 3 | the store. | 11:51:47 |
| 4 | Q. And you said that this carry-on bag has a | 11:51:51 |
| 5 | feature of a USB, correct? | 11:51:58 |
| 6 | A. Correct. | 11:52:00 |
| 7 | Q. How do you know that this bag had a USB | 11:52:01 |
| 8 | feature? | 11:52:07 |
| 9 | A. Well, I think in subsequent, I think | 11:52:08 |
| 10 | one -- I think, quite frankly, there's a misspelling | 11:52:13 |
| 11 | up on top. Where it has URS, it should be USB. | 11:52:16 |
| 12 | But anyway, if you go to subsequent pages | 11:52:20 |
| 13 | on this, it will clearly demonstrate the use of -- | 11:52:24 |
| 14 | okay, right there. Stop, go back. Okay. Okay. If | 11:52:28 |
| 15 | you look on that one right there, on the right | 11:52:32 |
| 16 | vision, you can see that thing on the -- okay. | 11:52:35 |
| 17 | The cross lines there, two parallel cross | 11:52:41 |
| 18 | lines, that right there is the female USB entrance | 11:52:44 |
| 19 | point that's with a -- actually an item we | 11:52:49 |
| 20 | redesigned for the USB port to kind of move from the | 11:52:54 |
| 21 | off-the-shelf item that you've shown in previous | 11:52:59 |
| 22 | documents. This is one now that we uniquely design | 11:53:03 |
| 23 | specifically for our products. | 11:53:08 |
| 24 | Q. Okay. Taking one step back, going back to | 11:53:13 |
| 25 | the first page, this design document has a project | 11:53:18 |

1    number at the top right, correct?                     11:53:23

2         A.    Yes, it it's SA6067J.                       11:53:25

3         Q.    So as with the 5358 products, is the name   11:53:32

4    of this product the 6067?                              11:53:37

5         A.    Yes.                                         11:53:41

6         Q.    And the J would mean that it's Revision J;  11:53:42

7    is that correct?                                        11:53:48

8         A.    Correct.                                     11:53:48

9         Q.    Do you know if there were later revisions   11:53:49

10   of this document?                                       11:53:53

11        A.    Repeat that?                                 11:53:54

12        Q.    Do you know if there were later revisions   11:53:56

13   of the design document for the 6067?                    11:53:59

14        A.    Yeah.  On the J revision, quite possibly.    11:54:03

15   I don't know sitting here today, but there could        11:54:06

16   very well be.                                           11:54:10

17        Q.    Would those later revisions still have       11:54:11

18   included the USB feature that's depicted in this        11:54:15

19   document?                                               11:54:18

20        A.    Yes.                                         11:54:18

21        Q.    Looking at the page with Bates number        11:54:19

22   ending in 0025 -- excuse me, 24, you said that this     11:54:27

23   image on the right shows the USB feature, correct?      11:54:34

24        A.    Yes.                                         11:54:37

25        Q.    And you said that this was specifically      11:54:38

| | | |
|---|---|---|
| 1 | designed by Group III for this product; is that | 11:54:42 |
| 2 | correct? | 11:54:46 |
| 3 | A.   Yes, for this as well as any product that | 11:54:46 |
| 4 | was going to have a USB application. | 11:54:48 |
| 5 | Q.   But I believe you said that the 5358 | 11:54:51 |
| 6 | product was built using off-the-shelf components, | 11:55:04 |
| 7 | correct? | 11:55:10 |
| 8 | A.   Subsequently we migrated from the | 11:55:10 |
| 9 | off-the-shelf item to utilization of our unique | 11:55:13 |
| 10 | design for the USB port. | 11:55:16 |
| 11 | Q.   Give me one moment. | 11:55:22 |
| 12 | And pulling back up Exhibit 9, which is | 11:55:54 |
| 13 | this article depicting the 5358 bag, would the -- | 11:56:02 |
| 14 | was the sheath that's depicted in the pages Bates | 11:56:10 |
| 15 | numbered 102 and 103, is that the off-the-shelf | 11:56:13 |
| 16 | version or the Group III design version? | 11:56:19 |
| 17 | A.   I think that's the off-the-shelf -- | 11:56:22 |
| 18 | MR. KEYHANI:  Objection.  Objection. | 11:56:25 |
| 19 | Form. | 11:56:26 |
| 20 | A.   That's the off-the-shelf. | 11:56:26 |
| 21 | Q.   I see.  So there was a later redesign to | 11:56:29 |
| 22 | the 5358 that had Group III's own design; is that | 11:56:32 |
| 23 | correct? | 11:56:37 |
| 24 | A.   Correct. | 11:56:37 |
| 25 | Q.   Do you know what year that redesign took | 11:56:37 |

1    place?                                              11:56:41

2         A.    I believe it was 2017.                   11:56:41

3         Q.    Did the redesigned version of the USB    11:56:44

4    feature used in the 5358 product, was that the same 11:56:58

5    as the one used in the 6067 product or was that     11:57:05

6    different?                                           11:57:09

7         A.    No, it was the same.                     11:57:10

8             MR. KEYHANI:   Objection.   Objection.     11:57:11

9    Form.                                                11:57:13

10        A.    It was the same.                          11:57:15

11        Q.    Looking back at Exhibit 10, did the USB   11:57:19

12   feature in the 6067 product, did it also hold the    11:57:30

13   female end of the USB outside the bag?               11:57:36

14            MR. KEYHANI:   Objection.   Form.           11:57:41

15        A.    Yeah, the female side you can see on the  11:57:43

16   side of the bag there.                               11:57:46

17        Q.    So how was the portion that held that     11:57:51

18   female end of the USB in place in the 6067 product   11:57:59

19   structured?                                          11:58:04

20        A.    Well, it -- similar to what I explained   11:58:05

21   before, I believe this spec sheet might have more    11:58:07

22   detail on that in terms of the -- seeing the whole   11:58:10

23   assembly and how it's mounted to the bag.  It's the  11:58:13

24   same thing.  There's a flange on the inside, we cut  11:58:18

25   a hole in the bag, we mount the -- the port through  11:58:21

1    the back, the flange stays behind the material, the          11:58:26

2    portion that -- the female portion is on the                 11:58:33

3    surface.  And then it's sewn, the material is sewn           11:58:37

4    to connect the material to the flange.                       11:58:40

5              We did it a little bit differently.  We            11:58:42

6    didn't need a -- you'll see that it's not the same           11:58:45

7    kind of external flange as we had with the                   11:58:49

8    off-the-shelf one.  I think there's an illustration          11:58:53

9    that could really --                                         11:58:59

10             MR. BROWN:  You can ask him to scroll it.          11:58:59

11        A.   Yeah, if you scroll it down, I think               11:59:00

12   you'll see something that better explains it.  Keep          11:59:02

13   going.                                                       11:59:07

14             Here we go.  Okay.  So that gives you a            11:59:25

15   better understanding of -- of the item.  So what             11:59:29

16   happened -- two things we did.  We now you can see           11:59:34

17   the port is angular, which makes the consumer have           11:59:37

18   easier access to -- functionality-wise, to insert           11:59:40

19   the male into the female on the outside.                     11:59:46

20             And then we -- as I said before, we cut a          11:59:49

21   hole in the material.  The female portion protrudes          11:59:52

22   through, and then we sew around the border of the            11:59:57

23   flange.  It's all one piece now.  It's not two              12:00:00

24   pieces, a back or front flange.  It's one solid             12:00:03

25   piece.  That big piece, the flange is behind the            12:00:06

1   material and then it's sewn on the outside from          12:00:08

2   the -- through the material into the flange.             12:00:13

3         So we think we improved it in terms of use         12:00:16

4   to the consumer, and also from the standpoint of         12:00:20

5   manufacturability, and also, you know, having            12:00:25

6   something that was unique to us that wasn't in the       12:00:26

7   marketplace.                                             12:00:28

8        Q.   I see.  So just to --                          12:00:31

9             MR. BROWN:  What's the -- Joon, I can't         12:00:37

10  see.  What's the Bates?                                  12:00:40

11            MR. CHUNG:  Yeah, I was about to get to         12:00:43

12  that.                                                    12:00:44

13       Q.   Just to make sure I'm understanding            12:00:44

14  correctly, Mr. Pulichino, on this page of Exhibit 10     12:00:46

15  with a Bates label ending in 0037, this depicts --       12:00:49

16  this depicts the USB flange designed by Group III        12:00:54

17  that was used in the 6067 product; is that correct?      12:00:59

18       A.   Correct.                                       12:01:02

19       Q.   And you said that it was angular.  Is that     12:01:03

20  pointing to this image on the bottom right here?         12:01:12

21       A.   Correct.                                       12:01:16

22       Q.   So the USB female end would be coming out      12:01:16

23  of an angle with respect to the surface of the bag;      12:01:20

24  is that correct?                                         12:01:24

25       A.   Correct.                                       12:01:24

1      Q.    And you mentioned that this larger square          12:01:25

2    part that surrounds this feature would be on the          12:01:32

3    inside of the bag; is that correct?                       12:01:37

4      A.    Correct.                                           12:01:39

5      Q.    So in this image, only this smaller square         12:01:40

6    would be outside of the hole in the 6067 bag; is          12:01:51

7    that correct?                                             12:01:58

8      A.    Correct.                                           12:01:58

9      Q.    And you said unlike the previous product           12:01:59

10   that had an inner and outer flange, this would just       12:02:10

11   be a one-piece flange; is that right?                     12:02:13

12     A.    Correct.                                           12:02:15

13           MR. KEYHANI:  Objection.  Form.                    12:02:17

14     Q.    So it isn't really visible in these                12:02:20

15   images, but would there be a hole behind this             12:02:26

16   smaller square in the image so that the USB cable         12:02:32

17   could come out?                                           12:02:35

18     A.    Correct.                                           12:02:36

19     Q.    And would the hole be part of this larger          12:02:37

20   square, like there would be a hole in the square for      12:02:42

21   the female end to come through?                           12:02:45

22     A.    No, that -- that the size of the hole would be     12:02:48

23   enough to have that -- the port itself in that first      12:02:52

24   rectangle, and the larger flange would remain in the      12:02:57

25   back.  And that's what you would sew the outer            12:03:01

1   material, to that flange that's sitting inside the        12:03:04

2   material.  That's -- that outer flange is not             12:03:06

3   visible once the assembly is complete.                    12:03:11

4          I think the -- the illustration shows the          12:03:26

5   product with the port on the side of the bag,             12:03:28

6   somewhat.                                                 12:03:31

7       Q.   Sorry, were you finished?                        12:03:38

8       A.   I'm sorry?                                        12:03:44

9       Q.   Were you finished with your answer?              12:03:45

10      A.   Finished, yeah.  Yes.                            12:03:49

11      Q.   Just to confirm I'm understanding               12:03:51

12  correctly, this larger rectangle that goes inside         12:03:57

13  the bag, is that -- does that have a big hole where       12:04:02

14  the smaller rectangle would be in the back?              12:04:06

15      A.   Yes.  The hole has to be large enough to         12:04:10

16  allow the female port to come through.                    12:04:13

17      Q.   I see.  So the larger rectangular portion        12:04:15

18  in the back would have a hole that's just large           12:04:24

19  enough for the female end of the USB cable to go          12:04:26

20  through; is that correct?                                 12:04:29

21      A.   Yeah, the hole has to be larger -- think         12:04:30

22  of it as, you know, you've got a hole cut, you push       12:04:36

23  the thing from the inside through, and the only           12:04:39

24  thing that comes through is the female port.  The        12:04:41

25  outer flange, the big flange, stays inside.  And         12:04:44

1    then you sew the outer material to that flange.                  12:04:47

2          And then on the backside you just complete                12:04:50

3    the assembly of the strap, or the inner material of             12:04:52

4    the bag, and so that flange is hidden from both the             12:04:56

5    outside and the inside.                                         12:05:00

6          Q.    Okay.  And then going back to the page of           12:05:02

7    this Exhibit 10, with a Bates number ending in                  12:05:11

8    0026...and let me know when you can see it.                     12:05:17

9          A.    The -- you're asking the date on this?              12:05:26

10         Q.    Sorry.  Are you able to see the image on            12:05:31

11   the page?                                                       12:05:35

12         A.    Yes.                                                12:05:35

13         Q.    So at the bottom right of this page, it             12:05:36

14   shows a -- what looks like a mesh pocket, correct?              12:05:41

15         A.    Yes.                                                12:05:45

16         Q.    And it depicts a cable next to that                 12:05:46

17   pocket.                                                         12:05:51

18         Do you see that?                                          12:05:51

19         A.    Yes.                                                12:05:52

20         Q.    And this image is showing the inside of            12:05:52

21   the 6067 bag, correct?                                          12:05:57

22         A.    Yes.                                                12:06:02

23         Q.    And does this mesh pocket correspond to            12:06:03

24   the pocket of the 5358 bag that held the battery in            12:06:08

25   place?                                                          12:06:12

| | |
|---|---|
| 1 | A.    Yes. | 12:06:13 |
| 2 | Q.    And like the 5358 bag, does the male end | 12:06:13 |
| 3 | of the USB cable in the 6067 product connect to the | 12:06:23 |
| 4 | battery on the inside of the bag? | 12:06:27 |
| 5 | A.    Yes. | 12:06:30 |
| 6 | Q.    And the other female end of the same cable | 12:06:30 |
| 7 | would be coming out of that flange that we just | 12:06:35 |
| 8 | looked at, correct? | 12:06:38 |
| 9 | A.    Yes. | 12:06:39 |
| 10 | Q.    And were these features, the internal | 12:06:40 |
| 11 | battery compartment, the USB cable, and the flange, | 12:06:50 |
| 12 | present in the 6067 product that was sold to the | 12:06:53 |
| 13 | public? | 12:06:56 |
| 14 | A.    Yes. | 12:06:57 |
| 15 | MR. CHUNG:  I'll mark as Exhibit 11 a | 12:07:16 |
| 16 | document with Bates number GroupIII-000094. | 12:07:19 |
| 17 | (Pulichino Exhibit 11, Document for | 12:07:19 |
| 18 | Project SG-X27, marked for identification.) | 12:07:29 |
| 19 | Q.    And let me know when you can see it, | 12:07:29 |
| 20 | Mr. Pulichino. | 12:07:31 |
| 21 | A.    Yes. | 12:07:33 |
| 22 | Q.    Do you recognize this document? | 12:07:34 |
| 23 | A.    Yes. | 12:07:39 |
| 24 | Q.    And what is this document? | 12:07:40 |
| 25 | A.    This is a document, and I believe it has | 12:07:44 |

1   two pages, for Project SG-X27 that was designed on        12:07:50

2   this sheet on April 18th, 2017.  And it was to --         12:07:59

3   the idea behind it was to replace the off-the-shelf       12:08:04

4   port that was available to the general public right       12:08:08

5   from the beginning, to have something that was            12:08:11

6   unique for Group III and offered an improvement in        12:08:15

7   the overall design and the method of assembly of the      12:08:20

8   product, so it could be put in multiple locations on      12:08:25

9   a variety of different bags, bags such as the 5358        12:08:30

10  or the 60 -- what is it, the 267 that we just             12:08:35

11  viewed.                                                   12:08:43

12          And from that point forward, this was the         12:08:43

13  port for the female USB connection that we used           12:08:46

14  on all of our products.                                   12:08:51

15      Q.   Do you know how long after this USB port         12:08:58

16  was designed it started being used in the 5358            12:09:04

17  product?                                                  12:09:09

18      A.   I can't say with certainty, but it was           12:09:11

19  very quickly done.  Because the product was               12:09:14

20  designed, molded very quickly, and I would say the        12:09:18

21  running change probably as early as May production,       12:09:22

22  okay, for the product.  May of 2017.                      12:09:29

23      Q.   And this does -- would -- strike that.           12:09:35

24          Do the images shown in this Exhibit 11            12:09:44

25  accurately reflect the structure of the USB port          12:09:46

| | | |
|---|---|---|
| 1 | that was used in the 6067 product? | 12:09:50 |
| 2 | A.    That's correct. | 12:09:53 |
| 3 | MR. KEYHANI:  Objection. | 12:09:55 |
| 4 | A.    That's correct, it was. | 12:09:56 |
| 5 | Q.    So in the 6067 products that were sold to | 12:09:57 |
| 6 | the public, would the USB port have had the design | 12:10:08 |
| 7 | shown in this document? | 12:10:12 |
| 8 | A.    Yes. | 12:10:14 |
| 9 | MR. CHUNG:  I know Mr. Brown has a call in | 12:10:24 |
| 10 | five minutes.  I think we can take our next break. | 12:10:27 |
| 11 | And, Mr. Pulichino, you're on the | 12:10:30 |
| 12 | East Coast, correct? | 12:10:33 |
| 13 | THE WITNESS:  I'm sorry?  I'm what? | 12:10:35 |
| 14 | MR. CHUNG:  You're on the East Coast. | 12:10:37 |
| 15 | Correct? | 12:10:37 |
| 16 | THE WITNESS:  Yeah.  The East Coast, yeah, | 12:10:41 |
| 17 | that's right. | 12:10:42 |
| 18 | MR. CHUNG:  So we can make this a lunch | 12:10:42 |
| 19 | break. | 12:10:45 |
| 20 | THE VIDEOGRAPHER:  Stand by.  We are going | 12:10:46 |
| 21 | off the record, the time is 12:10. | 12:10:48 |
| 22 | ( Recess.) | 12:10:50 |
| 23 | THE VIDEOGRAPHER:  We are back on the | 12:34:08 |
| 24 | record, the time is 12:34. | 12:34:09 |
| 25 | Q.    Welcome back, Mr. Pulichino. | 12:34:13 |

| | | |
|---|---|---|
| 1 | A.    Okay.  Thank you. | 12:34:15 |
| 2 | Q.    Do you have any clarifications you'd like | 12:34:18 |
| 3 | to make about your testimony before the break? | 12:34:22 |
| 4 | A.    No, not at this time. | 12:34:25 |
| 5 | Q.    Okay. | 12:34:27 |
| 6 | MR. CHUNG:  I'd like to introduce as | 12:34:29 |
| 7 | Exhibit 12 a document starting at Bates number | 12:34:32 |
| 8 | GroupIII-000048. | 12:34:39 |
| 9 | Q.    And if you could please let me know when | 12:34:46 |
| 10 | you can see it. | 12:34:48 |
| 11 | MR. BROWN:  Do you want to look at the | 12:34:55 |
| 12 | (inaudible). | 12:34:57 |
| 13 | THE WITNESS:  I can see it here, yeah. | 12:34:57 |
| 14 | MR. BROWN:  Do you want me to zoom in? | 12:34:59 |
| 15 | THE WITNESS:  A little zoom, yeah.  Okay. | 12:35:01 |
| 16 | That's good.  Yeah, that's good.  Thank you. | 12:35:03 |
| 17 | Q.    All right.  Mr. Pulichino, do you | 12:35:06 |
| 18 | recognize this document? | 12:35:09 |
| 19 | A.    Yes.  This is a summary document created | 12:35:10 |
| 20 | in the ordinary course of business that speaks to | 12:35:16 |
| 21 | orders that we shipped to Target.  And you can see | 12:35:21 |
| 22 | there the order date, the ship date, the | 12:35:27 |
| 23 | PO numbers - that's Target PO numbers - and then the | 12:35:31 |
| 24 | item number, which is the 6067.  Which is the item I | 12:35:36 |
| 25 | think we had referenced earlier in the -- today in | 12:35:41 |

1    terms of the product, the carry-on piece of luggage      12:35:45

2    that had the USB feature.                                12:35:49

3        Q.   And just to --                                 12:35:52

4        A.   And --                                          12:35:54

5        Q.   I apologize.  Please, go ahead.                 12:35:58

6        A.   No, you can see the ship order date, ship      12:35:59

7    date, customer, customer's PO number, and the item       12:36:03

8    number, which is what we spoke to earlier.               12:36:05

9        Q.   And just to make sure you've seen the full      12:36:08

10   document, there is a second page here.  And if you       12:36:11

11   could please let me know if that changes any of your     12:36:15

12   testimony.                                               12:36:18

13       A.   Yeah.  So that's the -- again, the              12:36:19

14   carry-on item, the color, the quantity that was          12:36:23

15   ordered, the quantity that was shipped, and the          12:36:28

16   billing date to Target for the products.                 12:36:33

17       Q.   And this second page does not change your       12:36:38

18   testimony regarding the items on the first page,         12:36:42

19   correct?                                                 12:36:45

20       A.   Correct.                                        12:36:45

21       Q.   And just to make sure, you said you see an      12:36:46

22   order date and a shipped date.  Does that refer to       12:36:51

23   the second and third columns in this Exhibit 12?         12:36:53

24       A.   Correct.                                        12:36:57

25       Q.   And the item number that starts in the         12:36:58

1    6067, that's how you know that these are orders for          12:37:06

2    the 6067 product, correct?                                    12:37:09

3         A.   Correct.                                            12:37:10

4         Q.   And with the numbers that follow that,             12:37:11

5    like we saw in the other document for the 5358, are          12:37:15

6    those for the color?                                          12:37:19

7         A.   Correct.                                            12:37:21

8              MR. CHUNG:  And I'd like to mark as                 12:37:33

9    Exhibit 13 a document with a Bates number                    12:37:35

10   Group III-000088.                                             12:37:37

11             (Pulichino Exhibit 13, Summary Document,           12:37:37

12   marked for identification.)                                   12:37:49

13        Q.   And if you could please let me know when           12:37:49

14   you see it on your page.                                      12:37:51

15        A.   Okay.  Make it a little bigger, possibly.          12:37:55

16             Okay.  That's okay.  That's good.  That's          12:38:05

17   good.  I can read it.                                         12:38:11

18        Q.   And do you recognize Exhibit 13,                   12:38:13

19   Mr. Pulichino?                                                12:38:16

20        A.   Yes, I do.                                          12:38:16

21        Q.   And what is this document?                         12:38:17

22        A.   This is a summary document that is grouped         12:38:20

23   by the carry-on, the 6067 carry-on.  And then you            12:38:27

24   have a variety of customers who purchase these - you         12:38:33

25   see Target stores, Marazzi, the international                 12:38:37

| | | |
|---|---|---|
| 1 | customer, our Swiss web - giving the item number, as | 12:38:42 |
| 2 | you can see, 6067, which we spoke of earlier, the | 12:38:46 |
| 3 | purchase order for the particular product from the | 12:38:53 |
| 4 | customer that's listed there, and, as you can see, | 12:38:58 |
| 5 | that's for the -- the order quantity, the item | 12:39:02 |
| 6 | description, the -- I guess that's inventory | 12:39:06 |
| 7 | dollars.  It must be the standard cost.  The item | 12:39:16 |
| 8 | commodity code, and the item classification, which, | 12:39:24 |
| 9 | you know, says luggage.  That's the -- | 12:39:30 |
| 10 | Q.   What does 1LG -- I apologize.  Go ahead. | 12:39:30 |
| 11 | A.   I'm sorry, say it again. | 12:39:33 |
| 12 | Q.   Were you finished with your answer? | 12:39:35 |
| 13 | A.   No, I'm -- do you have another question on | 12:39:39 |
| 14 | the document? | 12:39:44 |
| 15 | Q.   I'm sorry.  What does 1LG luggage mean in | 12:39:45 |
| 16 | this -- | 12:39:49 |
| 17 | A.   Oh, I'm sorry.  Okay.  I'm not quite sure. | 12:39:50 |
| 18 | It's got to be something -- obviously it has to do | 12:39:56 |
| 19 | with the carry-on that's in "Item Description."  So | 12:39:59 |
| 20 | the item class, it must be -- I don't know, it could | 12:40:03 |
| 21 | be an internal code we have that puts it into the | 12:40:08 |
| 22 | luggage category.  That's -- I believe that's what | 12:40:11 |
| 23 | that's for. | 12:40:18 |
| 24 | Q.   And the item number for all of the orders | 12:40:18 |
| 25 | shown in this Exhibit 13 all start with 6067, | 12:40:21 |

| | | |
|---|---|---|
| 1 | correct? | 12:40:25 |
| 2 | A.   That's correct, yeah. | 12:40:25 |
| 3 | Q.   And so this document reflects orders for | 12:40:30 |
| 4 | the 6067 bag and the dates that those orders were | 12:40:34 |
| 5 | placed; is that correct? | 12:40:38 |
| 6 | A.   Right.  Well, the orders and the different | 12:40:39 |
| 7 | customers that it's for. | 12:40:42 |
| 8 | Q.   And so would the 6067 bag that was sold to | 12:40:43 |
| 9 | these customers have the Group III designed USB port | 12:40:47 |
| 10 | that we looked at earlier -- | 12:40:54 |
| 11 | A.   Yes.  Yes. | 12:40:56 |
| 12 | MR. CHUNG:  And I would like to introduce | 12:41:14 |
| 13 | an Exhibit 14, a document with Bates number | 12:41:16 |
| 14 | Group00 -- excuse me, GroupIII-00050. | 12:41:21 |
| 15 | (Pulichino Exhibit 14, Bill of Lading, | 12:41:21 |
| 16 | marked for identification.) | 12:41:30 |
| 17 | Q.   And if you could please let me know when | 12:41:30 |
| 18 | you can see it on your page. | 12:41:32 |
| 19 | A.   Yes. | 12:41:34 |
| 20 | Q.   Do you recognize this document, | 12:41:35 |
| 21 | Mr. Pulichino? | 12:41:37 |
| 22 | A.   Yeah, this is a bill of lading that was | 12:41:39 |
| 23 | created for a shipment to a Target distribution | 12:41:43 |
| 24 | center.  It is dated, let me see, November 17th, | 12:41:46 |
| 25 | 2017.  It references the customer order number and | 12:41:56 |

| | |
|---|---|
| 1 | the quantity of packages and the weight, and the | 12:42:03 |
| 2 | number of cartons, that it was luggage and travel | 12:42:08 |
| 3 | accessories. | 12:42:12 |
| 4 | So this is a typical bill of material. | 12:42:13 |
| 5 | This one in particular I believe was for the item we | 12:42:17 |
| 6 | just spoke about, the 6067. | 12:42:22 |
| 7 | Q. So is this bill of lading a document that | 12:42:25 |
| 8 | was created in Group III's ordinary course of | 12:42:34 |
| 9 | business? | 12:42:36 |
| 10 | A. Yes, it was. | 12:42:36 |
| 11 | Q. And would all bills of lading created in | 12:42:37 |
| 12 | the ordinary course of Group III's business have the | 12:42:42 |
| 13 | format shown in this bill of lading? | 12:42:45 |
| 14 | A. Correct. | 12:42:47 |
| 15 | Q. And you mentioned that you believed this | 12:42:48 |
| 16 | was for the 6067 product. How are you able to | 12:42:52 |
| 17 | determine that from this bill of lading document? | 12:42:58 |
| 18 | A. The cross-reference between a customer | 12:43:00 |
| 19 | order number, and then going back to the summary | 12:43:05 |
| 20 | sheet that we had of all of the -- the orders. That | 12:43:10 |
| 21 | would be the connection. | 12:43:15 |
| 22 | So if you look at that supplementary order | 12:43:16 |
| 23 | number there, the first number, I believe, is 0 -- I | 12:43:18 |
| 24 | can't read it exactly, 069524 -- yeah, there we go. | 12:43:22 |
| 25 | 00695241238, okay, would be the customer order | 12:43:27 |

1    number, and if you reference that back to that          12:43:33

2    previous sheet, you would find that number being         12:43:38

3    identified as the 6067 product that we spoke of.         12:43:42

4         Q.   So if you look back at Exhibit 13 and          12:43:50

5    cross-reference this order number --                     12:43:58

6         A.   Yeah.                                          12:44:00

7         Q.   -- you would expect to see these order         12:44:01

8    numbers --                                               12:44:03

9         A.   You would find -- yeah, you would find         12:44:04

10   those numbers.  And that gives you -- that page          12:44:07

11   there gives you all the customer order numbers.          12:44:18

12        Q.   And that's the second page of --               12:44:20

13        A.   Right.                                         12:44:24

14        Q.   -- Exhibit 14, correct?                        12:44:25

15        A.   It's possible some of those order numbers      12:44:28

16   were for another product as well.  We send multiple      12:44:31

17   products to Target.  But for sure some of those were     12:44:34

18   for the 6067.                                            12:44:37

19        Q.   So what's the difference between the order     12:44:39

20   numbers that are placed on the first page versus the     12:44:51

21   second page?                                             12:44:54

22        A.   The second page, it's the same order           12:44:56

23   numbers, it just gives a little more detail in terms     12:45:00

24   of the packages and weights.                             12:45:03

25        Q.   I see.  I see.  Thank you for that             12:45:06

| | | |
|---|---|---|
| 1 | clarification. | 12:45:08 |
| 2 | MR. CHUNG:  Mark as Exhibit 15, a document | 12:45:17 |
| 3 | with Bates number Group III-000052. | 12:45:19 |
| 4 | (Pulichino Exhibit 15, Bill of Lading, | 12:45:19 |
| 5 | marked for identification.) | 12:45:29 |
| 6 | Q.   And if you could please let me know when | 12:45:29 |
| 7 | you can see that. | 12:45:31 |
| 8 | A.   Okay.  This is, again, a -- I believe it's | 12:45:32 |
| 9 | a bill of lading, right, up top, I think?  No, it's | 12:45:39 |
| 10 | a document -- okay.  This is a document for a | 12:45:43 |
| 11 | shipment to the Walmart distribution center in | 12:45:47 |
| 12 | Georgia.  And, again, you see the customer order | 12:45:50 |
| 13 | numbers, the number of packages, the weight, the -- | 12:45:55 |
| 14 | let's see.  The delivery date, you can see, started, | 12:46:03 |
| 15 | for the first one, December 12th, 2017.  Number of | 12:46:09 |
| 16 | packages, weight, etc. | 12:46:19 |
| 17 | And this is all order -- customer order | 12:46:21 |
| 18 | numbers for Walmart that are going to the | 12:46:25 |
| 19 | distribution center that's identified in the upper | 12:46:29 |
| 20 | left-hand corner.  Right there, it's CP7101, the | 12:46:35 |
| 21 | address.  And, yeah, this is a bill of lading for | 12:46:41 |
| 22 | that. | 12:46:46 |
| 23 | Q.   Okay.  So is CP7101, like, a code for a | 12:46:47 |
| 24 | Walmart distribution center? | 12:46:53 |
| 25 | A.   Correct. | 12:46:54 |

| | | |
|---|---|---|
| 1 | Q.    I see. | 12:46:57 |
| 2 | And is this Exhibit 15 also a document | 12:46:59 |
| 3 | created in the ordinary course of Group III's | 12:47:03 |
| 4 | business? | 12:47:05 |
| 5 | A.    Yes. | 12:47:06 |
| 6 | Q.    Now, this document has some additional | 12:47:06 |
| 7 | bills of lading in here.  And would those all | 12:47:15 |
| 8 | generally follow the same format and contain the | 12:47:21 |
| 9 | same information that you just testified about for | 12:47:24 |
| 10 | the other bills of lading? | 12:47:26 |
| 11 | A.    Yes.  Yeah. | 12:47:28 |
| 12 | Q.    And I'll just scroll through so you can | 12:47:29 |
| 13 | refer to that. | 12:47:36 |
| 14 | A.    You can see these are all just the | 12:47:38 |
| 15 | different distribution centers going to for Walmart. | 12:47:42 |
| 16 | Q.    I see.  So the previous Exhibit 14 would | 12:47:45 |
| 17 | have been orders to the Target, and this Exhibit 15 | 12:47:54 |
| 18 | shows orders to Walmart; is that correct? | 12:47:56 |
| 19 | A.    Correct.  Mm-hmm. | 12:47:57 |
| 20 | Q.    And, sorry, just to go back to the first | 12:47:59 |
| 21 | page of Exhibit 15, where does it show the date for | 12:48:19 |
| 22 | the -- well, what's the difference between the -- | 12:48:26 |
| 23 | strike that. | 12:48:26 |
| 24 | There's a date at the top of this first | 12:48:36 |
| 25 | bill of lading document that's December 4th, 2017, | 12:48:38 |

| | | |
|---|---|---|
| 1 | correct? | 12:48:41 |
| 2 | A.   Mm-hmm, yes. | 12:48:41 |
| 3 | Q.   What does that date reflect?  Like what | 12:48:43 |
| 4 | actually happened on that date? | 12:48:46 |
| 5 | A.   The date, the date we -- the date this was | 12:48:49 |
| 6 | generated, okay, as a result of the purchase order | 12:48:53 |
| 7 | we received from Walmart.  And then the bill of | 12:48:57 |
| 8 | lading reflects the ship dates that it must be | 12:49:03 |
| 9 | delivered by. | 12:49:07 |
| 10 | Q.   I see. | 12:49:09 |
| 11 | A.   Obviously the order comes in advance of | 12:49:12 |
| 12 | the ship dates. | 12:49:15 |
| 13 | Q.   I see.  So the date at the top reflects | 12:49:16 |
| 14 | the date that Group III received the order from the | 12:49:19 |
| 15 | customer -- | 12:49:22 |
| 16 | A.   Correct. | 12:49:22 |
| 17 | Q.   -- and the "must deliver by" dates would | 12:49:23 |
| 18 | reflect the dates that Group III had to ship the | 12:49:26 |
| 19 | products by; is that correct? | 12:49:29 |
| 20 | A.   Correct. | 12:49:30 |
| 21 | MR. CHUNG:  I'd like to introduce as | 12:49:42 |
| 22 | Exhibit 16 a document with Bates number | 12:49:44 |
| 23 | Group III-000117. | 12:49:45 |
| 24 | (Pulichino Exhibit 16, Product Depiction, | 12:49:45 |
| 25 | marked for identification.) | 12:50:01 |

1      Q.    And let me know if you can see it.                    12:50:01

2      A.    Okay.  I can see it.                                  12:50:04

3      Q.    Mr. Pulichino, the product depicted in               12:50:12

4  this Exhibit 16 is not a Group III product; is that           12:50:16

5  correct?                                                        12:50:22

6      A.    That's correct, it's not.                            12:50:22

7      Q.    Do you recognize what company's product is           12:50:24

8  depicted in Exhibit 16?                                         12:50:31

9      A.    I don't know the company specifically for            12:50:34

10  this bag.  I've seen this document as part of some            12:50:36

11  of the data collection that was done to illustrate           12:50:44

12  the use of a USB port on backpack products.                   12:50:45

13            (Unreportable simultaneous conversation.)           12:50:52

14      Q.    You mentioned that you --                           12:50:52

15      A.    Excuse me.  Go ahead.                               12:50:52

16      Q.    I apologize.  Go ahead.  You can finish            12:50:58

17  you answer.                                                    12:50:59

18      A.    I think there's a date somewhere on this.          12:51:00

19  It's the one -- yeah, right -- is it down on the             12:51:02

20  bottom?  Viewed October 2nd, yeah, 2017, yeah.  So           12:51:04

21  that's the date that it had 55,000 views, I guess,           12:51:07

22  as of that date.                                              12:51:12

23            MR. KEYHANI:  Objection.  Form.                     12:51:14

24      Q.    And, Mr. Pulichino, you testified earlier          12:51:19

25  that when Group III first created the 5358 product,          12:51:22

| | | |
|---|---|---|
| 1 | it used some off-the-shelf USB port components, | 12:51:25 |
| 2 | correct? | 12:51:30 |
| 3 | A.   Yes. | 12:51:30 |
| 4 | Q.   You can see in this image in Exhibit 16 | 12:51:31 |
| 5 | that there are some holes poked through the top of | 12:51:37 |
| 6 | the USB port area. | 12:51:42 |
| 7 | Do you see that? | 12:51:44 |
| 8 | A.   Yes. | 12:51:45 |
| 9 | Q.   Do you know if that was a common feature | 12:51:46 |
| 10 | available in the off-the-shelf USB port components | 12:51:48 |
| 11 | when Group III created the 5358 product? | 12:51:54 |
| 12 | MR. KEYHANI:  Objection.  Objection. | 12:51:58 |
| 13 | Form. | 12:52:00 |
| 14 | A.   I -- you know, there were -- there were | 12:52:01 |
| 15 | multiple off-the-shelf USB ports in the market, and | 12:52:05 |
| 16 | this looks like one of those.  And I don't know if | 12:52:10 |
| 17 | those holes are actual holes or just indentations | 12:52:13 |
| 18 | for design aesthetic, okay.  I can't say with | 12:52:18 |
| 19 | certainty from the photograph. | 12:52:22 |
| 20 | But again, there were multiple | 12:52:23 |
| 21 | off-the-shelf UBS -- USB ports that you could select | 12:52:29 |
| 22 | from.  We chose another one; this obviously was | 12:52:33 |
| 23 | another one that was in the marketplace. | 12:52:37 |
| 24 | Q.   And I know you said you weren't sure what | 12:52:39 |
| 25 | company made this product, but do you know what this | 12:52:44 |

| | | |
|---|---|---|
| 1 | product is? | 12:52:47 |
| 2 | A.   Well -- | 12:52:49 |
| 3 | MR. KEYHANI:  Objection. | 12:52:51 |
| 4 | A.   -- the product is a backpack, okay, and | 12:52:52 |
| 5 | you can see the USB port is attached to a part of | 12:52:55 |
| 6 | the backpack.  Judging from the stitch line, I would | 12:53:01 |
| 7 | say there's a flange that is inside the bag, between | 12:53:04 |
| 8 | the outer lining and the inner lining that the | 12:53:08 |
| 9 | flange is sewn to keep the port in place. | 12:53:11 |
| 10 | So that's the best I can could describe | 12:53:16 |
| 11 | it, judging from the photograph here. | 12:53:22 |
| 12 | Q.   So would you expect that the way this USB | 12:53:26 |
| 13 | port was sewn into this backpack to be similar to | 12:53:29 |
| 14 | the Group III design, where it was a single piece? | 12:53:34 |
| 15 | A.   It would appear so. | 12:53:38 |
| 16 | MR. KEYHANI:  Objection.  I'm going to put | 12:53:40 |
| 17 | an objection.  Objection. | 12:53:41 |
| 18 | A.   Yeah, it appears that it is, just judging | 12:53:44 |
| 19 | by -- as I said, the stitch, there's no -- the only | 12:53:49 |
| 20 | reason there's a stitch line there, it's being sewn | 12:53:50 |
| 21 | through a flange inside the bag.  So there is no | 12:53:53 |
| 22 | other reason for that stitch to be there. | 12:53:56 |
| 23 | Q.   And if the holes or indentations that you | 12:53:59 |
| 24 | can see in this image in Exhibit 16 are actually | 12:54:04 |
| 25 | holes and not just indentations, can you think of | 12:54:07 |

1    any reasons why those holes might be there?                    12:54:09

2              MR. KEYHANI:  Objection.  This witness is            12:54:12

3    not an expert, he's a fact witness about Wenger's              12:54:16

4    products and Wenger's information.  So I think                 12:54:20

5    you're --                                                      12:54:22

6         A.   I consider myself someone who is an expert           12:54:23

7    in the field, okay, so...                                      12:54:25

8              MR. KEYHANI:  The objection is --                    12:54:28

9              (Unreportable simultaneous conversation.)            12:54:33

10             MR. KEYHANI:  I'm sorry.  This is not to             12:54:33

11   you, Mr. Pulichino, this is for the record.                    12:54:34

12             THE WITNESS:  My commentary remains the              12:54:38

13   same.  I look at this and that the holes could be an           12:54:39

14   aesthetic purpose.                                             12:54:42

15             MR. KEYHANI:  I understand.  I'm not                 12:54:44

16   finished.  Excuse me.  One moment, Mr. Pulichino.              12:54:46

17   Let me -- I can make my objection.  Please let me              12:54:47

18   finish my objection and you can say whatever you               12:54:50

19   want.                                                          12:54:53

20             I'm objecting that this witness has not              12:54:53

21   been qualified as an expert, is not being presented            12:54:55

22   as an expert, was not permitted to provide expert              12:54:57

23   testimony today.  And I'm objecting on those                   12:55:01

24   grounds.                                                       12:55:03

25             You can say whatever you want,                       12:55:03

1   Mr. Pulichino.  I'm just making that objection for          12:55:05
2   the record.  And it's improper to attempt to obtain         12:55:07
3   or try to use this testimony, Mr. Chung, as some            12:55:12
4   kind of exploration of some kind of approach -- you         12:55:16
5   know, expert testimony.                                     12:55:19
6           So I am putting that objection on.  That's          12:55:20
7   not the scope of the discovery permitted in this            12:55:23
8   deposition.                                                 12:55:25
9           You may say what you want.                          12:55:28
10      A.   I'll repeat my answer.  I was asked, I             12:55:30
11  believe, to view this photograph and give commentary        12:55:32
12  of what I see.  So, again, I'll repeat what I saw --        12:55:36
13  I see.                                                      12:55:39
14          I see a USB port that appears to be an              12:55:40
15  off-the-counter version.  I see a stitch line, which        12:55:43
16  gives -- suggests to me that it's sewn to something         12:55:48
17  behind the material, similar to what Group III has          12:55:51
18  done with its design, to keep the USB in place.             12:55:55
19  That's what I see.                                          12:55:59
20      Q.   Thank you, Mr. Pulichino.                          12:56:03
21          MR. CHUNG:  And just for the record,               12:56:04
22  Mr. Keyhani, I understand you disagree with the             12:56:06
23  scope of the questions, but I would ask that you            12:56:08
24  limit your objections to nonspeaking objections, as         12:56:11
25  stated by the rules of this court.                          12:56:15

| | |
|---|---|
| 1 | MR. KEYHANI: Yes, I am. But the problem | 12:56:17 |
| 2 | is, you continue. I have for the past few hours, | 12:56:19 |
| 3 | but you're continuing the line of questioning about | 12:56:21 |
| 4 | his opinions about a product that's not his product, | 12:56:23 |
| 5 | and he doesn't even -- has never actually -- have | 12:56:26 |
| 6 | any evidence that he actually is knowledgeable about | 12:56:29 |
| 7 | this product, other than what he sees. | 12:56:33 |
| 8 | So you're going into some testimony that's | 12:56:35 |
| 9 | outside the scope, as we see it. I'm just putting | 12:56:38 |
| 10 | that for the record so there's no confusion. I have | 12:56:40 |
| 11 | not -- I have been very careful to not present much | 12:56:42 |
| 12 | objections of any sort, certainly about anything | 12:56:45 |
| 13 | narrative, throughout this deposition. | 12:56:48 |
| 14 | Continue, Mr. Chung. | 12:56:51 |
| 15 | Q. And, sorry, Mr. Pulichino, I'm not sure I | 12:57:02 |
| 16 | just ever got -- actually got the answer to this | 12:57:05 |
| 17 | particular question. But if the -- you mentioned | 12:57:07 |
| 18 | that the holes or indentations that we see on top of | 12:57:15 |
| 19 | this USB port may be for design purposes. Is there | 12:57:18 |
| 20 | any other purpose that those holes could serve? | 12:57:21 |
| 21 | MR. KEYHANI: Same objection. | 12:57:25 |
| 22 | A. You know, I mean, if the hole goes | 12:57:26 |
| 23 | through, it could be for heat release. You know, | 12:57:28 |
| 24 | I -- I just don't know because I'm only seeing one | 12:57:31 |
| 25 | image of the item. It's hard for me to make a | 12:57:36 |

1   judgment.                                               12:57:39

2           MR. CHUNG:  Thank you, Mr. Pulichino.  I        12:57:42

3   have no further questions for you.  I understand         12:57:44

4   that Mr. Keyhani has some questions.                     12:57:47

5           I'd just like to note an objection on the        12:57:51

6   record that I don't believe we've been notified that     12:57:53

7   plaintiff has served any subpoena on                     12:57:56

8   Group III, but with that objection, Mr. Keyhani,         12:57:59

9   please go ahead.                                         12:58:04

10          MR. KEYHANI:  Actually, Mr. Pulichino, you       12:58:07

11  can go have lunch.  I don't have any questions for       12:58:10

12  you.  Thank you very much.                               12:58:13

13          MR. CHUNG:  Thank you for your time,             12:58:16

14  Mr. Pulichino.                                           12:58:18

15          THE WITNESS:  Okay.  My pleasure.  Thank         12:58:19

16  you.                                                     12:58:21

17          THE VIDEOGRAPHER:  Stand by.  This marks         12:58:21

18  the end of the deposition of John Pulichino.  We are     12:58:23

19  going off the record, the time is 12:58.                 12:58:26

20  (Time Noted:  12:58 P.M.)

21

22

23

24

25

```
1                ACKNOWLEDGMENT OF DEPONENT
2           I, JOHN PULICHINO, do hereby acknowledge
3    that I have read and examined the foregoing
4    testimony and the same is a true, correct, and
5    complete transcription of the testimony given by me
6    and any corrections appear on the attached errata
7    sheet signed by me.
8
9    _____
10        (SIGNATURE)                    (DATE)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1                CIVIL ACTION NO.  6:23-cv-00196-ADA

2       SWISSDIGITAL USA CO.

3       LTD.,

4                               UNITED STATES DISTRICT

5            v.              COURT - FOR THE

6       SAMSONITE INTERNATIONAL  WESTERN DIVISION OF TEXAS

7       S.A.,                   WACO DIVISION

8

9                REPORTER'S CERTIFICATION

10         VIDEOTAPED ORAL DEPOSITION OF JOHN PULICHINO

11                Taken on November 6, 2023

12       I, Anita M. Trombetta, RMR, CRR, Certified

13      Shorthand Reporter in and for the State of New York,

14      hereby certify to the following:

15          That the witness, JOHN PULICHINO, was duly

16      sworn by the officer, and that the transcript of the

17      oral deposition is a true record of the testimony

18      given by the witness;

19          That the deposition transcript was submitted on

20      _____to the witness or to the

21      attorney for the witness for examination, signature,

22      and return to me by_____;

23          That the amount of examination time used by

24      each party at the deposition is as follows:

25          BY MR. CHUNG:              02:05:10

1    That pursuant to information given to the

2    deposition officer at the time said testimony was

3    taken, the following includes counsel for all

4    parties of record:

5    ON BEHALF OF THE PLAINTIFF:

6        KEYHANI LLC

7    ON BEHALF OF THE DEFENDANTS:

8        FISH & RICHARDSON P.C.

9    ON BEHALF OF GROUP III AND THE WITNESS

10       CONCEPT LAW GROUP

11       I further certify that I am neither counsel

12   for, related to, nor employed by any of the parties

13   or attorneys in the action in which this proceeding

14   was taken, and further that I am not financially or

15   otherwise interested in the outcome of the action.

16       Further certification requirements pursuant to

17   Rule 203 of TRCP will be certified to after they

18   have occurred.

19       Certified to by me this day, November 15, 2023.

20

21       _____

22   Anita M. Trombetta, RMR, CRR
     PLANET DEPOS, LLC
23   Texas Court Reporting Firm Reg. #686
     451 Hungerford Drive, Suite 400
24   Rockville, Maryland 20850
     (888) 433-4767

25

```
1   FURTHER CERTIFICATION UNDER RULE 203, TRCP

2

3         The original deposition/errata sheet was/was

4   not returned to the deposition officer on

5   _____;

6         If returned, the attached Changes and Signature

7   page contains any changes and the reasons therefor;

8         If returned, the original deposition was

9   delivered to Custodial Attorney;

10        That $_____ is the deposition officer's

11  charges to the Plaintiff for preparing the original

12  deposition transcript and copies of exhibits, if

13  any;

14        That the deposition was delivered in accordance

15  with Rule 203.3, and that a copy of this certificate

16  was served on all parties shown herein on

17  _____ and filed with

18  the Clerk.

19  Certified to by me on_____.

20

21        _____  _____

22        Anita M. Trombetta, RMR, CRR

23        PLANET DEPOS, LLC
          Texas Court Reporting Firm Reg. #686
24        451 Hungerford Drive, Suite 400
          Rockville, Maryland 20850
25        (888) 433-4767
```

**A**

**ability**
9:16, 9:20,
9:23, 28:3
**able**
8:18, 21:6,
38:6, 63:7,
77:10, 86:16
**about**
7:25, 8:3,
11:19, 12:3,
12:11, 12:17,
12:19, 12:21,
13:3, 13:10,
13:11, 15:2,
15:8, 17:2,
17:3, 17:4,
23:12, 24:19,
31:11, 32:3,
34:9, 34:10,
34:23, 36:5,
36:24, 38:19,
45:17, 52:7,
62:22, 68:2,
68:14, 74:11,
81:3, 86:6,
89:9, 94:3,
96:3, 96:4,
96:6, 96:12
**above**
25:16, 26:9,
34:18
**accepted**
53:12
**access**
13:25, 28:8,
73:18
**accessories**
22:24, 23:3,
86:3
**accordance**
101:14
**accounts**
18:22
**accurate**
35:10
**accurately**
9:2, 9:24,

33:15, 33:18,
33:21, 62:10,
62:17, 79:25
**acknowledge**
98:2
**acknowledgment**
98:1
**action**
1:7, 99:1,
100:13, 100:15
**actively**
18:18, 22:8
**actual**
25:12, 36:17,
37:25, 43:7,
44:25, 45:1,
63:6, 63:21,
92:17
**actually**
8:13, 38:11,
39:6, 42:8,
44:13, 45:6,
61:4, 61:5,
61:7, 69:19,
90:4, 93:24,
96:5, 96:6,
96:16, 97:10
**adapter**
29:15, 51:6
**adapters**
29:19
**added**
26:25, 65:17
**additional**
53:15, 89:6
**address**
7:18, 88:21
**advance**
18:13, 21:14,
68:23, 90:11
**advice**
22:1, 22:5
**advisory**
21:22
**aesthetic**
92:18, 94:14
**after**
33:11, 50:15,

79:15, 100:17
**again**
26:20, 36:22,
43:4, 55:1,
55:19, 59:3,
68:8, 82:13,
84:11, 88:8,
88:12, 92:20,
95:12
**against**
43:1, 58:22
**ago**
12:21, 17:2,
17:3
**agree**
8:25, 10:9
**ahead**
38:12, 44:15,
47:24, 57:3,
82:5, 84:10,
91:15, 91:16,
97:9
**alex**
6:22, 16:6,
30:12
**alexander**
3:17
**all**
6:10, 17:16,
20:21, 21:21,
23:5, 25:7,
30:14, 31:7,
31:14, 31:21,
36:5, 44:10,
46:10, 48:18,
60:15, 60:18,
60:21, 61:22,
65:22, 68:14,
73:23, 79:14,
81:17, 84:24,
84:25, 86:11,
86:20, 87:11,
88:17, 89:7,
89:14, 100:3,
101:16
**allow**
65:22, 76:16
**along**
20:2, 59:5,

66:1
**alpha**
32:22
**already**
54:8
**also**
3:23, 6:22,
8:17, 13:24,
19:12, 22:24,
29:19, 34:9,
34:18, 72:12,
74:4, 74:5, 89:2
**amazon**
19:4
**amount**
99:23
**analysis**
27:8
**andrews**
3:20
**angle**
74:23
**angular**
73:17, 74:19
**anita**
1:24, 2:3, 7:2,
99:12, 100:22,
101:22
**another**
19:15, 34:10,
35:20, 46:4,
55:14, 84:13,
87:16, 92:22,
92:23
**answer**
8:8, 9:5, 9:15,
9:24, 10:12,
10:22, 11:5,
11:24, 12:3,
27:20, 55:1,
63:14, 63:15,
76:9, 84:12,
91:17, 95:10,
96:16
**answering**
8:23, 9:12,
9:19
**answers**
8:18, 8:19,

11:2
**any**
9:22, 10:18,
11:1, 11:2,
11:21, 15:3,
20:25, 21:6,
23:1, 23:11,
28:24, 29:8,
33:2, 41:24,
43:12, 47:7,
50:19, 53:5,
53:8, 71:3,
81:2, 82:11,
94:1, 96:6,
96:12, 96:20,
97:7, 97:11,
98:6, 100:12,
101:7, 101:13
**anyone**
16:10, 29:24
**anything**
9:18, 9:24,
16:14, 17:13,
32:17, 32:18,
96:12
**anyway**
69:12
**apologize**
56:16, 61:15,
82:5, 84:10,
91:16
**appear**
93:15, 98:6
**appears**
93:18, 95:14
**application**
29:6, 71:4
**applied**
25:2, 25:8
**appreciate**
30:21
**approach**
95:4
**appropriate**
28:11, 44:5,
58:8
**approval**
4:13, 18:8,

41:14, 41:22,
41:24, 42:6,
43:19, 44:15
**approve**
43:9, 44:8
**approved**
44:3, 44:9,
44:10, 44:12,
44:14, 44:17,
44:20, 44:23
**approving**
43:11
**april**
42:7, 56:13,
56:17, 56:19,
56:20, 68:9,
68:18, 79:2
**area**
40:21, 49:2,
64:4, 92:6
**argue**
27:15
**around**
24:1, 26:4,
26:10, 28:1,
28:12, 40:8,
40:9, 51:24,
63:17, 63:18,
65:6, 73:22
**arrival**
49:8
**art**
15:3, 24:8,
24:10, 26:22,
26:23, 27:2,
27:6, 27:8,
27:11
**article**
71:13
**as-is**
44:9
**asked**
52:25, 95:10
**asking**
12:11, 13:3,
13:4, 77:9
**aspect**
18:18, 23:2

**aspects**
17:10
**assembled**
40:7
**assembly**
65:19, 65:24,
66:2, 72:23,
76:3, 77:3, 79:7
**asserted**
27:5
**associated**
42:22
**assortment**
20:8, 20:10,
69:2
**assume**
10:13, 29:25
**atlanta**
3:14
**attached**
45:15, 93:5,
98:6, 101:6
**attachment**
25:7
**attempt**
95:2
**attending**
6:11
**attorney**
99:21, 101:9
**attorneys**
15:22, 15:25,
16:5, 16:7,
16:13, 100:13
**audio**
8:12
**august**
44:4, 44:5,
45:4, 56:22,
56:23, 57:1,
59:8
**availability**
29:23, 35:7
**available**
29:19, 29:24,
30:3, 79:4,
92:10
**avenue**
3:20

**aware**
47:8

## B

**back**
11:4, 29:10,
36:4, 38:13,
39:4, 42:8,
42:17, 43:17,
52:17, 52:19,
52:22, 57:9,
57:20, 65:25,
66:2, 69:14,
69:24, 71:12,
72:11, 73:1,
73:24, 75:25,
76:14, 76:18,
77:6, 80:23,
80:25, 86:19,
87:1, 87:4,
89:20
**background**
43:2
**backpack**
23:14, 31:9,
48:10, 55:19,
59:23, 91:12,
93:4, 93:6,
93:13
**backpacks**
22:23, 23:3
**backside**
39:21, 65:12,
77:2
**bag**
23:18, 23:19,
24:2, 25:2,
25:21, 25:24,
25:25, 28:5,
28:15, 29:7,
29:16, 29:25,
32:24, 32:25,
33:15, 34:10,
34:12, 34:16,
35:5, 35:12,
35:20, 36:4,
36:8, 36:10,
37:2, 37:12,

37:13, 37:22,
38:1, 38:3,
38:21, 39:10,
41:8, 42:17,
43:7, 44:10,
45:5, 46:5,
50:4, 50:13,
51:8, 51:24,
56:11, 56:25,
60:18, 62:5,
65:16, 66:6,
66:21, 67:8,
67:15, 67:17,
68:10, 68:20,
69:4, 69:7,
71:13, 72:13,
72:16, 72:23,
72:25, 74:23,
75:3, 75:6,
76:5, 76:13,
77:4, 77:21,
77:24, 78:2,
78:4, 85:4,
85:8, 91:10,
93:7, 93:21

**bags**
22:25, 23:21,
24:18, 33:22,
50:23, 60:20,
62:19, 66:12,
79:9

**based**
53:13

**basically**
42:1

**basis**
19:9, 45:3

**bates**
4:18, 4:22,
30:7, 30:14,
30:22, 33:25,
35:23, 41:12,
45:10, 47:15,
54:14, 55:7,
55:25, 56:2,
59:11, 60:25,
61:2, 61:12,
61:16, 62:9,

62:16, 66:18,
67:6, 67:21,
70:21, 71:14,
74:10, 74:15,
77:7, 78:16,
81:7, 83:9,
85:13, 88:3,
90:22

**battery**
23:19, 28:5,
34:7, 34:14,
34:16, 35:16,
38:17, 41:9,
66:15, 66:22,
66:23, 66:25,
77:24, 78:4,
78:11

**beach**
56:15

**bearing**
4:18, 56:2

**became**
21:19, 21:21

**because**
18:9, 18:19,
24:10, 29:13,
40:13, 40:20,
43:11, 51:25,
79:19, 96:24

**been**
7:6, 7:21,
7:24, 8:16,
11:9, 12:21,
45:5, 49:16,
52:3, 53:24,
54:2, 55:21,
57:10, 57:17,
89:17, 94:21,
96:11, 97:6

**before**
2:2, 7:22,
8:23, 9:5,
10:23, 14:12,
26:15, 29:25,
38:14, 38:25,
39:17, 51:7,
53:10, 54:3,
58:7, 72:21,

73:20, 81:3

**began**
28:1

**begin**
18:12

**beginning**
79:5

**begins**
6:4

**behalf**
3:2, 3:9, 3:16,
6:16, 6:19,
6:23, 100:5,
100:7, 100:9

**behind**
26:21, 53:16,
65:23, 66:8,
73:1, 73:25,
75:15, 79:3,
95:17

**being**
8:11, 27:9,
27:12, 29:3,
32:23, 35:12,
49:22, 58:24,
79:16, 87:2,
93:20, 94:21

**believe**
17:23, 28:16,
33:7, 35:20,
37:10, 45:22,
47:15, 51:20,
51:21, 57:24,
64:10, 67:19,
68:19, 71:5,
72:2, 72:21,
78:25, 84:22,
86:5, 86:23,
88:8, 95:11,
97:6

**believed**
13:7, 86:15

**belonged**
20:10

**below**
25:15, 68:11

**belts**
22:24, 23:4

**benefit**
33:1

**benefits**
20:6, 20:11,
31:7, 31:14,
42:1, 42:4,
42:5, 44:10

**best**
9:16, 9:19,
18:3, 39:16,
93:10

**better**
59:18, 61:5,
73:12, 73:15

**between**
11:18, 23:8,
37:1, 86:18,
87:19, 89:22,
93:7

**big**
73:25, 76:13,
76:25

**bigger**
83:15

**biggest**
19:5

**bill**
5:4, 5:5,
85:15, 85:22,
86:4, 86:7,
86:13, 86:17,
88:4, 88:9,
88:21, 89:25,
90:7

**billing**
82:16

**bills**
86:11, 89:7,
89:10

**binder**
61:13

**bit**
13:1, 17:22,
18:23, 19:23,
25:10, 26:14,
40:19, 40:20,
44:19, 45:11,
54:25, 63:6,

| | | | |
|---|---|---|---|
| 73:5 | 46:25, 61:12, | 80:9 | 17:8, 17:21, |
| **black** | 61:17, 61:20, | **called** | 22:7, 23:1 |
| 46:3, 48:9, | 62:2, 63:15, | 7:6, 23:8, 23:9 | **certain** |
| 68:14 | 73:10, 74:9, | **cambodia** | 15:8, 49:15 |
| **blue** | 80:9, 81:11, | 21:3 | **certainly** |
| 43:25, 44:2 | 81:14 | **came** | 27:12, 96:12 |
| **board** | **built** | 18:14 | **certainty** |
| 21:25, 22:4 | 44:13, 71:6 | **can't** | 37:23, 51:7, |
| **body** | **business** | 14:18, 28:20, | 79:18, 92:19 |
| 65:20 | 17:16, 17:19, | 29:10, 30:4, | **certificate** |
| **border** | 18:20, 21:4, | 37:22, 39:16, | 101:15 |
| 73:22 | 21:23, 29:13, | 44:6, 47:12, | **certification** |
| **both** | 31:19, 31:22, | 74:9, 79:18, | 99:9, 100:16, |
| 18:1, 18:21, | 43:22, 48:16, | 86:24, 92:18 | 101:1 |
| 19:10, 37:4, | 48:19, 54:22, | **cap** | **certified** |
| 42:25, 66:1, | 55:4, 55:16, | 40:2 | 99:12, 100:17, |
| 77:4 | 57:12, 81:20, | **cardinal** | 100:19, 101:19 |
| **bottom** | 86:9, 86:12, | 49:10, 49:12 | **certify** |
| 40:22, 40:25, | 89:4 | **careful** | 99:14, 100:11 |
| 41:2, 49:6, | **buyers** | 96:11 | **chairman** |
| 57:21, 74:20, | 20:5 | **carry-on** | 11:23, 16:21, |
| 77:13, 91:20 | **buying** | 68:10, 69:4, | 21:20, 21:21 |
| **bought** | 18:16 | 82:1, 82:14, | **chance** |
| 29:4 | **by** | 83:23, 84:19 | 61:25 |
| **boulevard** | 99:22 | **cartons** | **change** |
| 7:19 | | 86:2 | 13:8, 21:20, |
| **boxes** | **C** | **case** | 79:21, 82:17 |
| 44:1 | **c** | 6:8, 8:13, | **changed** |
| **brand** | 32:17, 32:18, | 11:15, 11:17, | 32:25 |
| 18:10, 42:23, | 32:23, 33:11 | 11:19, 11:22, | **changes** |
| 42:25, 43:1 | **cable** | 12:8, 12:14, | 33:4, 50:19, |
| **brands** | 34:18, 34:22, | 13:18, 21:15, | 51:1, 51:3, |
| 42:22 | 35:1, 35:12, | 23:7, 23:12, | 51:11, 82:11, |
| **break** | 37:1, 38:7, | 57:13, 59:25 | 101:6, 101:7 |
| 10:15, 10:17, | 38:24, 39:5, | **cases** | **charge** |
| 10:19, 10:23, | 39:7, 39:11, | 12:18, 21:18 | 28:3, 38:7 |
| 52:10, 80:10, | 40:1, 40:9, | **categories** | **charger** |
| 80:19, 81:3 | 46:10, 47:4, | 23:5 | 28:7 |
| **brick** | 51:23, 63:22, | **category** | **charges** |
| 19:6 | 64:24, 65:7, | 20:5, 84:22 | 101:11 |
| **brief** | 66:14, 67:7, | **caveat** | **charging** |
| 18:5, 19:18 | 67:15, 75:16, | 10:21 | 28:8 |
| **bring** | 76:19, 77:16, | **center** | **chat** |
| 13:22 | 78:3, 78:6, | 85:24, 88:11, | 13:24, 30:6, |
| **brown** | 78:11 | 88:19, 88:24 | 60:25 |
| 3:17, 6:21, | **cables** | **centers** | **check** |
| 6:22, 16:6, | 40:25 | 89:15 | 21:12 |
| 30:12, 30:20, | **call** | **ceo** | **chief** |
| | 15:15, 63:20, | 17:1, 17:4, | 16:24, 21:24 |

china
21:2, 29:23
chinese
21:9
chose
92:22
chung
3:10, 4:5,
6:15, 7:10,
13:22, 22:18,
24:15, 27:3,
27:19, 30:5,
30:19, 30:24,
41:11, 47:14,
52:10, 52:13,
54:13, 55:24,
59:10, 60:24,
61:15, 61:19,
61:22, 67:20,
74:11, 78:15,
80:9, 80:14,
80:18, 81:6,
83:8, 85:12,
88:2, 90:21,
95:3, 95:21,
96:14, 97:2,
97:13, 99:25
circular
63:18
civil
1:7, 99:1
claimed
27:4
clarification
19:13, 22:3,
22:17, 33:10,
53:18, 54:12,
58:9, 62:14,
88:1
clarifications
81:2
clarify
10:10, 44:19,
46:25, 47:1,
63:6
class
84:20
classification
84:8

cleaner
8:25
clear
38:23
clearly
69:13
clerk
101:18
close
27:16, 27:17
closer
41:4
club
19:3
coast
80:12, 80:14,
80:16
code
84:8, 84:21,
88:23
codes
50:18
collection
91:11
color
33:2, 50:17,
50:18, 82:14,
83:6
column
60:3, 60:13,
60:15
columns
82:23
com
19:14, 49:24,
49:25, 54:10
combination
27:7
come
34:16, 36:11,
38:3, 38:15,
65:22, 75:17,
75:21, 76:16
comes
37:5, 38:25,
39:19, 65:7,
76:24, 90:11
coming
25:13, 39:23,

74:22, 78:7
commentary
94:12, 95:11
comments
43:25, 50:7,
53:1, 53:15
commercial
4:17, 56:1,
56:10, 57:5,
58:20
commitment
53:9
commodity
84:8
common
29:2, 92:9
commonly
29:16
companies
28:24, 29:8,
29:17
company
6:6, 12:23,
13:8, 17:10,
17:19, 17:25,
23:8, 59:22,
91:9, 92:25
company's
91:7
compartment
34:19, 78:11
complete
66:2, 76:3,
77:2, 98:5
component
29:23, 68:11
components
71:6, 92:1,
92:10
comprehensive
17:15
concept
3:19, 6:23,
10:4, 68:17,
100:10
conducted
1:14, 2:2
conference
10:3

confidential
11:21
configured
24:23
confirm
15:14, 48:24,
53:17, 58:14,
66:4, 76:11
confirms
59:2
confusion
96:10
connect
73:4, 78:3
connected
23:18, 28:6,
34:8, 38:17,
64:1, 66:23
connecter
63:9
connection
11:16, 79:13,
86:21
connector
23:17, 23:21,
23:25, 24:18,
24:25, 25:13,
26:16, 27:24,
28:15, 28:25,
29:2, 29:9,
32:8, 35:5,
36:7, 37:6,
45:16, 60:21,
62:10, 62:18,
66:22
connectors
24:21, 24:22,
39:19
connects
35:16
consider
19:15, 94:6
consumer
18:1, 18:16,
18:22, 28:2,
28:7, 45:3,
73:17, 74:4
consumers
18:25

contact
18:2, 18:25
contain
89:8
container
59:2
contains
101:7
continue
96:2, 96:14
continuing
96:3
convenient
28:4
conversation
8:23, 91:13,
94:9
copies
30:15, 101:12
copy
30:14, 30:20,
101:15
cord
41:3, 41:7,
66:24
corner
57:21, 58:19,
88:20
corporation
19:2
corrections
98:6
correctly
38:15, 46:2,
66:5, 74:14,
76:12
correspond
77:23
cost
84:7
could
7:15, 17:21,
21:11, 26:12,
28:7, 33:1,
33:2, 33:9,
33:11, 42:13,
43:10, 44:1,
51:7, 53:3,

53:6, 61:6,
62:8, 62:23,
63:16, 70:15,
73:9, 75:17,
79:8, 81:9,
82:11, 83:13,
84:20, 85:17,
88:6, 92:21,
93:10, 94:13,
96:20, 96:23
counsel
6:13, 15:21,
15:25, 16:4,
22:2, 22:5,
24:4, 24:8,
27:2, 27:3,
30:24, 100:3,
100:11
course
31:18, 31:22,
43:22, 48:16,
48:19, 54:22,
55:4, 55:15,
57:12, 81:20,
86:8, 86:12,
89:3
court
1:1, 7:1, 8:17,
9:1, 24:13,
95:25, 99:5,
100:24, 101:24
courtroom
8:9
cover
25:7, 26:2,
39:25, 40:5
covered
39:11
covering
24:1, 24:3
covers
25:25, 64:24,
65:12
cp
88:20, 88:23
crd
49:9
create
18:4, 19:17

created
28:19, 31:18,
31:22, 32:7,
42:17, 43:21,
48:15, 48:18,
54:21, 55:3,
55:15, 81:19,
85:23, 86:8,
86:11, 89:3,
91:25, 92:11
cross
42:24, 43:1,
69:17
cross-reference
86:18, 87:5
crown
42:24
crr
1:24, 2:3,
99:12, 100:22,
101:22
current
20:8
currently
16:21
custodial
101:9
customer
17:12, 18:14,
18:15, 18:21,
19:11, 19:15,
20:1, 20:4,
21:14, 38:6,
40:24, 45:2,
49:23, 53:10,
53:11, 54:3,
54:8, 54:9,
55:21, 59:24,
60:1, 60:9,
82:7, 84:1,
84:4, 85:25,
86:18, 86:25,
87:11, 88:12,
88:17, 90:15
customer's
82:7
customers
18:2, 18:12,

18:25, 19:1,
19:2, 19:8,
19:23, 20:13,
21:16, 29:14,
83:24, 85:7,
85:9
cut
54:24, 65:21,
66:6, 72:24,
73:20, 76:22
cutting
24:25

**D**

darius
3:3, 6:18, 24:5
dark
34:13, 34:19
data
91:11
date
6:2, 14:18,
28:21, 42:7,
45:4, 48:6,
49:2, 49:7,
49:9, 49:13,
49:14, 49:15,
50:24, 51:5,
51:6, 56:14,
56:18, 58:13,
59:7, 59:24,
60:7, 60:8,
60:13, 68:17,
77:9, 81:22,
82:6, 82:7,
82:16, 82:22,
88:14, 89:21,
89:24, 90:3,
90:4, 90:5,
90:13, 90:14,
91:18, 91:21,
91:22, 98:10
dated
48:6, 48:25,
56:13, 68:9,
85:24
dates
49:5, 58:8,

| | | | |
|---|---|---|---|
| 60:21, 85:4,<br>90:8, 90:12,<br>90:17, 90:18<br>**day**<br>100:19<br>**days**<br>11:14<br>**dc**<br>3:7<br>**deal**<br>27:15<br>**dealing**<br>21:1<br>**december**<br>88:15, 89:25<br>**decided**<br>26:21<br>**defendant**<br>1:11, 3:9,<br>6:16, 12:15,<br>12:16<br>**defendants**<br>100:7<br>**definitely**<br>51:8<br>**deliver**<br>90:17<br>**delivered**<br>90:9, 101:9,<br>101:14<br>**delivery**<br>20:7, 88:14<br>**demonstrate**<br>69:13<br>**department**<br>18:6, 19:19<br>**depending**<br>20:1<br>**depict**<br>62:10<br>**depicted**<br>34:18, 36:14,<br>36:21, 66:12,<br>70:18, 71:14,<br>91:3, 91:8<br>**depicting**<br>35:11, 71:13<br>**depiction**<br>5:6, 90:24 | **depicts**<br>31:11, 32:24,<br>74:15, 74:16,<br>77:16<br>**deponent**<br>98:1<br>**depos**<br>3:24, 6:10,<br>7:3, 100:23,<br>101:23<br>**deposed**<br>7:22, 7:24,<br>11:9, 11:12,<br>11:16, 11:24,<br>12:2, 12:18,<br>12:21, 13:13<br>**deposition**<br>1:13, 2:1, 6:5,<br>6:11, 7:4, 8:7,<br>8:11, 9:12,<br>10:2, 10:8,<br>11:2, 13:24,<br>15:2, 15:19,<br>16:3, 16:11,<br>16:15, 24:8,<br>24:12, 43:5,<br>95:8, 96:13,<br>97:18, 99:10,<br>99:17, 99:19,<br>99:24, 100:2,<br>101:3, 101:4,<br>101:8, 101:10,<br>101:12, 101:14<br>**describe**<br>22:22, 26:6,<br>39:17, 63:8,<br>93:10<br>**described**<br>23:22<br>**description**<br>4:8, 22:6,<br>50:7, 84:6,<br>84:19<br>**design**<br>4:24, 17:11,<br>17:23, 18:5,<br>19:18, 28:16,<br>31:6, 31:12, | 31:13, 31:21,<br>31:25, 32:6,<br>32:22, 33:3,<br>37:15, 37:19,<br>37:24, 39:19,<br>42:6, 43:7,<br>43:9, 43:11,<br>43:24, 44:17,<br>44:20, 44:23,<br>45:5, 46:18,<br>51:3, 51:6,<br>51:12, 51:14,<br>51:18, 52:4,<br>53:13, 67:23,<br>68:8, 68:13,<br>69:22, 69:25,<br>70:13, 71:10,<br>71:16, 71:22,<br>79:7, 80:6,<br>92:18, 93:14,<br>95:18, 96:19<br>**designed**<br>28:12, 28:20,<br>28:23, 44:11,<br>47:6, 51:6,<br>68:20, 71:1,<br>74:16, 79:1,<br>79:16, 79:20,<br>85:9<br>**designing**<br>22:9<br>**designs**<br>20:10<br>**detail**<br>37:11, 51:15,<br>72:22, 87:23<br>**detailed**<br>36:3<br>**determine**<br>86:17<br>**develop**<br>18:7<br>**developed**<br>31:9<br>**development**<br>17:11, 17:24,<br>18:6, 19:18,<br>31:10 | **device**<br>26:12, 29:12,<br>38:8<br>**difference**<br>87:19, 89:22<br>**different**<br>21:2, 29:3,<br>29:17, 32:2,<br>37:20, 72:6,<br>79:9, 85:6,<br>89:15<br>**differently**<br>73:5<br>**dimensional**<br>34:11<br>**dimensions**<br>36:5, 68:15<br>**direct**<br>19:9<br>**direct-to-consum-**<br>**er**<br>45:3<br>**disagree**<br>27:3, 95:22<br>**discovery**<br>95:7<br>**discussed**<br>60:22<br>**discussing**<br>20:14<br>**discussion**<br>26:22<br>**distribution**<br>85:23, 88:11,<br>88:19, 88:24,<br>89:15<br>**district**<br>1:1, 6:7, 99:4<br>**disturbed**<br>10:6<br>**division**<br>1:2, 1:3, 6:8,<br>99:6, 99:7<br>**document**<br>4:21, 5:1, 5:3,<br>13:23, 14:8,<br>14:12, 14:17,<br>14:19, 30:6, |

30:7, 31:1,
31:2, 31:4,
31:6, 31:11,
31:13, 31:17,
33:6, 33:21,
35:21, 37:16,
37:20, 37:21,
41:12, 41:19,
41:21, 41:25,
43:17, 43:18,
43:21, 47:15,
47:25, 48:15,
48:23, 49:6,
54:14, 54:18,
55:11, 55:14,
55:25, 56:5,
56:7, 59:11,
59:17, 59:20,
61:1, 61:6,
61:9, 61:15,
62:1, 67:21,
68:5, 69:25,
70:10, 70:13,
70:19, 78:16,
78:17, 78:22,
78:24, 78:25,
80:7, 81:7,
81:18, 81:19,
82:10, 83:5,
83:9, 83:11,
83:21, 83:22,
84:14, 85:3,
85:13, 85:20,
86:7, 86:17,
88:2, 88:10,
89:2, 89:6,
89:25, 90:22,
91:10
**documentation**
12:10, 12:12,
13:14
**documents**
15:7, 15:20,
15:24, 16:2,
16:14, 16:16,
26:13, 30:14,
30:21, 30:23,
31:21, 37:20,

53:5, 69:22
**doing**
8:16, 29:13
**dollars**
84:7
**done**
18:11, 43:23,
61:11, 79:19,
91:11, 95:18
**down**
8:18, 30:17,
35:22, 49:5,
58:18, 67:3,
73:11, 91:19
**drive**
19:16, 100:25,
101:25
**drives**
18:20
**drop**
13:24, 30:5,
60:24
**dt**
60:12
**due**
56:12
**duly**
7:6, 99:15
**during**
8:6, 9:11,
10:8, 11:1
**dust**
40:2
**duties**
17:7, 17:22,
22:7

**E**

**each**
9:15, 16:17,
20:9, 60:1,
99:24
**earlier**
11:14, 20:14,
29:20, 30:1,
32:3, 34:23,
35:7, 36:16,
38:22, 41:7,

42:9, 48:8,
50:21, 59:8,
60:22, 62:22,
62:25, 81:25,
82:8, 84:2,
85:10, 91:24
**early**
79:21
**ease**
30:13
**easier**
51:15, 61:14,
73:18
**east**
80:12, 80:14,
80:16
**ecommerce**
19:9, 19:11
**edge**
65:13
**edging**
66:1
**either**
19:9, 20:1,
25:2, 27:17,
35:5, 37:13,
37:21, 45:2
**else**
16:10, 16:14,
17:13
**employed**
100:12
**encompass**
24:9
**end**
18:16, 18:22,
25:23, 35:12,
35:15, 35:18,
36:10, 37:1,
37:2, 38:2,
38:11, 39:4,
39:5, 39:6,
39:7, 39:10,
39:11, 40:1,
40:9, 40:24,
41:3, 45:3,
46:9, 46:14,
47:4, 51:23,

52:3, 63:21,
64:4, 64:24,
72:13, 72:18,
74:22, 75:21,
76:19, 78:2,
78:6, 97:18
**ending**
35:23, 45:10,
62:9, 62:17,
66:18, 67:6,
70:22, 74:15,
77:7
**ends**
33:25
**enough**
75:23, 76:15,
76:19
**entail**
19:24, 19:25
**entire**
9:11
**entrance**
51:16, 69:18
**entry**
63:23, 63:25
**erin**
3:24, 6:10
**errata**
98:6, 101:3
**esquire**
3:3, 3:4, 3:10,
3:17, 3:18
**essentially**
59:1
**established**
27:11
**estimated**
49:7
**etc**
88:16
**even**
19:16, 96:5
**eventually**
33:16, 37:5,
67:11
**ever**
7:21, 46:18,
47:6, 96:16

every
10:15, 32:21,
37:23, 43:23,
67:17
everybody
6:21
everything
23:4, 30:15,
31:11
evidence
96:6
exact
14:18, 21:8,
28:21
exactly
21:12, 37:11,
42:19, 63:8,
86:24
examination
4:4, 7:9,
99:21, 99:23
examined
7:7, 98:3
example
26:7, 27:8,
40:2
excuse
30:8, 36:19,
56:23, 57:20,
63:12, 70:22,
85:14, 91:15,
94:16
executive
11:23, 16:21,
16:24, 21:20,
21:21, 21:24
exhibit
4:8, 4:9, 4:12,
4:13, 4:14,
4:15, 4:16,
4:17, 4:20,
4:21, 4:24, 5:1,
5:3, 5:4, 5:5,
5:6, 13:23,
14:1, 14:22,
14:24, 30:7,
30:10, 33:14,
33:24, 34:1,

41:12, 41:14,
43:18, 45:9,
47:15, 47:17,
47:25, 53:18,
54:13, 54:15,
54:20, 55:2,
55:7, 55:9,
55:24, 56:1,
56:9, 57:17,
58:24, 59:11,
59:13, 60:3,
60:25, 61:1,
62:4, 62:17,
66:13, 67:5,
67:21, 67:23,
68:7, 71:12,
72:11, 74:14,
77:7, 78:15,
78:17, 79:24,
81:7, 82:23,
83:9, 83:11,
83:18, 84:25,
85:13, 85:15,
87:4, 87:14,
88:2, 88:4,
89:2, 89:16,
89:17, 89:21,
90:22, 90:24,
91:4, 91:8,
92:4, 93:24
exhibits
57:8, 101:12
exiting
37:12
expect
87:7, 93:12
expert
27:10, 27:12,
27:13, 49:11,
94:3, 94:6,
94:21, 94:22,
95:5
explain
13:1, 17:21,
19:23, 25:10,
34:1, 36:1,
59:20
explained
36:16, 72:20

explains
73:12
exploration
95:4
exposed
39:11, 39:14
expressed
53:12
exterior
24:24, 25:5,
35:19, 35:21,
52:1
external
34:8, 38:3,
73:7
extra
50:15

**F**

fabric
25:4, 25:5,
25:15, 25:16,
25:18, 25:20,
25:25, 26:3,
40:15, 40:18,
46:7, 52:1,
52:6, 65:12
fact
8:11, 30:2,
30:4, 94:3
factories
21:4, 21:6,
29:12
factory
55:18
fair
10:13
fairly
21:3
familiar
8:1, 59:17,
59:19, 62:3
family
21:23
family-run
17:16, 17:18
far
8:16

feature
20:6, 20:11,
23:14, 23:16,
27:4, 27:5,
28:15, 31:6,
31:14, 32:8,
33:1, 34:10,
42:1, 42:3,
44:10, 50:20,
60:22, 62:10,
62:18, 63:9,
68:10, 69:5,
69:8, 70:18,
70:23, 72:4,
72:12, 75:2,
82:2, 92:9
features
26:16, 27:24,
28:25, 33:14,
34:7, 43:8,
78:10
february
31:10, 68:16
feedback
22:8
felt
18:3, 28:10,
51:13
female
24:24, 25:12,
25:16, 25:23,
28:6, 29:2,
29:9, 29:15,
29:18, 34:8,
35:6, 35:18,
35:19, 36:7,
36:10, 37:2,
37:6, 38:2,
38:11, 39:4,
39:7, 39:11,
40:1, 40:8,
46:9, 46:13,
47:4, 51:16,
51:23, 52:3,
63:21, 63:23,
63:24, 63:25,
64:4, 64:24,
67:4, 69:18,

72:13, 72:15,
72:18, 73:2,
73:19, 73:21,
74:22, 75:21,
76:16, 76:19,
76:24, 78:6,
79:13
**few**
8:3, 96:2
**field**
49:19, 49:21,
50:7, 54:10,
94:7
**filed**
101:17
**final**
65:25
**financial**
17:10
**financially**
100:14
**find**
87:2, 87:9
**fine**
8:5, 14:4,
52:12
**finish**
8:24, 9:1, 9:5,
91:16, 94:18
**finished**
76:7, 76:9,
76:10, 84:12,
94:16
**firm**
100:24, 101:24
**first**
28:14, 28:17,
29:22, 32:7,
65:16, 68:13,
69:25, 75:23,
82:18, 86:23,
87:20, 88:15,
89:20, 89:24,
91:25
**fish**
3:11, 6:16,
100:8
**fit**
46:15

**five**
12:17, 30:8,
52:12, 52:13,
80:10
**fixed**
40:11, 40:12
**fl**
3:22
**flange**
25:4, 25:9,
25:10, 25:12,
25:15, 25:19,
26:5, 26:8,
36:16, 36:21,
36:23, 39:15,
39:18, 39:22,
40:8, 40:13,
40:14, 40:16,
40:18, 45:19,
45:21, 45:24,
46:19, 47:3,
47:6, 47:9,
50:20, 51:19,
51:21, 51:22,
52:1, 62:21,
62:24, 63:7,
63:10, 63:19,
64:1, 64:3,
64:5, 64:11,
64:15, 64:18,
64:19, 64:22,
64:23, 65:5,
65:10, 65:11,
65:17, 65:24,
66:7, 66:8,
66:9, 72:24,
73:1, 73:4,
73:7, 73:23,
73:24, 73:25,
74:2, 74:16,
75:10, 75:11,
75:24, 76:1,
76:2, 76:25,
77:1, 77:4,
78:7, 78:11,
93:7, 93:9,
93:21
**floor**
3:13

**florida**
7:20
**follow**
31:23, 48:19,
83:4, 89:8
**following**
99:14, 100:3
**follows**
7:8, 99:24
**fong's**
21:8, 21:10
**foregoing**
98:3
**form**
4:13, 22:13,
22:15, 39:3,
40:3, 41:14,
41:22, 43:19,
46:24, 47:11,
63:3, 63:4,
63:13, 64:9,
64:13, 64:21,
65:1, 65:9,
65:18, 66:11,
71:19, 72:9,
72:14, 75:13,
91:23, 92:13
**format**
31:23, 48:20,
86:13, 89:8
**formed**
64:5
**fort**
3:22, 7:20
**forward**
15:14, 38:10,
39:7, 39:19,
65:23, 79:12
**found**
29:13
**four**
16:23, 17:2,
17:3, 36:18
**fourth**
53:6
**frame**
30:1, 59:22
**frances**
3:4, 6:19

**frankly**
69:10
**free**
40:9, 51:23
**front**
30:16, 66:1,
73:24
**fujian**
48:7
**full**
7:15, 82:9
**fully**
40:7
**functionality**
23:22, 23:25,
24:19, 29:6,
43:14
**functionality-wise**
73:18
**funds**
56:12
**further**
97:3, 100:11,
100:14, 100:16,
101:1

**G**

**ga**
3:14
**gain**
18:8
**gear**
22:22
**general**
54:6, 62:5,
79:4
**generally**
19:6, 32:24,
53:9, 57:11,
89:8
**generated**
59:21, 90:6
**geographically**
20:4
**georgia**
88:12
**gesture**
8:20

getting
22:8
give
8:19, 20:8,
46:6, 52:21,
71:11, 95:11
given
11:2, 20:25,
98:5, 99:18,
100:1
gives
46:6, 65:2,
73:14, 87:10,
87:11, 87:23,
95:16
giving
84:1
go
8:3, 10:23,
11:4, 18:5,
19:18, 20:4,
35:18, 38:12,
38:13, 41:8,
44:15, 46:14,
47:24, 52:22,
53:13, 57:3,
57:9, 63:17,
66:25, 68:12,
69:12, 69:14,
73:14, 76:19,
82:5, 84:10,
86:24, 89:20,
91:15, 91:16,
97:9, 97:11
goes
8:13, 24:11,
53:16, 59:5,
76:12, 96:22
going
8:2, 8:4, 8:7,
8:8, 9:4, 10:12,
10:15, 11:21,
13:22, 15:14,
24:4, 24:7,
25:1, 27:15,
30:6, 38:10,
38:20, 39:4,
39:7, 40:19,

43:3, 43:4,
43:17, 45:10,
52:14, 59:10,
60:24, 67:2,
67:7, 69:24,
71:4, 73:13,
77:6, 80:20,
86:19, 88:18,
89:15, 93:16,
96:8, 97:19
good
6:21, 7:12,
7:13, 9:6,
10:16, 10:19,
11:6, 18:20,
81:16, 83:16,
83:17
gpo
57:22, 57:24,
58:19
great
8:16, 30:19
ground
8:3
grounds
94:24
group
3:16, 3:19,
4:11, 4:22,
6:23, 6:24,
11:18, 11:24,
12:13, 14:2,
14:15, 15:7,
15:12, 15:15,
15:16, 16:20,
17:8, 18:24,
19:1, 20:19,
20:23, 21:4,
21:15, 21:17,
22:20, 23:20,
23:25, 24:17,
24:22, 26:15,
26:21, 27:23,
28:14, 31:18,
31:22, 32:7,
42:9, 42:16,
42:19, 43:6,
43:12, 43:22,

44:13, 44:14,
46:18, 48:4,
48:12, 48:16,
48:19, 49:22,
49:25, 54:14,
54:21, 55:3,
55:15, 56:25,
57:6, 57:12,
57:13, 57:17,
57:19, 57:22,
57:25, 61:2,
61:16, 71:1,
71:16, 71:22,
74:16, 79:6,
83:10, 85:9,
85:14, 86:8,
86:12, 88:3,
89:3, 90:14,
90:18, 90:23,
91:4, 91:25,
92:11, 93:14,
95:17, 97:8,
100:9, 100:10
grouped
83:22
groupiii
4:19, 30:8,
41:13, 47:16,
55:8, 55:25,
56:2, 59:12,
60:25, 67:22,
78:16, 81:8
groupiii-050
85:14
guangzhou
55:18
guess
11:14, 16:6,
40:4, 43:10,
45:20, 63:24,
68:14, 68:16,
84:6, 91:21

**H**

hand
25:12
happened
73:16, 90:4

happens
55:17
hard
40:20, 96:25
harmed
13:7
head
12:25, 21:11
heat
96:23
held
16:22, 72:17,
77:24
help
26:13
helps
26:11
here
6:4, 7:14,
13:19, 15:1,
21:7, 21:9,
21:13, 23:7,
26:7, 27:10,
27:12, 34:3,
39:16, 43:25,
44:2, 45:11,
46:3, 49:3,
53:5, 54:10,
65:14, 70:15,
73:14, 74:20,
81:13, 82:10,
89:7, 93:11
hereby
98:2, 99:14
herein
101:16
hidden
77:4
high
17:7
highlighted
59:25
highlights
36:6
hold
34:14, 66:21,
72:12
holding
67:15

holds
36:16
hole
25:1, 25:14,
36:10, 36:13,
46:14, 65:6,
65:21, 66:6,
66:8, 67:2,
67:10, 72:25,
73:21, 75:6,
75:15, 75:19,
75:20, 75:22,
76:13, 76:15,
76:18, 76:21,
76:22, 96:22
holes
92:5, 92:17,
93:23, 93:25,
94:1, 94:13,
96:18, 96:20
holistic
23:4
honest
10:16
hook
37:6, 37:12,
38:16
hope
17:14
hour
10:16
hours
96:2
hungerford
100:25, 101:25

**I**

idea
79:3
ideas
18:2
identification
14:3, 30:11,
41:15, 47:18,
54:16, 55:10,
56:3, 59:14,
61:3, 67:24,
78:18, 83:12,

85:16, 88:5,
90:25
identified
15:3, 49:23,
87:3, 88:19
identify
6:13
iii
3:16, 4:11,
4:23, 6:24,
11:18, 11:24,
12:13, 14:2,
14:15, 15:7,
15:12, 15:15,
15:16, 16:20,
17:8, 18:24,
20:19, 21:15,
21:17, 22:20,
23:20, 23:25,
24:17, 24:23,
26:15, 26:21,
27:23, 28:14,
32:7, 42:16,
42:19, 43:12,
44:13, 44:14,
46:18, 48:4,
48:12, 48:19,
49:22, 54:14,
56:25, 57:6,
57:13, 57:17,
57:22, 57:25,
61:2, 61:16,
71:1, 71:16,
74:16, 79:6,
83:10, 85:9,
88:3, 90:14,
90:18, 90:23,
91:4, 91:25,
92:11, 93:14,
95:17, 97:8,
100:9
iii's
19:1, 20:23,
31:18, 31:22,
42:10, 43:6,
43:22, 48:16,
49:25, 54:21,
55:3, 55:15,

57:12, 57:19,
71:22, 86:8,
86:12, 89:3
illustrate
91:11
illustrated
58:6
illustration
73:8, 76:4
image
35:10, 36:9,
36:13, 36:21,
36:24, 41:1,
45:12, 45:16,
45:19, 45:23,
63:9, 64:16,
70:23, 74:20,
75:5, 75:16,
77:10, 77:20,
92:4, 93:24,
96:25
images
34:1, 36:1,
61:9, 61:23,
61:25, 62:4,
62:16, 62:22,
62:25, 63:5,
75:15, 79:24
impair
9:23
implemented
51:4
improper
95:2
improved
74:3
improvement
79:6
in-house
20:2
include
42:22
included
27:7, 70:18
includes
22:23, 64:23,
100:3
incomplete
11:3

incorporating
26:16, 27:24
incorrect
11:3
indentations
92:17, 93:23,
93:25, 96:18
indicated
37:24
indicator
32:23
individual
44:7
information
11:22, 48:22,
89:9, 94:4,
100:1
infringement
11:20, 13:12,
13:15
initial
18:11, 19:19,
29:1, 68:24
inner
63:20, 64:11,
64:15, 64:18,
64:22, 65:5,
65:11, 65:17,
65:23, 66:7,
66:9, 75:10,
77:3, 93:8
input
18:1, 18:24
insert
51:15, 73:18
inside
23:19, 25:3,
25:6, 25:14,
25:19, 25:21,
26:5, 26:9,
28:5, 35:12,
37:7, 38:17,
38:21, 39:15,
45:21, 46:5,
51:19, 51:21,
51:22, 66:15,
66:20, 66:24,
72:24, 75:3,

76:1, 76:12,
76:23, 76:25,
77:5, 77:20,
78:4, 93:7,
93:21
**instant**
28:8
**intellectual**
42:21
**intend**
43:24
**intercepts**
18:1
**interest**
53:12
**interested**
100:15
**interior**
52:1, 66:21
**internal**
37:3, 38:25,
66:13, 67:7,
78:10, 84:21
**internally**
37:5, 41:8
**international**
1:10, 6:7,
6:17, 11:18,
11:24, 12:1,
12:4, 12:5,
13:20, 15:15,
23:9, 83:25,
99:6
**international's**
4:10, 14:2,
14:14, 15:4
**internet**
54:24
**interruption**
54:23
**introduce**
41:11, 47:14,
67:20, 81:6,
85:12, 90:21
**inventory**
21:15, 84:6
**invoice**
4:17, 56:1,

56:10, 57:5,
57:14, 58:15,
58:17, 58:20
**involved**
18:18, 22:8
**involves**
23:13
**involving**
11:17, 12:22
**issue**
48:4, 48:12
**item**
50:6, 56:13,
58:7, 58:12,
59:4, 60:15,
68:23, 69:19,
69:21, 71:9,
73:15, 81:24,
82:7, 82:14,
82:25, 84:1,
84:5, 84:7,
84:8, 84:19,
84:20, 84:24,
86:5, 96:25
**items**
48:5, 68:12,
82:18
**itself**
25:3, 38:1,
39:14, 40:14,
46:7, 75:23

**J**

**j**
70:6
**jewel**
42:24
**job**
1:22, 8:16,
17:7, 17:21,
17:22
**john**
1:13, 2:1, 4:3,
6:5, 6:25, 7:17,
97:18, 98:2,
99:10, 99:15
**joined**
6:22

**joon**
3:10, 30:12,
74:9
**judge**
26:24
**judging**
93:6, 93:11,
93:18
**judgment**
97:1
**july**
49:15
**jury**
8:13

**K**

**keep**
24:12, 26:22,
27:1, 73:12,
93:9, 95:18
**keeping**
10:17, 52:2
**kept**
21:15, 40:10
**key**
17:12, 18:2,
18:25, 19:1,
19:2, 19:8
**keyhani**
3:3, 3:5, 6:18,
22:12, 22:15,
24:4, 24:5,
24:15, 26:19,
27:9, 39:3,
39:12, 40:3,
41:5, 43:3,
43:15, 46:24,
63:3, 63:12,
64:8, 64:13,
64:21, 65:1,
65:9, 65:18,
66:11, 71:18,
72:8, 72:14,
75:13, 80:3,
91:23, 92:12,
93:3, 93:16,
94:2, 94:8,
94:10, 94:15,

95:22, 96:1,
96:21, 97:4,
97:8, 97:10,
100:6
**kind**
22:20, 23:4,
23:21, 27:4,
29:4, 37:8,
51:11, 69:20,
73:7, 95:4
**kinds**
18:3
**knew**
29:10, 50:3,
50:12, 68:25
**know**
10:10, 10:18,
11:4, 11:19,
17:15, 20:8,
23:15, 24:11,
26:6, 26:11,
29:1, 29:22,
30:2, 30:13,
33:5, 33:9,
33:13, 37:11,
39:16, 41:16,
47:19, 49:12,
49:15, 50:6,
50:19, 51:2,
51:3, 53:1,
53:5, 54:6,
54:7, 55:11,
56:5, 59:15,
61:11, 61:21,
66:19, 67:25,
69:7, 70:9,
70:12, 70:15,
71:25, 74:5,
76:22, 77:8,
78:19, 79:15,
80:9, 81:9,
82:11, 83:1,
83:13, 84:9,
84:20, 85:17,
88:6, 91:1,
91:9, 92:9,
92:14, 92:16,
92:24, 92:25,

95:5, 96:22,
96:23, 96:24
**knowledgeable**
96:6
**known**
54:17

**L**

**label**
74:15
**lading**
5:4, 5:5,
85:15, 85:22,
86:7, 86:11,
86:13, 86:17,
88:4, 88:9,
88:21, 89:7,
89:10, 89:25,
90:8
**large**
21:4, 76:15,
76:18
**larger**
46:11, 75:1,
75:19, 75:24,
76:12, 76:17,
76:21
**last**
11:12, 11:13,
16:23, 44:7,
45:9
**later**
33:5, 70:9,
70:12, 70:17,
71:21
**lauderdale**
3:22, 7:20
**law**
3:19, 6:23,
10:4, 100:10
**lay**
27:13
**lead**
67:11
**leading**
22:16, 37:8
**least**
38:24

**left**
32:10, 45:12,
45:15, 49:6
**left-hand**
57:21, 58:19,
88:20
**length**
35:3
**let's**
11:13, 48:6,
49:10, 52:10,
88:14
**level**
17:8
**license**
18:10, 43:6,
43:12
**licensed**
42:20, 42:21
**licensee**
42:16
**licensor**
18:9, 41:23,
42:6, 42:9,
42:10
**likely**
53:23
**limit**
95:24
**limited**
6:6, 23:1,
24:8, 27:2,
44:24
**line**
27:17, 31:5,
63:18, 93:6,
93:20, 95:15,
96:3
**lines**
69:17, 69:18
**lining**
25:6, 25:20,
93:8
**list**
59:1, 59:5
**listed**
84:4
**listing**
42:3, 59:22

**litigation**
11:17, 11:20,
12:20, 13:11,
23:13
**little**
8:25, 13:1,
17:22, 18:23,
19:23, 25:10,
26:14, 36:17,
40:19, 40:20,
44:19, 45:11,
51:15, 54:25,
63:6, 67:14,
73:5, 81:15,
83:15, 87:23
**llc**
3:5, 100:6,
100:23, 101:23
**location**
65:4
**locations**
79:8
**long**
16:22, 17:1,
52:11, 53:10,
79:15
**look**
26:13, 26:14,
37:10, 37:14,
37:18, 37:22,
37:23, 51:5,
56:18, 57:20,
57:21, 61:5,
61:6, 61:7,
61:13, 61:20,
62:8, 63:16,
69:15, 81:11,
86:22, 87:4,
94:13
**looked**
78:8, 85:10
**looking**
30:17, 45:9,
50:6, 58:23,
61:24, 62:2,
63:5, 66:17,
70:21, 72:11
**looks**
14:4, 30:17,

35:11, 40:20,
46:3, 67:7,
68:16, 77:14,
92:16
**loud**
44:1
**luggage**
22:23, 23:3,
82:1, 84:9,
84:15, 84:22,
86:2
**lunch**
80:18, 97:11

**M**

**made**
28:25, 32:22,
47:9, 48:7,
51:3, 51:11,
51:13, 92:25
**main**
65:20
**major**
19:15
**make**
8:24, 10:23,
11:4, 16:16,
38:23, 46:1,
54:25, 56:21,
74:13, 80:18,
81:3, 82:9,
82:21, 83:15,
94:17, 96:25
**makes**
73:17
**making**
7:14, 13:8,
68:17, 95:1
**male**
35:6, 35:11,
35:15, 37:1,
51:16, 73:19,
78:2
**manager**
20:2
**managers**
20:12
**manufacturability**
74:5

manufacture
18:11, 19:19,
20:19, 44:18,
44:20, 44:24,
53:14, 54:7,
66:5
manufactured
34:25, 65:16
manufacturer
48:4, 48:13,
49:20, 54:4,
56:11, 56:24,
57:10, 57:14,
57:16, 58:8,
58:12, 58:21
manufacturers
20:22, 20:24,
21:2, 57:7
manufacturing
44:15, 65:15
many
7:24, 20:25
marazzi
83:25
mark
13:23, 30:6,
54:13, 59:10,
78:15, 83:8,
88:2
marked
14:2, 30:11,
41:15, 47:18,
54:16, 55:10,
56:2, 59:13,
61:2, 67:24,
78:18, 83:12,
85:16, 88:5,
90:25
market
20:3, 22:9,
22:21, 29:5,
43:24, 92:15
marketing
17:11, 18:1,
18:5, 19:18
marketplace
18:4, 29:3,
74:7, 92:23

marks
13:12, 97:17
marshall's
19:3
maryland
100:26, 101:26
material
47:9, 65:11,
65:20, 66:1,
73:1, 73:3,
73:4, 73:21,
74:1, 74:2,
76:1, 76:2,
77:1, 77:3,
86:4, 95:17
materials
65:13
matter
6:5, 15:21,
57:11
matters
12:22, 12:23,
13:2
maxx
19:3
maybe
26:7, 33:8
mean
13:1, 24:3,
25:10, 29:21,
32:17, 32:18,
35:2, 38:15,
44:13, 50:16,
53:3, 56:21,
58:15, 60:6,
63:9, 68:20,
70:6, 84:15,
96:22
meaning
18:21
means
41:3, 53:11,
53:22, 56:24
meant
44:17
mechanism
65:3, 65:22
media
6:4

medication
9:22
meet
15:22, 16:5,
16:10, 18:7
meeting
16:13
meetings
21:25, 22:4
meets
18:21
mentioned
11:8, 17:17,
17:23, 18:24,
19:17, 21:19,
23:3, 25:9,
31:12, 31:25,
36:9, 38:2,
42:9, 48:8,
48:11, 48:22,
50:3, 62:24,
75:1, 86:15,
91:14, 96:17
mesh
77:14, 77:23
met
15:25
method
79:7
might
8:22, 9:18,
9:23, 26:13,
27:7, 72:21,
94:1
migrated
71:8
minutes
52:12, 52:13,
80:10
misspelling
69:10
mistake
38:21
mistaken
33:8
mm-hmm
89:19, 90:2
mold
64:2

molded
47:13, 52:7,
52:9, 79:20
moment
52:21, 61:7,
71:11, 94:16
monday
1:15
monitor
6:3
more
21:22, 36:3,
51:13, 51:15,
72:21, 87:23
morning
6:21, 7:12,
7:13
mortar
19:6
most
18:9
motivated
26:15, 27:23
motivations
26:21, 26:25,
27:6
mount
24:24, 25:3,
39:18, 72:25
mounted
39:15, 72:23
mounting
25:15
mounts
23:18
mouse
63:17
move
9:5, 40:9,
51:23, 69:20
much
17:15, 29:12,
96:11, 97:12
multiple
79:8, 87:16,
92:15, 92:20
must
84:7, 84:20,

90:8, 90:17
**myself**
94:6

**N**

**n-i-x**
42:14
**name**
7:15, 11:15,
42:23, 44:7,
49:20, 70:3
**names**
21:9
**narrative**
96:13
**narrower**
40:22, 41:4
**ne**
3:12
**near**
34:13
**need**
10:17, 28:2,
34:4, 38:13,
73:6
**needs**
18:7, 18:21
**neither**
100:11
**never**
96:5
**new**
2:4, 20:10,
51:6, 51:18,
52:4, 99:13
**next**
9:6, 60:12,
60:15, 77:16,
80:10
**nod**
8:19
**nonspeaking**
95:24
**normal**
8:22
**north**
7:19
**notary**
2:3, 7:7

**note**
97:5
**noted**
27:19, 41:25,
97:20
**nothing**
68:1
**notified**
97:6
**novel**
27:4, 27:5
**november**
1:15, 6:3,
85:24, 99:11,
100:19
**number**
4:22, 30:7,
30:22, 31:8,
32:11, 32:14,
33:2, 33:25,
35:23, 41:12,
45:10, 47:15,
50:7, 50:9,
53:2, 53:21,
54:14, 55:7,
57:23, 57:24,
59:4, 59:11,
60:15, 60:16,
60:25, 61:2,
61:13, 61:16,
62:16, 67:6,
67:21, 70:1,
70:21, 77:7,
78:16, 81:7,
81:24, 82:7,
82:8, 82:25,
83:9, 84:1,
84:24, 85:13,
85:25, 86:2,
86:19, 86:23,
87:1, 87:2,
87:5, 88:3,
88:13, 88:15,
90:22
**numbered**
55:25, 71:15
**numbers**
50:15, 60:1,

62:9, 66:18,
81:23, 83:4,
87:8, 87:10,
87:11, 87:15,
87:20, 87:23,
88:13, 88:18
**nw**
3:6

**O**

**oath**
9:9, 9:12
**object**
24:7, 43:3
**objected**
22:15
**objecting**
27:18, 94:20,
94:23
**objection**
22:12, 26:20,
27:14, 39:3,
39:12, 39:13,
40:3, 41:5,
43:15, 46:24,
63:3, 63:4,
63:12, 63:13,
64:8, 64:13,
64:21, 65:1,
65:9, 65:18,
66:11, 71:18,
72:8, 72:14,
75:13, 80:3,
91:23, 92:12,
93:3, 93:16,
93:17, 94:2,
94:8, 94:17,
94:18, 95:1,
95:6, 96:21,
97:5, 97:8
**objections**
95:24, 96:12
**obtain**
95:2
**obviously**
19:4, 34:11,
36:5, 36:15,
38:15, 38:20,

39:20, 53:8,
56:12, 84:18,
90:11, 92:22
**occurred**
100:18
**ocean**
7:19
**october**
49:8, 91:20
**off-the-counter**
95:15
**off-the-shelf**
29:15, 29:18,
35:7, 69:21,
71:6, 71:9,
71:15, 71:17,
71:20, 73:8,
79:3, 92:1,
92:10, 92:15,
92:21
**offered**
79:6
**offering**
20:11
**officer**
16:25, 21:24,
99:16, 100:2,
101:4
**officer's**
101:10
**offices**
10:4
**offshore**
20:22, 21:2
**oh**
12:6, 84:17
**okay**
8:1, 8:4, 11:8,
12:16, 14:9,
15:15, 15:18,
16:19, 17:3,
17:18, 20:25,
21:12, 24:25,
25:9, 26:4,
26:5, 27:18,
28:1, 28:5,
29:5, 29:22,
30:5, 30:19,

33:2, 34:5,
35:4, 36:3,
38:16, 39:8,
44:4, 46:8,
48:11, 51:15,
53:17, 55:24,
61:20, 61:24,
63:16, 63:17,
63:18, 65:21,
66:12, 66:20,
67:5, 67:20,
69:14, 69:16,
69:24, 73:14,
77:6, 79:22,
81:1, 81:5,
81:15, 83:15,
83:16, 84:17,
86:25, 88:8,
88:10, 88:23,
90:6, 91:2,
92:18, 93:4,
94:7, 97:15
on__
101:19
once
18:11, 18:14,
40:7, 76:3
one
12:20, 16:17,
21:8, 27:11,
28:17, 30:8,
31:7, 32:4,
34:6, 35:15,
43:25, 45:21,
46:10, 48:6,
48:7, 51:9,
51:13, 52:21,
53:1, 55:17,
57:18, 64:5,
65:4, 69:10,
69:15, 69:22,
69:24, 71:11,
72:5, 73:8,
73:23, 73:24,
86:5, 88:15,
91:19, 92:16,
92:22, 92:23,
94:16, 96:24

one-piece
75:11
ones
12:24, 19:5,
22:1, 58:6
online
19:6
only
10:21, 39:22,
51:22, 75:5,
76:23, 93:19,
96:24
open
25:14
opening
47:3
openings
46:19, 46:21,
47:7
operation
15:3
operative
39:6, 39:10,
40:1, 40:24
opinions
96:4
oral
99:10, 99:17
orddt
60:4
order
4:14, 4:15,
4:16, 8:17,
18:13, 20:16,
21:13, 21:17,
47:17, 48:3,
48:12, 49:16,
50:13, 51:2,
51:4, 52:22,
53:2, 53:7,
53:9, 53:10,
53:16, 53:21,
53:23, 54:3,
54:4, 54:11,
54:15, 54:21,
55:3, 55:9,
55:15, 55:20,
55:21, 57:6,

57:13, 57:18,
57:22, 57:23,
57:25, 58:1,
58:4, 58:6,
58:15, 58:18,
58:20, 58:22,
59:4, 59:23,
60:7, 65:15,
81:22, 82:6,
82:22, 84:3,
84:5, 85:25,
86:19, 86:22,
86:25, 87:5,
87:7, 87:11,
87:15, 87:19,
87:22, 88:12,
88:17, 90:6,
90:11, 90:14
ordered
26:24, 49:18,
82:15
orders
18:14, 21:14,
48:18, 53:4,
60:9, 60:13,
60:18, 81:21,
83:1, 84:24,
85:3, 85:4,
85:6, 86:20,
89:17, 89:18
ordinary
31:18, 31:22,
43:22, 48:16,
48:19, 54:21,
55:3, 55:15,
81:20, 86:8,
86:12, 89:3
original
101:3, 101:8,
101:11
other
9:22, 12:17,
16:13, 25:11,
28:24, 29:14,
34:8, 47:7,
48:22, 49:5,
78:6, 83:5,
89:10, 93:22,

96:7, 96:20
others
29:11, 29:25
otherwise
100:15
ourselves
19:16
out
36:11, 39:1,
44:1, 47:9,
48:7, 53:14,
54:24, 65:7,
74:22, 75:17,
78:7
outcome
100:15
outer
62:21, 62:24,
63:7, 63:10,
63:19, 64:1,
64:5, 64:10,
64:19, 64:23,
65:5, 65:10,
65:17, 66:8,
75:10, 75:25,
76:2, 76:25,
77:1, 93:8
outlet
36:6, 36:14,
36:17, 36:19,
36:20, 37:9,
38:4, 38:7,
39:1, 39:14,
39:24, 40:21,
43:13, 67:12
outlining
20:6
outside
23:18, 24:1,
25:4, 25:5,
25:17, 25:24,
26:3, 26:9,
27:17, 37:2,
37:5, 37:12,
39:20, 40:15,
40:17, 43:4,
45:21, 45:24,
46:3, 46:9,

51:19, 51:24,
67:11, 72:13,
73:19, 74:1,
75:6, 77:5, 96:9
**over**
8:3, 53:2
**overall**
17:9, 64:2,
79:7
**overlook**
17:15
**overseas**
17:12
**oversight**
17:9, 21:22,
22:5, 23:5
**own**
19:12, 19:14,
20:19, 49:23,
51:14, 71:22
**owns**
21:23

**P**

**pack**
28:5
**packages**
86:1, 87:24,
88:13, 88:16
**packing**
59:1, 59:5
**page**
4:4, 4:8,
14:23, 33:24,
34:1, 34:3,
34:14, 35:20,
35:22, 35:24,
36:2, 45:9,
58:23, 58:25,
67:5, 68:13,
69:25, 70:21,
74:14, 77:6,
77:11, 77:13,
82:10, 82:17,
82:18, 83:14,
85:18, 87:10,
87:12, 87:20,
87:21, 87:22,

89:21, 101:7
**pages**
1:23, 35:22,
42:4, 62:8,
62:16, 66:17,
69:12, 71:14,
79:1
**panyu**
55:18
**parallel**
69:17
**part**
11:25, 25:21,
38:21, 40:13,
40:21, 40:22,
41:4, 43:22,
48:16, 64:2,
67:15, 69:1,
75:2, 75:19,
91:10, 93:5
**particular**
13:9, 19:11,
20:3, 23:2,
23:13, 31:8,
32:22, 32:24,
34:6, 35:5,
48:5, 51:8,
53:6, 54:11,
55:20, 58:7,
59:22, 84:3,
86:5, 96:17
**parties**
6:11, 100:4,
100:12, 101:16
**party**
43:10, 99:24
**past**
11:9, 53:4,
53:23, 96:2
**patent**
11:20, 12:10
**patents**
24:11, 27:5,
43:12
**payment**
58:21
**pc**
6:16

**pdf**
14:23
**peachtree**
3:12
**pending**
10:22
**people**
29:4
**permanently**
40:16
**permitted**
24:13, 43:5,
94:22, 95:7
**person**
27:6, 44:5
**perspective**
18:19
**phase**
65:25
**philomena**
44:6
**phone**
38:19
**phones**
28:3
**photograph**
65:14, 92:19,
93:11, 95:11
**photography**
42:3
**photos**
42:5
**physically**
37:22
**picked**
68:25
**picture**
67:1
**pictures**
44:3
**piece**
25:16, 25:20,
25:24, 39:19,
46:3, 46:5,
46:10, 46:11,
46:12, 46:13,
46:15, 64:5,
73:23, 73:25,

82:1, 93:14
**pieces**
48:9, 56:13,
56:25, 64:25,
73:24
**place**
12:21, 40:10,
40:11, 40:12,
40:17, 42:7,
52:3, 65:3,
72:1, 72:18,
77:25, 93:9,
95:18
**placed**
49:16, 53:10,
54:3, 55:21,
57:18, 58:4,
59:2, 60:9,
85:5, 87:20
**placement**
20:7
**places**
28:4, 57:7
**plaintiff**
1:7, 3:2, 6:19,
12:13, 97:7,
100:5, 101:11
**planet**
3:24, 6:10,
7:3, 100:23,
101:23
**planned**
22:1, 22:4
**planogram**
69:1
**plastic**
47:12, 47:13,
52:7, 52:9
**played**
8:12
**please**
6:13, 7:15,
24:12, 27:1,
27:2, 33:25,
36:1, 44:1,
56:4, 59:16,
66:19, 67:25,
81:9, 82:5,

82:11, 83:13,
85:17, 88:6,
94:17, 97:9
**pleasure**
97:15
**plug**
38:7, 39:6
**plugging**
38:19
**plugs**
38:11, 40:25
**po**
60:1, 81:23,
82:7
**pocket**
66:21, 77:14,
77:17, 77:23,
77:24
**point**
10:18, 11:1,
29:11, 35:8,
51:10, 63:24,
69:19, 79:12
**pointing**
74:20
**points**
20:7
**poked**
92:5
**policies**
54:6
**pompano**
56:15
**popping**
55:7
**port**
51:17, 63:24,
63:25, 64:4,
65:3, 67:4,
69:20, 71:10,
72:25, 73:17,
75:23, 76:5,
76:16, 76:24,
79:4, 79:13,
79:15, 79:25,
80:6, 85:9,
91:12, 92:1,
92:6, 92:10,

93:5, 93:9,
93:13, 95:14,
96:19
**portion**
34:13, 37:7,
38:11, 38:24,
52:2, 63:8,
63:20, 64:23,
67:14, 72:17,
73:2, 73:21,
76:17
**ports**
92:15, 92:21
**pose**
26:20
**posed**
27:14
**position**
16:20, 16:22,
16:23
**possible**
39:25, 40:4,
40:5, 40:6,
87:15
**possibly**
35:4, 70:14,
83:15
**potential**
20:2
**power**
36:6, 36:14,
36:20, 37:9,
38:4, 38:7,
39:23, 40:21,
43:13, 67:12
**predates**
24:11
**preparation**
16:3, 16:18
**prepare**
15:19, 16:11,
16:15
**prepared**
15:11
**preparing**
101:11
**present**
3:23, 20:5,

20:13, 45:19,
52:3, 62:18,
62:22, 67:17,
78:12, 96:11
**presentation**
18:12, 19:22,
19:24
**presented**
27:10, 27:12,
53:11, 68:22,
68:24, 94:21
**pretty**
8:1, 17:15,
22:7, 29:12
**prevent**
9:18
**previous**
11:3, 57:8,
69:21, 75:9,
87:2, 89:16
**price**
20:7
**prior**
15:3, 16:24,
24:8, 24:10,
24:17, 24:23,
26:17, 26:22,
26:23, 27:2,
27:8, 27:25,
32:25
**probably**
8:1, 11:13,
16:23, 21:1,
47:13, 49:11,
61:14, 79:21
**problem**
96:1
**proceed**
7:4
**proceeding**
8:9, 100:13
**process**
8:2
**produce**
15:7
**produced**
15:12, 56:11
**product**
5:6, 15:3,

17:11, 17:23,
18:13, 18:17,
18:20, 20:5,
20:6, 20:9,
20:17, 20:21,
21:14, 22:20,
31:11, 32:7,
41:24, 42:1,
43:23, 45:1,
53:4, 53:7,
53:11, 53:14,
53:25, 63:6,
70:4, 71:1,
71:3, 71:6,
72:4, 72:5,
72:12, 72:18,
74:17, 75:9,
76:5, 78:3,
78:12, 79:8,
79:17, 79:19,
79:22, 80:1,
82:1, 83:2,
84:3, 86:16,
87:3, 87:16,
90:24, 91:3,
91:4, 91:7,
91:25, 92:11,
92:25, 93:1,
93:4, 96:4, 96:7
**production**
14:23, 15:5,
48:5, 68:23,
79:21
**products**
13:13, 15:8,
15:12, 18:3,
18:7, 18:9,
18:15, 20:20,
21:16, 22:9,
23:2, 23:24,
24:9, 24:22,
26:17, 27:25,
28:11, 28:12,
28:25, 29:9,
31:7, 31:14,
32:2, 44:8,
44:25, 54:7,
62:13, 69:23,

70:3, 79:14,
80:5, 82:16,
87:17, 90:19,
91:12, 94:4
**project**
5:1, 32:10,
32:14, 69:25,
78:18, 79:1
**property**
42:22
**prototype**
44:3, 44:12,
44:13, 44:14,
44:16, 44:25,
68:24
**prototypes**
18:11, 19:19
**protrudes**
73:21
**proud**
26:3
**provide**
13:13, 22:5,
57:14, 94:22
**provided**
12:10, 12:12,
13:15, 15:21,
16:3
**providing**
22:1, 29:14
**public**
2:3, 7:7,
33:16, 33:19,
33:22, 44:21,
44:25, 45:6,
62:6, 62:19,
78:13, 79:4,
80:6
**pulichino**
1:13, 2:1, 4:3,
6:5, 6:25, 7:17,
7:18, 7:21, 9:8,
11:8, 13:17,
14:1, 14:11,
15:18, 16:19,
23:6, 23:20,
24:17, 27:9,
27:20, 28:13,

30:10, 30:13,
30:25, 33:13,
41:14, 41:17,
47:17, 47:20,
47:23, 52:11,
52:19, 54:15,
54:18, 55:9,
55:12, 56:1,
56:4, 59:13,
59:16, 61:1,
61:4, 67:23,
68:4, 74:14,
78:17, 78:20,
80:11, 80:25,
81:17, 83:11,
83:19, 85:15,
85:21, 88:4,
90:24, 91:3,
91:24, 94:11,
94:16, 95:1,
95:20, 96:15,
97:2, 97:10,
97:14, 97:18,
98:2, 99:10,
99:15
**pulichino's**
24:9
**pulling**
71:12
**purchase**
4:14, 4:15,
4:16, 47:17,
48:3, 48:12,
48:18, 52:22,
53:16, 54:4,
54:11, 54:15,
54:21, 55:3,
55:9, 55:14,
55:20, 57:6,
57:13, 57:22,
57:23, 57:25,
58:1, 58:4,
58:5, 58:11,
58:15, 58:18,
58:20, 58:22,
59:4, 83:24,
84:3, 90:6
**purpose**
47:7, 94:14,

96:20
**purposes**
13:18, 96:19
**pursuant**
2:2, 100:1,
100:16
**push**
25:14, 76:22
**put**
24:5, 25:20,
28:11, 28:18,
29:15, 29:25,
30:22, 39:25,
40:5, 52:23,
63:11, 63:17,
69:2, 79:8,
93:16
**puts**
84:21
**putting**
30:16, 55:24,
95:6, 96:9

Q

**qualified**
94:21
**quantity**
50:4, 58:7,
58:12, 59:4,
59:23, 82:14,
82:15, 84:5,
86:1
**question**
8:23, 8:24,
9:1, 9:6, 9:15,
10:9, 10:10,
10:12, 10:22,
10:23, 22:16,
24:16, 27:21,
27:22, 46:23,
47:2, 51:9,
55:1, 57:4,
62:23, 63:15,
84:13, 96:17
**questioning**
43:4, 96:3
**questions**
8:7, 9:13,

9:24, 11:3,
11:25, 12:3,
12:9, 12:11,
95:23, 97:3,
97:4, 97:11
**quick**
52:10
**quickly**
79:19, 79:20
**quite**
44:6, 47:2,
69:10, 70:14,
84:17

R

**rather**
46:7
**re-ask**
62:15
**read**
44:1, 61:8,
61:17, 61:22,
83:17, 86:24,
98:3
**readily**
29:24
**reading**
30:21
**ready**
61:21
**realize**
11:1
**really**
17:16, 18:19,
18:20, 73:9,
75:14
**reason**
93:20, 93:22
**reasons**
94:1, 101:7
**recall**
14:18, 20:23,
28:14, 28:24,
29:8, 29:10,
29:18, 47:12
**receive**
49:12
**received**
90:7, 90:14

**receiving**
18:13, 21:14
**recess**
52:16, 80:22
**recognize**
31:2, 41:19,
47:25, 56:7,
68:4, 78:22,
81:18, 83:18,
85:20, 91:7
**record**
7:16, 11:5,
22:19, 24:5,
26:20, 27:14,
38:24, 52:15,
52:18, 80:21,
80:24, 94:11,
95:2, 95:21,
96:10, 97:6,
97:19, 99:17,
100:4
**rectangle**
75:24, 76:12,
76:14
**rectangular**
34:13, 34:19,
76:17
**red**
43:1, 48:9,
67:7
**redesign**
71:21, 71:25
**redesigned**
69:20, 72:3
**refer**
38:10, 39:5,
42:24, 63:7,
82:22, 89:13
**reference**
30:14, 37:25,
60:1, 87:1
**referenced**
81:25
**references**
85:25
**referencing**
59:3
**referring**
19:7, 20:13,

37:15, 37:19,
58:18
**reflect**
33:3, 33:18,
33:21, 49:5,
50:17, 58:11,
62:5, 63:19,
79:25, 90:3,
90:18
**reflected**
57:17, 58:1
**reflects**
33:15, 85:3,
90:8, 90:13
**reg**
100:24, 101:24
**regard**
15:21
**regarding**
12:9, 13:15,
15:12, 82:18
**relate**
21:11, 43:7
**related**
34:7, 100:12
**relates**
23:7
**relating**
17:22, 43:13
**relationships**
17:12
**release**
96:23
**relevance**
11:22
**relevant**
24:9, 27:8
**remain**
75:24
**remains**
94:12
**remember**
9:24, 11:15,
12:18, 12:24,
21:7, 28:20,
44:6
**remind**
8:2

**remote**
6:4, 6:9, 28:3
**remotely**
1:14, 2:2, 6:12
**rep**
13:7
**repeat**
27:22, 37:17,
58:10, 62:23,
70:11, 95:10,
95:12
**rephrase**
24:16
**replace**
79:3
**replenish**
53:24
**replenishment**
53:3, 53:4,
53:22
**report**
4:20, 59:13,
59:21
**reported**
1:24
**reporter**
7:1, 8:18, 9:1,
19:13, 22:3,
22:17, 33:10,
58:9, 62:14,
99:13
**reporter's**
99:9
**reporting**
100:24, 101:24
**represent**
6:14
**representation**
12:23, 13:2,
13:9
**representative**
6:25, 51:14
**representing**
6:10, 7:2
**reps**
20:3
**request**
68:17

**requested**
12:11, 59:24
**requests**
14:22, 15:4
**required**
41:23
**requirements**
34:12, 100:16
**respect**
35:11, 74:23
**response**
13:19, 15:4,
15:8
**responsibility**
17:9
**result**
57:18, 90:6
**resulted**
57:6
**retail**
18:22, 19:10
**retailer**
45:2
**retailers**
19:7, 20:14
**retract**
38:14
**return**
99:22
**returned**
101:4, 101:6,
101:8
**review**
14:20, 14:22,
44:8, 61:8,
61:23, 61:25
**reviewed**
15:20, 15:24,
16:2, 16:16
**reviewing**
16:14
**revision**
32:21, 32:23,
33:1, 33:14,
70:6, 70:14
**revisions**
33:6, 70:9,
70:12, 70:17

**revolving**
12:22
**richardson**
3:11, 6:16,
100:8
**right**
8:9, 9:9, 9:16,
24:10, 25:7,
34:14, 36:13,
49:2, 49:14,
49:17, 50:10,
52:8, 53:22,
56:20, 58:5,
59:9, 62:2,
65:21, 65:22,
69:14, 69:15,
69:18, 70:1,
70:23, 74:20,
75:11, 77:13,
79:4, 80:17,
81:17, 85:6,
87:13, 88:9,
88:20, 91:19
**right-hand**
53:2
**rmr**
1:24, 2:3,
99:12, 100:22,
101:22
**rockville**
100:26, 101:26
**role**
21:20, 21:22,
23:1
**room**
10:3, 10:5,
16:8
**rotate**
59:18
**rubber**
46:4, 47:12
**rule**
100:17, 101:1,
101:15
**rules**
8:3, 95:25
**run**
37:2, 37:7,

38:25
**running**
66:14, 79:21
**runs**
38:20, 66:24

**S**

**sa**
6:7, 6:17,
31:8, 32:1,
32:14
**said**
12:2, 15:24,
17:18, 19:22,
20:16, 21:13,
32:20, 38:14,
39:17, 41:7,
43:18, 48:24,
53:21, 54:2,
58:10, 58:14,
59:19, 60:9,
64:10, 68:19,
69:4, 70:22,
70:25, 71:5,
73:20, 74:19,
75:9, 82:21,
92:24, 93:19,
100:2
**saj**
70:2
**sale**
44:18, 44:20,
44:21, 44:24
**sales**
12:22, 13:2,
13:6, 13:7,
13:8, 17:11,
20:2, 20:12
**sam's**
19:3
**same**
29:11, 31:23,
32:4, 45:5,
48:20, 53:4,
57:10, 59:3,
59:7, 60:16,
64:18, 66:13,
72:4, 72:7,

72:10, 72:24,
73:6, 78:6,
87:22, 89:8,
89:9, 94:13,
96:21, 98:4
**sample**
68:17
**samsonite**
1:9, 4:9, 6:6,
6:17, 13:20,
14:1, 14:14,
15:4, 23:9, 99:6
**saw**
14:18, 26:18,
50:20, 57:7,
59:8, 83:5,
95:12
**say**
7:25, 19:5,
19:7, 20:12,
21:1, 21:4,
30:4, 36:22,
37:14, 37:18,
37:22, 43:10,
44:20, 44:23,
51:7, 63:10,
68:14, 68:15,
79:18, 79:20,
84:11, 92:18,
93:7, 94:18,
94:25, 95:9
**saying**
67:10
**says**
44:1, 44:3,
44:12, 53:2,
56:19, 57:21,
58:19, 60:4,
84:9
**scansmart**
34:9, 48:9
**schuppert**
3:24, 6:10
**scope**
24:7, 24:13,
26:23, 27:2,
43:4, 43:5,
95:7, 95:23,

96:9
**scott**
3:18, 6:23,
16:6
**screen**
14:5, 14:7,
30:16, 30:25,
47:19, 53:19
**scroll**
73:10, 73:11,
89:12
**searched**
29:23
**second**
30:8, 53:6,
58:23, 60:3,
67:1, 82:10,
82:17, 82:23,
87:12, 87:21,
87:22
**secondly**
53:8
**section**
67:3
**secure**
24:14
**seeing**
46:2, 48:23,
48:24, 56:16,
72:22, 96:24
**seen**
14:11, 82:9,
91:10
**sees**
96:7
**select**
92:21
**sell**
23:20, 24:18
**selling**
69:2
**sells**
23:25
**send**
87:16
**sense**
10:24
**separate**
46:10, 64:25

sequence
65:19, 66:3
serve
18:3, 96:20
served
97:7, 101:16
serving
20:3
setting
19:10
sew
25:4, 25:5,
25:18, 39:20,
65:25, 66:7,
66:8, 73:22,
75:25, 77:1
sewed
46:4, 64:11
sewing
40:8, 40:17
sewn
25:7, 25:21,
25:25, 26:4,
26:10, 36:7,
40:14, 45:22,
46:11, 51:25,
65:10, 65:13,
65:24, 73:3,
74:1, 93:9,
93:13, 93:20,
95:16
sg-x
5:2, 78:18,
79:1
sheath
71:14
sheet
4:12, 4:25,
28:16, 30:10,
31:5, 31:13,
32:1, 32:6,
33:3, 37:23,
67:24, 68:9,
68:13, 72:21,
79:2, 86:20,
87:2, 98:7,
101:3
shelves
69:2

ship
18:15, 49:21,
54:10, 58:8,
58:13, 59:24,
81:22, 82:6,
90:8, 90:12,
90:18
shipment
48:5, 56:14,
57:16, 59:3,
59:6, 59:7,
85:23, 88:11
shipments
60:2
shipped
49:22, 56:14,
56:25, 60:12,
60:13, 81:21,
82:15, 82:22
shipping
56:18
shorthand
99:13
should
69:11
shoulder
36:4, 37:8,
38:25, 45:13,
45:15, 46:15,
65:6, 65:16,
66:6, 66:7,
66:15, 66:25,
67:11
show
26:12, 42:4,
62:17, 89:21
showing
30:22, 34:2,
36:2, 77:20
shown
33:14, 35:20,
36:24, 49:18,
49:21, 53:19,
58:24, 60:9,
62:4, 62:25,
69:21, 79:24,
80:7, 84:25,
86:13, 101:16

shows
34:6, 59:7,
67:6, 70:23,
76:4, 77:14,
89:18
sic
42:15
side
24:24, 28:6,
34:9, 35:5,
36:7, 37:6,
37:13, 53:2,
72:15, 72:16,
76:5
sides
36:19, 45:20
signature
98:10, 99:21,
101:6
signature-5tm1q
100:20
signature-bi6ds
101:20
signed
44:4, 98:7
similar
46:5, 53:23,
58:6, 72:20,
93:13, 95:17
similarly
9:4
simultaneous
91:13, 94:9
since
63:5
single
93:14
singular
46:12, 46:13
sir
7:12
sitting
10:1, 10:3,
16:8, 21:7,
70:15, 76:1
six
7:25, 11:9
size
50:17, 50:18,

64:18, 75:22
skill
27:6, 27:11
slides
67:3
small
22:24
smaller
75:5, 75:16,
76:14
smiley
3:18, 6:23,
16:6
snh
21:10
sold
24:23, 33:16,
33:19, 33:22,
44:25, 45:1,
45:6, 50:23,
60:20, 62:5,
62:11, 62:19,
67:18, 68:25,
78:12, 80:5,
85:8
solid
73:24
solve
29:6
some
8:7, 12:22,
15:7, 15:20,
17:25, 19:10,
21:2, 21:18,
23:24, 26:13,
41:25, 48:22,
53:15, 68:11,
87:15, 87:17,
89:6, 91:10,
92:1, 92:5,
95:3, 95:4,
96:8, 97:4
somehow
13:7
someone
94:6
something
26:22, 27:1,

28:10, 29:4,
31:17, 32:25,
49:11, 73:12,
74:6, 79:5,
84:18, 95:16
**somewhat**
76:6
**somewhere**
91:18
**son**
21:23
**sorry**
12:2, 14:6,
15:23, 15:24,
26:19, 33:20,
38:12, 38:13,
47:23, 52:21,
56:23, 57:3,
63:12, 76:7,
76:8, 77:10,
80:13, 84:11,
84:15, 84:17,
89:20, 94:10,
96:15
**sort**
96:12
**sound**
9:6, 10:19,
11:6
**sounds**
22:7
**sourced**
20:21
**sourcing**
17:12
**speak**
16:10
**speaking**
30:13, 32:4,
57:11
**speaks**
81:20
**spec**
37:11, 37:15,
37:19, 37:24,
68:13, 72:21
**special**
35:3

**specially**
34:25
**specific**
21:6, 29:8,
51:2, 51:4
**specifically**
17:24, 43:14,
47:13, 68:21,
69:23, 70:25,
91:9
**specification**
4:12, 4:24,
30:10, 31:5,
31:13, 31:21,
32:1, 32:6,
37:15, 37:19,
67:24, 68:8
**specifics**
41:25
**spell**
42:13
**spoke**
35:6, 82:8,
84:2, 86:6, 87:3
**spontaneous**
21:25
**spreadsheet**
60:10
**spring**
28:21
**square**
36:18, 75:1,
75:5, 75:16,
75:20
**st**
3:13
**stability**
46:6, 65:2
**stamped**
30:15
**stand**
52:14, 80:20,
97:17
**standard**
35:1, 35:2,
35:6, 84:7
**standpoint**
35:3, 74:4

**stands**
57:24
**start**
8:23, 17:19,
26:16, 27:23,
44:15, 84:25
**started**
17:20, 31:9,
68:15, 68:16,
79:16, 88:14
**starting**
4:21, 61:1,
61:12, 61:16,
81:7
**starts**
37:4, 50:9,
82:25
**state**
2:4, 6:14,
7:15, 99:13
**stated**
95:25
**states**
1:1, 99:4
**stay**
65:3
**stays**
25:15, 73:1,
76:25
**step**
42:8, 69:24
**stephenson**
3:4, 6:19
**sticks**
26:9
**still**
51:18, 52:3,
70:17
**stitch**
93:6, 93:19,
93:20, 93:22,
95:15
**stitched**
64:25, 65:6
**stitching**
36:18, 63:18
**stock**
53:24

**stop**
69:14
**store**
69:3
**stored**
34:7
**stores**
83:25
**strap**
37:8, 37:13,
38:16, 38:20,
38:25, 39:18,
45:16, 46:15,
65:7, 65:12,
65:16, 65:21,
66:6, 66:7,
67:1, 67:3,
67:11, 77:3
**straps**
36:4, 45:13,
66:15
**street**
3:6, 3:12
**strike**
44:22, 79:23,
89:23
**structure**
15:2, 33:15,
33:19, 33:22,
66:14, 79:25
**structured**
72:19
**style**
28:17, 31:8,
48:9
**subject**
12:7
**submit**
41:23, 57:13
**submitted**
58:21, 99:19
**subpoena**
2:2, 4:11,
13:20, 14:2,
14:14, 15:8,
97:7
**subsequent**
42:4, 69:9,

69:12
**subsequently**
71:8
**subsidiary**
42:11
**substances**
9:23
**suggests**
95:16
**suite**
3:21, 100:25,
101:25
**summary**
5:3, 81:19,
83:11, 83:22,
86:19
**supplementary**
86:22
**suppliers**
48:8
**sure**
11:5, 16:17,
27:23, 46:1,
46:22, 47:1,
47:3, 52:24,
54:25, 56:21,
74:13, 82:9,
82:21, 84:17,
87:17, 92:24,
96:15
**surface**
25:2, 39:23,
73:3, 74:23
**surrounding**
46:9, 63:21
**surrounds**
75:2
**suspect**
29:21
**swiss**
84:1
**swissdigital**
1:5, 6:6, 6:20,
23:8, 99:2
**swissgear**
19:14, 42:23,
43:1, 49:24,
49:25, 54:10

**switzerland**
41:24, 42:12
**swore**
9:8
**sworn**
7:3, 7:6, 99:16

**T**

**tab**
34:11
**take**
8:18, 10:15,
10:18, 52:10,
61:7, 61:20,
63:16, 80:10
**taken**
99:11, 100:3,
100:14
**taking**
42:8, 69:24
**talked**
34:9, 52:6
**talking**
24:19, 32:3,
34:22, 36:23,
38:18, 45:17,
62:22
**talks**
34:10, 36:5
**target**
19:2, 68:9,
68:20, 68:21,
68:22, 68:24,
68:25, 81:21,
81:23, 82:16,
83:25, 85:23,
87:17, 89:17
**targus**
11:18, 12:1,
12:4, 12:5,
12:11
**technical**
54:23
**technology**
43:13
**tell**
9:9
**terms**
13:6, 22:8,

35:4, 35:7,
36:3, 65:15,
72:22, 74:3,
82:1, 87:23
**territory**
13:9
**testified**
7:7, 89:9,
91:24
**testify**
15:1, 15:11
**testimony**
9:2, 12:7,
23:7, 24:14,
43:5, 53:17,
81:3, 82:12,
82:18, 94:23,
95:3, 95:5,
96:8, 98:4,
98:5, 99:17,
100:2
**texas**
1:2, 6:7, 99:6,
100:24, 101:24
**text**
61:8, 61:23
**th**
3:6, 44:5,
49:8, 56:20,
68:9, 68:16,
68:18, 79:2,
85:24, 88:15
**thailand**
21:3
**thank**
7:11, 7:14,
13:17, 24:14,
24:15, 28:13,
30:24, 35:9,
52:20, 54:12,
55:6, 81:1,
81:16, 87:25,
95:20, 97:2,
97:12, 97:13,
97:15
**themselves**
6:14
**therefor**
101:7

**thing**
39:23, 46:8,
69:16, 72:24,
76:23, 76:24
**things**
17:16, 33:2,
73:16
**think**
17:14, 20:16,
21:13, 22:18,
27:16, 28:17,
28:21, 33:7,
35:2, 42:4,
42:7, 44:6,
54:24, 56:19,
58:10, 58:14,
69:9, 69:10,
71:17, 73:8,
73:11, 74:3,
76:4, 76:21,
80:10, 81:25,
88:9, 91:18,
93:25, 94:4
**thinking**
38:14, 38:18
**third**
32:23, 43:10,
53:6, 82:23
**third-party**
6:24, 20:22,
20:24
**thought**
52:7
**through**
25:1, 25:14,
28:6, 37:8,
38:16, 38:20,
39:18, 39:23,
40:15, 40:16,
41:8, 46:14,
51:25, 61:6,
61:7, 61:19,
61:21, 65:10,
66:14, 66:25,
67:2, 72:25,
73:22, 74:2,
75:21, 76:16,
76:20, 76:23,

76:24, 89:12,
92:5, 93:21,
96:23
**throughout**
96:13
**time**
6:3, 7:14,
10:17, 11:12,
21:1, 21:25,
29:11, 30:1,
32:21, 35:8,
51:10, 52:15,
52:18, 53:9,
59:22, 80:21,
80:24, 81:4,
97:13, 97:19,
97:20, 99:23,
100:2
**times**
7:24, 7:25,
11:9, 12:17,
20:7
**tj**
19:3
**today**
6:9, 7:2, 7:15,
9:20, 10:1,
15:11, 15:19,
16:8, 16:18,
21:7, 23:7,
70:15, 81:25,
94:23
**today's**
6:2, 16:15
**together**
64:25, 65:6
**took**
12:21, 29:15,
42:6, 71:25
**top**
12:25, 21:11,
32:10, 39:17,
40:21, 40:25,
45:12, 49:2,
49:14, 56:19,
66:9, 67:2,
67:3, 67:6,
69:11, 70:1,

88:9, 89:24,
90:13, 92:5,
96:18
**topic**
15:1
**topics**
14:23, 15:2
**tourism**
55:18
**track**
10:17
**trademark**
12:20, 13:10,
13:16
**transcribe**
9:2
**transcript**
8:24, 99:16,
99:19, 101:12
**transcription**
98:5
**travel**
22:22, 22:23,
22:25, 23:3,
28:2, 86:2
**traveling**
28:9
**trcp**
100:17, 101:1
**treading**
27:16
**trial**
8:13
**trombetta**
1:24, 2:3, 7:2,
99:12, 100:22,
101:22
**true**
98:4, 99:17
**truth**
9:9
**truthfully**
9:16, 9:19
**try**
9:4, 10:15,
95:3
**turn**
35:22

**turning**
33:24
**two**
21:10, 35:22,
36:4, 45:20,
53:1, 64:24,
65:13, 69:17,
73:16, 73:23,
79:1
**typical**
8:22, 41:22,
43:19, 48:3,
48:12, 86:4

---

| U |
|---|

**ubs**
92:21
**ultimately**
18:16
**under**
9:12, 18:10,
23:15, 36:14,
101:1
**understand**
8:6, 8:14,
8:17, 9:11,
10:9, 10:13,
13:19, 23:6,
46:22, 47:2,
66:4, 94:15,
95:22, 97:3
**understanding**
20:9, 23:11,
46:2, 73:15,
74:13, 76:11
**understood**
16:17, 35:9
**unique**
71:9, 74:6,
79:6
**uniquely**
69:22
**unit**
40:17
**united**
1:1, 99:4
**unlike**
75:9

**unpack**
18:23
**unreportable**
91:13, 94:9
**until**
8:25, 9:5, 17:2
**update**
33:3
**upper**
88:19
**urs**
69:11
**usa**
1:5, 6:6, 99:2
**use**
13:13, 25:11,
26:7, 26:18,
31:6, 38:6,
69:13, 74:3,
91:12, 95:3
**user**
39:5
**using**
29:11, 29:25,
51:10, 71:6
**utilization**
71:9

---

| V |
|---|

**v-i-c-t-o-r-i-x**
42:14
**v-i-c-t-o-r-n-i-x**
42:15
**variety**
11:25, 12:3,
12:9, 29:3,
29:16, 79:9,
83:24
**velcro**
34:11
**ventilation**
46:19, 46:21
**verbal**
8:19
**verify**
13:14
**version**
71:16, 72:3,

95:15
**versus**
87:20
**victorinox**
42:11, 42:13,
42:16, 42:20,
43:6, 43:14
**video**
6:3, 6:4, 6:11,
8:12, 24:6
**videographer**
3:24, 6:2, 6:9,
7:1, 52:14,
52:17, 80:20,
80:23, 97:17
**videotaped**
1:13, 2:1,
8:12, 99:10
**view**
95:11
**viewed**
79:11, 91:20
**views**
91:21
**visible**
64:15, 75:14,
76:3
**vision**
69:16
**voice**
6:13
**vp**
20:2
**vs**
6:6

---
**W**
---

**waco**
1:3, 6:8, 99:7
**wait**
8:25, 9:4
**wallets**
22:24, 23:4
**walmart**
19:3, 55:17,
55:22, 59:25,
60:9, 88:11,
88:18, 88:24,

89:15, 89:18,
90:7
**want**
46:1, 47:21,
48:23, 61:5,
61:17, 63:6,
81:11, 81:14,
94:19, 94:25,
95:9
**wanting**
28:2
**warehouse**
56:15
**washington**
3:7
**way**
25:8, 25:22,
93:12
**we'll**
26:14, 27:15
**we're**
21:1, 46:2,
63:5
**we've**
53:11, 97:6
**web**
84:1
**webbing**
34:10
**website**
19:12, 19:14,
49:23, 49:25
**weight**
86:1, 88:13,
88:16
**weights**
87:24
**welcome**
52:19, 80:25
**wenger**
42:23, 42:25,
44:5
**wenger's**
94:3, 94:4
**went**
28:6
**weren't**
29:22, 92:24

**western**
1:2, 6:7, 99:6
**whatever**
94:18, 94:25
**whether**
30:2, 51:7,
52:25
**white**
43:1
**whoever**
20:9
**whole**
25:21, 40:17,
72:22
**wider**
36:17
**wife**
17:20
**wire**
28:6, 38:15,
38:19
**within**
11:13, 24:12
**without**
11:21
**witness**
3:16, 4:2,
6:24, 7:3, 7:6,
14:4, 27:13,
52:12, 63:14,
80:13, 80:16,
81:13, 81:15,
94:2, 94:3,
94:12, 94:20,
97:15, 99:15,
99:18, 99:20,
99:21, 100:9
**wonjoon**
6:15
**words**
25:11
**work**
8:4, 17:25,
25:22
**wouldn't**
43:7
**wrap**
25:2

**wrong**
21:9

---
**X**
---

**xiangxing**
48:7

---
**Y**
---

**yeah**
7:17, 11:14,
14:8, 16:4,
19:9, 23:17,
28:16, 32:21,
33:7, 36:20,
38:13, 40:4,
42:14, 46:6,
47:1, 50:17,
54:6, 56:20,
57:20, 58:17,
60:5, 63:11,
70:14, 72:15,
73:11, 74:11,
76:10, 76:21,
80:16, 81:13,
81:15, 81:16,
82:13, 85:2,
85:22, 86:24,
87:6, 87:9,
88:21, 89:11,
91:19, 91:20,
93:18
**year**
11:14, 12:21,
71:25
**years**
16:24, 17:2,
17:3
**yellow**
59:25
**york**
2:4, 99:13

---
**Z**
---

**zeros**
30:8
**zoom**
34:4, 40:19,
45:11, 81:14,

81:15

**$**

**$ ____**
101:10

**0**

**00**
57:24, 85:14
**00000**
30:8
**0000022**
67:22
**0000087**
59:12
**000017**
47:16
**000018**
41:13
**000021**
54:14
**000038**
55:8
**000045**
4:19, 55:25,
56:2
**000048**
81:8
**000052**
88:3
**000088**
83:10
**000094**
78:16
**000096**
4:23, 60:25,
61:2, 61:16
**000117**
90:23
**00050**
85:14
**00196**
1:8, 6:8, 99:1
**0020**
45:10
**0025**
70:22
**0026**
77:8

**0037**
74:15
**006**
33:25
**00695241238**
86:25
**008**
35:23
**02**
99:25
**05**
1:16, 6:4,
99:25
**069524**
86:24

**1**

**10**
1:16, 4:24,
6:4, 62:17,
67:21, 67:23,
68:7, 72:11,
74:14, 77:7,
80:21, 99:25
**101**
1:23
**102**
62:9, 62:17,
71:15
**103**
62:9, 62:17,
71:15
**1050**
3:6
**11**
5:1, 52:15,
52:18, 78:15,
78:17, 79:24
**111**
66:18
**112**
66:18, 67:6
**115**
61:19, 61:21
**1180**
3:12
**12**
80:21, 80:24,

81:7, 82:23,
88:15, 97:19,
97:20
**13**
5:3, 68:9,
68:16, 68:18,
83:9, 83:11,
83:18, 84:25,
87:4
**14**
4:9, 5:4,
14:23, 52:15,
85:13, 85:15,
87:14, 89:16
**15**
5:5, 57:24,
88:2, 88:4,
89:2, 89:17,
89:21, 100:19
**16**
5:6, 90:22,
90:24, 91:4,
91:8, 92:4,
93:24
**17**
85:24
**18**
79:2
**1984**
17:20
**1994**
17:2, 17:4,
17:19, 22:9
**11g**
84:10, 84:15

**2**

**20**
21:1
**20007**
3:7
**2014**
30:3
**2016**
28:1, 28:20,
28:22, 28:23,
29:10, 29:19,
29:20, 31:10,

42:7, 42:17,
44:4, 45:4,
48:6, 48:25,
49:8, 49:15
**2017**
56:13, 56:17,
56:20, 57:1,
59:8, 68:10,
68:18, 72:2,
79:2, 79:22,
85:25, 88:15,
89:25, 91:20
**2019**
17:3, 17:4,
21:19, 22:9,
24:18, 24:23,
26:17, 27:25
**2023**
1:15, 6:3,
99:11, 100:19
**203**
100:17, 101:1
**203.3**
101:15
**20850**
100:26, 101:26
**21**
3:13
**22**
42:7
**2200**
7:19
**2239**
57:24
**23**
1:8, 6:8, 99:1
**24**
52:18, 70:22
**25**
44:4, 44:5,
45:4
**267**
79:10
**27**
5:2, 48:6,
48:25, 49:15,
78:18, 79:1
**2nd**
91:20

**3**

**3,807**
56:13, 56:25
**30**
3:6, 4:12,
49:8, 56:20
**30309**
3:14
**33309**
3:22
**34**
80:24
**3rd**
56:17, 56:19,
56:20, 56:22,
56:23, 59:8

**4**

**400**
100:25, 101:25
**41**
4:13
**433**
100:27, 101:27
**451**
100:25, 101:25
**47**
4:14
**4767**
100:27, 101:27
**4th**
89:25

**5**

**500**
3:21, 48:9,
50:4
**513420**
1:22
**5358**
28:17, 28:19,
28:23, 31:8,
32:1, 32:2,
32:14, 34:16,
39:10, 42:17,
45:5, 48:9,
50:4, 50:10,

50:13, 50:15,
55:19, 56:11,
56:25, 60:16,
60:18, 60:20,
62:5, 62:13,
62:19, 66:12,
67:17, 70:3,
71:5, 71:13,
71:22, 72:4,
77:24, 78:2,
79:9, 79:16,
83:5, 91:25,
92:11
**54**
4:15
**55**
4:16
**55,000**
91:21
**56**
4:17
**58**
97:19, 97:20
**59**
4:20

**6**

**60**
79:10
**6067**
70:2, 70:4,
70:13, 72:5,
72:12, 72:18,
74:17, 75:6,
77:21, 78:3,
78:12, 80:1,
80:5, 81:24,
83:1, 83:2,
83:23, 84:2,
84:25, 85:4,
85:8, 86:6,
86:16, 87:3,
87:18
**61**
4:21
**6400**
3:20
**67**
4:24

**686**
100:24, 101:24
**6:-cv--ada**
1:8, 6:8, 99:1

**7**

**7101**
88:20, 88:23
**78**
5:1

**8**

**83**
5:3
**85**
5:4
**88**
5:5
**888**
100:27, 101:27

**9**

**90**
5:6, 11:14
**96**
61:17, 61:18,
61:20