# EXHIBIT 17

# PURCHASE ORDER

| P/O NUMBER | TYPE | PAGE |
|---|---|---|
| 223197-00 | 01 | 1 |

| P/O DATE | ORDER TYPE | CHANGE/CANCEL |
|---|---|---|
| 1/12/2017 | Normal | |

**Group III International Ltd.**
2981 West McNab Road
Pompano Beach, FL 33069
Phone 954 984 1607  Fax 954 984 1790

**ORDERED FROM**
XIANGXING(FUJIAN) BAG&LUGGAGE GROUP CO.,
NO. 336, LONGJIANG ROAD
FUJIAN PROVINCE
FUQING, CHINA

**SHIP TO**
Cust. SWISSGEAR.COM
GROUP III INTERNATIONAL
2981 West McNAB ROAD, Suite # 1
POMPANO BEACH, FL 33069 USA

Order No: REPLENISHMENT

| BUYER | TERMS | ACKNOW-LEDGE | CONFIRM | SHIPPING TERMS | SHIP VIA | DESTINATION PORT |
|---|---|---|---|---|---|---|
| GROUP III INT'L | 40 days | No | No | FOB China | Default | |

| LINE NUMBER | QUANTITY ORDERED BLANKET TYPE | UOM | OUR ITEM NUMBER DESCRIPTION/COMMENTS | YOUR ITEM NUMBER | REQUESTED DATE UNIT PRICE | CHANGE/CANCEL |
|---|---|---|---|---|---|---|
| 1 | 1,000.0000 | EA | 5358201421<br>18.5" SCANSMART/ BLACK/ RED | | 5/15/2017<br>Ext Price = | |
| 2 | 2,500.0000 | EA | 6752201409<br>18" Scansmart Backpack Black/ Red | | 5/15/2017<br>Ext Price = | |

crd 5/15/17 eta fl 6/24/17

Ext Price Total =

** See our terms and conditions attached **

GROUPIII000021
ORDERED BY _____