# EXHIBIT 18



# PURCHASE ORDER

| | |
|---|---|
| **P/O NUMBER** | 223916-00 |
| **TYPE** | 01 |
| **PAGE** | 1 |

| P/O DATE | ORDER TYPE | CHANGE/CANCEL |
|---|---|---|
| 5/26/2017 | Normal | Change |

**GROUP III**
Group III International Inc.

2981 West McNab Road
Pompano Beach, FL 33069

Phone 954 984 1607  Fax 954 984 1790

**ORDERED FROM**
QUANZHOU FANGYUAN TOURISM DAILY CO., LTD
NO. 142 XINGXIU ROAD
TAIWANESE INVESTMENT ZONE
QUANZHOU, FUJIAN,  CHINA

**SHIP TO**
Cust. WALMART          Order No: REPLENISHMENT
GROUP III International
2981 West McNAB ROAD, Suite # 1
POMPANO BEACH, FL 33069 US

| BUYER | TERMS | ACKNOW-LEDGE | CONFIRM | SHIPPING TERMS | SHIP VIA | DESTINATION PORT |
|---|---|---|---|---|---|---|
| GROUP III INT'L | 60 DAYS | No | No | FOB China | Default | |

| LINE NUMBER | QUANTITY ORDERED BLANKET TYPE | UOM | OUR ITEM NUMBER DESCRIPTION/COMMENTS | YOUR ITEM NUMBER | REQUESTED DATE UNIT PRICE | CHANGE/CANCEL |
|---|---|---|---|---|---|---|
| 1 | 3,900.0000 | EA | 5358201421 18.5" SCANSMART/ BLACK/ RED | | 10/1/2017 | |

Ext Price  =  ▮▮▮0

crd 10/01/17 eta fl 11/16/17

Ext Price Total  =  ▮▮▮

** See our terms and conditions attached **          GROUPIII000038
                                                        ORDERED BY