# EXHIBIT 19



**QUANZHOU FANGYUAN TOURISM DAILY CO.,LTD**

NO.142 XINGXIU ROAD,TAIWANESE INVESTMENT ZONE,QUANZHOU,FUJIAN,CHINA

NO.JD0838
DATE:Aug.1th, 2017

# COMMERCIAL INVOICE

Fax:86-595-87599300   Cable:(Huian)
TO:M/S    GROUP III INTERNATIONAL
ADD.: 2981 W.McNab Road Suite #1, Pompano Beach, Florida, 33069
Tel: 954-676 -5247   Fax:   954-676-5374
Per S.S.  CMA CGM BUTTERFLY V.033TNE  From XIAMEN, CHINA To MIAMI
Shipment Date: Aug.3th, 2017    Payment:  T/T

| Marks | Package | Description | Quantity | Unit price&Terms FOB XIAMEN | Amount USD |
|---|---|---|---|---|---|
| SWISS GEAR | | | | | |
| PO# | | | | | |
| Style # | | | | | |
| Color: | | | | | |
| QTY: | | | | | |
| Carton #OF | | | | | |
| Manufactured & Distributed by: | | | | | |
| Group III International, LTD | | | | | |
| 2981 W McNab Road | | | | | |
| Pompano Beach, FL  33069 | | | | | |
| Made in China | | | | | |
| **GPO:223915-00** | | MATERIALS :100% POLYESTER BAGS | | | |
| 5358201421 | | 18.5" SCANSMART/ BLACK/ RED | 3807 PCS | $ ▮ | US$▮ |
| **TOTAL:** | | | 3807 PCS | | US$▮ |

SAY TOTAL ▮.
MANUFACTORY: QUANZIIOU FANGYUAN TOURISM DAILY CO.,LTD
ADDRESS:NO.142 XINGXIU ROAD, TAIWANESE INVESTMENT ZONE, QUANZHOU, FUJIAN, CHINA

GROUPIII000045


**QUANZHOU FANGYUAN TOURISM DAILY CO.,LTD**

NO.142 XINGXIU ROAD,TAIWANESE INVESTMENT ZONE,QUANZHOU,FUJIAN,CHINA

NO. JD0838
DATE: Aug.1th, 2017

# PACKING LIST

Fax:86-595-87599300  Cable:(Huian)
TO:M/S     GROUP III INTERNATIONAL
ADD.: 2981 W.McNab Road Suite #1, Pompano Beach, Florida, 33069
Tel: 954-676 -5247   Fax:   954-676-5374
Per S.S. CMA CGM BUTTERFLY V.033TNE  From XIAMEN, CHINA To MIAMI
Shipment Date: Aug.3th, 2017 Payment:  T/T

| Marks | Package | Description | Quantity | CTNS | KGS | KGS | CBM |
|---|---|---|---|---|---|---|---|
| SWISS GEAR | | | | | | | |
| PO# | | | | | | | |
| Style # | | | | | | | |
| Color: | | | | | | | |
| QTY: | | | | | | | |
| Carton #OF | | | | | | | |
| Manufactured & Distributed by: | | | | | | | |
| Group III International, LTD | | | | | | | |
| 2981 W McNab Road | | | | | | | |
| Pompano Beach, FL  33069 | | | | | | | |
| Made in China | | | | | | | |
| **GPO:223915-00** | | MATERIALS :100% POLYESTER BAGS | | | | | |
| | 5358201421 | 18.5" SCANSMART/ BLACK/ RED | 3807 | ▮ | ▮ | ▮ | ▮1 |
| **TOTAL:** | | | **3807** | ▮ | ▮ | ▮ | ▮ |

SAY TOTAL ONE THOUSAND TWO HUNDRED AND SIXTY NINE CARTONS ONLY.
TOTAL: (67.31CBM:)
GROUPIII000046