# Exhibit 20

| Ord No | Ord Dt | Shipped Dt | Item No | Loc | Item Desc 1 | Qty Ordered | Qty To Ship | Request Dt | Unit Cost | Billed Dt | Cus No | Line | Oe Po No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 558111 | 11/22/2017 | 11/28/2017 | 5358201421 | FL | 18.5" SCANSMART/ BLACK/ RED | 6.0000 | 6.0000 | 11/24/2017 | | 11/29/2017 | WAL | 4 | 0056715907 |
| 564453 | 11/29/2017 | 12/4/2017 | 5358201421 | FL | 18.5" SCANSMART/ BLACK/ RED | 3.0000 | 3.0000 | 12/1/2017 | | 12/5/2017 | WAL | 4 | 0456716075 |
| 555441 | 11/15/2017 | 11/20/2017 | 5358201421 | FL | 18.5" SCANSMART/ BLACK/ RED | 6.0000 | 6.0000 | 11/17/2017 | | 11/21/2017 | WAL | 4 | 1456715632 |
| 564456 | 11/29/2017 | 12/4/2017 | 5358201421 | FL | 18.5" SCANSMART/ BLACK/ RED | 3.0000 | 3.0000 | 12/1/2017 | | 12/5/2017 | WAL | 4 | 1456715844 |
| 567917 | 12/5/2017 | 12/11/2017 | 5358201421 | FL | 18.5" SCANSMART/ BLACK/ RED | 3.0000 | 3.0000 | 12/8/2017 | | 12/12/2017 | WAL | 4 | 1456715948 |
| 558116 | 11/22/2017 | 11/30/2017 | 5358201421 | FL | 18.5" SCANSMART/ BLACK/ RED | 6.0000 | 6.0000 | 11/24/2017 | | 11/30/2017 | WAL | 4 | 2356666426 |
| 564458 | 11/29/2017 | 12/4/2017 | 5358201421 | FL | 18.5" SCANSMART/ BLACK/ RED | 3.0000 | 3.0000 | 12/1/2017 | | 12/5/2017 | WAL | 4 | 2356666538 |
| 558120 | 11/22/2017 | 11/30/2017 | 5358201421 | FL | 18.5" SCANSMART/ BLACK/ RED | 6.0000 | 6.0000 | 11/24/2017 | | 11/30/2017 | WAL | 4 | 2506666556 |
| 555450 | 11/15/2017 | 11/20/2017 | 5358201421 | FL | 18.5" SCANSMART/ BLACK/ RED | 6.0000 | 6.0000 | 11/17/2017 | | 11/21/2017 | WAL | 4 | 2556715604 |
| 558124 | 11/22/2017 | 11/30/2017 | 5358201421 | FL | 18.5" SCANSMART/ BLACK/ RED | 6.0000 | 6.0000 | 11/24/2017 | | 11/30/2017 | WAL | 3 | 2706666320 |
| 558126 | 11/22/2017 | 11/30/2017 | 5358201421 | FL | 18.5" SCANSMART/ BLACK/ RED | 6.0000 | 6.0000 | 11/24/2017 | | 11/30/2017 | WAL | 4 | 2756666551 |
| 564468 | 11/29/2017 | 12/4/2017 | 5358201421 | FL | 18.5" SCANSMART/ BLACK/ RED | 3.0000 | 3.0000 | 12/1/2017 | | 12/5/2017 | WAL | 4 | 2756666664 |
| 564469 | 11/29/2017 | 12/4/2017 | 5358201421 | FL | 18.5" SCANSMART/ BLACK/ RED | 6.0000 | 6.0000 | 12/1/2017 | | 12/5/2017 | WAL | 4 | 2806666546 |
| 564471 | 11/29/2017 | 12/4/2017 | 5358201421 | FL | 18.5" SCANSMART/ BLACK/ RED | 6.0000 | 6.0000 | 12/1/2017 | | 12/5/2017 | WAL | 4 | 2856666604 |
| 558135 | 11/22/2017 | 11/30/2017 | 5358201421 | FL | 18.5" SCANSMART/ BLACK/ RED | 6.0000 | 6.0000 | 11/24/2017 | | 11/30/2017 | WAL | 4 | 2956745266 |
| 558138 | 11/22/2017 | 11/30/2017 | 5358201421 | FL | 18.5" SCANSMART/ BLACK/ RED | 3.0000 | 3.0000 | 11/24/2017 | | 11/30/2017 | WAL | 4 | 3056666297 |
| 555470 | 11/15/2017 | 11/20/2017 | 5358201421 | FL | 18.5" SCANSMART/ BLACK/ RED | 3.0000 | 3.0000 | 11/17/2017 | | 11/21/2017 | WAL | 4 | 3256685881 |
| 558145 | 11/22/2017 | 11/30/2017 | 5358201421 | FL | 18.5" SCANSMART/ BLACK/ RED | 3.0000 | 3.0000 | 11/24/2017 | | 11/30/2017 | WAL | 4 | 3406676375 |
| 558147 | 11/22/2017 | 11/30/2017 | 5358201421 | FL | 18.5" SCANSMART/ BLACK/ RED | 9.0000 | 9.0000 | 11/24/2017 | | 11/30/2017 | WAL | 4 | 3506676383 |
| 564488 | 11/29/2017 | 12/4/2017 | 5358201421 | FL | 18.5" SCANSMART/ BLACK/ RED | 3.0000 | 3.0000 | 12/1/2017 | | 12/5/2017 | WAL | 4 | 3506676501 |
| 567946 | 12/5/2017 | 12/11/2017 | 5358201421 | FL | 18.5" SCANSMART/ BLACK/ RED | 3.0000 | 3.0000 | 12/8/2017 | | 12/12/2017 | WAL | 4 | 3506676615 |
| 564495 | 11/29/2017 | 12/4/2017 | 5358201421 | FL | 18.5" SCANSMART/ BLACK/ RED | 18.0000 | 18.0000 | 12/1/2017 | | 12/5/2017 | WAL | 4 | 4456636939 |
| 558155 | 11/22/2017 | 11/30/2017 | 5358201421 | FL | 18.5" SCANSMART/ BLACK/ RED | 3.0000 | 3.0000 | 11/24/2017 | | 11/30/2017 | WAL | 4 | 4456695974 |
| 572112 | 12/12/2017 | 12/18/2017 | 5358201421 | FL | 18.5" SCANSMART/ BLACK/ RED | 3.0000 | 3.0000 | 12/15/2017 | | 12/20/2017 | WAL | 3 | 4456696293 |
| 567957 | 12/5/2017 | 12/11/2017 | 5358201421 | FL | 18.5" SCANSMART/ BLACK/ RED | 6.0000 | 6.0000 | 12/8/2017 | | 12/12/2017 | WAL | 3 | 6106676402 |
| 564503 | 11/29/2017 | 12/4/2017 | 5358201421 | FL | 18.5" SCANSMART/ BLACK/ RED | 3.0000 | 3.0000 | 12/1/2017 | | 12/5/2017 | WAL | 4 | 6256696019 |
| 564504 | 11/29/2017 | 12/4/2017 | 5358201421 | FL | 18.5" SCANSMART/ BLACK/ RED | 3.0000 | 3.0000 | 12/1/2017 | | 12/5/2017 | WAL | 4 | 6306696118 |
| 564509 | 11/29/2017 | 12/4/2017 | 5358201421 | FL | 18.5" SCANSMART/ BLACK/ RED | 3.0000 | 3.0000 | 12/1/2017 | | 12/5/2017 | WAL | 4 | 6856636788 |
| 564515 | 11/29/2017 | 12/4/2017 | 5358201421 | FL | 18.5" SCANSMART/ BLACK/ RED | 3.0000 | 3.0000 | 12/1/2017 | | 12/5/2017 | WAL | 4 | 8156646574 |
| 567975 | 12/5/2017 | 12/11/2017 | 5358201421 | FL | 18.5" SCANSMART/ BLACK/ RED | 6.0000 | 6.0000 | 12/8/2017 | | 12/12/2017 | WAL | 4 | 9656726034 |
| 30 | | | | | | | SUM=147.0000 | | | | | | |

GROUPIII000087