# EXHIBIT 21

**PROJECT NO.: SG-X27**  **CUSTOMER:** ---  **DATE:** APR/18/2017  **REVISE DATE:**

DATE REQUESTED: APR/18/2017
DESIGNER(S): GARRETT
CAD DESIGNER:MORGAN
1ST REVISION DESIGNER:---
2ND REVISION DESIGNER:---
3RD REVISION DESIGNER:---
4TH REVISION DESIGNER:---
FACTORY: x

PLEASE REFERENCE 3D FILES
FOR MORE INFORMATION





**DESCRIPTION: USB PORT**  **STATUS:** NEW DEVELOPEMENT

GROUPIII000094

PAGE 1







DATE: APR/18/2017    REVISE DATE:

CUSTOMER: ---

PROJECT NO.: **SG-X27**

STATUS: NEW DEVELOPEMENT

DESCRIPTION: **USB PORT**

GROUPIII000095

PAGE 2

PLEASE REFERENCE 3D FILES FOR MORE INFORMATION

USB HARDWARE AND CORD ARE MOLDED-IN AS ON THIS EXAMPLE