# Exhibit 22



| CUSTOMER: | TARGET | RQST DATE: APR/13/2017 | DUE DATE: | COMPL DATE: | PROJECT #: SA6067.J |
|---|---|---|---|---|---|

CONCEPT DESGR:
DATE: 2-13-2017
REV DESGR: Garrett
DATE:
REV DESGR: MORGAN/GARRETT
DATE: APR/11/2017
REV DESGR: GARRETT
DATE:
REV DESGR:
DATE:
REV DESGR:
DATE:

**SET SPECIFICATIONS**

| QTY | STYLE | SIZE |
|---|---|---|
| 1 | Carry on GB URS | 21.75"x 14"x 8.0" |
| 1 | GARMENT SLEEVER | W 22.5"xH 20.5"xD 1.75" |
| 1 | | |
| 1 | | |

**REMARKS:**

pls make
col. A 1pc carry-on URS+garment sleever
send to FL office before end of APR

**MATERIALS & COLORS**

| | BODY 720 DOBY | TRIM 600 POLY | ACCENT PVC |
|---|---|---|---|
| COLOR # A | BLACK | BLACK | BLACK |
| COLOR # B | | | |
| COLOR # C | | | |
| COLOR # D | | | |



**COMPONENT RULES**

| EXTERIOR LOGO | EXTERIOR 2ND LOGO | ZIPPER PULLER | ZIPPER COLOR | TOP HANDLE | SIDE HANDLE | BUMPERS & FEET | ID WINDOW |
|---|---|---|---|---|---|---|---|
| SW-E25 POWDER COATED | SG-X20 POWDER COATED | POWDER COATED / SG-08 POWDER COATED / logo no infill | EXTERIOR: #8/#6 MATCH BODY COLOR / INTERIOR: #6 MATCH BLACK | | N/A | | |

| WEBBING | TROLLEY | WHEEL | INTERIOR LAYOUT | INTERIOR LOGO | LINING | SHEETING |
|---|---|---|---|---|---|---|
| EXTERIOR: MATCH BODY / INTERIOR: MATCH BLACK | E-4 POWDER COATED H108 5-stage Trolley | 22" USE RECESSED WHEEL / WHEEL HUB shinny black | SEE PAGES 5-7, 14-16, 19, 22-23 | WOVEN LABEL SWISS+GEAR | LINING; AS 5625.A | 半透明sheeting 熱壓小田 Frosted PVC Sheeting w/NO Logo |
| PIPING | | | | | | MESH |
| BODY MAT WITH PIP | | | | | | K053 MESH (SAME AS 5625.A) |

| FACTORY: TAIJI | STATUS: NEW DEVELOPMENT | PAGE 1 OF 17 |
|---|---|---|

GROUPIII000022


REVISIONS - 5-4-17
1/ GARMENT BAG SPINNER- REMOVE VELCRO AND SNAPS, LENTH HAS INCREASED AND ADD METAL FRAME............................................. SEE PAGES 5,6,7,8
2/ ADD STITCH ON USB   ......................................................SEE PAGE  3 AND 17

REVISIONS -APR/11/2017
1/ adjust front panel as attached.........SEE P3

2/ Interior lining should be velcroed to the back wall,
    mesh pocket need to be fixed to the back wall.....SEE P6

REVISIONS -APR/11/2017
1/ all powder coated no silver metal or plastic
2/ new logo on side
3/removed the ID tag on garment sleever

REVISIONS -MAR/20/2017
1/ ADD POCKETS TO FRONT OF GARMENT SLEEVER, ADJUST THE PROPORTION TO FIT.......................SEE P.17
2/ CANCEL THE HOLES FOR THE CLOSURE STRAPS, ADD COMPRESSION/CINCH STRAPS......................SEE P.17, 19
3/ ADD TWO FLAT ZIPPER POCKETS TO THE TOP OF THE GARMENT SLEEVER INTERIOR FLAPS............SEE P. 19
4/ MOVE THE SPONGE-ROLL STRAP ON TOP OF THE GARMENT SLEEVER INTERIOR FLAPS...................SEE P. 19
5/ INCREASE THE HEIGHT OF THE CARRY-ON GB URS TO 21.75".........SEE P.1, 4
6/ REVISE INTERIOR OF CARRY-ON GB URS:
        A/ ADD WET POCKET WITH 1" VOLUME TO DOOR GUSSET PANEL.............SEE P.7
        B/ ADD MESH ZIPPER POCKET WITH 1" VOLUME TO DOOR PANEL.............SEE P.7
        C/ ADD THE CORNER POCKETS............SEE P.5
        D/ INCREASE THE WIDTH OF THE SUITER SLEEVE TO 21.5"..........SEE P. 6
7/ ADD THE 22" CARRY-ON ROLLING GARMENT BAG TO THE SPEC.......................SEE P. 20-23
        A/ UPDATE THE CARRY HANDLE TO SAME AS OTHER ITEMS IN COLLECTION....SEE P. 20
        B/ CORRECTED INTERIOR FLAPS OF 22" SOFT DUFFLE TO REFLECT SAMPLE CONSTRUCTION...SEE P. 16
8/ CORRECTED DRAWINGS TO REFLECT CORRECT MATERIAL BLOCKING
9/ CORRECTED SPEC TO MOVE ALL ITEMS TO CORRECT LAYERS
10/ CORRECT THE VELCRO BETWEEN THE LINING AND THE MESH CORNER POCKETS, THE LINING NEEDS VELCRO TO HOLD IT TO THE INSIDE OF THE CASE
        AS WELL
11/ ADDED THE RUBBER LOGO TO THE SOFT DUFFLE AND THE GARMENT SLEEVER
12/ ALL RUBBER LOGOS GO ON THE RIGHT SIDE OF THE CASE
13/ UPDATE CARRY-ON GB URS TO SMALLER ID TAG, ADD ID TAG TO GARMENT SLEEVER...........SEE P. 1, 3, 18
 REVISIONS -2/13/2017

1- Changed pvc on front panel to body fabric..........................................see page 3
2 - Changed dufffle depth to 9.0".......................................see page 12
3 - Added cinch buckle to garment sleever .....................................see page 19



**Carry on GB URS**

- BODY 720 DOBBY POLY
- TRIM 600 POLY
- ACCENT PVC



NEW LOGO
1"
ID TAG

GROUPIII000024







| CUSTOMER: TARGET | RQST DATE: APR/13/2017 | DUE DATE: | COMPL DATE: | PROJECT #: SA6067.J |
|---|---|---|---|---|

Carry on GB URS



**Mesh pocket detail from scaled drawing**
7.0"
2.5"
3.0"
1.25"
5.0"

**CANCEL THE PADDED CINCH STRAP**

Extruded thin piping on top edge
Double layer vinyl flap
2 mesh pockets gusseted with EVA
Padded cinch strap
Thin metal frame sewn in for side structure
Use a 2.5" wally grip

**WEBBING, CLIPS, BINDING, ZIPPER TAPE PVC, AND MESH MATCH BLACK**

mesh pocket
6 1/2"
4 5/8"
4"

| FACTORY: TAIJI | STATUS: NEW DEVELOPMENT | PAGE 5 OF 17 |
|---|---|---|

GROUPIII000026



| CUSTOMER: | TARGET | RQST DATE: APR/13/2017 | DUE DATE: | COMPL DATE: | PROJECT #: SA6067 J |
|---|---|---|---|---|---|

Dimension: 21.375" x 14 x 9.0"

Carry on GB URS



**CANCEL THE PADDED CINCH STRAP**

Extruded thin piping on top edge

Interior lining should be velcroed to the back wall, mesh pocket need to be fixed to the back wall.

Double layer vinyl flap

2 mesh pockets gusseted with EVA

Use a 2.5" wally grip

**INCREASE THE LENGTH OF THE SUITER SLEEVE BY 7.0" (42" TOTAL LENGTH)**

**ADD WIRE FOR STRUCTURE**

42" TOTAL LENGTH

21.5"

Padded cinch strap

**WEBBING, CLIPS, BINDING, ZIPPER TAPE PVC, AND MESH MATCH BLACK**

**MAXIMIZE THE WIDTH OF THE SUITER SLEEVE TO THE WIDTH OF THE INTERIOR OF THE CASE: APPROX 21.5" OR MORE**

| FACTORY: TAIJI | STATUS: NEW DEVELOPMENT | PAGE 6 OF 17 |
|---|---|---|

GROUPIII000027



| CUSTOMER: | TARGET | RQST DATE | APR/13/2017 | DUE DATE: | COMPL DATE: | PROJECT #: | SA6067.J |
|---|---|---|---|---|---|---|---|

Carry on GB URS



**WET POCKET WITH 1.0 INCH VOLUME**

**GUSSETTED MESH POCKET WITH 1 INCH VOLUME**

Thin metal frame sewn in for side structure

Double layer garment pad folds into the case

Double layer vinyl flap

Extruded thin piping on top edge

Use a 2.5" wally grip

**WEBBING, CLIPS, BINDING, ZIPPER TAPE PVC, AND MESH MATCH BLACK**



| CUSTOMER: TARGET | RQST DATE APR/13/2017 | DUE DATE: | COMPL DATE: | PROJECT #: SA6067.J |
|---|---|---|---|---|

Carry on GB URS

- DOUBLE LAYER LINING IN BOTTOM FLAP
- THIN METAL FRAME SEWN IN BOTTOM FLAP

FOLD
FOLD
17.5"
12.0"
42"

| FACTORY: TAIJI | STATUS: NEW DEVELOPMENT | PAGE 8 OF 17 |
|---|---|---|

GROUPIII000029



| CUSTOMER: | TARGET | RQST DATE: APR/13/2017 | DUE DATE: | COMPL DATE: | PROJECT #: SA6067.J |
|---|---|---|---|---|---|

**Carry on GB URS   21.75"x 14"x 8.0"**

CONSTRUCTION

🟨 HONEYCOMB3 / 2.5 INCH WIDE BANDS

🟩 PE BOARD



| FACTORY: TAIJI | STATUS: NEW DEVELOPMENT | PAGE 9 OF 17 |
|---|---|---|

GROUPIII000030




Top non-retractable Carry handle

**UPDATED DRAWING TO MATCH SAMPLE**

- BINDING
- BODY FABRIC
- SOFT VINYL
- = DENSE FOAM
- SRB OR DENSE FOAM

1.25"  1.0"  1.75"  2.0"  .5"  .75"

| FACTORY: TAIJI | STATUS: NEW DEVELOPMENT | PAGE 10 OF 17 |
|---|---|---|



## SW-E25

DATE REQUESTED: MAR/22/2017
DESIGNER(S): GARRETT
CAD DESIGNER: MORGAN
1ST REVISION DESIGNER:---
2ND REVISION DESIGNER:---
3RD REVISION DESIGNER:---
4TH REVISION DESIGNER:---
FACTORY: x

PLEASE REFERENCE 3D FILES
FOR MORE INFORMATION



NOTCH ALWAYS ON THE BOTTOM

BACKING PLATE
NO FINISH

LOGO PART 1
SATIN FINISH

LOGO PART 2
SATIN FINISH

### 3-PIECE LOGO

| FACTORY: TAIJI | STATUS: NEW DEVELOPMENT | PAGE 11 OF 17 |



| CUSTOMER: | TARGET | RQST DATE: APR/13/2017 | DUE DATE: | COMPL DATE: | PROJECT #: SA6067.J |
|---|---|---|---|---|---|

GARMENT SLEEVER  W 22.5"xH 20.5"xD 1.75"

- BODY
  720 DOBBY POLY
- TRIM
  600 POLY
- ACCENT
  PVC
- PPHC



add rivet, move D-ring & webbing 2.5" inward
PE/Honey comb board 17.5" long
2.5"   2.5"

2"
10"
7"
EVA backing front panel no EVA on sides of case
7.125"
22.5"

double stitching line



7.5"

| FACTORY: TAIJI | STATUS: NEW DEVELOPMENT | PAGE 12 OF 17 |
|---|---|---|

GROUPIII000033



| CUSTOMER: | TARGET | RQST DATE: APR/13/2017 | DUE DATE: | COMPL DATE: | PROJECT #: SA6067.J |
|---|---|---|---|---|---|

GARMENT SLEEVER   W 22.5"xH 20.5"xD 1.75"

- ▨ BODY
  720 DOBBY POLY
- ☐ TRIM
  600 POLY
- ▮ ACCENT
  PVC
- ▮ PPHC



webbing
8 1/4"
1.0"



| FACTORY: TAIJI | STATUS: NEW DEVELOPMENT | PAGE 13 OF 17 |
|---|---|---|

GROUPIII000034



GARMENT SLEEVER   W 22.5"xH 20.5"xD 1.75"

- BODY — 720 DOBBY POLY
- TRIM — 600 POLY
- ACCENT — PVC
- LINING



**WEBBING, CLIPS, BINDING, ZIPPER TAPE PVC, AND MESH MATCH BLACK**

ADD 2 FLAT ZIPPER POCKETS

1.5" SPONGE ROLL ON TOP OF THE ZIPPER

TWO FLAT ZIPPER POCKETS



| CUSTOMER: TARGET | RQST DATE: APR/13/2017 | DUE DATE: | COMPL DATE: | PROJECT #: SA6067.J |
|---|---|---|---|---|



720 DOBBY BLACK
600 D BLACK
PVC BLACK




Carry on GB URS   23.25"x 14"x 9.0"

| FACTORY: TAIJI | STATUS: NEW DEVELOPMENT | PAGE 15 OF 17 |
|---|---|---|

GROUPIII000036



| PROJECT NO.: SG-X27 | CUSTOMER: --- | DATE: APR/18/2017 | REVISE DATE: |
|---|---|---|---|

DATE REQUESTED: APR/18/2017
DESIGNER(S): GARRETT
CAD DESIGNER: MORGAN
1ST REVISION DESIGNER:---
2ND REVISION DESIGNER:---
3RD REVISION DESIGNER:---
4TH REVISION DESIGNER:---
FACTORY: x







| DESCRIPTION: USB PORT | STATUS: NEW DEVELOPEMENT |
|---|---|
PAGE 17 of 17

GROUPIII000037