# Exhibit 23

| Ord No | Ord Dt | Shipped Dt | Cus No | Oe Po No | Item No |
|---|---|---|---|---|---|
| 555236 | 11/14/2017 | 11/17/2017 | TARGET | 0069-6762498-0557 | 6067202147 |
| 555237 | 11/14/2017 | 11/17/2017 | TARGET | 0069-6762498-0558 | 6067202147 |
| 555238 | 11/14/2017 | 11/17/2017 | TARGET | 0069-6762498-0559 | 6067202147 |
| 555239 | 11/14/2017 | 11/17/2017 | TARGET | 0069-6762498-0560 | 6067202147 |
| 555242 | 11/14/2017 | 11/17/2017 | TARGET | 0069-6762498-0580 | 6067202147 |
| 555244 | 11/14/2017 | 11/17/2017 | TARGET | 0069-6762498-0588 | 6067202147 |
| 555247 | 11/14/2017 | 11/17/2017 | TARGET | 0069-6762498-0593 | 6067202147 |
| 555252 | 11/14/2017 | 11/17/2017 | TARGET | 0069-6762498-3803 | 6067202147 |
| 555253 | 11/14/2017 | 11/17/2017 | TARGET | 0069-6762498-3804 | 6067202147 |
| 9 | | | | | |

| Loc | Item Desc 1 | Item Desc 2 | Qty Ordered | Qty To Ship | Billed Dt |
|---|---|---|---|---|---|
| FL | 21.75" CARRY-ON GARMENT BAG/ | BLACK | 9.0000 | 9.0000 | 11/20/2017 |
| FL | 21.75" CARRY-ON GARMENT BAG/ | BLACK | 5.0000 | 5.0000 | 11/20/2017 |
| FL | 21.75" CARRY-ON GARMENT BAG/ | BLACK | 33.0000 | 33.0000 | 11/20/2017 |
| FL | 21.75" CARRY-ON GARMENT BAG/ | BLACK | 14.0000 | 14.0000 | 11/20/2017 |
| FL | 21.75" CARRY-ON GARMENT BAG/ | BLACK | 9.0000 | 9.0000 | 11/20/2017 |
| FL | 21.75" CARRY-ON GARMENT BAG/ | BLACK | 11.0000 | 11.0000 | 11/20/2017 |
| FL | 21.75" CARRY-ON GARMENT BAG/ | BLACK | 4.0000 | 4.0000 | 11/20/2017 |
| FL | 21.75" CARRY-ON GARMENT BAG/ | BLACK | 7.0000 | 7.0000 | 11/20/2017 |
| FL | 21.75" CARRY-ON GARMENT BAG/ | BLACK | 11.0000 | 11.0000 | 11/20/2017 |
| | | | | **SUM=103.0000** | |