# Exhibit 24

| Cust # | Item # | OE PO # | Ord Dt | YTD Inv Qty | PY-YTD Inv Qty | Item Desc 1 | OE Line - Unit Price | Unit Cost $ | Std Cost | YTD Inv $ | PY-YTD Inv $ | Loc | Item Commodity Cd | Item Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TARGET STORE | 6067202147 | 224157 7329090 | 9/1/17 | | 975. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $43,700 | 03 | AMAZ | 1LG Luggage |
| TARGET STORE | 6067202147 | 224335 8847940 | 9/1/17 | | 1,525. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $68,351 | 03 | AMAZ | 1LG Luggage |
| MARAZZI | 6067202147 | 224336 6067 J-SAMPLE | 9/2/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $38 | 03 | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100058656 | 10/31/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $129 | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8320393-0554 | 11/1/17 | | 47. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $2,952 | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8320393-0559 | 11/1/17 | | 34. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $2,135 | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8320393-0578 | 11/1/17 | | 67. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $4,208 | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8320393-0588 | 11/1/17 | | 52. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $3,266 | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8320393-3801 | 11/1/17 | | 48. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $3,014 | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8320393-3808 | 11/1/17 | | 26. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $1,633 | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8320393-0555 | 11/1/17 | | 75. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $4,710 | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8320393-0560 | 11/1/17 | | 25. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $1,570 | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8320393-0587 | 11/1/17 | | 34. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $2,135 | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8320393-0589 | 11/1/17 | | 38. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $2,386 | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8320393-0594 | 11/1/17 | | 31. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $1,947 | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8320393-3804 | 11/1/17 | | 20. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $1,256 | FL | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100058683 | 11/1/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $129 | DS | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8320393-0553 | 11/1/17 | | 28. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $1,758 | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8320393-0558 | 11/1/17 | | 21. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $1,319 | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8320393-0579 | 11/1/17 | | 61. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $3,831 | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8320393-0593 | 11/1/17 | | 41. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $2,575 | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8320393-3802 | 11/1/17 | | 61. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $3,831 | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8320393-3811 | 11/1/17 | | 71. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $4,459 | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8320393-0551 | 11/1/17 | | 27. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $1,696 | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8320393-0556 | 11/1/17 | | 46. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $2,889 | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8320393-0557 | 11/1/17 | | 38. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $2,386 | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8320393-0580 | 11/1/17 | | 34. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $2,135 | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8320393-0590 | 11/1/17 | | 26. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $1,633 | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8320393-3803 | 11/1/17 | | 32. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $2,010 | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8320393-3806 | 11/1/17 | | 42. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $2,638 | FL | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100058856 | 11/4/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $129 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100058985 | 11/6/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $129 | DS | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-6762498-0559 | 11/14/17 | | 33. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $2,072 | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-6762498-0560 | 11/14/17 | | 14. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $879 | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-6762498-0580 | 11/14/17 | | 9. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $565 | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-6762498-0593 | 11/14/17 | | 4. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $251 | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-6762498-3803 | 11/14/17 | | 7. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $440 | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-6762498-0558 | 11/14/17 | | 5. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $314 | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-6762498-0588 | 11/14/17 | | 11. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $691 | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-6762498-0557 | 11/14/17 | | 9. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $565 | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-6762498-3804 | 11/14/17 | | 11. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $691 | FL | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100059484 | 11/15/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $129 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100059540 | 11/16/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $129 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100060056 | 11/20/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $103 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100060211 | 11/20/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $103 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100060763 | 11/23/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $103 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100060896 | 11/24/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $103 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100060930 | 11/24/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $103 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100061442 | 11/24/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $103 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100061642 | 11/25/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $103 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100061609 | 11/25/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $103 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100062012 | 11/26/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $103 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100062026 | 11/26/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $103 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100062091 | 11/26/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $103 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100062229 | 11/27/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $103 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100062280 | 11/27/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $103 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100062648 | 11/27/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $103 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100062833 | 11/28/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $103 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100063000 | 11/28/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $103 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100062955 | 11/28/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $103 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100063120 | 11/29/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $103 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100063207 | 11/29/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $103 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100063677 | 12/1/17 | | 4. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $413 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100063747 | 12/1/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $103 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100063870 | 12/2/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $103 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100064323 | 12/5/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $129 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100065152 | 12/10/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $103 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100065502 | 12/11/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $103 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100065331 | 12/11/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $103 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100065404 | 12/11/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $103 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100065491 | 12/11/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $103 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100065443 | 12/11/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $103 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100065448 | 12/11/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $103 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100065738 | 12/12/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $103 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100065925 | 12/13/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $103 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100066137 | 12/14/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $103 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100066686 | 12/17/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $129 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100066825 | 12/18/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $129 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100067205 | 12/24/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $129 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100067409 | 12/28/17 | 1. | | 21.75" CARRY-ON GARMENT BAG/ | | | | | | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100067379 | 12/28/17 | | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | | | $129 | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100067941 | 1/7/18 | 1. | | 21.75" CARRY-ON GARMENT BAG/ | | | | | | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100067972 | 1/7/18 | 1. | | 21.75" CARRY-ON GARMENT BAG/ | | | | | | DS | AMAZ | 1LG Luggage |
| TARGET STORE | 6067202147 | 224952-00 7252483-A | 1/9/18 | 229. | | 21.75" CARRY-ON GARMENT BAG/ | | | | | | 03 | AMAZ | 1LG Luggage |
| VICTORINOX | 6067202147 | 224482 17062C+17097+17098 | 1/10/18 | 50. | | 21.75" CARRY-ON GARMENT BAG/ | | | | | | 03 | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8143035-0554 | 1/11/18 | 22. | | 21.75" CARRY-ON GARMENT BAG/ | | | | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8143035-0555 | 1/11/18 | 13. | | 21.75" CARRY-ON GARMENT BAG/ | | | | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8143035-0579 | 1/11/18 | 41. | | 21.75" CARRY-ON GARMENT BAG/ | | | | | | FL | AMAZ | 1LG Luggage |

| Customer | Item | Order/Ref | Date | Qty | Description | | | Code | Vendor | Category |
|---|---|---|---|---|---|---|---|---|---|---|
| TARGET | 6067202147 | 0069-8143035-0588 | 1/11/18 | 20. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8143035-3802 | 1/11/18 | 38. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8143035-0551 | 1/11/18 | 8. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8143035-0559 | 1/11/18 | 20. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8143035-0578 | 1/11/18 | 61. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8143035-0589 | 1/11/18 | 17. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8143035-0590 | 1/11/18 | 32. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8143035-3801 | 1/11/18 | 23. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8143035-3803 | 1/11/18 | 46. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8143035-3804 | 1/11/18 | 39. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8143035-3806 | 1/11/18 | 35. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8143035-0553 | 1/11/18 | 10. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8143035-0558 | 1/11/18 | 26. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8143035-0560 | 1/11/18 | 41. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8143035-0587 | 1/11/18 | 36. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8143035-0593 | 1/11/18 | 39. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8143035-0556 | 1/11/18 | 42. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8143035-0557 | 1/11/18 | 46. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8143035-0580 | 1/11/18 | 39. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8143035-0594 | 1/11/18 | 38. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8143035-3808 | 1/11/18 | 49. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8143035-3811 | 1/11/18 | 19. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100068809 | 1/19/18 | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| TARGET STORE | 6067202147 | 224954 5053747 | 1/20/18 | 163. | 21.75" CARRY-ON GARMENT BAG/ | | | 03 | AMAZ | 1LG Luggage |
| TARGET STORE | 6067202147 | 224957 2597507 | 1/23/18 | 259. | 21.75" CARRY-ON GARMENT BAG/ | | | 03 | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100069124 | 1/24/18 | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| TARGET STORE | 6067202147 | 224956 1562413 | 1/27/18 | 165. | 21.75" CARRY-ON GARMENT BAG/ | | | 03 | AMAZ | 1LG Luggage |
| TARGET STORE | 6067202147 | 224955 3500272 | 2/7/18 | 265. | 21.75" CARRY-ON GARMENT BAG/ | | | 03 | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100070079 | 2/9/18 | 2. | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| TARGET STORE | 6067202147 | 224953 6877251-A | 2/9/18 | 785. | 21.75" CARRY-ON GARMENT BAG/ | | | 03 | AMAZ | 1LG Luggage |
| TARGET STORE | 6067202147 | 224958 2112852 | 2/10/18 | 496. | 21.75" CARRY-ON GARMENT BAG/ | | | 03 | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100063120 | 2/16/18 | -1. | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100071154 | 2/25/18 | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100071677 | 3/4/18 | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100071681 | 3/4/18 | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100071668 | 3/4/18 | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100071689 | 3/4/18 | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100071705 | 3/4/18 | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| SALES SAMPLE | 6067202147 | TRGT SMPL 20180308 | 3/8/18 | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100072229 | 3/11/18 | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100072367 | 3/12/18 | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| TARGET STORE | 6067202147 | 225381 6825117 | 3/26/18 | 176. | 21.75" CARRY-ON GARMENT BAG/ | | | 03 | AMAZ | 1LG Luggage |
| TARGET STORE | 6067202147 | 225380 2653856 | 3/27/18 | 234. | 21.75" CARRY-ON GARMENT BAG/ | | | 03 | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100074343 | 4/6/18 | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| MARAZZI | WG6067202147 | 224960 TA0313 | 4/7/18 | 350. | 21.75" CARRY-ON GARMENT BAG/ | | | 03 | | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100074626 | 4/9/18 | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| TARGET STORE | 6067202147 | 225382 8689537 | 4/9/18 | 221. | 21.75" CARRY-ON GARMENT BAG/ | | | 03 | AMAZ | 1LG Luggage |
| TARGET STORE | 6067202147 | 225383 1229297-A | 4/12/18 | 165. | 21.75" CARRY-ON GARMENT BAG/ | | | 03 | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100075383 | 4/18/18 | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100075759 | 4/23/18 | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-7459227-0593 | 4/24/18 | 9. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-6597447-0553 | 5/1/18 | 2. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-6597447-0593 | 5/1/18 | 2. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-6597447-0558 | 5/1/18 | 18. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-6597447-0551 | 5/1/18 | 2. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-6597447-0580 | 5/1/18 | 14. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-6597447-3811 | 5/1/18 | 4. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100076478 | 5/2/18 | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100076550 | 5/2/18 | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100076460 | 5/2/18 | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100076692 | 5/3/18 | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| TARGET STORE | 6067202147 | 225646 7593120-A | 5/7/18 | 166. | 21.75" CARRY-ON GARMENT BAG/ | | | 03 | AMAZ | 1LG Luggage |
| SALES SAMPLE | 6067202147 | SALES SAMPLE DOUG | 5/9/18 | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100077608 | 5/10/18 | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| TARGET STORE | 6067202147 | 225644 0441969-B | 5/11/18 | 259. | 21.75" CARRY-ON GARMENT BAG/ | | | 03 | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100077843 | 5/12/18 | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100078064 | 5/13/18 | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100078117 | 5/14/18 | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100076478 | 5/17/18 | -1. | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| TARGET STORE | 6067202147 | 225642 1958451-A | 5/20/18 | 104. | 21.75" CARRY-ON GARMENT BAG/ | | | 03 | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100078808 | 5/22/18 | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| TARGET STORE | 6067202147 | 225643 1301601-A | 5/23/18 | 167. | 21.75" CARRY-ON GARMENT BAG/ | | | 03 | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-9835889-0553 | 5/30/18 | 3. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-9835889-0556 | 5/30/18 | 13. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-9835889-0559 | 5/30/18 | 3. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-9835889-0587 | 5/30/18 | 3. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-9835889-3803 | 5/30/18 | 5. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-9835889-3811 | 5/30/18 | 7. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-9835889-0555 | 5/30/18 | 10. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-9835889-0579 | 5/30/18 | 5. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-9835889-0588 | 5/30/18 | 3. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-9835889-0590 | 5/30/18 | 3. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-9835889-3806 | 5/30/18 | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-9835889-0580 | 5/30/18 | 8. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-9835889-0593 | 5/30/18 | 1. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-9835889-3801 | 5/30/18 | 6. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-9835889-0578 | 5/30/18 | 6. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-9835889-0589 | 5/30/18 | 3. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-9835889-3802 | 5/30/18 | 12. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-9835889-3808 | 5/30/18 | 4. | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |

| Channel | Account | Order/SKU | Date | Qty | Description | | | Code | Vendor | Category |
|---|---|---|---|---|---|---|---|---|---|---|
| TARGET | 6067202147 | 0069-6904805-0558 | 6/5/18 | 2 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET STORE | 6067202147 | 225763 5244555-A | 6/7/18 | 238 | 21.75" CARRY-ON GARMENT BAG/ | | | 03 | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-4026410-0555 | 6/12/18 | 2 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-4026410-3806 | 6/12/18 | 3 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100080837 | 6/12/18 | 1 | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| TARGET STORE | 6067202147 | 225761 6642594-A | 6/13/18 | 287 | 21.75" CARRY-ON GARMENT BAG/ | | | 03 | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-3833139-3802 | 6/19/18 | 12 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-3833139-3811 | 6/19/18 | 11 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-3833139-0589 | 6/19/18 | 6 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-3833139-0560 | 6/19/18 | 11 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-3833139-0594 | 6/19/18 | 8 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-3833139-3804 | 6/19/18 | 8 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET STORE | 6067202147 | 225762 8144661-A | 6/24/18 | 159 | 21.75" CARRY-ON GARMENT BAG/ | | | 03 | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-3897179-0556 | 6/26/18 | 9 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| SALES SAMPLE | 6067202147 | AWESOMENESSTV 20180626 | 6/26/18 | 1 | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-3897179-0554 | 6/26/18 | 8 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-3897179-3802 | 6/26/18 | 11 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET STORE | 6067202147 | 225765 3057350-A | 6/27/18 | 191 | 21.75" CARRY-ON GARMENT BAG/ | | | 03 | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8694768-3804 | 7/3/18 | 3 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8694768-0580 | 7/3/18 | 9 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8694768-3802 | 7/3/18 | 7 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8694768-3811 | 7/3/18 | 12 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| CUST SERV | 6067202147 | MELANIE MITCHELL | 7/6/18 | 1 | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100083847 | 7/10/18 | 1 | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100083869 | 7/10/18 | 1 | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| TARGET STORE | 6067202147 | 225902 7548923-A | 7/15/18 | 10 | 21.75" CARRY-ON GARMENT BAG/ | | | 03 | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100084450 | 7/15/18 | 1 | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| REPLACEMENT | 6067202147 | SWG-1100080837R | 7/16/18 | 1 | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| TARGET STORE | 6067202147 | 225897 4963694 | 7/16/18 | 65 | 21.75" CARRY-ON GARMENT BAG/ | | | 03 | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-4535824-3808 | 7/17/18 | 4 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100083166 | 7/19/18 | -1 | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100084985 | 7/20/18 | 1 | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100085103 | 7/21/18 | 1 | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-7864269-3804 | 7/24/18 | 5 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET STORE | 6067202147 | 225901 7692103-A | 7/27/18 | 15 | 21.75" CARRY-ON GARMENT BAG/ | | | 03 | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8313763-0551 | 7/31/18 | 1 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8313763-0590 | 7/31/18 | 1 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET STORE | 6067202147 | 225896 5612444-A | 8/1/18 | 70 | 21.75" CARRY-ON GARMENT BAG/ | | | 03 | AMAZ | 1LG Luggage |
| CUST SERV | 6067202147 | ERMINIA CERDA SMITH | 8/1/18 | 1 | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| EMPLOYEE | 6067202147 | RARBELO EMP 20180802 | 8/2/18 | 1 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8402777-0587 | 8/14/18 | 2 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8402777-0590 | 8/14/18 | 3 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8402777-3806 | 8/14/18 | 10 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8402777-0555 | 8/14/18 | 11 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8402777-0579 | 8/14/18 | 8 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8402777-0594 | 8/14/18 | 2 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8402777-0551 | 8/14/18 | 3 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100091405 | 8/18/18 | 2 | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8595286-0556 | 8/28/18 | 6 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8595286-0558 | 8/28/18 | 17 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8595286-0593 | 8/28/18 | 9 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8595286-3801 | 8/28/18 | 8 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8595286-3806 | 8/28/18 | 22 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8595286-0557 | 8/28/18 | 4 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8595286-0559 | 8/28/18 | 4 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8595286-0554 | 8/28/18 | 5 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8595286-3802 | 8/28/18 | 6 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-8595286-0588 | 8/28/18 | 9 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100091601 | 8/30/18 | 1 | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100097813 | 9/1/18 | 1 | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| TARGET STORE | 6067202147 | 226130 6946300 | 9/3/18 | 312 | 21.75" CARRY-ON GARMENT BAG/ | | | 03 | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-0024532-0555 | 9/4/18 | 9 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-0024532-0588 | 9/4/18 | 3 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-0024532-0593 | 9/4/18 | 12 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-0024532-3802 | 9/4/18 | 18 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-0024532-3804 | 9/4/18 | 1 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-0024532-0556 | 9/4/18 | 2 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-0024532-0559 | 9/4/18 | 2 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-0024532-0554 | 9/4/18 | 2 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-0024532-0579 | 9/4/18 | 2 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-0024532-0589 | 9/4/18 | 4 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-0024532-3801 | 9/4/18 | 4 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-0024532-3806 | 9/4/18 | 24 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-0024532-3808 | 9/4/18 | 9 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-0024532-0553 | 9/4/18 | 8 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-0024532-0580 | 9/4/18 | 3 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET | 6067202147 | 0069-0024532-3811 | 9/4/18 | 5 | 21.75" CARRY-ON GARMENT BAG/ | | | FL | AMAZ | 1LG Luggage |
| TARGET STORE | 6067202147 | 226129 5223289-A | 9/13/18 | 488 | 21.75" CARRY-ON GARMENT BAG/ | | | 03 | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100102791 | 9/16/18 | 1 | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100105651 | 9/26/18 | 1 | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| SALES SAMPLE | 6067202147 | MARMAXX MEETING SMPL | 10/5/18 | 1 | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| SALES SAMPLE | 6067202147 | COPANSSAMPLE1010 | 10/10/18 | 1 | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100113593 | 10/13/18 | 1 | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100115103 | 10/15/18 | 1 | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100120147 | 10/20/18 | 1 | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| TARGET STORE | 6067202147 | 226384 3735833 | 11/3/18 | 498 | 21.75" CARRY-ON GARMENT BAG/ | | | 03 | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100130758 | 11/5/18 | 1 | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100130946 | 11/5/18 | 1 | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |
| TARGET STORE | 6067202147 | 226383 2342482 | 11/6/18 | 612 | 21.75" CARRY-ON GARMENT BAG/ | | | 03 | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100115103 | 11/9/18 | -1 | 21.75" CARRY-ON GARMENT BAG/ | | | DS | AMAZ | 1LG Luggage |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SWISSWEB | 6067202147 | SWG-1100138082 | 11/15/18 | 2 | | 21.75" CARRY-ON GARMENT BAG/ | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100144432 | 11/22/18 | 1 | | 21.75" CARRY-ON GARMENT BAG/ | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100144988 | 11/22/18 | 1 | | 21.75" CARRY-ON GARMENT BAG/ | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100144882 | 11/22/18 | 1 | | 21.75" CARRY-ON GARMENT BAG/ | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100147296 | 11/23/18 | 1 | | 21.75" CARRY-ON GARMENT BAG/ | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100149497 | 11/24/18 | 1 | | 21.75" CARRY-ON GARMENT BAG/ | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100150779 | 11/24/18 | 1 | | 21.75" CARRY-ON GARMENT BAG/ | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100149357 | 11/24/18 | 1 | | 21.75" CARRY-ON GARMENT BAG/ | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100151974 | 11/25/18 | 1 | | 21.75" CARRY-ON GARMENT BAG/ | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100151977 | 11/26/18 | 1 | | 21.75" CARRY-ON GARMENT BAG/ | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100154632 | 11/26/18 | 1 | | 21.75" CARRY-ON GARMENT BAG/ | DS | AMAZ | 1LG Luggage |
| REPLACEMENT | 6067202147 | SWG-1100149497R | 12/5/18 | 1 | | 21.75" CARRY-ON GARMENT BAG/ | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100130946 | 12/10/18 | -1 | | 21.75" CARRY-ON GARMENT BAG/ | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100175009 | 12/15/18 | 1 | | 21.75" CARRY-ON GARMENT BAG/ | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100179045 | 12/20/18 | 1 | | 21.75" CARRY-ON GARMENT BAG/ | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100180101 | 12/22/18 | 1 | | 21.75" CARRY-ON GARMENT BAG/ | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100181590 | 12/26/18 | 1 | | 21.75" CARRY-ON GARMENT BAG/ | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100182076 | 12/27/18 | 1 | | 21.75" CARRY-ON GARMENT BAG/ | DS | AMAZ | 1LG Luggage |
| SWISSWEB | 6067202147 | SWG-1100182882 | 12/29/18 | | | 21.75" CARRY-ON GARMENT BAG/ | DS | AMAZ | 1LG Luggage |