# Exhibit 27

  

☐ WENGER  ☒ SWISS GEAR  ☐ SWISS ALPS

## APPROVAL FORM

| Product Name / # SA5358 | | SA5358 |
|---|---|---|

| | |
|---|---|
| **MSRP U.S. $** | |
| **Distribution channel** | |
| **Features** | BACKPACK<br>• FRONT POCKET / SUNGLASSES POCKET<br>• ORGANIZER POCKET<br>• SIDE POCKETS / THERMAL POCKET<br>• PADDED TABLET POCKET<br>• SHOULDER STRAP SYSTEM / POWER OUTLET<br>• SCANSMART COMPUTER COMPARTMENT / POWER PACK POCKET<br>• CABLE HANDLE<br>• BACK TROLLEY STRAP |
| **Benefits** | |

**Merchandising**
•

**Required Timeframe**

| Submission date **concept design** | | | | **Comments / Correction / Signature** |
|---|---|---|---|---|
| Approved as is | ☐ | Approved with corrections | ☐ | |
| Not approved – resubmit with corrections | | | ☐ | |

| Submission date **prototype sample** | August 25th, 2016 | | | **Comments / Correction / Signature** |
|---|---|---|---|---|
| Approved as is | ☒ | Approved with corrections | ☐ | Prototype approved on pictures on August 25th, 2016<br>- ok<br>August 25th, 2016 PCH  *[signature]* |
| Not approved – resubmit with corrections | | | ☐ | |

| Submission date **final sample** | | | | **Comments / Correction / Signature** |
|---|---|---|---|---|
| Approved as is | ☐ | Approved with corrections | ☐ | |
| Not approved – resubmit with corrections | | | ☐ | |
| Packaging, Advertising, Display approved | | | ☐ | |

Note: Design process does not stop regardless of Approval times.

Group III contact: Ayenza Matthews    E-mail: amatthews@groupiiico.com    Phone: 954-984-1607 ext 228

GROUPIII000018

**PRODUCT DETAILS**

| Primary Logo | Secondary branding (Side Pocket Woven Label) |
|---|---|
|  | |
| **Licensing Tag** | **Outside zipper puller** |

Note: Design process does not stop regardless of Approval times.
**Group III contact:** Ayenza Matthews  E-mail: amatthews@groupiiico.com  Phone: 954-984-1607 ext 228

GROUPIII000019

| Shoulder Strap Woven Label | Lining |
|---|---|
| | |

| Top Handle | Interior logo ( Computer Sleeve) |
|---|---|
| | |



Note: Design process does not stop regardless of Approval times.

**Group III contact: Ayenza Matthews**    E-mail: amatthews@groupiiico.com    Phone: 954-984-1607 ext 228

GROUPIII000020