# EXHIBIT 28



| | |
|---|---|
| PROJECT NO.: **SA-5358.C** | CUSTOMER: 2017BTS/TARGET |
| | REF BODY #: XXXX |

DATE REQUESTED: 02/24/2016
**SAMPLES REQUIRED BY: -- / -- / ----**
DESIGNER(S): SEAN
CAD DESIGNER: SEAN/JILL
1ST REVISION DESIGNER:----
2ND REVISION DESIGNER:----
3RD REVISION DESIGNER:----
4TH REVISION DESIGNER:----
FACTORY: X & H

DATE: 02/25/2016    REVISE DATE: 04/28/2016

| STYLE NAME / PROJECT# | COLOURWAY | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | REMARKS: 1XXXXXX | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

DESCRIPTION: BACKPACK

STATUS: NEW DEVELOPEMENT

FORM CREATED: 06-04-2014

GROUPIII000001



| PROJECT NO.: SA-5358.C | CUSTOMER: 2017BTS/TARGET | DATE: 02/25/2016 | REVISE DATE: 04/28/2016 |

REVISION HISTORY 04/28

1-

REVISION HISTORY 04/09

1-MOVE UP THE HOOK W/ WEBBING.............................................SEE PAGE 3
2-BACKING AND SHOULDER STRAPS MESH CHANGE TO BLACK................SEE PAGE 8
3-ADD A BLACK COLORWAY
4-ADD POWER ICON TO INTERIOR POCKET.................................................SEE PAGE6

修改點:

1.padding logo cut with form
2.lengthen the zipper tape.
3.reduce zipper tape by 0.5' of logo panel.
4.rubber hole:width 15/16',lenth 7/8'
5.add red bartack
6.keep rubber edge 1/8'
6.change red mesh in the organization.

7.use red EVA,use thicker EVA
8. zipper pocket replace mesh pocket position,
9.change locker hook to big hook.
10.change the cut-away lining to zipper,add felt and foam inside both.
11.turn the embroidery round outside.

| DESCRIPTION: BACKPACK | STATUS: NEW DEVELOPEMENT |

GROUPIII000002

**Group III** International Ltd.

PROJECT NO.: **SA-5358.C** | CUSTOMER: 2017BTS/TARGET | DATE: 02/25/2016 | REVISE DATE: 04/28/2016

MATERIAL PLACEMENT KEY:
- BODY FABRIC
- TRIM FABRIC 1
- ACCENT COLOUR
- MESH #10

WIRE/ CABLE TOP

LAPTOP COMPARTMENT #8 ZIPPERS

MAIN/ ORGANIZATION COMPARTMENT #8 ZIPPERS

ORGANIZATION POCKETS #8 ZIPPERS

ICEBAG INTERIOR

MESH POCKET

REVERSED ZIPPER

頂部拉鍊改黑色，反裝

SW-E1

REVERSED ZIPPERPOCKET

PVC

前拉鍊再開長些

RUBBER PATCH

7/8"
15/16"

NEW 左右兩側膠牌寬兩分半，胶牌寬度七分
PLASTIC/ rubber hole:width 15/16',lenth 7/8'
METAL
"X" ZIPPER PULLER

3/4" WEBBING W/ MATEL HOOK

keep rubber edge 1/8'
1/8"

ROBBER PATCH

DESCRIPTION: BACKPACK    STATUS: NEW DEVELOPEMENT

GROUPIII000003



ICE BAG INTERIOR











**BACK STANDARD F**

DESCRIPTION: BACKPACK

STATUS: NEW DEVELOPEMENT

GROUPIII000008

# Group III International Ltd.

**PROJECT NO.:** SA-5358.C  **CUSTOMER:** 2017BTS/TARGET  **DATE:** 02/25/2016  **REVISE DATE:** 04/28/2016

## MATERIAL PLACEMENT KEY:
- BODY FABRIC
- TRIM FABRIC 1
- TRIM FABRIC 2
- ACCENT COLOUR
- MESH
- PIPING
- BINDING/WEBBING
- ZIPPER TAPE
- BACKING/BOTTOM
- LINING

## EXTERIOR DETAILS

**BODY:** BLUE SMALL RIPSTOP

**MESH / AIRMESH:** SIDE POCKETS=#9 BLACK AIRMESH=#12 BLACK

**TRIM 1:** 900D/PU  BLACK COD

**STITCHING/ BARTAC:** STITCHING = DTM MATERIAL BARTAC = BLACK

**TRIM 2:** N/A

**LOGO:** SW-E1 JEWEL LOGO FILL = RED

**TRIM 3:** N/A

**ZIPPER DETAILS (PULLER & SIZE):** PULLER=PLASTIC/- METAL "X-PULLER" TAPE= MATCH BODY #8

**PIPING:** N/A

**WEBBING:** BLACK 1" WEBBING

## INTERIOR DETAILS

**LINING:** DARK GRAY LOGO LINING

**MESH:** K053 BLACK

**BINDING:** BLACK

**ZIPPER DETAILS (PULLER & SIZE):** S-3356

**STITCHING:** MATCH LINING EXCEPT OVER BINDING IS BLACK

**ORGANIZER:** INTERIOR STANDARD CAT. D BACKPACK

**STATUS:** NEW DEVELOPEMENT



**DESCRIPTION:** BACKPACK

**Group III International Ltd.**

PROJECT NO.: **SA-5358.C**   CUSTOMER: **2017BTS/TARGET**   DATE: **02/25/2016**   REVISE DATE: **04/28/2016**

MATERIAL PLACEMENT KEY:
- BODY FABRIC
- TRIM FABRIC 1
- TRIM FABRIC 2
- ACCENT COLOUR
- MESH
- PIPING
- BINDING/WEBBING
- ZIPPER TAPE
- LINING
- BACKING/BOTTOM

### EXTERIOR DETAILS

**BODY** — 1680.D BLACK  
**MESH / AIRMESH** — SIDE POCKETS=#9 BLACK  AIRMESH=#12 BLACK

**TRIM 1** — 801.F FUSION BLACK  
**STITCHING/ BARTAC** — STITCHING = DTM MATERIAL  BARTAC = BLACK

**TRIM 2** — N/A  
**LOGO** — SW-E1 JEWEL LOGO  FILL = RED

**TRIM 3** — N/A  
**ZIPPER DETAILS (PULLER & SIZE)** — PULLER=PLASTIC/-METAL "X-PULLER" TAPE= MATCH BODY #8

**PIPING** — N/A  
**WEBBING** — BLACK  1" WEBBING

### INTERIOR DETAILS

**LINING** — RED LOGO LINING  
**MESH** — K053 BLACK

**BINDING** — BLACK  
**ZIPPER DETAILS (PULLER & SIZE)** — S-3356

**STITCHING** — MATCH LINING EXCEPT OVER BINDING IS BLACK  
**ORGANIZER** — INTERIOR STANDARD CAT. D BACKPACK

STATUS: **NEW DEVELOPEMENT**

DESCRIPTION: **BACKPACK**



GROUPIII000010