# Appendix A

**Appendix A – Index of Continuation Patent Asserted Claims**

| '137 Patent Asserted Claims | '138 Patent Asserted Claims | '009 Patent Asserted Claims |
|---|---|---|
| 1. [pre] A sheath for convenient charging, comprising: | 1. [pre] A sheath for convenient charging, comprising: | 1. [pre] A sheath for convenient charging, comprising: |
| [a] a sheath having a left side, top side and right side, a first tapered closed end, a second open end and a surrounding bottom portion surrounding the left side and the right side, the first tapered closed end and the second open end of the sheath, | [a] a sheath having a left side, a right side and a top side, a first closed end, a second open end and a surrounding bottom portion surrounding at least a portion of one of the left side, the right side, the top side, the first closed end and the second open end of the sheath, | [a] a sheath having a left side, a right side and a top side, a first closed end, a second open end and a surrounding bottom portion surrounding at least a portion of one of the left side, the right side, the top side, the first closed end and the second open end of the sheath, |
| [b] wherein at least a portion of the sheath extends above an outer surface of a body, wherein the body has an inner surface, an outer surface and a power cable outlet between the inner surface and the outer surface; | [b] wherein at least a portion of the sheath extends above an outer surface of a body, wherein the body has an inner surface, an outer surface and an opening between the inner surface and the outer surface; | [b] wherein the sheath is separate from and attaches to a body having an inner surface, an outer surface and a first port between the inner surface and the outer surface, |
| | | [c] wherein at least a portion of the sheath extends above the outer surface of the body, |
| [c] wherein the sheath is at the power cable outlet and the sheath receives a female end of a USB cable having four sides, an operative end and a cord end, | [c] wherein the sheath is at the opening and the sheath receives a female end of a USB cable having four sides, an operative end, a cord end and a cord, | [d] wherein the sheath receives a female end of a cable connector having surrounding sides, an operative end, a cord end and a cord, |
| [d] wherein the operative end of the female end of the USB cable is removably retained in the second open end of the sheath and the cord end of the female end of the USB cable is retained in the first tapered closed end of the sheath to provide the female end of the UBS cable in a flat position with the operative end of the female connector being uncovered and | [d] wherein the operative end of the female end of the USB cable is retained in the second open end of the sheath and the cord end of the female end of the USB cable is retained in the first closed end of the sheath to provide the female end of the UBS cable in a flat position with the operative end of the female connector being uncovered and above the outer | [e] wherein the operative end of the female end of the cable connector is retained in the second open end of the sheath and the cord end of the female end of the cable connector is retained in the first closed end of the sheath to provide the female end of |

| | | |
|---|---|---|
| above the outer surface of the body, [e] wherein the surrounding bottom portion is attached to the inner surface of the body, [f] wherein the sheath has at least one ventilation opening on the top side. | surface of the body, [e] wherein the cord of the female end goes through the opening between the inner surface and the outer surface and the surrounding bottom portion is attached to a portion of the body. | the cable connector in a flat position with the operative end of the female connector being uncovered and above the outer surface of the body, [f] wherein the cord of the female end goes through the first port between the inner surface and the outer surface and the surrounding bottom portion is attached to a portion of the body adjacent to the first port. |
| | 2. A sheath as in claim 1, wherein the body has an opening between the inner surface and the outer surface and the surrounding bottom portion is attached to the inner surface of the body. | 2. A sheath as in claim 1, wherein the body has an opening between the inner surface and the outer surface and the surrounding bottom portion is attached to the inner surface of the body. |
| 3. The sheath as in claim 1, wherein the body is selected from the group consisting of luggage, bag, gloves, activewear, jacket, socks, shoes, hats, glasses, goggles and belt. | 4. The sheath as in claim 1, wherein the body is selected from the group consisting of luggage, bag, gloves, activewear, jacket, socks, shoes, hats, glasses, goggles and belt. | 4. The sheath as in claim 1, wherein the body is selected from the group consisting of luggage, bag, gloves, activewear, jacket, socks, shoes, hats, glasses, goggles and belt. |
| 4. The sheath as in claim 1, further comprising a second outer surface that covers the outer surface of the body. | 5. The sheath as in claim 1, further comprising a second outer surface that covers the outer surface of the body. | 5. The sheath as in claim 1, further comprising a second outer surface that covers the outer surface of the body. |
| | 6. The sheath as in claim 1, wherein the sheath has at least one ventilation opening on at least one of the at least three sides of the water proof sheath. | 6. The sheath as in claim 1, wherein the sheath has at least one ventilation opening on at least one of the left side, the right side, the top side, the first closed end and the second open end. |

6. The sheath as in claim 1, wherein the at least one ventilation opening is along the second open end of the sheath.

7. The sheath as in claim 1, wherein the at least one ventilation opening is along the second open end of the sheath.

8. The sheath as in claim 1, further comprising an attachment portion that extends around a bottom portion of the sheath and is in communication with the inner surface of the body.

17. The sheath as in claim 1, wherein the sheath has four sides with a bottom side having a bottom side opening to allow the female end of the USB cable to sit in the sheath and the cord of the USB to go through the bottom side opening.

18. The sheath as in claim 1, wherein the outer surface of the body is the inside of a pocket.

19. The sheath as in claim 1, wherein the sheath is attached to the body with the first tapered closed end above the second open end.

20. The sheath as in claim 1, further comprising a piece of material attached to at least one of a portion of the inner surface of the body and a portion of the surrounding bottom portion to retain the operative end of the female end of the USB cable in the sheath.

| | | |
|---|---|---|
| 21. The sheath as in claim 1, wherein the surrounding bottom portion is a flat portion. | 21. The sheath as in claim 1, wherein the surrounding bottom portion is a flat portion. | 21. The sheath as in claim 1, wherein the surrounding bottom portion is a flat portion. |
| | 23. [pre] A sheath for convenient charging, comprising: | 29. [pre] A sheath for convenient charging, comprising: |
| | [a] a sheath having a raised portion that extends above an outer surface of a body, wherein the raised portion has a USB opening, and a surrounding bottom portion surrounding at least a portion of the raised portion, | [a] a sheath having a raised portion, |
| | [b] wherein the body has an inner surface, an outer surface and a body opening between the inner surface and the outer surface; | [b] wherein the sheath is a separate piece that attaches to a body and when the sheath is attached to the body the raised portion extends above an outer surface of the body, |
| | [c] wherein the sheath is at the body opening with the raised portion above the outer surface and at least a portion of the surrounding bottom portion is in communication with a portion of the body, | [c] wherein the raised portion has an opening, and a surrounding bottom portion surrounding at least a portion of the raised portion, |
| | [d] wherein the sheath has a female end of a USB cable in the USB opening, wherein the female end of the USB cable has four sides, an operative end and a cord end and the operative end of the female end of the USB cable is retained in the USB opening to provide the female end of the UBS cable in a flat position with the operative end of | [d] wherein the body has an inner surface, an outer surface and a body opening between the inner surface and the outer surface; |
| | | [e] wherein the sheath is at the body opening with the raised portion above the outer surface and at least a portion of the surrounding bottom portion is in communication with a portion of the body, |
| | | [f] wherein the sheath has a female end of a cable connector in the opening, wherein the female end of the cable connector has |

| | the female connector being uncovered and above the outer surface of the body. | surrounding-sides, an operative end and a cord end and the operative end of the female end of the cable connector is retained in the opening to provide the female end of the cable connector in a flat position with the operative end of the female connector being uncovered and above the outer surface of the body. |