# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SWISSDIGITAL USA CO., LTD.<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSONITE GROUP S.A.;<br>SAMSONITE LLC; SAMSONITE<br>COMPANY STORES, LLC; and<br>DIRECT MARKETING VENTURES,<br>LLC;<br><br>*Defendants*. | Case No. 1:24-cv-11636-JEK<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF SCOTT M. DRAFFIN IN SUPPORT OF PLAINTIFF SWISSDIGITAL USA CO., LTD.'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Scott M. Draffin, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am over twenty-one years of age and have personal knowledge of the facts or access to information and/or records allowing me to confirm these facts.

2. I am an associate attorney with the law firm of Keyhani LLC and represent Plaintiff Swissdigital USA Co., Ltd. ("Swissdigital" or "Plaintiff").

3. I submit this declaration in support of Swissdigital's Response in Opposition to Defendants' Motion for Summary Judgment.

4. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 9,865,153.

Executed on: May 9, 2025

/s/ *Scott M. Draffin*
Scott M. Draffin