# EXHIBIT A

# JOEL DELMAN | InformedInnovation

2176 W. 24th Street, Los Angeles, CA 90018    773.517.1862    joel@informedinnovationinc.com

*Formerly a corporate lawyer, I graduated Harvard Law School and later earned a Master's in Industrial Design at Pratt Institute. From toys to complex medical devices, I've spent nearly 30 years guiding innovation through strategic product development, and have helped hundreds of clients bridge the gap between creative insight and commercial success.*

**EDUCATION**   **Pratt Institute**  Master of Industrial Design, 1995
**Harvard Law School**  J.D. 1991
**New York University**  B.S. Economics, 1988

**PROFESSIONAL EXPERIENCE**

*Design Director*   **Informed Innovation Inc.**
*Los Angeles, CA   2018 – Present*
- Strategic consulting agency focused on the application of design thinking to clients' most challenging business opportunities

*Creative Director*   **Product Development Technologies LLC**
*Los Angeles, CA   1999 – 2018*
- Promoted effective user-centered design processes in a fast-paced, multidisciplinary consulting environment
- Managed all issues related to intellectual property, licensing of technology, and the many legal facets of design and development
- Founded and directed PDT's Informed Innovation division, charged with generating proprietary products for license to leading manufacturers; delivered over 300% ROI
- Responsible for multiple large scale programs for a diverse range of clients, from complex medical devices to mass market consumer electronics

*Associate Professor*   **ArtCenter College of Design**
*Pasadena, CA   August 2019 – Present*
- Graduate level class in portfolio development and professional practice

*Board of Directors*   **Metamason Inc.**
*Pasadena, CA   2013 – Present*
- Healthcare focused startup capitalizing on 3D printing technologies to automate the creation of custom-fit medical devices
- Engage, advise and take part in decisions impacting all aspects of corporate strategy, fundraising and governance

*Mentor & Advisor*   **Make in LA**
*Los Angeles, CA   2016 – Present*
- Provide guidance to startups, from the perspective of product development and design strategy, at Los Angeles' first dedicated hardware accelerator

*Mentor & Advisor*   **The Design Accelerator**
*Pasadena, CA   2013 – Present*
- Partnership among Art Center College of Design, Caltech and Idealab implimenting low-cost management techniqes to help design-driven tech startups grow into scalable technology businesses

*Principal*  **Twenty Twenty Thinking Inc.**
*Chicago, IL   1997 – 1999*
- Invented, developed and licensed magical toy concepts, including the award-winning Bubble Bugs$^{tm}$ and Exclamation! Pen$^{tm}$
- Built successful licensing revenue stream, leveraging background in business, law and design to go head-to-head with established toy development firms

*Designer*  **Zenith Electronics Corp.**
*Chicago, IL   1995 – 1997*
- Managed brand development through design of next gen televisions, remotes and media devices for giant American electronics manufacturer challenged by Asian competition

*Designer*  **Cousins Design**
*New York, NY   1993 – 1995*
- Responsible for all phases of design process at renowned boutique firm, from initial concept development through client presentations

*Attorney*  **Gunster, Yoakley & Stewart**
*West Palm Beach, FL   1991 – 1993*
- Creative problem solving for a variety of complex corporate, banking and securities matters, focused on the legal needs of entrepreneurial businesses

**HONORS**

**Chair, IDSA Design Protection Committee**
**(**Industrial Designers Society of America)
**IDSA 20/20 Award**
*Recognizing twenty designers who contributed to the advancement of the design profession in 2020*
**40+ US Patents and Patents Applied For**
**Dr. Toy Best New Toy,** *Gold Award*
**ID 40 Award,** *ID Magazine*
**Good Design Award,** *Chicago Athenaeum*
**CES Innovation Award,** *Consumer Electronics Association*
**Industrial Design Excellence Award (IDEA),** *Industrial Designers Society of America*
**Wall Street Journal "Form + Function" Column,** *Featured Designer*
**Becoming a Product Designer,** *Profiled by author and distinguished designer Bruce Hannah*

**SELECT CLIENTS**

