# EXHIBIT B

**JOEL DELMAN |** InformedInnovation
2176 W. 24th Street, Los Angeles, CA 90018   773.517.1862   joel@informedinnovationinc.com

## US Patents and Applications on Which I am Named Inventor

### US Utility Patents

10,631,678
6,578,725
6,976,605
6,997,342
6,997,345
7,047,585
7,207,461
7,306,131
7,571.537
7.882,840

### US Design Patents

D389,516
D468,224
D474,087
D503,320
D503,877
D511,507
D512,290
D512,617
D514,410
D515,317
D522,329
D551,665
D554,636
D555,649
D557,338

### US Patent Applications

20180014681
20160250363
20160249760
20110213399
20090149804
20090137859
20070277741
20070277740
20070267333
20060076309
20050242153
20050242151
20050242150
20050077309

**JOEL DELMAN  |**  InformedInnovation
2176 W. 24th Street, Los Angeles, CA 90018    773.517.1862    joel@informedinnovationinc.com

20040251590
20040245267
20040245266
20030182749
20020108952