# EXHIBIT C

**JOEL DELMAN  |  InformedInnovation**
2176 W. 24th Street, Los Angeles, CA 90018   773.517.1862   joel@informedinnovationinc.com

Expert Witness Experience

***MacNeil Automotive Products Ltd.** v. YITA, LLC (Trade Dress Infringement)*
Date of engagement: January, 2025
United States District Court, Western District of Washington
Case No. C20-0278 TSZ (consolidated with C20-0856 TSZ)
Expert for Plaintiff, engaged by Polsinelli PC
Patent evaluation, Expert Reports

*Design Ideas, Ltd. v. **Target Corp.** (Utility Patent Infringement)*
Date of engagement: August, 2024
United States District Court for the Central District of Illinois
Case No. 3:20-cv-03231-SEM-EIL; 3:23-cv-03172-SEM-KLM (CONSOLIDATED)
Expert for Defendant, engaged by Morrow Ni LLP
Patent evaluation, Expert Reports

***Under the Weather, LLC** v. Alvantor Industry Company, Ltd. (Design Patent Infringement)*
Date of engagement: August, 2024
California Central District Court, Case No. 2:23-cv-08343-MRA-E
Expert for Plaintiff, engaged by Friedland Cianfrani LLP
Patent evaluation, Expert Declaration

*SharkNinja, Inc. v. **Dyson Technology Ltd.** (Utility Patent IPR)*
Date of engagement: June, 2024
Before the Patent Trial and Appeal Board, Case No. IPR2024-00219
Expert for Patent Owner, engaged by Faegre Drinker Biddle & Reath LLP
Patent evaluation, Expert Declaration, Deposition

*TC Heartland, LLC **v DreamPak, LLC** (Design Patent Infringement)*
Date of engagement: April, 2024
United States District Court for the Eastern District of Virginia, Case No. 3:23-CV-00714
Expert for Defendant, engaged by Reinhart Boerner Van Deuren S.C.
Patent evaluation, Expert Report, Deposition

***In the Matter of Certain Cameras, Camera Systems and Accessories** (Design Patent Infringement)*
Date of engagement: April, 2024
United States International Trade Commission Inv. No. 337-TA-1400
Expert for Plaintiff GoPro Inc., engaged by Quinn Emanuel Urquhart & Sullivan, LLP
Patent evaluation, Expert Declaration, Deposition

***Prime Time Toys LLC, Prime Time Toys Ltd.** v. Spin Master, Inc. (Utility Patent IPR)*
Date of engagement: September, 2023
Before the Patent Trial and Appeal Board, Case No. IPR2023-01461
Expert for Petitioner, engaged by Amster, Rothstein & Ebenstein LLP
Patent evaluation, Expert Declarations

***Covves, LLC**. v. Target Corporation et al (Design Patent Infringement)*
Date of engagement: July, 2023
California Central District Court, Case No. 2:23-cv-00640-RGK-MAR
Expert for Plaintiff, engaged by The McArthur Law Firm, PC
Patent evaluation, Expert reports

**JOEL DELMAN | InformedInnovation**
2176 W. 24th Street, Los Angeles, CA 90018   773.517.1862   joel@informedinnovationinc.com

*Williams-Sonoma, Inc. v. **Wayfair, Inc.** (Design Patent Infringement)*
Date of engagement: June, 2023
Massachusetts District Court, Case No. 1:21-cv-12063-PBS
Expert for Defendant, engaged by Cooley LLP
Patent evaluation, Expert reports

*Facet Technologies, LLC v. **Lifescan, Inc.** (Utility Patent Infringement)*
Date of engagement: January, 2023
Central District of California, Case No. 2.22-cv-01717-MCS-MAR
Expert for Defendant, engaged by Carter Ledyard & Milburn LLP / Morgan Lewis LLP
Patent evaluation, Expert reports, Deposition

*Apple Inc. v. **Masimo Corporation** (Design Patent Infringement)*
Date of engagement: October, 2022
Central District of California, Case No. C.A. No. 22-1377-MN-JLH
Expert for Defendant, engaged by Knobbe, Martens, Olson & Bear, LLP
Patent evaluation, Expert declarations

***In the Matter of Certain Soft Projectile Launching Devices, Components Thereof, Ammunition, and Products Containing Same*** *(Utility Patent Infringement)*
Date of engagement: October, 2022
United States International Trade Commission Inv. No. 337-TA-1221
Expert for Defendant Daisy Manufacturing Company, engaged by Kirkland & Ellis LLP
Patent evaluation, Expert reports, Deposition, Bench Trial

*Geigtech East Bay LLC v. **Lutron Electronics Co., Inc.** (Trade Dress Infringement)*
Date of engagement: July, 2022
Southern District of NY, Case No. 1:18-CV-05290
Expert for Defendant, engaged by Arnold & Porter LLP
Trademark evaluation, Expert report, Deposition

***Trove Brands, LLC** v. The Hut Group Ltd. (Design Patent, Trade Dress Infringement)*
Date of engagement: June, 2022
District of Utah, Case No. 2.20-CV-00803-HNC-DAO
Expert for Plaintiff, engaged by Knobbe, Martens, Olson & Bear, LLP
Patent and trademark evaluation, Expert declaration

*Truinject Corp. v. **Galderma Laboratories, L.P** (Trade Dress Infringement)*
Date of engagement: May, 2022
District of Delaware, Case No. 19-00592-LPS-JLH
Expert for Defendant, engaged by Munck Wilson Mandala, LLP
Trade dress evaluation, Expert report

*Proslide Technology Inc. v. **Whitewater West Industries Ltd**. (Design Patent Infringement)*
Date of engagement: August, 2021
Middle District of Florida, Case No. 6:20-cv-02189-CEM-DCI
Expert for Defendant, engaged by Buchalter PC
Patent evaluation, Expert reports, Deposition

*Panasonic Corporation v. **Getac Technology Corporation** (Design Patent Infringement)*
Date of engagement: April, 2021
Central District of California, Case No. 8:19-cv-01118-DOC-DFM
Expert for Defendant, engaged by King & Spalding LLP
Patent evaluation, Expert reports, Deposition

**JOEL DELMAN |** InformedInnovation
2176 W. 24th Street, Los Angeles, CA 90018    773.517.1862    joel@informedinnovationinc.com

*In the Matter of Certain Electronic Stud Finders, Metal Detectors and Electrical Scanners*
*(Utility Patent Infringement)*
Date of engagement: December, 2020
United States International Trade Commission Inv. No. 337-TA-1221
Expert for Plaintiff Zircon Corp., engaged by Palo Alto Legal Group
Patent evaluation, Expert reports, Deposition, Bench Trial Testimony (June 2021)

***Razor USA LLC and Shane Chen v*** *DGL Group, Ltd. (Design Patent Infringement)*
Date of engagement: December, 2020
US District Court, District of New Jersey, Case No. 2:19-cv-12939
Expert for Plaintiff, engaged by Knobbe, Martens, Olson & Bear, LLP
Patent Evaluation, Expert declaration

***Glam and Glits Nail Design Inc.*** *v. iGel Beauty, LLC (Design Patent, Trade Dress Infringement)*
Date of engagement: December, 2020
Central District of California, Case No. 8:20-cv-00088-JVS-DFM
Expert for Plaintiff, engaged by Lapple Ubell IP Law, LLP
Patent and Trade Dress evaluation, Expert report

*In the Matter of Certain Vaporizer Cartridges and Components Thereof*
*(Design Patent Infringement)*
Date of engagement: October, 2020
United States International Trade Commission Inv. No. 337-TA-1211
Expert for Plaintiff Juul Labs, Inc., engaged by Quinn Emanuel Urquhart & Sullivan, LLP
Patent evaluation, Expert reports

***Otter Products, LLC*** *v. Fellowes, Inc. (Trade Dress Infringement)*
Date of engagement: July, 2020
Northern District of Illinois, Case No. 1:19-cv-06195
Expert for Plaintiff, engaged by Merchant & Gould P.C.
Trade Dress evaluation, Expert reports

*Lanard Toys Ltd. v.* ***Anker Play Products LLC*** *(Design Patent, Trade Dress, Copyright Infringement)*
Date of engagement: June, 2020
Central District of California, Case No. 2:19-cv-04350-RSWL-AFM
Expert for Defendant, engaged by Seyfarth Shaw LLP
Patent evaluation, Expert reports, Deposition

*Shure Inc. v.* ***ClearOne Inc.*** *(Design Patent Infringement)*
Date of engagement: May, 2020
District of Delaware, Case No. 19-1343 (RGA) CJB
Expert for Defendant, engaged by Hueston Hennigan LLP
Patent evaluation, Expert reports, Depositions, Jury Trial Testimony (November 2021)

*Furrion Property Holding Limited v.* ***Way Interglobal Network, LLC*** *(Design Patent Infringement)*
Date of engagement: April, 2020
Northern District of Indiana, Case No. 3:19-cv-00566-PPS-MGG
Expert for Defendant, engaged by McDermott, Will & Emery LLP
Patent evaluation, Expert declaration

*Simplehuman LLC v* ***iTouchless Housewares Inc.*** *(Design Patent Infringement)*
Date of engagement: January, 2020
Northern District of California, Case No. 4:19-CV-2701-HSG
Expert for Defendant, engaged by Foley & Lardner LLP
Patent evaluation, Expert declaration

**JOEL DELMAN |** InformedInnovation
2176 W. 24th Street, Los Angeles, CA 90018   773.517.1862   joel@informedinnovationinc.com

*Town and Country Linen Corp. v **Ingenious Designs LLC et al***
*(Design Patent Infringement, Trade Secret Misappropriation)*
Date of engagement: January, 2020
Southern District of New York, Case No. 1:18-cv-05075-LGS
Expert for Defendant, engaged by Baker & Hostetler LLP
Expert reports, Deposition


*MGA Entertainment, Inc. v **Zuru LLC** (Trade Dress Infringement)*
Date of engagement: January, 2020
California Superior Court, Case No. 19-chc-00599
Expert for Defendant, engaged by Dentons LLP
Expert reports, Deposition, Bench Trial (April 2020)

***P&P Imports LLC** v Apple Tree International Corp. (Trade Dress and Copyright Infringement)*
Date of engagement: November, 2019
California Central District Court, Case No. 8:18-cv-01542
Expert for Plaintiff, engaged by Pierce Bainbridge Beck Price & Hecht LLP
Trade Dress evaluation, Expert reports


***Covves, LLC**. V. Bigmouth Inc. et al (Design Patent Infringement)*
Date of engagement: September, 2019
Indiana Southern District Court, Case No. 1:18-cv-03307-JMS-TAB
Expert for Plaintiff, engaged by The McArthur Law Firm, PC
Patent evaluation, Expert reports


***Covves, LLC**. v. Dillard's, Inc. et al (Design Patent Infringement)*
Date of engagement: September, 2019
California Central District Court, Case No. 2:18-cv-08518-GJS
Expert for Plaintiff, engaged by The McArthur Law Firm, PC
Patent evaluation, Expert reports


*Rhino Metals Inc. v. **Sturdy Gun Safe, Inc.** (Trade Dress and Design Patent Infringement)*
Date of engagement: August, 2019
Idaho District Court, Case No. 1:18-cv-00474-EJL
Expert for Defendant, engaged by Givens Pursley LLP
Patent and trade dress evaluation, Expert reports, Deposition


*LILLEbaby LLC v. **BabySwede LLC et al** (Utility Patent Infringement)*
Date of engagement: June, 2019
In the Matter of Certain Child Carriers and Components Thereof
United States International Trade Commission Inv. No. 337-TA-1154
Expert for Defendant, engaged by Dorsey & Whitney LLP
Patent evaluation, Expert report, Deposition


***Kuen Hwa Traffic Industrial Co.** v. DNA Motor, Inc. (Design Patent Infringement)*
Date of engagement: April, 2019
California Central District Court, Case No. 2:18-cv-05664-RGK-SK
Expert for Plaintiff, engaged by InHouse Co. Law Firm LLC
Patent Evaluation, Report consultation (non-testifying expert)

**JOEL DELMAN  |** InformedInnovation
2176 W. 24th Street, Los Angeles, CA 90018   773.517.1862   joel@informedinnovationinc.com

*UZBL, LLC v. **Devicewear, LLC et al** (Design Patent, Trade Dress and Copyright Infringement)*
Date of engagement: January, 2019
California Central District Court, Case No. 8:17-cv-01978-JVS-KES
Expert for Defendant, engaged by Plager Schack LLP
Patent Evaluation, Expert report

***Spigen Korea Co., LTD.** v. Ultraproof, Inc. et al (Design Patent Infringement)*
Date of engagement: August, 2018
California Central District Court, Case No. 2:17-cv-01161-DOC-DFM
United States Court of Appeals for the Federal Circuit, Case: 19-1435
Expert for Plaintiff, engaged by Lewis Brisbois Bisgaard & Smith LLP
Expert reports, Deposition

***Spigen Korea Co., LTD.** v. Modne, Inc. et al (Design Patent Infringement)*
Date of engagement: July, 2018
California Central District Court, Case No. 2:17-cv-06674-SJO-FFM
Expert for Plaintiff, engaged by Lucem Law LLC
Expert report

*Edge Systems LLC et al v. **Aesthetic Skin Systems LLC** (Trade Dress Infringement)*
Date of engagement: May, 2018
California Central District Court, Case No. 2:17-cv-04597-PSG-AFM
Expert for Defense, engaged by Plager Schack LLP
Trademark evaluation and Consultation

*C&A Marketing, Inc. (dba Polaroid) v. **GoPro Inc.** (Design Patent Infringement)*
Date of engagement: January, 2017
District Court of New Jersey, Case No. 1:15-7854-RMB-JS
Expert for Defense, engaged by Kilpatrick Townsend & Stockton LLP
Expert report, Deposition

**JOEL DELMAN  |  **InformedInnovation
2176 W. 24th Street, Los Angeles, CA 90018   773.517.1862   joel@informedinnovationinc.com

Joel Delman  |  Expert Witness Testimony

***In the Matter of Certain Cameras, Camera Systems and Accessories*** *(Design Patent Infringement)*
Date of engagement: April, 2024
United States International Trade Commission Inv. No. 337-TA-1400
Expert for Plaintiff GoPro Inc., engaged by Quinn Emanuel Urquhart & Sullivan, LLP
Patent evaluation, Expert Declaration, Deposition, Trial Testimony (Bench Trial, January 2025)

*TC Heartland, LLC **v DreamPak, LLC*** *(Design Patent Infringement)*
Date of engagement: April, 2024
United States District Court for the Eastern District of Virginia, Case No. 3:23-CV-00714
Expert for Defendant, engaged by Reinhart Boerner Van Deuren S.C.
Patent evaluation, Expert Report, Deposition

*Apple Inc. v. **Masimo Corporation*** *(Design Patent Infringement)*
Date of engagement: October, 2022
Central District of California, Case No. C.A. No. 22-1377-MN-JLH
Expert for Defendant, engaged by Knobbe, Martens, Olson & Bear, LLP
Patent evaluation, Expert declarations, Deposition, Trial Testimony (Jury Trial, October 2024)

*Geigtech East Bay LLC v. **Lutron Electronics Co., Inc.*** *(Trade Dress Infringement)*
Date of engagement: July, 2022
Southern District of NY, Case No. 1:18-CV-05290
Expert for Defendant, engaged by Arnold & Porter LLP
Trademark evaluation, Expert report, Deposition, Trial Testimony (Jury Trial, February 2024)

*Proslide Technology Inc. v. **Whitewater West Industries Ltd***. *(Design Patent Infringement)*
Date of engagement: August, 2021
Middle District of Florida, Case No. 6:20-cv-02189-CEM-DCI
Expert for Defendant, engaged by Buchalter PC
Patent evaluation, Expert reports, Deposition, Trial testimony (Jury trial, November 2023)

*Facet Technologies, LLC v. **Lifescan, Inc.*** *(Utility Patent Infringement)*
Date of engagement: January, 2023
Central District of California, Case No. 2.22-cv-01717-MCS-MAR
Expert for Defendant Lifescan, Inc., engaged by Carter Ledyard & Milburn LLP
Patent evaluation, Expert reports, Deposition

***In the Matter of Certain Soft Projectile Launching Devices, Components Thereof, Ammunition, and Products Containing Same*** *(Utility Patent Infringement)*
Date of engagement: October, 2022
United States International Trade Commission Inv. No. 337-TA-1221
Expert for Defendant Daisy Manufacturing Company, engaged by Kirkland & Ellis LLP
Patent evaluation, Expert reports, Deposition, Trial testimony (ITC Hearing May 2023)

*Panasonic Corporation v. **Getac Technology Corporation*** *(Design Patent Infringement)*
Date of engagement: April, 2021
Central District of California, Case No. 8:19-cv-01118-DOC-DFM
Expert for Defendant, engaged by King & Spalding LLP
Deposition, Trial testimony (Jury trial, June 2022)

**JOEL DELMAN |** InformedInnovation
2176 W. 24th Street, Los Angeles, CA 90018    773.517.1862    joel@informedinnovationinc.com

*Glam and Glits Nail Design Inc. v. iGel Beauty, LLC (Design Patent, Trade Dress Infringement)*
Date of engagement: December, 2020
Central District of California, Case No. 8:20-cv-00088-JVS-DFM
Expert for Plaintiff, engaged by Lapple Ubell IP Law, LLP
Deposition

*Shure Inc. v. ClearOne Inc. (Design Patent Infringement)*
Date of engagement: May, 2020
District of Delaware, Case No. 19-1343 (RGA) CJB
Expert for Defendant, engaged by Hueston Hennigan LLP
Multiple depositions, Trial testimony (Jury trial, November 2021)

*In the Matter of Certain Electronic Stud Finders, Metal Detectors and Electrical Scanners*
*(Utility Patent Infringement)*
Date of engagement: December, 2020
United States International Trade Commission Inv. No. 337-TA-1221
Expert for Plaintiff Zircon Corp., engaged by Palo Alto Legal Group
Deposition, Trial testimony (Bench trial, June 2021)

*Town and Country Linen Corp. v Ingenious Designs LLC et al*
*(Design Patent Infringement, Trade Secret Misappropriation)*
Date of engagement: January, 2020
Southern District of New York, Case No. 1:18-cv-05075-LGS
Expert for Defendant, engaged by Baker & Hostetler LLP
Deposition

*Lanard Toys Ltd. v. Anker Play Products LLC (Design Patent, Trade Dress, Copyright Infringement)*
Date of engagement: June, 2020
Central District of California, Case No. 2:19-cv-04350-RSWL-AFM
Expert for Defendant, engaged by Seyfarth Shaw LLP
Deposition

*MGA Entertainment, Inc. v Zuru LLC (Trade Dress Infringement)*
Date of engagement: January, 2020
California Superior Court, Case No. 19-chc-00599
Expert for Defendant, engaged by Dentons LLP
Deposition, Trial testimony (Bench trial, March 2020)

*Rhino Metals Inc. v. Sturdy Gun Safe, Inc. (Trade Dress and Design Patent Infringement)*
Date of engagement: August, 2019
Idaho District Court, Case No. 1:18-cv-00474-EJL
Expert for Defendant, engaged by Givens Pursley LLP
Deposition

*LILLEbaby LLC v. BabySwede LLC et al (Utility Patent Infringement)*
Date of engagement: June, 2019
In the Matter of Certain Child Carriers and Components Thereof
United States International Trade Commission Inv. No. 337-TA-1154
Ohio Northern District Court, Case No. 1:19-cv-00504-JG
Expert for Defendant, engaged by Dorsey & Whitney LLP
Deposition

**JOEL DELMAN  |  **Informed**Innovation**
2176 W. 24th Street, Los Angeles, CA 90018   773.517.1862   joel@informedinnovationinc.com

*Spigen Korea Co., LTD. v. Ultraproof, Inc. et al (Design Patent Infringement)*
Date of engagement: August, 2018
California Central District Court, Case No. 2:17-cv-01161-DOC-DFM
United States Court of Appeals for the Federal Circuit, Case: 19-1435
Expert for Plaintiff, engaged by Lewis Brisbois Bisgaard & Smith LLP
Deposition

*C&A Marketing, Inc. (dba Polaroid) v. GoPro Inc. (Design Patent Infringement)*
Date of engagement: January, 2017
District Court of New Jersey, Case No. 1:15-7854-RMB-JS
Expert for Defense, engaged by Kilpatrick Townsend & Stockton LLP
Deposition