# EXHIBIT D

**JOEL DELMAN  |  **Informed**Innovation**
2176 W. 24th Street, Los Angeles, CA 90018   773.517.1862   joel@informedinnovationinc.com

General Articles and Publications

*Going In Blind: Redesigning the Next Generation Perkins Brailler*, Product Design & Development Magazine, November 11, 2010

*Are Amazon, Netflix and Google Making Too Many Decisions for Us?*, Forbes, November 24, 2010

*Design in 2010: Four Emerging Trends in Technical Product Design*, Engineering Exchange Magazine, April 5, 2010

*4 Reasons Why 3D TV is Years Away from Adoption*, MediaShift, May 18, 2010

*Economic Recession Doesn't have to Halt Innovative Product Development*, Design Manufacturing News, March 31, 2011

*Cost vs. Quality: The Dangers of Outsourcing Design Overseas*, Appliance Design Magazine, August 10, 2011

The Consumerization of Medical Products, Medical Product Outsourcing Magazine, August 31, 2011

*Design that Transforms the Eating Experience*, Bloomberg.com, January 5, 2012

*The Los Angeles Perspective on CES: Guest Blogger CES 2013*, LAObserved, January 2013

*Does Design + Celebrity = Innovation?* Innovation Excellence Magazine, March 12, 2013


Publications by Product Development Technologies Inc.

*Asian Design: A Look at the Landscape*, PDT Pulse June 2008

*PDT Pulse: CES Trends 2013*, February 2013

*PDT Pulse: E3 Electronic Entertainment Expo Trends 2013*, June 2013

*PDT Pulse: CES Trends 2014*, February 2014

*PDT Pulse: E3 Electronic Entertainment Expo Trends 2014*, June 2014

*PDT Pulse: CES Trends 2015*, February 2015

*PDT Pulse: NAFEM Trends 2015*, March 2015

*PDT Pulse: E3 Electronic Entertainment Expo Trends 2015*, June 2015

**JOEL DELMAN  |  **InformedInnovation
2176 W. 24th Street, Los Angeles, CA 90018   773.517.1862   joel@informedinnovationinc.com

*PDT Pulse: Trends in Medical and Healthcare Solutions*, August 2015

*PDT Pulse: CES Trends 2016,* February 2016

*PDT Pulse: POC Medical Diagnostics Trends*, April 2016

*PDT Pulse: E3 Electronic Entertainment Expo, Virtual Reality Past, Present and Future*, June 2016

*PDT Pulse: CES Trends 2017,* February 2017

*PDT Pulse: E3 Electronic Entertainment Expo Trends 2015*7 June 2017


Speaking Engagements

*The Future of Food Preparation*, California State University Long Beach Duncan Anderson Lecture Series, November 10, 2011

*Research as the Foundation to Great Design*, Southern California Biomedical Council MedTech Design Forum, May 31, 2012

*Design Patents and Defining the Article of Manufacture: An Expert Witness Plays Devil's Advocate*; Orange County Intellectual Property Law Association, April 19 2018.

*Design Patents and Defining the Article of Manufacture: An Expert Witness Plays Devil's Advocate*; CLE Webinar for The TASA Group, February 21, 2019.

*The Good, The Bad and The Ugly: How Recent Design Patent Cases Impact Design Protection*; Webinar for IDSA, August 25, 2020

*Legal Contracts for Designers: (Almost) Everything You Need to Know*; Presentation at the IDSA International Design Conference, September 17, 2020


Interviews

*Delivering Realizable Solutions Through Informed Innovation*, Market News First (MN1), March 9, 2007

*How are you Influencing ER and Surgical Devices?*, Medical Design Technology Magazine, November 17, 2010

*Live from the Medical Design and Manufacturing Expo: The Latest Trends in Medical Devices*, CBS Los Angeles Newsradio KNX10.70, February 2015

*Navigating CES and Passenger Experience Trends,* Airline Passenger Experience Association, January 8 2016

**JOEL DELMAN  |  **InformedInnovation
2176 W. 24th Street, Los Angeles, CA 90018   773.517.1862   joel@informedinnovationinc.com

*Design Mysteries with Bruce Hannah*
Apple Podcast, January 2022