UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SWISSDIGITAL USA CO., LTD.<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSONITE GROUP S.A.;<br>SAMSONITE LLC; SAMSONITE<br>COMPANY STORES, LLC; and<br>DIRECT MARKETING VENTURES,<br>LLC;<br><br>    Defendants. | Case No. 1:24-cv-11636-JEK<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF SWISSDIGITAL USA CO., LTD.'S UNOPPOSED MOTION FOR LEAVE
TO SERVE AMENDED INFRINGEMENT CONTENTIONS**

Pursuant to Local Rule 16.6(d)(5) and the Scheduling Order, ECF No. 25, Plaintiff

Swissdigital USA Co., Ltd. ("Plaintiff" or "Swissdigital"), respectfully moves the Court for leave

to amend its Preliminary Infringement Contentions to include additional accused products

identified based on materials produced during discovery by Defendants.  In support of this Motion,

Swissdigital submits the accompanying memorandum of law.


Dated: September 19, 2025


                                        Respectfully submitted,


                                        /s/ Dariush Keyhani
                                        _____

                                        Dariush Keyhani (pro hac vice)
                                        Frances H. Stephenson (pro hac vice)
                                        Scott M. Draffin (pro hac vice)
                                        KEYHANI LLC
                                        1050 30th Street NW
                                        Washington, DC 20007
                                        Phone: (202) 748-8950

dkeyhani@keyhanillc.com
fstephenson@keyhanillc.com
sdraffin@keyhanillc.com

Lisa M. Tittemore (BBO # 567941)
Kevin R. Mosier (BBO # 703739)
SUNSTEIN LLP
100 High Street
Boston, MA 02110
Phone: (617) 443-9292
ltittemore@sunsteinlaw.com
kmosier@sunsteinlaw.com
ksoule@sunsteinlaw.com

ATTORNEYS FOR PLAINTIFF,
SWISSDIGITAL USA CO., LTD.

LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that on August 20, 2025, counsel for Swissdigital conferred with counsel for Defendant Samsonite. In a follow-up email on September 2, 2025, counsel for Samsonite advised that they do not oppose this motion.

/s/ Dariush Keyhani
Dariush Keyhani

CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2025, a true and correct copy of the foregoing was served upon all counsel of record via the Court's EM/ECF system.

/s/ Dariush Keyhani
Dariush Keyhani

2