SWISSDIGITAL USA CO., LTD.

    *Plaintiff*,

    v.

SAMSONITE GROUP S.A.;
SAMSONITE LLC; SAMSONITE
COMPANY STORES, LLC; and
DIRECT MARKETING VENTURES,
LLC;

    *Defendants*.

Case No. 1:24-cv-11636-JEK

**JURY TRIAL DEMANDED**

## <u>JOINT MOTION TO EXTEND FACT DISCOVERY DEADLINES</u>

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and the Scheduling Order, ECF No. 25, Plaintiff Swissdigital USA Co., Ltd. and Defendants Samsonite Group S.A., Samsonite LLC, Samsonite Company Stores, LLC, and Direct Marketing Ventures, LLC (collectively, the "Parties"), respectfully move the Court to extend the remaining fact discovery deadlines.

Specifically, the Parties propose the following fact discovery deadlines:

| Fact Discovery Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Depositions of Fact Witnesses | December 11, 2025 | 60 days after entry of the Court's ruling on claim construction or the Court's ruling on Defendants' Motion for Summary Judgment, whichever is later |
| Close of Fact Discovery | January 22, 2026, or 60 days after entry of the Court's ruling on claim construction, whichever is later | 90 days after entry of the Court's ruling on claim construction or the Court's ruling on Defendants' Motion for Summary Judgment, whichever is later |

In support of this motion, the Parties state that good cause exists for the requested extension. The Parties believe that the Court's claim construction and summary judgment rulings may affect the scope of the case and discovery. Accordingly, it will be more efficient to conduct depositions following entry of the Court's rulings. This is the Parties' first request to extend these deadlines, and the Parties have abided by the Scheduling Order's other fact discovery interim deadlines, exchanging interrogatories, requests for production of documents, and requests for admission. Further, the Parties believe that the requested extension will not affect any other deadlines in this case, and no party will suffer any undue prejudice from the proposed changes.

For the foregoing reasons, the Parties respectfully request that the Court extend the remaining fact discovery deadlines as proposed.

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), counsel certify that they have conferred and agreed to submit this motion jointly.

Dated: November 14, 2025

Respectfully submitted,

/s/ *Dariush Keyhani*

Dariush Keyhani (*pro hac vice*)
Frances H. Stephenson (*pro hac vice*)
Scott M. Draffin (*pro hac vice*)
**KEYHANI LLC**
1050 30th Street NW
Washington, DC 20007
Phone: (202) 748-8950
dkeyhani@keyhanillc.com
fstephenson@keyhanillc.com
sdraffin@keyhanillc.com

/s/ *Adam J. Kessel*

Adam J. Kessel
Massachusetts Bar No. 661,211
kessel@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02210
Tel:    (617) 542-5070
Fax:    (617) 542-8906

*Attorneys for Defendants*

Lisa M. Tittemore (BBO # 567941)
Kevin R. Mosier (BBO # 703739)
**SUNSTEIN LLP**
100 High Street
Boston, MA 02110
Phone: (617) 443-9292
ltittemore@sunsteinlaw.com
kmosier@sunsteinlaw.com


*ATTORNEYS FOR PLAINTIFF*
*SWISSDIGITAL USA CO., LTD.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2025, a true and correct copy of the foregoing was served upon all counsel of record via the Court's EM/ECF system.

/s/ *Kevin R. Mosier*
Kevin R. Mosier