**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

SWISSDIGITAL USA CO., LTD.,

     Plaintiff,

     v.

SAMSONITE GROUP S.A.; SAMSONITE
LLC; SAMSONITE COMPANY STORES,
LLC; and DIRECT MARKETING
VENTURES, LLC,

     Defendants.

Civil No. 1:24-cv-11636

**JURY TRIAL DEMANDED**

**DEFENDANTS' MOTION TO COMPEL RESPONSIVE
DOCUMENTS AND COMPLETE INTERROGATORY RESPONSES**

Pursuant to Federal Rules of Civil Procedure 37 and Local Rule 37, Defendants Samsonite Group S.A., Samsonite LLC, Samsonite Company Stores, LLC, and Direct Marketing Ventures, LLC (collectively, "Samsonite") seek an order compelling Plaintiff Swissdigital USA Co., Ltd. ("Swissdigital") to produce documents and complete response to interrogatories regarding (1) the costs of components used in, and sales information prior to 2018 for, Swissdigital's products; (2) Swissdigital's corporate structure, including an identification of entities involved in the design, manufacture, marketing, and sale of Swissdigital's products; and (3) prototypes of Swissdigital's products. These materials are highly relevant and typically provided in patent infringement cases. Swissdigital has failed to show any undue burden from complying with its basic discovery obligations, and moreover has failed to respond to Samsonite's requests to meet-and-confer. Given the upcoming close of fact discovery, the Court should order Swissdigital to provide the requested material and information forthwith.

The grounds for the motion are further set forth in the accompanying Memorandum.

1

Dated:  April 13, 2026

Respectfully submitted,

By:  */s/ Adam J. Kessel*
Adam J. Kessel
Massachusetts Bar No. 661,211
kessel@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02210
Tel:  (617) 542-5070
Fax: (617) 542-8906

Neil J. McNabnay (*Pro Hac Vice*)
Texas Bar No. 24002583
mcnabnay@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070
Fax: (214) 747-2091

Bailey K. Benedict (*Pro Hac Vice* )
Texas Bar No. 24083139
benedict@fr.com
Ethan K. Kovar (*Pro Hac Vice* )
Texas Bar No. 24138134
kovar@fr.com
**FISH & RICHARDSON P.C.**
909 Fannin Street, Suite 2100
Houston, TX 77010
Tel: (713) 654-5300
Fax: (713) 652-0109

Wonjoon Chung (*Pro Hac Vice* )
Georgia Bar No. 396468
chung@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree Street NE
21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005
Fax: (404) 892-5002

***Attorneys for Defendants***
***SAMSONITE GROUP S.A.; SAMSONITE***
***LLC; SAMSONITE COMPANY STORES,***
***LLC; and DIRECT MARKETING***
***VENTURES, LLC***

2

## **L. R. 7.1(a)(2) CERTIFICATION**

Counsel for Defendants certify that they attempted in good faith to meet and confer with counsel for Swissdigital to resolve or narrow the issues raised in this motion. Counsel for Swissdigital did not respond to the request.

*/s/ Wonjoon Chung*
Wonjoon Chung

**L. R. 37.1(b) CERTIFICATION**

Counsel for Defendants certify that they attempted in good faith to meet and confer with counsel for Swissdigital to resolve or narrow the issues raised in this motion. Counsel for Samsonite wrote counsel for Swissdigital via email on Wednesday, April 1, 2026 requesting a meet and confer the following week. Counsel for Swissdigital responded to the communication on Friday, April 3, 2026, but did not provide availability for a meet and confer. Counsel for Samsonite repeated its request for availability for a meet and confer the following week. Counsel for Swissdigital did not respond to the request within 7 days of the request.

/s/ Wonjoon Chung
Wonjoon Chung

4

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2026, I caused the foregoing document to be served upon all counsel of record via the Court's CM/ECF system.

*/s/ Wonjoon Chung*
Wonjoon Chung

5