**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

SWISSDIGITAL USA CO., LTD.,

   Plaintiff,

  v.

SAMSONITE GROUP S.A.; SAMSONITE
LLC; SAMSONITE COMPANY STORES,
LLC; and DIRECT MARKETING
VENTURES, LLC,

   Defendants.

Civil No. 1:24-cv-11636

**JURY TRIAL DEMANDED**

**DECLARATION OF WONJOON CHUNG IN SUPPORT
OF DEFENDANTS' MOTION TO COMPEL**

I, Wonjoon Chung, hereby declare as follows:

1.  I am an attorney at the law firm of Fish & Richardson P.C. and counsel of record for Defendants Samsonite Group, S.A., Samsonite LLC, Samsonite Company Stores, LLC, and Direct Marketing Ventures, LLC (collectively, "Samsonite" or "Defendants") in the above-captioned matter.

2.  I have personal knowledge of the matters set forth in this declaration and could testify competently thereto if called upon to do so.

3.  This declaration is submitted on behalf of Defendants in support of their Motion to Compel Responsive Documents and Complete Responses to Interrogatories.

4.  Attached hereto as **Exhibit 1** is a true and correct copy of the Declaration if Zhijian (Hunter) Li, at Dkt. No. 28-1 in the litigation styled *Krummholz International, Inc. and Swissdigital USA Co., Ltd. v. Wenger S.A.*, No. 1:15-cv-86-WMS (W.D.N.Y.), dated September 18, 2015.

5.      Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiff Swissdigital USA Co., Ltd.'s Second Supplemental Responses and Objections to Defendants' Interrogatories, dated March 14, 2025.

6.      Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the transcript of the Scheduling Conference before Judge Julia E. Kobick on October 2, 2024.

7.      Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from Plaintiff Swissdigital USA Co., Ltd.'s Responses and Objections to Defendants' First Set of Requests for Admission, dated September 29, 2025.

8.      Attached hereto as **Exhibit 5** is a true and correct copy of a printout of the China Wholesale page of hunterbags.com, last accessed April 8, 2026.

9.      Attached hereto as **Exhibit 6** is a true and correct copy of a printout of the Our Company page of hunterbags.com, last accessed April 8, 2026.

10.     Attached hereto as **Exhibit 7** is a true and correct copy of the Hk New Hunter Intl Investment Grou Records page of importgenius.com, last accessed April 8, 2026.

11.     Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from Defendants' First Set of Interrogatories to Swissdigital USA Co., Ltd. (Nos. 1-4), dated November 1, 2024.

12.     Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from Plaintiff Swissdigital USA Co., Ltd.'s Responses and Objections to Defendants' Interrogatories, dated September 5, 2025.

13.     Attached hereto as **Exhibit 10** is a true and correct copy of Plaintiff Swissdigital USA Co., Ltd.'s Responses and Objections to Defendants' Interrogatories, dated September 29, 2025.

14.     Attached hereto as **Exhibit 11** is a true and correct copy of correspondence from Darius Keyhani to Ethan Kovar, dated November 14, 2025.

15.     Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from Defendants' First Supplemental Responses to Swissdigital USA Co., Ltd.'s First Set of Interrogatories (Nos. 1-10), dated November 7, 2025, designated **Highly Confidential-Attorneys' Eyes Only**.

16.     Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from Plaintiff Swissdigital USA Co., Ltd.'s Responses and Objections to Defendants' Request for Production, dated September 5, 2025.

17.     Attached hereto as **Exhibit 14** is a true and correct copy of correspondence from Ethan Kovar to Darius Keyhani, dated November 3, 2025.

18.     Attached hereto as **Exhibit 15** is a true and correct copy of a pdf version of the excel document produced in this litigation bearing Bates number SWISSDIGITAL001887, designated **Highly Confidential-Attorneys' Eyes Only**.

19.     Attached hereto as **Exhibit 16** is a true and correct copy of a pdf version of the excel document produced in this litigation bearing Bates number SWISSDIGITAL001888, designated **Highly Confidential-Attorneys' Eyes Only**.

20.     Attached hereto as **Exhibit 17** is a true and correct copy of a pdf version of the excel document produced in this litigation bearing Bates number SWISSDIGITAL001889, designated **Highly Confidential-Attorneys' Eyes Only**.

21.     Attached hereto as **Exhibit 18** is a true and correct copy of email correspondence between counsel for the parties in this litigation during the period April 1st and April 3, 2026.

22.     Attached hereto as **Exhibit 19** is a true and correct copy of the document produced in this litigation bearing Bates number SWISSDIGITAL001835, designated **Highly Confidential-Attorneys' Eyes Only**.

23.     Attached hereto as **Exhibit 20** is a true and correct copy of Defendants' Notice of Rule 30(b)(6) Deposition of Plaintiff Swissdigital USA Co., Ltd., dated December 16, 2025.

24.     Attached hereto as **Exhibit 21** is a true and correct copy of Defendants' Corrected Second Set of Interrogatories to Swissdigital USA Co., Ltd. (Nos. 8-25), dated October 16, 2025.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 13, 2026.

*/s/ Wonjoon Chung*
Wonjoon Chung

4

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2026, I caused the foregoing document to be served upon all counsel of record via electronic mail and the Court's CM/ECF system.


/s/ *Wonjoon Chung*
Wonjoon Chung

5