# EXHIBIT 5

HUNTERS

Home    Products ⌄    News    FAQs    About us ⌄    Contact Us                🔍    🇬🇧 English ▾

Home > Featured

Online Service

China Wholesale Gift Pencil Pen Box Factory – Swissdigital Design Men's College Business Travel Backpack RFID Protection Pre-Wired USB Charging Fits Laptops up to 15.6", BLACK – New Hunter



**Short Description:**

[SEND EMAIL TO US]

| Product Detail | Product Tags | Related Video | Feedback (2) |

The key to our success is "Good Product Excellent, Reasonable Rate and Efficient Service" for , , , With outstanding company and top quality, and an enterprise of overseas trade featuring validity and competitiveness, which will be trustworthy and welcomed by its clientele and makes joy to its employees.

China Wholesale Gift Pencil Pen Box Factory – Swissdigital Design Men's College Business Travel Backpack RFID Protection Pre-Wired USB Charging Fits Laptops up to 15.6", BLACK – New Hunter Detail:

*The Swissdigital Design  backpack products are created for the new "Commuter Urban Traveler". While you are at your favorite coffee shop, meet up place, park, beach, lake, mountain trail or other OUTDOOR places, relax your back for a moment with a massage and quiet the mind in meditation.

* DURABLE PROTECTION: Fits most MacBook, Chromebook and PC laptops up to 15.6 inches.

* SMART CHARGING READY: This travel backpack is equipped with a charging port offering quick access to charge your phone and other electronic devices like Amazon Kindle devices, portable gamepads, and all other USB devices conveniently and freely. The charging port is located on the right side of the backpack, which enables you to use the device while it charges and walk at the same time (portable battery pack is NOT INCLUDED – no specific battery pack is required).

* RFID PROTECTION POCKET: Travel with peace of mind. The RFID protection pocket help to safeguard your personal information from being compromised by RFID scanners (e.g., credit cards, passports, and driver's licenses).

* Enjoy the Swissdigital Design backpack products while you are traveling and while OUTDOORS as you stay safe during these challenging times. Swissdigital Design has your back…literally! ENJOY THE MASSAGE!

*Our great brand set up by Mr Hunter ,SWISS DIGITAL DESIGN  if you are interesting too ,pls enter our website :WWW.SWISSDIGITALDESIGN.COM ,it will bring you different feeling about the coming digital AI society ! We pay our sincerity to the bag ,not only on it production but great attention on it design .We believe always good design good quality to meet the developing of society that can bring oppotunity for business . if anything else ,pls contact us by email ,we will reverse to you as soon as getting your mail ,thank you.





**Package include**

1 * Polybag suitable pcs *carton

Product detail pictures:



Online Service

Online Service









---

Related Product Guide:

---

We insist on the principle of development of 'High quality, Efficiency, Sincerity and Down-to-earth working approach' to deliver you with great provider of processing for China Wholesale Gift Pencil Pen Box Factory – Swissdigital Design Men's College Business Travel Backpack RFID Protection Pre-Wired USB Charging Fits Laptops up to 15.6", BLACK – New Hunter , The product will supply to all over the world, such as: Burundi, United States, Austria, With the first-class solutions, excellent service, fast delivery and the best price, we've won highly praise foreign customers'. Our products have been exported to Africa, the Middle East, Southeast Asia and other regions.

## Leave Your Message

* Name

* Email (We will reply you via email in 24 hours)

Phone/WhatsApp/WeChat (Very important)

* Enter product details such as size, color, materials etc. and other specific requirements to receive an accurate quote.

**Send**

### Products categories











| OEM Cheap Childrens Backpack Pricelist – ... | China Wholesale Canvas Duffle Bag Quotes –... | China Wholesale Cycling Riding Tactical Bag Fac... | China Wholesale Eva Pencil Box Factory – ... |

### CONTACT

Yingbin East Road, Chengnan Industry Zone, Hui'an Country, Quanzhou, Fujian, China.

Email: product2@hunterbags.com

Phone: 86-595-87351963, 86(0)18965698810

Whatsapp: 86(0)18965698810

Wechat: 18965698810

### INFORMATION

- About Us
- FAQs
- News
- Contact Us

Inquiry Now

### PRODUCTS

- Device Bag
- Tote Bag & Duffle
- Lunch Bag
- Outdoor Bags
- Promotion Bags
- Backpack
- Luggage
- Sling Bag/Messenger
- Accessories