# EXHIBIT 6



Home > Our Company

## Our Company

| Our Company | Our Certificate | Our Brand | Why Choose Us | Our Tour |

### Quanzhou New Hunter Bags & Luggages Co., Ltd.



### Our Company Map

| I) Import & Export Operation System | + |
| II) Supply Chain System -China | + |
| III) Supply Chain System-Oversea | + |

### Company Culture



**Our Mission**

24 Years, Accumulating, Keep Moving, Just To Make A Difference.

**Our Values ,Conduct,And Behavior**

Makeing the most of our unique assets, HUNTER is committed to providing superior product and services that enhance and optimized our customers' performance.

**Our Chief Factory**

| Factory Name: | Quanzhou New Hunter Bags & Luggages CO., LTD. |
| Factory Location: | Quanzhou,China. |
| Established: | 1997 |
| Area: | 10000sqm |
| OEM Experience: | Manufacture for over 100 brands around the world. |
| Factory Details: | production 5 lines (about 500 workers) and testing facilities |
| Production Category: | Bags & Luggages<br>Factory Capacity - 80K to 100K backpacks per month |
| Lead Time: | Repeat order:45-50days, New order:60-70days |



**CONTACT**

Yingbin East Road, Chengnan Industry Zone, Hui'an Country, Quanzhou, Fujian, China.

Email: product2@hunterbags.com

Phone: 86-595-87351963, 86(0)18965698810

Whatsapp: 86(0)18965698810

Wechat: 18965698810

**INFORMATION**

- About Us
- FAQs
- News
- Contact Us

Inquiry Now

**PRODUCTS**

- Device Bag
- Tote Bag & Duffle
- Lunch Bag
- Outdoor Bags
- Promotion Bags
- Backpack
- Luggage
- Sling Bag/Messenger
- Accessories

© Copyright - 2010-2021 : All Rights Reserved. Hot Tags, Hot Products, Sitemap
Eco-Friendly Lunch Bag, Insulate Tote Lunch Bag, Pvc Cosmetic Bag, Double Shoulder School Bag, Lunch Cooler Bag, Sports Tote Bag,