# EXHIBIT 7



# Sample Shipment From Hk New Hunter Intl Investment Grou

**BILL OF LADING** MIGCXM18080904
**ARRIVAL DATE:** 2018-09-14

**PRODUCT**    **TRANSIT**    **COMPANY**

**CONTAINER NUMBER:** TCNU7383740    ✕

| CARGO #1 | |
|---|---|
| **DESCRIPTION** BACKPACK THIS SHIPMENT CONTAINS NO SOLID WOOD. . | |

| **KEYWORDS** BACKPACK | **HS-CODE** DATA UNAVAILABLE | **PIECE COUNT** 800 |
|---|---|---|

| **LENGTH** DATA UNAVAILABLE | **HEIGHT** DATA UNAVAILABLE |
|---|---|
| **WIDTH** DATA UNAVAILABLE | **LOAD STATUS** LOADED |
| **SEAL** YMAR028713 | **EQUIPMENT DESCRIPTION** AC |
| **TYPE** 0 FOOT CONTAINER | **TYPE OF SERVICE** PIER TO PIER |
| **CONTAINER TYPE** 0 FOOT CONTAINER | **MARKS & NUMBERS** PACKING METERIALS ITEM NO. DESCRIPTION COLOR G.W. N.W. QTY |

More data available to paid subscribers

## Related companies to Hk New Hunter Intl Investment Grou



SWISSDIGITAL ...
🇺🇸 UNITED STATES
〰️ 150±
Total
Shipments

Top trading partners ⇅

🇨🇳 XIAMEN KEXIN TR...    76± shipments

🇹🇼 HK NEW HUNTER I...    68+ shipments

🇨🇳 XIAMEN HORIZON...    24± shipments

7 others

---

**ImportGenius**

**Product**
How it works
Pricing
Tradebase
Search

**Company**
About us
Careers
Contact us
Newsroom

**Industries**
Logistics & Freight Forwarding
Manufacturing & Supply Chain
Trade Law & Investigations
Government Compliance
Retail & Wholesale
Banking & Finance
Commodities
Aerospace Compliance

**Resources**
Videos & Webinars
Reports & Blog
Join Our Newsletter

© 2026 Trade Data Services, Inc.    English    中文    Français    한국말    Español