**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

SWISSDIGITAL USA CO., LTD.,

      Plaintiff,

    v.

SAMSONITE GROUP S.A.; SAMSONITE
LLC; SAMSONITE COMPANY STORES,
LLC; and DIRECT MARKETING
VENTURES, LLC,

      Defendants.

Civil No. 1:24-cv-11636

**JURY TRIAL DEMANDED**

**DEFENDANTS' MOTION TO SEAL CERTAIN PORTIONS**
**OF AND EXHIBITS TO MOTION TO COMPEL RESPONSIVE**
**DOCUMENTS AND COMPLETE INTERROGATORY RESPONSES**

Defendants Samsonite Group S.A., Samsonite LLC, Samsonite Company Stores, LLC, and Direct Marketing Ventures, LLC (collectively, "Defendants" or "Samsonite") request that certain exhibits to Defendants' Motion to Compel Responsive Documents and Complete Responses to Interrogatories, and certain portions of the memorandum in support thereof, be filed under seal. Specifically, Exhibits 12, 14-17, and 19 to the motion contain information designated as "Highly Confidential – Attorneys' Eyes Only" under the Protective Order in this case.

There is good cause to seal the requested materials. Exhibit 12, Samsonite's responses to Plaintiff Swissdigital's interrogatories, contain confidential information regarding Defendants' corporate structure. Exhibit 15-17 contain financial information regarding Swissdigital's product sales. Exhibit 19 is a document containing Swissdigital's product design information. Exhibit 14 is a discovery deficiency letter containing discussion of the substance of Swissdigital's confidentially-produced discovery, including discussion of the documents being cited as Exhibits 15-17 and 19 in Defendants' motion. Defendants have submitted a redacted version of the

1

memorandum in support of the motion that redacts only those portions that are confidential and omits the confidential exhibits, and will submit paper copies of sealed versions of the motion and exhibits.

Samsonite reached out to Swissdigital's counsel and has not received a response at the time of this filing. However, Swissdigital itself has designated information in Exhibits 14-17 and 19 as confidential, and Swissdigital has previously raised no objection to sealing similar information. Dkt. Nos. 59-60. Corporate structure information is routinely sealed as confidential information. *E.g.*, *Bold Ltd. v. Rocket Resume, Inc.*, No. 22-cv-01045-BLF, 2024 WL 1329921, at *2 (N.D. Cal. Mar. 27, 2024) ("Compelling reasons exist to seal confidential business, including non-public information about a company's . . . corporate structure . . . .").

## <u>RULE 7.1 STATEMENT</u>

Counsel for Defendants certify that they have conferred via email and attempted in good faith to resolve the subject of this motion.

Dated:  April 13, 2026

Respectfully submitted,

By:  */s/ Adam J. Kessel*
Adam J. Kessel
Massachusetts Bar No. 661,211
kessel@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02210
Tel:  (617) 542-5070
Fax: (617) 542-8906

Neil J. McNabnay (*Pro Hac Vice*)
Texas Bar No. 24002583
mcnabnay@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070
Fax: (214) 747-2091

Bailey K. Benedict (*Pro Hac Vice* )
Texas Bar No. 24083139
benedict@fr.com
Ethan K. Kovar (*Pro Hac Vice* )
Texas Bar No. 24138134
kovar@fr.com
**FISH & RICHARDSON P.C.**
909 Fannin Street, Suite 2100
Houston, TX 77010
Tel: (713) 654-5300
Fax: (713) 652-0109

Wonjoon Chung (*Pro Hac Vice* )
Georgia Bar No. 396468
chung@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree Street NE
21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005
Fax: (404) 892-5002

***Attorneys for Defendants
SAMSONITE GROUP S.A.; SAMSONITE
LLC; SAMSONITE COMPANY STORES,
LLC; and DIRECT MARKETING
VENTURES, LLC***

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2026, I caused the foregoing document to be served upon all counsel of record via the Court's CM/ECF system.

/s/ *Adam J. Kessel*
Adam J. Kessel