**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

SWISSDIGITAL USA CO., LTD.,

        Plaintiff,

      v.

SAMSONITE GROUP S.A.; SAMSONITE LLC; SAMSONITE COMPANY STORES, LLC; and DIRECT MARKETING VENTURES, LLC,

        Defendants.

Civil No. 1:24-cv-11636

**JURY TRIAL DEMANDED**

**DECLARATION OF WONJOON CHUNG IN SUPPORT OF DEFENDANTS'
REPLY IN SUPPORT OF MOTION TO COMPEL RESPONSIVE
DOCUMENTS AND COMPLETE RESPONSES TO INTERROGATORIES**

I, Wonjoon Chung, hereby declare as follows:

1.      I am an attorney at the law firm of Fish & Richardson P.C. and counsel of record for Defendants Samsonite Group, S.A., Samsonite LLC, Samsonite Company Stores, LLC, and Direct Marketing Ventures, LLC (collectively, "Samsonite" or "Defendants") in the above-captioned matter.

2.      I have personal knowledge of the matters set forth in this declaration and could testify competently thereto if called upon to do so.

3.      This declaration is submitted on behalf of Defendants in support of their Reply in Support of Motion to Compel Responsive Documents and Complete Responses to Interrogatories.

4.      Attached hereto as **Exhibit 22** is a true and correct copy of the document produced in this litigation bearing Bates number SWISSDIGITAL002076, designated **Highly Confidential-Attorneys' Eyes Only**.

1

5.    Attached hereto as **Exhibit 23** is a true and correct copy of the website found at the URL https://www.11467.com/qiye/46704156.htm, last accessed April 30, 2026.

6.    Attached hereto as **Exhibit 24** is a true and correct copy of a machine translation of Exhibit 23, i.e., the website found at the URL https://www.11467.com/qiye/46704156.htm.

7.    Attached hereto as **Exhibit 25** is a true and correct copy of email correspondence between counsel for the parties in this litigation during the period April 1st and April 28, 2026.

8.    Attached hereto as **Exhibit 26** is a true and correct copy of the website found at the URL https://baike.baidu.com/item/泉州新汉特箱包轻工有限公司/20512365, last accessed April 29, 2026.

9.    Attached hereto as **Exhibit 27** is a true and correct copy of a machine translation of Exhibit 26, i.e., the website found at the URL

https://baike.baidu.com/item/泉州新汉特箱包轻工有限公司/20512365.

10.    Attached hereto as **Exhibit 28** is a true and correct copy of the website found at the URL https://www.qcc.com/firm/e8bf12db304997625d3506a540ceff63.html, last accessed May 6, 2026..

11.    Attached hereto as **Exhibit 29** is a true and correct copy of a machine translation of Exhibit 28, i.e., the website found at the URL

https://www.qcc.com/firm/e8bf12db304997625d3506a540ceff63.html.

12.    Attached hereto as **Exhibit 30** is a true and correct copy of a printout of the "Our Brand" page of the hunterbags.com website, found at the URL https://www.hunterbags.com/our-brand/, last accessed April 29, 2026.

13.     Attached hereto as **Exhibit 31** is a true and correct copy of a printout of the

"Contact Us" page of the hunterbags.com website, found at the URL

https://www.hunterbags.com/contact-us/, last accessed April 29, 2026.

14.     Attached hereto as **Exhibit 32** is a true and correct copy of a screenshot of the

WhatsApp profile picture for the contact bearing number 86 189 6569 8810.

15.     Attached hereto as **Exhibit 33** is a true and correct copy of email correspondence

between counsel for the parties in this litigation during the period April 1st and April 21, 2026.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May

6, 2026.

*/s/ Wonjoon Chung*
Wonjoon Chung

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 6, 2026, I caused the foregoing document to be served upon all counsel of record via the Court's CM/ECF system and electronic mail.


<u>*/s/ Wonjoon Chung*</u>
Wonjoon Chung

4