# EXHIBIT 23



欢迎来到企业公园，中国企业公园！需要海洋平台 | 您可以 登录 免费注册

**泉州新汉特箱包轻工有限公司**

认领企业，接订单！

公司黄页 » 泉州黄页 » 泉州家居日用品公司 » 泉州箱包、袋、皮具公司 » 泉州新汉特箱包轻工有限公司

| 基本资料 | 招聘 | 股东 | 变更 | 架构 | 商标 | 留言 | 联系方式 |

### 公司简介

本公司隶属于香港新汉特国际经贸发展有限公司，专业生产各种品牌的手袋；目前已为一百多家品牌厂商提供OEM服务，公司拥有现代化生产厂房11000M2及优越的办公与生活环境。汉特企业秉承：勤奋严谨、协作高效、卓越创新的精神，致力于建设国际化、高品质的企业，并通过尊重、培养激励和帮助，增进了员工的归属感和主人翁精神.

### 联系方式

| | |
|---|---|
| 公司地址： | 泉州市惠安县城南工业区 - |
| 固定电话： | (0595) |
| 经理： | 李志坚 |
| 电子邮件： | kyhr@hunterbags.com |
| 邮政编码： | 362000 |

### 其他联系方式

| | |
|---|---|
| 座机号码 | 0595-87351985 |
| 座机号码 | 059587358299 |
| 座机号码 | 0595-87358299 |

### 工商信息和基本资料

| | | | |
|---|---|---|---|
| 法人名称： | 泉州新汉特箱包轻工有限公司 | | |
| 简称： | 新汉特箱包轻工 | | |
| 主要经营产品： | 未提供 | | |
| 经营范围： | 生产包袋、服装及相关配套产品；货物及技术的进出口（不含进口分销）业务。 | | |
| 营业执照号码： | 913505217960764218 | 发证机关： | 福建省惠安县市场监督管理局 |
| 法人类型： | 有限责任公司(台港澳法人独资) | 地区编码： | 350521 |
| 组织机构代码： | 79607642-1 | 核准日期： | 2016-02-24 |
| 经营期限： | 2056-12-25 | 经营状态： | 存续 |
| 成立时间： | 2006年12月26日 | 注册资本： | 200.000000万人民币 (万元) |
| 公司官网： | http://www.hunterbag | 所属行业： | 箱包、袋、皮具 » 惠安县箱包、袋、皮具 |
| 所属城市黄页： | 泉州企业网 » 惠安县 | 顺企编码： | 46704156 |

### 人才招聘

| 职位名称 | 月薪 | 学历要求 | 职位要求 | 发布日期 |
|---|---|---|---|---|
| 新媒体运营（个人IP打造方向）（1名） | 5000-8000元 | 本科以上 | | 2026-04-15 |
| 新媒体运营（个人IP打造方向） | 5000-8000元/月 | 本科以上 | | 2026-04-15 |
| 采购员（1名） | 电询企业 | 大专以上 | | 2026-04-12 |
| 外贸跟单业务员/主管 | 5000-8000元/月 | 大专以上 | | 2026-04-08 |
| 房地产会计主管（1.5休） | 6000-8000元/月 | 不限学历 | | 2026-04-07 |
| 电商主播（二次元资深爱好者） | 5000-7000元/月 | 不限学历 | | 2026-03-30 |
| 外贸业务助理 | 3500-5000元/月 | 大专以上 | | 2026-03-25 |

**相关箱包、袋、皮具**

- 泉州得泰包袋有限公司
- 鲤城区双龙皮具商行
- 泉州恒凯箱包有限公司
- 泉州慧民箱包有限公司
- 泉州市新炬鑫箱包有...
- 泉州伟诺箱包有限公司
- 泉州市艾蒙奇箱包有...
- 泉州市惠安县丰腾箱...
- 泉州杰力箱包有限公司
- 泉州华芳箱包有限公司

**附近单位**

- 惠安县惠兴不锈钢商行
- 惠安县黄塘和平鞋料店
- 惠安县洛阳中天航空...
- 惠安县一山养殖场
- 泉州友通电器有限公司
- 泉州市东南医药连锁...
- 惠安县东岭西坑石雕厂
- 福建...

**张经理** ✔ 行业专家    💬 采购

评分 5.0 解决问题 765 次

客服已接入

您好，我是设备专家，直接对接制造商，提供高品质设备，看到您在关注**泉州新汉特箱包轻工有限公司**，请问您具体想了解的是？(为了节省您宝贵的时间，可以留下您的联系方式，我们将安排专属顾问1对1为您介绍！)

泉州新汉特箱包轻工有限公司的股东

| 股东名字 | 出资比例 | 出资额 |
|---|---|---|
| 香港新汉特国际投资集团有限公司 | 100% | 人民币200万元 |

泉州新汉特箱包轻工有限公司的工商变更记录

| 变更项目 | 变更后 | 变更前 | 时间 |
|---|---|---|---|
| 章程备案 | 2021-08-19章程备案 | 旧章程 | 2021-08-19 |
| 投资者名称变更 | 香港新汉特国际投资集团有限公司 | 香港新汉特（国际）投资发展有限公司 | 2021-08-19 |
| 经营范围变更 | 一般项目：箱包制造；箱包销售；皮革制品制造；服装制造；服装服饰批发；服装服饰零售；服装辅料销售；纺织、服装及家庭用品批发；电子产品销售；电力电子元器件销售；电子元器件批发；电子元器件制造；电力电子元器件制造；其他电子器件制造；导航终端制造；导航终端销售；货物进出口；技术进出口（除依法须经批准的项目外，凭营业执照依法自主开展经营活动）（不得在《外商投资准入负面清单》禁止外商投资的领域开展经营活动） | 生产包袋、服装及相关配套产品；货物及技术的进出口（不含进口分销）业务。 | 2021-08-19 |
| 联络员备案 | 陈凤华 | 李志坚 | 2021-04-09 |
| 联络员备案 | 李志坚 | 李志坚 | 2020-12-04 |
| 监事备案 | 李志坚 [新增] | 李辉泉 [退出] | 2017-11-10 |
| 经理备案 | 李辉泉 [新增] | 李志坚 [退出] | 2017-11-10 |
| 董事备案 | 李辉泉 [新增] | 李志坚 [退出] | 2017-11-10 |
| 法定代表人变更 | 李辉泉 | 李志坚 | 2017-11-10 |
| 增 补 换照 | 副本数：1 本；电子营业执照数：1 本 | 副本数：1本 | 2016-02-24 |

泉州新汉特箱包轻工有限公司的组织架构

| 名字 | 职务 |
|---|---|
| 李辉泉 | 监事 |
| 李志坚 | 执行董事兼总经理 |

泉州新汉特箱包轻工有限公司的注册商标

| 图片 | 注册号 | 商标名 | 分类 | 分类ID | 状态 | 日期 |
|---|---|---|---|---|---|---|
| SWISSGEAR | 20127778 | SWISSGEAR | 皮革皮具 | 18 | 商标注册申请等待受理中 | 2016-05-30 |
| LAKE LOUISE | 11981874 | LAKE LOUISE | 服装鞋帽 | 25 | 商标注册申请注册公告排版完成 | 2012-12-31 |
| LAKE LOUISE | 11982337 | LAKE LOUISE | 皮革皮具 | 18 | 商标注册申请注册公告排版完成 | 2012-12-31 |
| Bebe  Denim | 11982387 | BEBE DENIM | 皮革皮具 | 18 | 商标注册申请注册公告排版完成 | 2012-12-31 |
| Bebe  Denim | 11982420 | BEBE DENIM | 服装鞋帽 | 25 | 商标无效 | 2012-12-31 |

| | 11761459 | SWISSGEAR | 皮革皮具 | 18 | 商标无效 | 2012-11-19 |
|---|---|---|---|---|---|---|
| SWISSGEAR | | | | | | |
| Calipak | 10897837 | CALIPAK | 皮革皮具 | 18 | 商标已注册 | 2012-05-10 |
| Calipack | 10897850 | CALIPACK | 皮革皮具 | 18 | 驳回复审完成 | 2012-05-10 |
| SWISSGEAR | 20127778 | SWISSGEAR | 皮革皮具 | 18 | 商标注册申请等待受理中 | 2016-05-30 |
| Bebe Denim | 11982420 | BEBE DENIM | 服装鞋帽 | 25 | 商标无效 | 2012-12-31 |
| LAKE LOUISE | 11981874 | LAKE LOUISE | 服装鞋帽 | 25 | 商标注册申请注册公告排版完成 | 2012-12-31 |
| LAKE LOUISE | 11982337 | LAKE LOUISE | 皮革皮具 | 18 | 商标注册申请注册公告排版完成 | 2012-12-31 |
| Bebe Denim | 11982307 | BEBE DENIM | 皮革皮具 | 18 | 商标注册申请注册公告排版完成 | 2012-12-31 |
| SWISSGEAR | 11761459 | SWISSGEAR | 皮革皮具 | 18 | 商标无效 | 2012-11-19 |
| Calipak | 10897837 | CALIPAK | 皮革皮具 | 18 | 商标已注册 | 2012-05-10 |
| Calipack | 10897850 | CALIPACK | 皮革皮具 | 18 | 驳回复审完成 | 2012-05-10 |

本页是 [泉州新汉特箱包轻工有限公司] 在顺企网泉州黄页的介绍页，如果您是负责人并希望管理这家公司，请 免费注册，通过企业认证，便可完成绑定。可修改、发布推广您的产品和服务。 如果信息有误需要纠正或者删除，请 联系我们

⚑ 相关本地行业    ○ 附近城市    ○ 全国热门地区    ○ 您可能喜欢

| 泉州婴幼儿用品公司 | 泉州床上用品公司 | 泉州库存家居用品... | 泉州图具公司 | 泉州保健用品公司 |
|---|---|---|---|---|
| 泉州办公家具公司 | 泉州编织编织公司 | 泉州家居清洗用品... | 泉州雨具、太阳伞... | 泉州毛巾公司 |
| 泉州灶具公司 | 泉州生活日用橡胶... | 泉州餐具公司 | 泉州清洁用品公司 | 泉州装饰用纺织品... |