# EXHIBIT 24

# Quanzhou Xinhante Luggage and Light Industry Co., Ltd.

*泉州新汉特箱包轻工有限公司 — Business Directory Page*

Source: www.11467.com (Shun-Qi-Wang 顺企网)  |  Page ID: 46704156  |  Status: Existing

*[Banner: "Welcome to Shun-Qi-Wang — China's Free Enterprise Yellow Pages Free Posting Platform — please log in or register for free."]*

*Top-right navigation: Shun-Qi-Wang | Company Yellow Pages | Industry Suppliers | Enterprise Information | Procurement Sourcing | Promotional Services*

## Page Header

**Logo:** Quanzhou Xinhante Luggage and Light Industry Co., Ltd. (泉州新汉特箱包轻工有限公司)

*Call-to-action: "Claim enterprise — easily place orders!" (认领企业，轻松下单！)*

*Breadcrumb trail: Company Yellow Pages » Quanzhou Yellow Pages » Quanzhou Daily Necessities » Quanzhou Bags, Sacks, Leather Goods » Quanzhou Xinhante Luggage and Light Industry Co., Ltd.*

*Tab strip (red navigation): Basic Information | Recruitment | Equity | Changes | Architecture | Albums | Notices | Contact Methods*

## Company Profile (公司简介)

This company is affiliated with Hong Kong Xinhante International Trade Development Co., Ltd. and specializes in producing bags of various brands. To date it has provided OEM services for over one hundred brand factories. The company has modern production facilities of 11,000 m² and a superior production environment. Built on Hante Enterprise's spirit — integrity, efficient cooperation, and outstanding innovation — the company strives to build a domestic first-class, top-quality enterprise, and through fair incentives and dedicated guidance has fostered a sense of belonging and dedication among its employees.

## Contact Methods (联系方式)

| Company address | Quanzhou City, Hui'an County, Chengnan Industrial Zone (泉州市惠安县城南工业区) |
|---|---|
| **Landline area code** | (0595) |
| **Manager** | Li Zhijian (李志坚) |
| **E-mail** | kyhr@hunterbags.com |
| **Postal code** | 362000 |

**Other Contact Methods (其他联系方式)**

| Landline number | 0595-87351985 |
|---|---|
| **Landline number** | 0595-87358299 |
| **Landline number** | 0595-87358299 |

## Industrial-Records and Basic Materials (工商信息和基本资料)

| | |
|---|---|
| **Legal name** | Quanzhou Xinhante Luggage and Light Industry Co., Ltd. |
| **Short name** | Xinhante Luggage and Light Industry (新汉特箱包轻工) |
| **Main products** | Not provided |
| **Business scope** | Production of bags, garments, and related accessory products; goods and technology import/export (excluding distribution). |
| **Business license number** | 913505217960764218 |
| **Issuing authority** | Fujian Province Hui'an County Market Supervision Administration |
| **Legal type** | Limited liability company (HK/Macau/Taiwan legal-person sole proprietorship) |
| **Region code** | 350521 |
| **Organization code** | 79607642-1 |
| **Verification date** | 2016-02-24 |
| **Operating term** | Through 2056-12-25 |
| **Operating status** | Existing |
| **Establishment date** | 26 December 2006 |
| **Registered capital** | RMB 2,000,000 |
| **Company official site** | www.hunterbag |
| **Industry sector** | Bags, sacks, leather goods » Hui'an County bags, sacks, leather goods |
| **Region** | Quanzhou Enterprise Network » Hui'an County |
| **Shun-Qi-Wang internal company code** | 46704156 |

## Recruitment / Job Postings (人才招聘)

| Position | Salary | Education req. | Other req. | Date posted |
|---|---|---|---|---|
| New Media Operations (Personal IPTT direction) (1) | RMB 5,000–8,000 | Bachelor's or above | — | 2026-04-15 |
| New Media Operations (IPTT direction) | RMB 5,000–8,000/month | Bachelor's or above | — | 2026-04-15 |
| Cashier (1) | Negotiable | College or above | — | 2026-04-12 |

| Position | Salary | Education req. | Other req. | Date posted |
|---|---|---|---|---|
| Foreign-trade order processor / Cashier | RMB 5,000–8,000/month | College or above | — | 2026-04-08 |
| Real-estate accountant supervisor (1.5) | RMB 6,000–8,000/month | No degree limit | — | 2026-04-07 |
| E-commerce livestream host (anime fans welcomed) | RMB 5,000–7,000/month | No degree limit | — | 2026-03-30 |
| Foreign-trade business assistant | RMB 3,500–5,000/month | College or above | — | 2026-03-25 |

## Shareholders of Quanzhou Xinhante (股东)

| Shareholder name | Holding % | Capital contribution |
|---|---|---|
| Hong Kong Xinhante International Investment Group Co., Ltd. | 100% | RMB 2,000,000 |

## Industrial-Records Change History (工商变更记录)

| Item changed | After change | Before change | Date |
|---|---|---|---|
| Articles of Association on file | 2021-08-19 Articles of Association | Old Articles of Association | 2021-08-19 |
| Investor name change | Hong Kong Xinhante International Investment Group Co., Ltd. | Hong Kong Xinhante (International) Investment Development Co., Ltd. | 2021-08-19 |
| Business scope change | General items: bag manufacturing; bag sales; leather-product manufacturing; garment manufacturing; garment and apparel-accessory wholesale; garment and apparel-accessory retail; garment-accessory raw-material sales; textiles, garment, and household-textile-product wholesale; electronic-product sales; power-electronics-component sales; electronic-component wholesale; electronic-component manufacturing; power-electronics-component manufacturing; sales of other electronic devices; navigational-terminal manufacturing; | Production of bags, garments and related accessory products; goods and technology import/export (excluding distribution). | 2021-08-19 |

| Item changed | After change | Before change | Date |
|---|---|---|---|
| | navigational-terminal sales; goods import/export; technology import/export. (Apart from items requiring approval, business carried out under license.) (May not engage in business in fields prohibited to foreign investment under the Negative List for Foreign Investment Access.) | | |
| Liaison-officer record (联络员备案) | Chen Fenghua (陈凤华) | Li Zhijian (李志坚) | 2021-04-09 |
| Contact person record (联络员备案) | Li Zhijian (李志坚) | Li Aijun (李爱军) | 2020-12-04 |
| Supervisor change (监事备案) | Li Zhijian [new] | Li Huiquan [exited] | 2017-11-10 |
| Manager change (经理备案) | Li Huiquan [new] | Li Zhijian [exited] | 2017-11-10 |
| Director change (董事备案) | Li Huiquan [new] | Li Zhijian [exited] | 2017-11-10 |
| Legal representative change (法定代表人变更) | Li Huiquan | Li Zhijian | 2017-11-10 |
| License replacement / supplement (增补换照) | Hard copies: 1; e-copies: 1 | Hard copies: 1+ | 2016-02-24 |

## Organizational Structure of Quanzhou Xinhante (组织架构)

| Name | Position |
|---|---|
| Li Huiquan (李辉泉) | Supervisor (监事) |
| Li Zhijian (李志坚) | Executive Director and General Manager (执行董事兼总经理) |

## Registered Trademarks of Quanzhou Xinhante (注册商标)

| Image | Reg. No. | Mark | Class | Class ID | Status | Date |
|---|---|---|---|---|---|---|
| [SWISSGEAR] | 20127778 | SWISSGEAR | Leather goods | 18 | Trademark registration application — pending review | 2016-05-30 |
| [LAKE LOUISE] | 11981874 | LAKE LOUISE | Clothing, footwear, headwear | 25 | Trademark application announcement — registration announcement complete | 2012-12-31 |
| [LAKE LOUISE] | 11982337 | LAKE LOUISE | Leather goods | 18 | Trademark application announcement — registration announcement complete | 2012-12-31 |
| [Bebe Denim] | 11982387 | BEBE DENIM | Leather goods | 18 | Trademark application announcement — registration announcement complete | 2012-12-31 |
| [Bebe Denim] | 11982420 | BEBE DENIM | Clothing, footwear, headwear | 25 | Trademark invalid | 2012-12-31 |
| [SWISSGEAR] | 11761459 | SWISSGEAR | Leather goods | 18 | Trademark invalid | 2012-11-19 |
| [Calipak] | 10897837 | CALIPAK | Leather goods | 18 | Trademark registered | 2012-05-10 |
| [Calipack] | 10897850 | CALIPACK | Leather goods | 18 | Returned for re-examination — complete | 2012-05-10 |
| [SWISSGEAR] | 20127778 | SWISSGEAR | Leather goods | 18 | Trademark registration application — pending review | 2016-05-30 |
| [Bebe Denim] | 11982420 | BEBE DENIM | Clothing, footwear, headwear | 25 | Trademark invalid | 2012-12-31 |

| Image | Reg. No. | Mark | Class | Class ID | Status | Date |
|---|---|---|---|---|---|---|
| [LAKE LOUISE] | 11981874 | LAKE LOUISE | Clothing, footwear, headwear | 25 | Trademark application announcement — registration announcement complete | 2012-12-31 |
| [LAKE LOUISE] | 11982337 | LAKE LOUISE | Leather goods | 18 | Trademark application announcement — registration announcement complete | 2012-12-31 |
| [Bebe Denim] | 11982387 | BEBE DENIM | Leather goods | 18 | Trademark application announcement — registration announcement complete | 2012-12-31 |
| [SWISSGEAR] | 11761459 | SWISSGEAR | Leather goods | 18 | Trademark invalid | 2012-11-19 |
| [Calipak] | 10897837 | CALIPAK | Leather goods | 18 | Trademark registered | 2012-05-10 |
| [Calipack] | 10897850 | CALIPACK | Leather goods | 18 | Returned for re-examination — complete | 2012-05-10 |

## Page Footer / Disclaimer

This page is the introduction of [Quanzhou Xinhante Luggage and Light Industry Co., Ltd.] on Shun-Qi-Wang's Quanzhou Yellow Pages. If you are the head of this company and would like to manage this company, please [register for free]; through enterprise authentication you can complete binding. You may modify, post, or promote your products and services. If there is any error in the information, please [contact us] to correct or delete it.

**Sidebar listings:**

- Tabs: Related Local Industries (相关本地行业) | Nearby Cities (附近城市) | National Hot Regions (全国热门地区) | You may also like (您可能喜欢)
- Related Local Industries: Quanzhou Daily Necessities Companies; Quanzhou Office Supplies Companies; Quanzhou Pet Products Companies; Quanzhou Toys & Recreational Items Companies; Quanzhou Crafts Companies; Quanzhou Daily Chemicals Companies; Quanzhou Festive & Holiday Items Companies; Quanzhou Gardening & Garden Items Companies; Quanzhou Daily-use Plastic Products Companies; Quanzhou Daily-use Glass Products Companies.

**Site footer**

*Footer disclaimer: "This site's information is freely posted by enterprises through Shun-Qi-Wang. The site is fully free, and trades occur transparently. Beware of fraud. [Legal Statement] [Contact Shun-Qi-Wang.] Companies — Yellow Pages — Products — Procurement — Information — Free Registration — Easy Site Building."*

*ICP filing: Yue B2-20160116 / Yue ICP Bei No. 12079258 / Internet Drug Information Service Permit (Yue) Network License Letter [2023]-0112; Yue Public Security Network Filing 44030702000007. © 11467.com Shun-Qi-Wang Web Edition All rights reserved. To post procurement information or inquire about enterprise yellow-page entries, contact Shun-Qi-Wang.*