# EXHIBIT 26

泉州新汉特箱包轻工有限公司_百度百科

Baidu百科　泉州新汉特箱包轻工有限公司　✕　进入词条　🔊 播报　✎ 编辑　💬 讨论　⭐ 收藏　👍 赞　登

Baidu百科　泉州新汉特箱包轻工有限公司　✕　进入词条　全

首页　秒懂百科　特色百科　知识专题　加入百科　百科团队　权威合作　👤 个人中

| 1 玉龙雪山 | 12 成人家庭影院 |
| 2 职高学校 | 13 上海仓库 |
| 5 云南必去十大京 | 16 锂电池生产厂家 |
| 6 润色网站 | 17 完善质量体系 |
| 7 下载浏览器 | 18 智能储物柜 |
| 8 昆明必去4个景 | 19 低代码敏捷开发 |
| 9 浏览器下载 | 20 家庭影院影院 |
| 10 云南泸沽湖景区 | 21 咨询管理 |
| 11 小游戏开发 | 22 订酒店 |
🔊 广告 ✕

🔖 订阅　👍 0　↗ 0

# 泉州新汉特箱包轻工有限公司　🔊 播报　✎ 编辑　💬 讨论　📹 上传视频　➕

泉州市惠安县从事包袋生产的港澳台法人独资公司

　　泉州新汉特箱包轻工有限公司成立于2006年12月26日，是一家港澳台法人独资的有限责任公司，注册资本550万元人民币，法定代表人为李辉泉，总部位于福建省惠安县，主要从事箱包制造与销售 [2-3] [6] [8] [17]。

　　公司于2014年收购瑞士百年企业，打造了智能箱包品牌SDD。公司是省级"专精特新"中小企业和高新技术企业，拥有包括"一种便于收纳的桶形口背包"、"一种带行李箱拉杆固定功能的背包"在内的多项专利 [1] [5] [18-19]。2023年公司完成智能化改造 [3]。公司推出融合非遗惠女服饰元素的"惠女繁花"系列包饰 [12-13] [15]。

| 成立时间 | 2006年12月26日 | 总部地址 | 福建省惠安县螺阳镇惠祥路92号 |
| 注册资本 | 550万元（2023年实缴） | 公司名称 | 泉州新汉特箱包轻工有限公司 |
| 法定代表人 | 李辉泉（2025年起） | 公司类型 | 港澳台法人独资的有限责任公司 |
| 所属行业 | 皮箱、包（袋）制造 | 员工数 | 80人 |
| 员工规模 | 250人（2025年） | 经营范围 | 箱包制造与销售、皮革制品制造、服装制造、电子产品销售、货物及技术进出口 |

目录

1 企业概况　　　4 技术研发　　　7 风险管理
2 发展历程　　　5 资质荣誉
3 主营业务与产品　6 企业文化与社会责任

1 企业概况
2 发展历程
3 主营业务与产品
4 技术研发
5 资质荣誉
6 企业文化与社会责任
▶ 7 风险管理

## 企业概况　　🔊 播报　✎ 编辑

　　泉州新汉特箱包轻工有限公司成立于2006年12月26日，位于福建省泉州市惠安县，是一家从事皮箱、包(袋)制造的有限责任公司（港澳台法人独资），由香港新汉特国际投资集团有限公司全资控股 [2-3] [6] [8-9] [11] [14] [17]。公司法定代表人为李辉泉，注册资本为550万人民币（实缴550万），注册地址为福建省惠安县螺阳镇惠祥路92号，企业规模为小型，2024年员工人数为80人 [2-3] [6] [8-9] [11] [14]。公司是高新技术企业、专精特新中小企业及小微企业，科创分为84分（优秀） [2-3] [6] [8] [11] [14] [18-19]。其经营范围包括箱包制造与销售、皮革制品制造、服装制造、电子产品销售、货物及技术进出口等 [8] [17]。公司起源于1997年成立的福州汉特进出口公司，于2014年收购瑞士百年企业，并打造了智能箱包品牌Swissdigital Design (SDD) [7] [20]。截至2025年，公司形成以惠安总部为核心，在中国大陆、中国香港、瑞士、德国、美国等地设立子公司的跨国经营格局 [4] [7]。

## 发展历程　　🔊 播报　✎ 编辑

- **初创阶段（2006-2015）**：注册资本200万元，主营OEM箱包代工
- **扩展阶段（2016-2022）**：新增服装生产线，注册资本增至350万元，通过ISO9001认证
- **转型阶段（2023-2025）**：完成550万元增资，控股深圳汉特智联科技 [2-3]

　　2025年与瑞士合作伙伴联合开发AI防盗箱包，集成GPS追踪和生物识别解锁功能 [4]。

## 主营业务与产品　　🔊 播报　✎ 编辑

　　企业构建"研发-生产-销售"全链条，生产基地在福建省惠安县螺阳镇 [6] [8] [11] [17]。

　　公司主营箱包产品，涵盖商务背包、旅行箱等品类 [4]。该公司于2014年收购瑞士企业，推出了结合物联网科技的智能箱包品牌Swissdigital Design (简称: SDD) [7] [20]。该公司获得了美国苹果公司(APPLE INC.) APPLE FIND MY技术授权，并联合研

泉州新汉特箱包轻工有限公司的概述图（1张）

词条统计
浏览次数：2818次
编辑次数：7次 历史版本
最近更新：史记记兴衰（2026-02-28）

突出贡献榜
百度用户 #05472028 ⚠

 **Bai**du**百科**    ✕    ◁)) 播报    ✐ 编辑    💬 讨论    ☆ 收藏    👍 赞    登

销售网络方面，产品销往多个国家和地区，国际贸易占营收主要部分，并在德国、美国等地设有海外仓 [20]。

生产体系已为一百多家品牌厂商提供OEM服务，并拥有现代化生产厂房11000平方米 [10]。

## 技术研发    ◁)) 播报    ✐ 编辑

公司拥有8项注册商标和26项实用新型专利，核心技术包括：

- **组合式背包结构**：主背包体与副背包体通过侧开口连通，副背包体设有收纳部与可收卷封口的收卷部，通过第一连接件和第二连接件实现固定功能，主背包体与副背包体间设有防水隔层 [1]
- **拉杆固定系统**：在背包本体设置凸字形滑槽与夹持组件，通过驱动组件调节卡接宽度，内部填充海绵层提升背负舒适性，解决行李箱拉杆固定不稳问题 [5]

两项专利均于2022年申请，发明人包含企业原法定代表人李志坚，专利代理均由泉州市泉慧知识产权代理事务所完成 [1] [5]。

## 资质荣誉    ◁)) 播报    ✐ 编辑

公司拥有质量管理体系认证（ISO9001:2015） [11]。公司是高新技术企业，2023年因高新技术企业认定获得市级及县级配套资金共40万元 [18]。公司被认定为福建省专精特新中小企业（2024年11月认定） [19]。公司产品获得2025年中国旅游商品大赛银奖（产品：LAMONE LED背包/旅行包） [10]。

## 企业文化与社会责任    ◁)) 播报    ✐ 编辑

公司开展了文化传承相关的项目，设计开发了"繁花胜似锦"惠女服饰系列配套包饰。该项目通过实地调研、与非遗传承人座谈，梳理了惠安女服饰的发展脉络与核心文化元素，并组织了多国设计师参与开发设计。 [12] [21-22]

在设计上，项目将惠安女服饰中的缀仔、黄斗笠、花头巾等核心元素进行提取与再设计，转化为包饰、挂件、冰箱贴等产品。该系列已推出涵盖双肩包、托特包等多种款式的12组产品。 [12] [21-22]

公司参与了地方品牌建设与文商旅融合活动，是"惠安优品"品牌的入选企业之一。 [15] [20]此外，公司也作为爱心企业，接受过相关机构的走访。 [16]

在品牌方面，公司通过收购瑞士企业，结合物联网科技，运营智能箱包品牌Swissdigital Design (SDD)。 [7] [20]公司涉足人工智能、物联网科技与箱包产品的结合领域，并获得了苹果公司Apple Find My技术授权，联合研发了相关定位产品。 [7]

## 风险管理    ◁)) 播报    ✐ 编辑

企业存在8宗司法案件，并涉及裁判文书10条、立案信息6条、开庭公告1条 [11] [14]，主要涉及劳动合同纠纷和货款追偿，最近一件劳动争议案件于2025年调解结案。2025年因股权结构调整发生主要人员变更，原法定代表人李志坚退出经营层（李志坚曾于2017年11月由公司法定代表人、经理变更为监事） [2-3] [17]。此外，公司于2018年9月接受惠安县安全生产监督管理局抽查，被发现存在未提供相关安全检查表、电工无证等安全隐患，后于2018年10月完成整改并通过复查 [11]。

## 词条图册    更多图册 ›


概述图册

1 企业概况
2 发展历程
3 主营业务与产品
4 技术研发
5 资质荣誉
6 企业文化与社会责任
▶ 7 风险管理

## 参考资料

1 ↑ (12)实用新型专利 一种便于收纳的桶形口背包 背包 所述 收纳 🔗 . static.tianyancha.com . 2024-03-06
2 ↑ 泉州新汉特箱包轻工有限公司 🔗 . 启信宝 . 2025-06-09
3 ↑ 泉州新汉特箱包轻工有限公司 🔗 . 企查查网 . 2025-06-13
4 ↑ 惠工云送岗·职助再就业丨惠安县总工会开展"就业帮扶云"直播带岗活动 🔗 . 腾讯网 . 2025-05-12



Bai**du**百科    × 　　　🔊 播报　　✏ 编辑　　💬 讨论　　☆ 收藏　　👍 赞　　　登录

7 ↑ 泉州新汉特箱包轻工有限公司 ✎ ．jy.qztc.edu.cn．2025-01-31

8 ↑ 泉州新汉特箱包轻工有限公司 ✎ ．天眼查．2025-12-19

9 ↑ 李辉泉 ✎ ．爱企查．2026-02-10

10 ↑ 新汉特箱包 ✎ ．天眼查．2017-08-24

11 ↑ 泉州新汉特箱包轻工有限公司 ✎ ．企查查网．2025-06-04

12 ↑ 惠女繁花,从渔家霓裳到时代IP ✎ ．中国福建．2025-11-22

13 ↑ 惠安:"惠安优品"出县出海 内外贸"质效双升" ✎ ．百家号．2025-11-14

14 ↑ 泉州新汉特箱包轻工有限公司怎么样 ✎ ．企查查网．2026-01-30

15 ↑ 惠安:"惠安优品"出县出海 内外贸"质效双升" ✎ ．国际在线．2025-11-14

16 ↑ 【新春大走访 一中在行动】惠安一中开启新春暖心走访之旅 ✎ ．腾讯网．2024-02-06

17 ↑ 泉州新汉特箱包轻工有限公司 ✎ ．天眼查．2006-12-26

18 ↑ 惠安县科学技术局 惠安县财政局关于下达2023年高新技术企业认定市级奖补县级配套资金的通知 ✎ ．惠安县政府门户网站．2025-08-13

19 ↑ 喜讯!惠安新增11家省级"专精特新"中小企业 ✎ ．腾讯网．2024-11-13

20 ↑ 福建惠安:做强"惠安优品"品牌,打造城市崭新名片 ✎ ．和讯网．2023-11-27

21 ↑ https://mp.weixin.qq.com/s?__biz=MzA3MTI5ODk1MA==&mid=2652242894&idx=1&sn=f1edff52fade1ad9b18f6c0f97480fbd&chksm=85d4671342162f69d47f8ca00cc0435d314fde55208884ac499f0610bab0b2150a0b798ca17b&scen ✎ ．腾讯网．2025-11-22

22 ↑ 惠女繁花,从渔家霓裳到时代IP ✎ ．央视国际．2025-11-22

收起 ^

1 企业概况

2 发展历程

3 主营业务与产品

4 技术研发

5 资质荣誉

6 企业文化与社会责任

风险策略

猜你喜欢

广告

【敦煌网】**箱包公司**一站式跨境电商平台-官方入驻
【敦煌网】|深耕跨境电商21年,注册买家超过7700万,覆盖全球225个国家及地区。敦煌网——专注小额B2B出口,为箱包公...
seller.dhgate.com

找箱子-**箱包**购买-就上阿里巴巴
**箱包**采购尽在阿里巴巴采购批发,海量热销,选购**箱包**,在线选购,阿里巴巴专题页,源头**箱包**好批发
www.1688.com

相关搜索

| 重庆房价 | 去吧皮卡丘官网下载 | 百万医疗和重疾险 | 开公司需要什么条件 | 男生香水 |
| 测血糖仪器 | 妇科益生菌哪个品牌好 | | | |

? 新手上路　　　　　📖 我有疑问　　　　　▭ 投诉建议

成长任务　　编辑入门　　　　内容质疑　　在线客服　　　　举报不良信息　　未通过词条申诉

编辑规则　　本人编辑 **NEW**　　官方贴吧　　意见反馈　　　　投诉侵权信息　　封禁查询与解封

©2026 Baidu 使用百度前必读 | 百科协议 | 隐私政策 | 百度百科合作平台 | 京ICP证030173号
🛡 京公网安备11000002000001号