# EXHIBIT 27

# Quanzhou Xinhante Luggage and Light Industry Co., Ltd.

*泉州新汉特箱包轻工有限公司 — Baidu Encyclopedia*

Source: Baidu Baike (baike.baidu.com)  |  URL: /item/泉州新汉特箱包轻工有限公司/20512365  |  Snapshot: 2026-04-30

| Page views | 2,818 | Edits | 7 (history version) |
|---|---|---|---|
| Last updated | 2026-02-28 | Top contributor | "Shi Ji Ji Xing Shuai" (史记记兴衰) — Baidu user #035472028 |

**Quanzhou Xinhante Luggage and Light Industry Co., Ltd.** *[Enter entry] [Broadcast] [Edit] [Discuss] [Upload Video]*

*A Hong Kong/Macau/Taiwan legal-person wholly-owned company in Hui'an County, Quanzhou engaged in bag production.*

Quanzhou Xinhante Luggage and Light Industry Co., Ltd. was established on 26 December 2006. It is a Hong Kong/Macau/Taiwan legal-person wholly-owned limited liability company. Registered capital is RMB 5,500,000. The legal representative is Li Huiquan. The headquarters are located in Hui'an County, Fujian. The company is principally engaged in luggage manufacturing and sales. [References 2-3, 6, 8, 17]

In 2014 the company acquired a Swiss century-old enterprise and built the smart-luggage brand SDD. The company is a provincial "Specialized-Refined" (专精特新) SME and a High-tech Enterprise, holding multiple patents including "A barrel-mouth backpack convenient for storage" and "A backpack with luggage-pull-rod fixing function." In 2023 the company completed smart-factory transformation. [References 1, 5, 18-19] [Reference 3] The company has launched the "Huinu Fanhua" ("Hui-Women Many Flowers") bag-accessory series incorporating intangible-cultural-heritage Hui-Women clothing elements. [References 12-13, 15]

## Infobox

| Established | 26 December 2006 | Headquarters | No. 92 Huixiang Road, Luoyang Town, Hui'an County, Fujian |
|---|---|---|---|
| Registered capital | RMB 5,500,000 (paid-in 2023) | Company name | Quanzhou Xinhante Luggage and Light Industry Co., Ltd. |
| Legal representative | Li Huiquan (from 2025) | Company type | Limited liability company (HK/Macau/Taiwan legal-person sole proprietorship) |
| Industry sector | Leather suitcase / bag (sack) manufacturing | Employees | 80 |
| Headcount (snapshot) | 250 (2025) | Business scope | Luggage manufacturing and sales; leather-product manufacturing; garment manufacturing; electronic-product sales; |

| | | | goods and technology import/export |
|---|---|---|---|

## Table of Contents (translation)

- 1. Company Overview (企业概况)
- 2. Development History (发展历程)
- 3. Main Business and Products (主营业务与产品)
- 4. Technical R&D (技术研发)
- 5. Qualifications and Honors (资质荣誉)
- 6. Corporate Culture and Social Responsibility (企业文化与社会责任)
- 7. Risk Management (风险管理)
- Entry Atlas / Image Album (词条图册)
- References (参考资料)

## 1. Company Overview

Quanzhou Xinhante Luggage and Light Industry Co., Ltd. was established on 26 December 2006 in Hui'an County, Quanzhou, Fujian. It is a limited liability company (Hong Kong/Macau/Taiwan legal-person sole proprietorship) engaged in leather suitcase and bag (sack) manufacturing, wholly held by Hong Kong Xinhante International Investment Group Co., Ltd. [References 2-3, 6, 8-9, 11, 14, 17] The legal representative is Li Huiquan. Registered capital is RMB 5.5 million (paid-in RMB 5.5 million). Registered address: No. 92 Huixiang Road, Luoyang Town, Hui'an County, Fujian. Enterprise scale: small. 80 employees in 2024. [References 2-3, 6, 8-9, 11, 14] The company is a High-tech Enterprise, a Specialized-Refined SME, and a small/micro enterprise. Its Sci-Tech Innovation Score is 84 (excellent). [References 2-3, 6, 8, 11, 14, 18-19] The business scope covers luggage manufacturing and sales, leather-product manufacturing, garment manufacturing, electronic-product sales, and goods and technology import and export. [References 8, 17] The company traces its origins to Fuzhou Hante Import & Export Company, established in 1997; in 2014 it acquired a Swiss century-old enterprise and launched the smart-luggage brand Swissdigital Design (SDD). [References 7, 20] As of 2025, the company forms a multinational group anchored at the Hui'an headquarters, with subsidiaries in mainland China, Hong Kong, Switzerland, Germany, and the United States. [References 4, 7]

## 2. Development History

- Initial phase (2006–2015): Registered capital RMB 2 million; principally OEM luggage contract manufacturing.
- Expansion phase (2016–2022): Added a garment production line; registered capital increased to RMB 3.5 million; obtained ISO 9001 certification.
- Transformation phase (2023–2025): Completed RMB 5.5 million capital increase; took control of Shenzhen Hante Smart-Connect Technology. [References 2-3]

In 2025 the company jointly developed an AI anti-theft luggage product with its Swiss partner, integrating GPS tracking and biometric-recognition unlocking. [Reference 4]

## 3. Main Business and Products

The company has built a full "R&D – production – sales" chain. Its production base is in Luoyang Town, Hui'an County, Fujian. [References 6, 8, 11, 17]

Main products are luggage items spanning business backpacks and travel suitcases. [Reference 4] The 2014 acquisition of the Swiss enterprise gave rise to the Swissdigital Design (SDD) brand of IoT-enabled smart luggage. [References 7, 20] The company received Apple Inc.'s Apple Find My technology authorization and jointly developed the SDD Finder locator and tracking-luggage products. [Reference 7] The company has also developed the "Fanhua Sheng-si Jin" ("Flowers Surpassing Brocade") Hui-Women clothing-accessory series. This series incorporates intangible-cultural-heritage Hui-Women dress elements and includes double-strap backpacks, totes, crossbody bags, hand-held bags, and accessory pendants among 12 product groups. [References 12-13, 15, 20-22]

Sales network: products are sold to multiple countries and regions; international trade accounts for the majority of revenue, with overseas warehouses in Germany and the United States. [Reference 20]

Production: the company has provided OEM services to more than one hundred brand factories, and operates 11,000 m² of modern production plant. [Reference 10]

## 4. Technical R&D

The company has 8 registered trademarks and 26 utility-model patents. Core technologies include:

- Combined backpack structure: a primary bag body and a secondary bag body interconnect through a side opening; the secondary bag has a storage section and a roll-up sealable closure section; first and second connecting members provide fixation; a waterproof partition is provided between the primary and secondary bag bodies. [Reference 1]
- Pull-rod fixing system: a convex-shaped sliding groove and clamping assembly are arranged on the backpack body, with a drive component to adjust clamping width; an interior sponge layer improves carrying comfort and resolves loose fixation of luggage pull rods. [Reference 5]

Both patents were filed in 2022. The inventors include the company's former legal representative Li Zhijian. Patent prosecution was handled by Quanzhou Quanhui Intellectual Property Agency. [References 1, 5]

## 5. Qualifications and Honors

The company holds ISO 9001:2015 quality-management-system certification. [Reference 11] The company is a High-tech Enterprise; in 2023 it received municipal- and county-level matching subsidies of RMB 400,000 in connection with its high-tech-enterprise recognition. [Reference 18] The company was recognized as a Fujian provincial Specialized-Refined SME (recognized November 2024). [Reference 19] In 2025 its products won the Silver Award at the China Tourism Commodities Competition (product: LAMONE LED Backpack/Travel Bag). [Reference 10]

## 6. Corporate Culture and Social Responsibility

The company has carried out cultural-heritage projects and designed the "Fanhua Sheng-si Jin" ("Flowers Surpassing Brocade") Hui-Women apparel-accessory series. The project involved field research and dialogue with intangible-cultural-heritage transmitters; it traced the development and core cultural elements of Hui'an Women's traditional dress, and designers from multiple countries participated. [References 12, 21-22]

In design, the project extracted core elements from Hui-Women dress — the "zhuizai" (decorative buttons), the yellow bamboo hat, and the floral headscarf — and re-designed them into bags, accessory pendants, refrigerator magnets, and similar products. The series has produced 12 product groups across formats including double-strap backpacks and totes. [References 12, 21-22]

The company is a participant in local branding and culture-commerce-tourism integration activities and is one of the brands selected for the "Hui'an Premier" (惠安优品) initiative. [References 15, 20] The company has also been recognized as a charitable enterprise and has received goodwill visits from related institutions. [Reference 16]

On the brand side, through the acquisition of the Swiss enterprise and the integration of IoT technology, the company operates the smart-luggage brand Swissdigital Design (SDD). [References 7, 20] The company has expanded into AI, IoT-technology, and luggage-product convergence, and has obtained Apple Inc.'s Apple Find My technology authorization for the joint development of locator-related products. [Reference 7]

## 7. Risk Management

The enterprise has 8 judicial cases on record, encompassing 10 written judgments, 6 case filings, and 1 hearing notice. [References 11, 14] The matters principally involve labor-contract disputes and accounts-receivable claims. The most recent labor-arbitration matter was settled by mediation in 2025. In 2025, due to an equity-structure adjustment, principal-personnel changes occurred and former legal representative Li Zhijian withdrew from the management. (Li Zhijian had earlier, in November 2017, been changed from legal representative and manager to supervisor.) [References 2-3, 17] In addition, in September 2018 the Hui'an County Work Safety Bureau conducted a sampling inspection and found violations including failure to provide relevant safety-inspection forms and the use of an unlicensed electrician; rectification was completed in October 2018, and a re-inspection passed. [Reference 11]

## Entry Image Album (词条图册)

*[Image: "Quanzhou Xinhante Luggage and Light Industry Co., Ltd. — Cover Image". Caption: "Overview Image" (概述图册)]*

## References (参考资料)

| # | Reference | Source | Date |
|---|-----------|--------|------|
| 1 | Utility-model patent (12) — "A barrel-mouth backpack convenient for storage" (一种便于收纳的桶形口背包). | static.tianyancha.com | 2024-03-06 |
| 2 | "Quanzhou Xinhante Luggage and Light Industry Co., Ltd." | Qixinbao (启信宝) | 2025-06-09 |
| 3 | "Quanzhou Xinhante Luggage and Light Industry Co., Ltd." | Qichacha Network (企查查网) | 2025-06-13 |
| 4 | "Hui-gong Cloud Job Delivery — Hui'an County Federation of Trade Unions 'Re-employment Cloud' livestream job-fair" (惠工云送岗·职助再就业丢惠安县总工会开展"就业帮扶云"直播带岗活动). | Tencent News (腾讯网) | 2025-05-12 |
| 5 | Utility-model patent (12) — "A backpack with luggage-pull-rod fixing function" (一种带行李箱拉杆固定功能的背包). | static.tianyancha.com | 2024-02-03 |

| # | Reference | Source | Date |
|---|-----------|--------|------|
| 6 | "Quanzhou Xinhante Luggage and Light Industry Co., Ltd." | Tianyancha (天眼查) | 2025-12-25 |
| 7 | "Quanzhou Xinhante Luggage and Light Industry Co., Ltd." | jy.qztc.edu.cn | 2025-01-31 |
| 8 | "Quanzhou Xinhante Luggage and Light Industry Co., Ltd." | Tianyancha (天眼查) | 2025-12-19 |
| 9 | "Li Huiquan" (李辉泉) | Aiqicha (爱企查) | 2026-02-10 |
| 10 | "Xinhante Luggage" (新汉特箱包) | Tianyancha (天眼查) | 2017-08-24 |
| 11 | "Quanzhou Xinhante Luggage and Light Industry Co., Ltd." | Qichacha Network (企查查网) | 2025-06-04 |
| 12 | "Huinu Fanhua — from a fishing-village ceremonial dress to an era IP" (惠女繁花，从渔家霓裳到时代IP). | China Fujian (中国福建) | 2025-11-22 |
| 13 | "Hui'an: 'Hui'an Premier' going beyond county and overseas; double rise in foreign and domestic trade" (惠安："惠安优品"出县出海 内外贸"质效双升"). | Baijiahao (百家号) | 2025-11-14 |
| 14 | "How is Quanzhou Xinhante Luggage and Light Industry Co., Ltd.?" | Qichacha Network (企查查网) | 2026-01-30 |
| 15 | "Hui'an: 'Hui'an Premier' going beyond county and overseas; double rise in foreign and domestic trade" | International Online (国际在线 / CRI) | 2025-11-14 |

| # | Reference | Source | Date |
|---|-----------|--------|------|
| 16 | "New-Year goodwill visits — Hui'an No. 1 Middle School in action; Hui'an No. 1 launches new-spring goodwill visits" (【新春大走访一中在行动】惠安一中开启新春暖心走访之旅). | Tencent News (腾讯网) | 2024-02-06 |
| 17 | "Quanzhou Xinhante Luggage and Light Industry Co., Ltd." | Tianyancha (天眼查) | 2006-12-26 |
| 18 | "Hui'an County Bureau of Science and Technology and Hui'an County Bureau of Finance: Notice on issuance of 2023 high-tech-enterprise recognition municipal-level rewards and county-level matching funds" (惠安县科学技术局惠安县财政局关于下达2023年高新技术企业认定市级奖补县级配套资金的通知). | Hui'an County Government Portal (惠安县政府门户网站) | 2025-08-13 |
| 19 | "Good news! Hui'an adds 11 provincial Specialized-Refined SMEs" (喜讯！惠安新增11家省级"专精特新"中小企业). | Tencent News (腾讯网) | 2024-11-13 |
| 20 | "Fujian Hui'an: Strengthening the 'Hui'an Premier' brand; building the city's new business card" (福建惠安：做强"惠安优品"品牌，打造城市崭新名片). | Hexun.com (和讯网) | 2023-11-27 |
| 21 | WeChat Official Account essay (URL: mp.weixin.qq.com/s?__biz=MzA3MTI5ODk1MA==&mid=2652242894&idx=1&sn=f1edff52fade1ad9b18f6c0f97480fbd…). | Tencent News (腾讯网) | 2025-11-22 |
| 22 | "Huinu Fanhua — from a fishing-village ceremonial dress to an era IP" (惠女繁花，从渔家霓裳到时代IP). | CCTV International (央视国际) | 2025-11-22 |

## Page Chrome (translation of footer elements)

*Sidebar — "You might like" (猜你喜欢) [advertisement]:* "Dhgate.com — Bag company one-stop cross-border e-commerce platform — Official entry"; "Find boxes — buy bags — go to Alibaba 1688."

*Related searches:* Chongqing housing prices; Pikachu official website download; million-yuan medical and critical-illness insurance; what is needed to start a company; men's perfume; blood-glucose meter; gynecological probiotics — best brand.

*Site footer:* New users — common questions — complaint suggestions; Achievement tasks — editing entry; Editing rules — personal editing — Content questioning — online customer service — Official Tieba — Feedback — Report bad information — Appeal of unsuccessful entry — Report infringement information — Account inquiry and unblocking. © 2026 Baidu — Read before use; Encyclopedia agreement; Privacy policy; Baidu

Encyclopedia cooperation platform. Beijing ICP Permit 030173. Beijing Public Network Security Filing 11000002000001.