# EXHIBIT 28

企查查 > 福州企业 > 福州汉特进出口有限公司



**福州汉特进出口有限公司** 存续

曾用名 2　小微企业

科创分：　报告　笔记　关注

☐ 5836　⟳ 2天前更新

| | | |
|---|---|---|
| 统一社会信用代码：9135010272643529XB | 电话：0591-87383989 | 企查查行业： |
| 法定代表人：李丽玲　关联企业 14 | 邮箱：admin@hunterbags.com | 企业规模： |
| 注册资本：300万元 | 官网：www.hunterbags.com | 员工人数： |
| 成立日期：2001-01-02 | 地址：福州市鼓楼区东大路36号花开富贵1#楼A座19A室，19B室　附近企业 | |

简介：①福州汉特进出口有限公司成立于2001-01-03，法定代表人为李丽玲，注册资本为300万元，统一社会信用代码为9135010272643529XB，企业注册地址位于福州市鼓楼...展开

| 企业族群：汉特进出口 | 财产线索 | 股权穿透图 | 企业图谱 |
|---|---|---|---|
| 成员企业 4 重要风险 0 | 财产类型 4 线索数量 132 | 挖掘深层股权结构 | 企业信息一图掌控 |

**动态** 2026-04-07 商标注册成功，鲸鱼之吻 全部动态

| **基本信息** 74 | 法律诉讼 27 | 经营风险 | 经营信息 34 | 企业发展 | 知识产权 466 | 历史信息 ⓘ |
|---|---|---|---|---|---|---|

查看图谱　工商信息　股东信息 2　主要人员 1　对外投资 3　控制企业 3　变更记录 46　分支机构 0　财务数据　企业年报 12　最终受益人　实际控制人

协同股东 0　疑似关系 2　同业分析

企业图谱　股权结构图　股权穿透图　关系图谱　实际控制人　企业受益股东　企业股权分布　关联方认定图

## 工商信息

**工商信息**　历史工商信息

☐ 文字介绍　🔍 工商官网快照 ▸　@ 企查查

| | | | | |
|---|---|---|---|---|
| 统一社会信用代码 | 9135010272643529XB | 企业名称 | 福州汉特进出口有限公司<br>曾用名 2：福州汉特贸易有限公司（2003-05 至 2003-11）展开全部 | |
| 法定代表人 | 李丽玲　关联企业 14 | 登记状态 | 存续（在营、开业、在册） | 成立日期　2001-01-02 |
| | | 注册资本 | 300万元 | 实缴资本　300万元 ⓘ |
| 组织机构代码 | 72643529-X | 工商注册号 | 350100100050956 | 纳税人识别号　9135010272643529XB |
| 企业类型 | 有限责任公司（自然人投资或控股） | 营业期限 | 2001-01-02 至 2031-01-01 | 纳税人资质　一般纳税人 |
| 人员规模 | 少于50人 | 参保人数 | 13（2024年报） | 核准日期 |
| 所属地区 | 福建省福州市鼓楼区 | 登记机关 | 福州市鼓楼区市场监督管理局 | 进出口企业代码　350072643529X |
| 国标行业 | 其他农牧产品批发（F5119）∨ | 英文名 | | |
| 注册地址 | 福州市鼓楼区东大路36号花开富贵1#楼A座19A室，19B室（邮编350001）　附近企业 | | | |
| 经营范围 | 自营和代理各类商品和技术进出口，但国家限定公司经营或禁止进出口的商品和技术除外；通讯设备、电子产品、厨具、日用百货、工艺品、五金交电（不含电动自行车）、化工产品（不含危险化学品）、针纺织品、家具、计算机软件硬件、建筑材料、医疗器材、服装、鞋帽、箱包的批发、代购代销；电子产品、通讯设备的技术开发。（依法须经批准的项目，经相关部门批准后方可开展经营活动） | | | |

## 股东信息 ⓘ　☐ 股权结构

@ 企查查

**股东信息 2**　历史股东信息　历史股东镜像

| 序号 | 股东名称 | 持股比例 | 认缴出资额(万元) | 认缴出资日期 | 首次持股日期 |
|---|---|---|---|---|---|
| 1 | 李志坚 18<br>大股东　实际控制人　受益所有人 | | | 2016-12-31 | 2022-06-28 |
| 2 | 黄淑欣 2<br>受益所有人 | | | 2016-12-31 | 2016-05-10 |

☐ 工商自主公示股东

## 主要人员

**主要人员 1**　历史主要人员

@ 企查查

| 序号 | 姓名 | 职务 | 持股比例 |
|---|---|---|---|
| 1 | 李丽玲 14<br>法定代表人 | 董事,财务负责人 | - |

## 企业年报 12

@ 企查查



| 2024年度报告 | 2023年度报告 | 2022年度报告 | 2021年度报告 | 2020年度报告 | 2019年度报告 | 2018年度报告 | ⟩ |
|---|---|---|---|---|---|---|---|
| 2025-05-25 | 2024-05-30 | 2023-05-07 | 2022-04-25 | 2021-04-13 | 2020-05-06 | 2019-05-04 | |

**企业更多维度信息** ⓘ



数据来源：国家企业信用信息公示系统、全国建筑市场监管公共服务平台等。

相关企业    热门企业    推荐企业                                                                更多相关企业

| 福州鑫星瀚进出口有限公司 | 福州胜利丰进出口有限公司 | 福州榕世通进出口有限公司 | 福州市中晟海仓进出口有限公司 | 福州因曼齐进出口有限公司 |
|---|---|---|---|---|
| 林叔建 | 钱盛喜 | 李政銮 | 刘玉平 | 杨梦捷 |
| 福州沃百利进出口有限公司 | 福建省桂荣进出口有限公司 | 福州荣森源进出口有限公司 | 福州鑫森进出口有限公司 | 福州宜鑫进出口有限公司 |
| 陈德伟 | 周而金 | 陈臻 | 陈言真 | 刘宜生 |

