# EXHIBIT 29

# Fuzhou Hante Import & Export Co., Ltd.

*福州汉特进出口有限公司*

Source: 企查查 (qcc.com) — Corporate Credit Information Page | Status: Existing (存续)

| Status | Existing (in operation) | Common name (former) | “Fuzhou Hante Trade Co., Ltd.” (used 2003-05 to 2003-11) |
|---|---|---|---|
| Page views | 5,836 | Page updated | 2 days before snapshot |
| Tags | Common name 2; Small/Micro enterprise | Industry classification | (industry icon shown — value redacted) |

## Top-of-Page Reference Block

| Unified Social Credit Code | 91350102726435292XB | Phone | 0591-87383989 |
|---|---|---|---|
| Legal representative | Li Liling (李丽玲) — 14 related companies | Email | admin@hunterbags.com |
| Registered capital | RMB 3,000,000 | Website | www.hunterbags.com |
| Establishment date | 2001-01-02 (page banner shows 2001-01-03) | Address | Rooms 19A and 19B, 19th Floor, Block A, Building 1, Huakai Fugui, No. 36 East Avenue, Gulou District, Fuzhou (postal code 350001) |

### Brief / Profile (translation)

Fuzhou Hante Import & Export Co., Ltd. was established on 2001-01-03. The legal representative is Li Liling. Registered capital is RMB 3,000,000. The Unified Social Credit Code is 91350102726435292XB. The company's registered address is in Gulou District, Fuzhou City [text continues, truncated/expandable on the source page].

### Feature Row (icons across the top)

| Enterprise Cluster | “Hante Import & Export” (汉特进出口): 4 member enterprises; 0 high-risk | Asset Clues | 4 categories of asset clues; 132 total clues |
|---|---|---|---|
| Equity Penetration Map | Deeply mining the equity structure | Enterprise Atlas | Enterprise information at a glance |

### Recent activity flag

2026-04-07 — Trademark registration successful: “Whale-Fish Fragrance” (鲨鱼之香). [“View all dynamics”]

### Tab Navigation (translated tab names with counts)

| Basic Information (基本信息) | 74 | Legal Disputes (法律诉讼) | 27 |
|---|---|---|---|
| Operating Risk (经营风险) | — | Operating Information (经营信息) | 34 |
| Enterprise Development (企业发展) | — | Intellectual Property (知识产权) | 466 |
| Historical Information (历史信息) | VIP-locked | | |

**Sub-tab pills (translated)**

View Atlas (查查图谱) | Industrial-Records Information (工商信息) | Shareholder Information (股东信息) — 2 | Key Personnel (主要人员) — 1 | Outbound Investments (对外投资) — 3 | Controlled Enterprises (控制企业) — 3 | Change Records (变更记录) — 46 | Branch Institutions (分支机构) — 0 | Financial Data (财务数据) — VIP-locked | Annual Reports (企业年报) — 12 | Beneficial Owner (最终受益人) | Actual Controller (实际控制人) | Joint Shareholders (协同股东) — 0 | Suspected Relations (疑似关系) — 2 | Same-industry Analysis (同业分析)

## Industrial-Records Information (工商信息)

*Sub-tabs:* Industrial-Records Information | Historical Industrial-Records Information [VIP]

*Text Introduction | Industrial Official-Web Snapshot | Export*

| Unified Social Credit Code | 91350102726435292XB |
|---|---|
| Company name | Fuzhou Hante Import & Export Co., Ltd. (福州汉特进出口有限公司) Common name 2: Fuzhou Hante Trade Co., Ltd. (福州汉特贸易有限公司) — used 2003-05 to 2003-11. [Show all] |
| Legal representative | Li Liling (李丽玲) — 14 related companies |
| Registration status | Existing (in operation, open, registered) |
| Establishment date | 2001-01-02 |
| Registered capital | RMB 3,000,000 |
| Paid-in capital | RMB 3,000,000 |
| Organization code | 72643529-X |
| Industrial registration number | 350100100050956 |

| | |
|---|---|
| **Taxpayer identification number** | 91350102726435292XB |
| **Company type** | Limited liability company (natural-person investment or holding) |
| **Operating period** | 2001-01-02 to 2031-01-01 |
| **Taxpayer status** | General taxpayer |
| **Personnel scale** | Fewer than 50 persons |
| **Insured personnel** | 13 (2024 annual report) |
| **Verification date** | (locked) |
| **Region of registration** | Gulou District, Fuzhou City, Fujian Province |
| **Registration authority** | Fuzhou Gulou District Market Supervision Administration |
| **Import/Export Code** | 350702643529X |
| **Standard industry classification** | Other agricultural and pastoral product wholesale (F5119) |
| **English name** | (locked) |
| **Registered address** | Rooms 19A and 19B, 19th Floor, Block A, Building 1, Huakai Fugui, No. 36 East Avenue, Gulou District, Fuzhou City (postal code 350001) — Nearby enterprises |
| **Business scope** | Self-operated and agency import and export of all categories of goods and technologies, except those goods and technologies whose operation is restricted or prohibited by the State; communications equipment, electronic products, kitchenware, daily merchandise, arts and crafts, hardware and electrical appliances (excluding electric vehicles), chemical products (excluding hazardous chemicals), needle-textile products, household furniture, computer software and hardware, building materials, medical instruments, clothing, footwear and headwear, and luggage/bags — wholesale and agency sales; technology development of communications equipment. (Items requiring approval by law may be carried on only after approval by the relevant departments.) |

## Shareholder Information (股东信息) — 2

*Sub-tabs:* Shareholder Information — 2 | Historical Shareholder Information | Historical Shareholder Mirror

| # | Shareholder name | Holding % | Subscribed capital (万 RMB) | Subscription paid date | First holding date |
|---|---|---|---|---|---|
| 1 | Li Zhijian (李志坚) — 18 related companies Major | (locked) | (locked) | 2016-12-31 | 2022-06-28 |

| # | Shareholder name | Holding % | Subscribed capital (万 RMB) | Subscription paid date | First holding date |
|---|---|---|---|---|---|
| | shareholder; Actual controller; Beneficial owner | | | | |
| 2 | Huang Haixin (黄海欣) — 2 related companies Beneficial owner | (locked) | (locked) | 2016-12-31 | 2016-05-10 |

*Industrial registry self-disclosure of shareholders.*

## Key Personnel (主要人员)

*Sub-tabs:* Key Personnel — 1 | Historical Key Personnel

| # | Name | Position | Holding % |
|---|---|---|---|
| 1 | Li Liling (李丽玲) — 14 related companies; legal representative | Director; Person in charge of finance | — |

## Annual Reports (企业年报) — 12

| Reporting Year | Filing Date |
|---|---|
| 2024 annual report | 2025-05-25 |
| 2023 annual report | 2024-05-30 |
| 2022 annual report | 2023-05-07 |
| 2021 annual report | 2022-04-25 |
| 2020 annual report | 2021-04-13 |
| 2019 annual report | 2020-05-06 |
| 2018 annual report | 2019-05-04 |
| …earlier reports continue (12 total) | — |

## Enterprise More-Dimensional Information

*VIP unlocks 40 entitlements; SVIP unlocks 57 entitlements. [Login to member account]*

**Sample entitlements:**

- VIP member: Outbound Investments — 3; Controlled Enterprises — 3; Change Records — 46; Suspected Relations — 2; Same-industry Analysis
- SVIP member: Beneficial Owner; Actual Controller

**Sample table preview — “Outbound Investments” (locked):**

| # | Invested company | Status | Establishment date | Holding % | Subscribed capital | Region | Industry | Related products / technology |
|---|---|---|---|---|---|---|---|---|
| 1 | Shanghai [redacted] Network Technology Co., Ltd. | Existing | 2019-12-10 | 100% | RMB 6,900,000 | Pudong New District, Shanghai | Software and information technology services | Material category |
| 2 | Beijing [redacted] Technology Co., Ltd. | Existing | 2009-11-10 | 100% | RMB 21,000,000 | Chaoyang District, Beijing | Scientific research and technology services | Material category |
| 3 | Suzhou [redacted] Network Technology Co., Ltd. | Existing | 2020-06-02 | 100% | RMB 10,000,000 | Changshu, Jiangsu Province | Information transmission, software, IT services | Material category |

## Page Footer

**Data sources:** National Enterprise Credit Information Disclosure System; National Construction Market Supervision Public Service Platform, etc.

### Related Enterprises (suggested links)

| Related Enterprise | Legal representative |
|---|---|
| Fuzhou Xin-Xinghan Import & Export Co., Ltd. (福州鑫星瀚进出口有限公司) | Lin Shujian (林叔建) |
| Fuzhou Wo-Bai-Li Import & Export Co., Ltd. (福州沃百利进出口有限公司) | Chen Dewei (陈德伟) |
| Fuzhou Sheng-Lifeng Import & Export Co., Ltd. (福州胜利丰进出口有限公司) | Qian Shengxi (钱盛喜) |
| Fujian Province Gui-Rong Import & Export Co., Ltd. (福建省桂荣进出口有限公司) | Zhou Erjin (周而金) |
| Fuzhou Yu-Shi-Tong Import & Export Co., Ltd. (福州裕世通进出口有限公司) | Li Gaijiao (李改娇) |
| Fuzhou Rong-Sen Import & Export Co., Ltd. (福州荣森进出口有限公司) | Chen Zhen (陈臘) |

| Related Enterprise | Legal representative |
|---|---|
| Fuzhou City Zhong-Sheng Hai-Cang Import & Export Co., Ltd. (福州市中胜海仓进出口有限公司) | Liu Yuping (刘玉平) |
| Fuzhou Yin-Manqi Import & Export Co., Ltd. (福州因曼齐进出口有限公司) | Yang Mengjie (杨梦婕) |
| Fuzhou Yi-Xin Import & Export Co., Ltd. (福州宜鑫进出口有限公司) | Liu Yisheng (刘宜生) |

**About qcc.com (Qichacha) — Footer Translation**

© 2014–2026 Qichacha Technology Co., Ltd. — All rights reserved. Su ICP No. 15042526. Telecom Operations Permit Su ICP B2-20180251. Business License. Enterprise Credit Bureau Filing No.: 04005.

Contact: Customer service 400-928-2212 (working hours: weekdays 9:00–20:00). Email kefu@qcc.com. Business cooperation: bd@qcc.com.

Address: Floor 8, Huizhi Building, Industrial Park, Suzhou Industrial Park, Suzhou, Jiangsu Province.

Quick links: Adjudication Documents Network | Trademark Inquiry | Trust-broken Persons Inquiry | Comprehensive Risk Inquiry | Enterprise Risk | Air-Pollution Penetration | Beneficial Owner Inquiry | Enterprise Tax-Number Inquiry | Thousand-Map Earth | Enterprise Connect | Global Enterprise Inquiry | Tax-Burden Map | Personnel List | Qichacha Mobile Edition | Qichacha MCP.