# EXHIBIT 30

 HUNTERS

Home    Products ⌄    News    FAQs    About us ⌄    Contact Us    Engl

Home > Our Brand

## Our Brand

Our Company

Our Certificate

Our Brand

Why Choose Us

Our Tour

"In my history of working with HUNTER, I can honestly say that there is not one company that I've ever worked with that has better service than HUNTER.





 



**HUNTERS**

Home    Products ⌄    News    FAQs    About us ⌄

* Name

* Email (We will reply you via email in 24 hours)

Phone/WhatsApp/WeChat (Very important)

* Enter product details such as size, color, materials etc. and other specific requirements to receive an accurate quote.

Send

## Our Cooperated Brands

We supply to more than 100OEM brands 24 years of experience .Over 100 brands currently rely on us to p... ...ag and backpacks, as well as various soft polyester, nylon, and leather bags. We've been manufacturing for C... ...l your size, style, material and accessory specifications, and we will take car...

  

   

    

   

    

## CONTACT

Yingbin East Road, Chengnan Industry Zone, Hui'an Country, Quanzhou, Fujian, China.

Email: product2@hunterbags.com

Phone: 86-595-87351963, 86(0)18965698810

Whatsapp: 86(0)18965698810

Wechat: 18965698810

## INFORMATION

About Us

FAQs

News

Contact Us

Inquiry Now

## PRODUCTS

Device Bag

Tote Bag & Duffle

Lunch Bag

Outdoor Bags

Promotion Bags

Backpack

Luggage

Sling Bag/Messeng...

Accessories

