# EXHIBIT 31

 HUNTERS

Home     Products ⌄     News     FAQs     About us ⌄     Contact Us                    Engl

Home  >  Contact Us

## Contact Us



MARKET MAP

- North America
- South America
- Asia
- European
- Australia

Working Time Monday-Saturday: 8:00am to 6:00pm

Sunday: Closed



🏠

**Address**

Yingbin East Road, Chengnan Industry Zone, Hui'an
Country, Quanzhou, Fujian.

✉



Leave Your Message



## Leave Your Message

| * Name |

| * Email (We will reply you via email in 24 hours) |

| Phone/WhatsApp/WeChat (Very important) |

| * Enter product details such as size, color, materials etc. and other specific requirements to receive an accurate quote. |

Send

HUNTERS

Home     Products ⌄     News     FAQs     About us ⌄     Contact Us          Engl

CONTACT

Yingbin East Road, Chengnan Industry Zone, Hui'an Country, Quanzhou, Fujian, China.

Email: product2@hunterbags.com

Phone: 86-595-87351963, 86(0)18965698810

Whatsapp: 86(0)18965698810

Wechat: 18965698810

INFORMATION

About Us

FAQs

News

Contact Us

Inquiry Now

PRODUCTS

Device Bag

Tote Bag & Duffle

Lunch Bag

Outdoor Bags

Promotion Bags

Backpack

Luggage

Sling Bag/Messenge

Accessories

© Copyright - 2010-2021 : All Rights Reserved. Hot Tags, Hot Products, Sitemap
Pvc Cosmetic Bag, Sports Tote Bag, Eco-Friendly Lunch Bag, Double Shoulder School Bag, Insulate Tote Lunch Bag, Lunch Cooler Bag,