# EXHIBIT 32



