**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SWISSDIGITAL USA CO., LTD. <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSONITE GROUP S.A.; SAMSONITE LLC; SAMSONITE COMPANY STORES, LLC; and DIRECT MARKETING VENTURES, LLC; <br><br> *Defendants*. | Case No. 1:24-cv-11636-JEK <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF SWISSDIGITAL USA CO., LTD.'S**
**MOTION TO EXTEND THE FACT DEPOSITION DEADLINE**

Plaintiff Swissdigital USA Co., Ltd. ("Swissdigital" or "Plaintiff"), submits this Motion to Extend the Fact Deposition Deadline.

1.      Plaintiff filed the original Complaint on June 25, 2024. D.I. 1. Defendants Samsonite Group S.A., Samsonite LLC, Samsonite Company Stores, LLC, and Direct Marketing Ventures, LLC (collectively, "Samsonite" or "Defendants"), filed their amended answer and counterclaims on August 15, 2024. D.I. 16. Plaintiffs filed their answer to the counterclaims on August 29, 2024. D.I. 19.

2.      On October 2nd, 2024, the Court held a scheduling conference with all parties present. D.I. 24. Shortly thereafter, the Court issued a scheduling order setting forth various deadlines. D.I. 25. The deadline for all depositions except expert depositions (herein referred to as "fact depositions") was set for December 11, 2025, and the end of fact discovery was set for January 22, 2026. *Id.*

1

3.      On November 17, 2025, the Court granted the parties' Joint Motion for Extension of Time to Complete Discovery, which extended the deadline for fact depositions to 60 days after the entry of the Court's ruling on claim construction or the Defendants' motion for summary judgment. D.I. 85, 86. The fact discovery deadline would be extended 90 days after the first of the aforementioned events. *Id.*

4.      On March 27, 2026, the Court entered an order regarding claim construction and Defendants' partial motion for summary judgment. D.I. 93. As such, the deadline for fact depositions was extended to May 26, 2026, and the deadline for the end of fact discovery was extended to June 25, 2026.

5.      Plaintiff requests that the deadline for all fact depositions be extended until the deadline for the end of fact discovery, to June 25, 2026.

6.      In support of this motion, Plaintiff states that good cause exists for this requested extension. The parties are currently diligently working towards scheduling the remaining fact depositions, but anticipate that due to schedule conflicts, the parties will not be able to complete the depositions by the current deadline of May 26, 2026. *See* Exhibit A.

7.      Counsel for Defendants indicated that they would not oppose "an extension in principle to allow the parties to complete currently noticed depositions, but does not believe an extension to the close of fact discovery is warranted or necessary. Samsonite will not oppose an extension until the date of the deposition of the last of Samsonite's corporate representatives." *Id.*

8.      Counsel for Defendants has not yet confirmed whether there are any other corporate representatives whose depositions will need to be scheduled. Given the impending deadline, Plaintiff suggests that an extension until the end of fact discovery is the most efficient manner in which to proceed.

2

9. The requested extension will not affect any other deadlines in this case, and no party will be prejudiced by the Court granting this extension request.

10. This is the second extension of time requested by any party in this action, and the Parties have abided by the Scheduling Order with respect to other interim discovery deadlines.

11. For such reasons, Plaintiff hereby moves the Court to grant the Parties an extension of the time, up to and including June 25, 2026, in which to complete all fact depositions.

Date: May 22, 2026

Respectfully submitted,

/s/ *Susmita A. Gadre*

Dariush Keyhani (*pro hac vice*)
Frances H. Stephenson (*pro hac vice*)
Scott M. Draffin (*pro hac vice*)

**KEYHANI LLC**
1050 30th Street NW
Washington, DC 20007
Phone: (202) 748-8950
dkeyhani@keyhanillc.com
fstephenson@keyhanillc.com
sdraffin@keyhanillc.com

Lisa M. Tittemore (BBO # 567941)
Kevin R. Mosier (BBO # 703739)
Susmita A. Gadre (BBO # 705376)

**MERCHANT & GOULD P.C.**
75 State Street
Suite 2210, Floor 22
Boston, MA 02109
Phone: (857) 301 – 7610
ltittemore@merchantgould.com
kmosier@merchantgould.com
sgadre@merchantgould.com

*ATTORNEYS FOR PLAINTIFF,
SWISSDIGITAL USA CO., LTD.*

3

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I certify that counsel conferred via email, and that Defendants are not opposed to an extension of , but disagree as to the length of the requested extension.

/s/ Susmita A. Gadre
Susmita A. Gadre

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22 day of May, 2026, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys or record who have consented to accept this Notice as service of this document by electronic means.

/s/ Susmita A. Gadre
Susmita A. Gadre