**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SWISSDIGITAL USA CO., LTD. <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSONITE GROUP S.A.; SAMSONITE LLC; SAMSONITE COMPANY STORES, LLC; and DIRECT MARKETING VENTURES, LLC; <br><br> *Defendants*. | Case No. 1:24-cv-11636-JEK <br><br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF SWISSDIGITAL USA CO., LTD.'S MOTION TO COMPEL DISCOVERY

Pursuant to Federal Rule of Civil Procedure 37(a), Plaintiff Swissdigital USA Co., Ltd. ("Swissdigital" or "Plaintiff"), respectfully moves the Court to compel Defendants Samsonite International S.A. ("Samsonite Int'l"), Samsonite LLC ("Samsonite LLC"), Samsonite Company Stores, LLC ("Samsonite Co. Stores"), and Direct Marketing Ventures, LLC ("DMV") (collectively, "Samsonite" or "Defendants"), to provide complete responses to Swissdigital's Interrogatories Nos. 10 and 13, to produce documents responsive to Swissdigital's Requests for Production Nos. 23–24, 31, 33–34, 36, 58, 60–61, 67–70, and 82, and to produce Defendants' various Amazon Vendor IDs.

The grounds for this Motion are set forth in the accompanying Memorandum of Law, the exhibits attached thereto, and the Declaration of Scott M. Draffin in Support of Plaintiff's Motion to Compel, filed this date in support of this Motion.

1

<u>**REQUEST FOR ORAL ARGUMENT**</u>

Pursuant to Local Rule 7.1(d), Swissdigital believes that oral argument may assist the

Court and respectfully requests to be heard.

Date: May 27, 2026

Respectfully submitted,

<u>/s/ *Susmita A. Gadre*</u>

Dariush Keyhani (*pro hac vice*)
Frances H. Stephenson (*pro hac vice*)
Scott M. Draffin (*pro hac vice*)
**KEYHANI LLC**
1050 30th Street NW
Washington, DC 20007
Phone: (202) 748-8950
dkeyhani@keyhanillc.com
fstephenson@keyhanillc.com
sdraffin@keyhanillc.com

Lisa M. Tittemore (BBO # 567941)
Kevin R. Mosier (BBO # 703739)
Susmita A. Gadre (BBO # 705376)

**MERCHANT & GOULD P.C.**
75 State Street
Suite 2210, Floor 22
Boston, MA 02109
Phone: (857) 301 – 7610
ltittemore@merchantgould.com
kmosier@merchantgould.com
sgadre@merchantgould.com

*ATTORNEYS FOR PLAINTIFF,*
*SWISSDIGITAL USA CO., LTD.*

## LOCAL RULE 7.1 CERTIFICATION

In accordance with Local Rules 7.1 and 37.1, I hereby certify that Dariush Keyhani and Scott M. Draffin, counsel for Swissdigital, conferred with Joon Chung, counsel for Samsonite, on April 21, 2026, at 1:00 PM for approximately thirty minutes and on April 30, 2026, at 1:00 PM for approximately an hour to attempt to narrow the issues in dispute.  The parties were unable to resolve the issues addressed in the present Motion.

Date: May 27, 2026

/s/ *Dariush Keyhani*
Dariush Keyhani


## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 27, 2026, I caused a true and correct copy of the foregoing instrument, with all exhibits, to be electronically filed with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all registered CM/ECF participants.

Date: May 27, 2026

/s/ *Susmita A. Gadre*
Susmita A. Gadre