**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SWISSDIGITAL USA CO., LTD.<br><br>   *Plaintiff*,<br><br>   v.<br><br>SAMSONITE GROUP S.A.;<br>SAMSONITE LLC; SAMSONITE<br>COMPANY STORES, LLC; and<br>DIRECT MARKETING VENTURES,<br>LLC;<br><br>   *Defendants*. | Case No. 1:24-cv-11636-JEK<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF SCOTT M. DRAFFIN IN SUPPORT OF PLAINTIFF'S
<u>MOTION TO COMPEL</u>**

I, Scott M. Draffin, declare as follows:

1.     I am over twenty-one years of age and have personal knowledge of the facts set forth in this declaration.

2.     I am an associate with the law firm of Keyhani LLC and represent Plaintiff Swissdigital USA Co., Ltd. ("Swissdigital" or "Plaintiff").

3.     I submit this declaration in support of Swissdigital's Motion to Compel.

4.     Defendants produced documents on December 2, 2024; December 12, 2024; February 3, 2025; February 13, 2025; April 11, 2025; and May 20, 2025.

5.     Swissdigital served its First Sets of Interrogatories and Requests for Production on June 27, 2025.

6.     Swissdigital served its Second Sets of Interrogatories and Requests for Production on August 29, 2025.

7.    Defendants produced sixty-six pages of design specifications for certain products on September 17, 2025.

8.    Defendants produced a spreadsheet of sales information on December 17, 2025.

9.    In February 2025, Swissdigital served subpoenas on various non-party sellers of the accused products, including Amazon.com, Inc. ("Amazon"), seeking sales information for specific accused products.

10.    Counsel for Amazon indicated that it would need Defendants' various Amazon Vendor IDs to pull the requested sales information.

11.    On May 21, 2026, Defendants produced some settlement and license agreements with third parties and images that appear to be a trade show.

12.    Attached hereto as **Exhibit A** is a true and correct copy of Defendants' Objections and Responses to Swissdigital's First Set of Requests for Production (Nos. 1–28).

13.    Attached hereto as **Exhibit B** is a true and correct copy of Defendants' Second Supplemental Responses to Swissdigital's First Set of Interrogatories (Nos. 1–10).

14.    Attached hereto as **Exhibit C** is a true and correct copy of an email chain between Swissdigital's counsel and Defendants' counsel beginning on April 8, 2025.

15.    Attached hereto as **Exhibit D** is a true and correct copy of Defendants' Objections and Responses to Swissdigital's Second Set of Requests for Production (Nos. 29–94).

16.    Attached hereto as **Exhibit E** is a true and correct copy of Defendants' Second Supplemental Responses to Swissdigital's Second Set of Interrogatories (Nos. 11–25).

17.    Attached hereto as **Exhibit F** is a true and correct copy of an email chain between Swissdigital's counsel and Defendants' counsel beginning on November 6, 2025.

18.     Attached hereto as **Exhibit G** is a true and correct copy of an email chain between Swissdigital's counsel and Defendants' counsel beginning on April 1, 2026.

19.     Attached hereto as **Exhibit H** is a true and correct copy of an email chain between Swissdigital's counsel and Defendants' counsel beginning on April 22, 2026.

20.     Attached hereto as **Exhibit I** is a true and correct copy of an email chain between Swissdigital's counsel and Defendants' counsel beginning on May 15, 2026.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 27, 2026.

*/s/ Scott M. Draffin*
Scott M. Draffin