**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SWISSDIGITAL USA CO., LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSONITE GROUP S.A.; SAMSONITE LLC; SAMSONITE COMPANY STORES, LLC; and DIRECT MARKETING VENTURES, LLC,<br><br>    Defendants. | Civil No. 1:24-cv-11636<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF WONJOON CHUNG IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO SERVE SECOND AMENDED PATENT-RELATED DISCLOSURES**

I, Wonjoon Chung, hereby declare as follows:

1.     I am an attorney at the law firm of Fish & Richardson P.C. and counsel of record for Defendants Samsonite Group S.A., Samsonite LLC, Samsonite Company Stores, LLC, and Direct Marketing Ventures, LLC (collectively, "Samsonite" or "Defendants") in the above-captioned matter.

2.     I have personal knowledge of the matters set forth in this declaration and could testify competently thereto if called upon to do so.

3.     This declaration is submitted on behalf of Defendants in support of their Motion for Leave to Serve Second Amended Patent-Related Disclosures.

4.     Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the 30(b)(6) deposition of Zhijian Li taken May 26, 2026, designated **Highly Confidential-Attorneys' Eyes Only**.

1

5. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from Defendants' First Set of Interrogatories to Swissdigital USA Co., Ltd. (Nos. 1-7), dated July 29, 2025.

6. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from Plaintiff Swissdigital USA Co., Ltd.'s Response and Objections to Defendants' Interrogatories, dated September 5, 2025.

7. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from Defendants' Supplemental Invalidity and Noninfringement Contentions Pursuant to Local Rule 16.6, dated April 24, 2026.

8. Attached hereto as **Exhibit 5** is a true and correct copy of email correspondence between counsel for Samsonite and counsel for Swissdigital, dated June 2, 2026.

9. Attached hereto as **Exhibit 6** is a true and correct copy of email correspondence between counsel for Samsonite and counsel for Swissdigital, dated June 2, 2026 through June 3, 2026.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 3, 2026.

*/s/  Wonjoon Chung*
Wonjoon Chung

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2026, I caused the foregoing document to be served upon all counsel of record via the Court's CM/ECF system.

/s/ Wonjoon Chung
Wonjoon Chung