# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

SWISSDIGITAL USA CO., LTD.,

      Plaintiff,

    v.

SAMSONITE GROUP S.A.; SAMSONITE
LLC; SAMSONITE COMPANY STORES,
LLC; and DIRECT MARKETING
VENTURES, LLC,

      Defendants.

Civil Action No. 1:24-cv-11636

**JURY TRIAL DEMANDED**

**DEFENDANTS' FIRST[1] SET OF INTERROGATORIES TO**
**SWISSDIGITAL USA CO., LTD. (NOS. 1–7)**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendants Samsonite

Group S.A., Samsonite LLC, Samsonite Company Stores, LLC, and Direct Marketing Ventures,

LLC (collectively, "Samsonite" or "Defendants") hereby request that Plaintiff Swissdigital USA

Co., Ltd. ("Swissdigital" or "Plaintiff") answer each interrogatory set forth below, in writing and

under oath, within thirty days of service hereof, in accordance with the definitions and instructions

below.

**DEFINITIONS**

1.     Unless otherwise specified, all terms shall be interpreted as they are used in the

Federal Rules of Civil Procedure.  The Requests and terms used herein shall be construed to require

the fullest and most complete disclosures permitted by law.

---

[1] Defendants previously served a separate first set of interrogatories as part of preliminary financial-related discovery.  *See* Nov. 1, 2024, "Defendants' First Set of Interrogatories to Swissdigital USA Co., LTD. (Nos. 1-4).  This preliminary discovery is separate from, and does not count toward, Local Rule 16.6(c)'s discovery event limitations.

1

communication, all entities or Persons who know or knew of the information, and the date the information was exchanged.

8.    If an attorney work product claim is asserted, specifically identify the Person or attorney who prepared the work product, each Person to whom the information was disclosed, the date when the work product was prepared, and the litigation for which the work product was prepared.

9.    Pursuant to Fed. R. Civ. P. 26(e)(1)(A), the following Interrogatories are deemed to be continuing.

## **INTERROGATORIES**

### **INTERROGATORY NO. 1:**

Separately for each asserted claim of the Asserted Patents that You contend Defendants have infringed or are infringing, describe in detail all facts and circumstances related to the earliest conception, making, using, selling, offering for sale, and disclosure of the subject matter of said claim, including without limitation: the first conception of the alleged invention and the first reduction to practice, including all diligence between conception and reduction to practice and an identification and description of all corroborating evidence; the first manufacture of the alleged invention; the first use of the alleged invention in the United States; the first public use of the alleged invention in the United States; the first offer for sale of the alleged invention in the United States; the first sale of the alleged invention in the United States; the first public disclosure or display (e.g., marketing or tradeshow); and the first disclosure by Plaintiff to any other Person. Your response to this Interrogatory should include without limitation: the date on which each such event occurred; the location where each such event occurred; the identity of each Person with knowledge of any of the foregoing; the price of any such offers or sales; and the identity of all documents (by production numbers) relating to any of the foregoing.

Dated:  July 29, 2025                          Respectfully submitted,

By:  */s/ Bailey K. Benedict*
Adam J. Kessel
Massachusetts Bar No. 661,211
kessel@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02210
Tel:  (617) 542-5070
Fax: (617) 542-8906

Neil J. McNabnay (*Pro Hac Vice*)
Texas Bar No. 24002583
mcnabnay@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070
Fax: (214) 747-2091

Bailey K. Benedict (*Pro Hac Vice* )
Texas Bar No. 24083139
benedict@fr.com
Ethan K. Kovar (*Pro Hac Vice* )
Texas Bar No. 24138134
kovar@fr.com
**FISH & RICHARDSON P.C.**
909 Fannin Street, Suite 2100
Houston, TX 77010
Tel: (713) 654-5300
Fax: (713) 652-0109

Wonjoon Chung (*Pro Hac Vice* )
Georgia Bar No. 396468
chung@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree Street NE
21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005
Fax: (404) 892-5002

*Attorneys for Defendants*
*SAMSONITE GROUP S.A.; SAMSONITE*
*LLC; SAMSONITE COMPANY STORES,*
*LLC; and DIRECT MARKETING*
*VENTURES, LLC*

10

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on counsel of record for Plaintiff via electronic mail on July 29, 2025.

*/s/ Bailey K. Benedict*
Bailey K. Benedict