# EXHIBIT 5

| | |
|---|---|
| **From:** | Joon Chung |
| **Sent:** | Tuesday, June 2, 2026 10:09 PM |
| **To:** | sdraffin@keyhanillc.com |
| **Cc:** | Darius Keyhani; Frances Stephenson; Lisa M. Tittemore; Susmita A. Gadre; Kevin R. Mosier; FRService-Samsonite-24cv11636 |
| **Subject:** | RE: Swissdigital v. Samsonite - Motion to Amend Invalidity Contentions |

Counsel,

Samsonite's proposed amended invalidity contentions are available for download from this link: https://send.fr.com/link/hQBixNQd4TSliZ8CTu8QXU. The files contain confidential information, and a link will be sent in a separate email.

As you will see from the contentions, the prior art Samsonite intends to amend to rely on includes the following:
- Swissdigital's admitted prior art (via Mr. Li's deposition), including the bags allegedly offered for sale and/or sold at 2014-2015 trade shows;
- Samsonite Accused Product prior art and related components whose first offer for sale/sale pre-dates the newly alleged first invention date of ventilation holes at a 2018 trade show;
- Publicly available prior at that pre-dates the newly alleged first invention date of ventilation holes at a 2018 trade show.

Both of Samsonite's 30(b)(6) witnesses are prepared to testify on the Samsonite Accused Product prior art and related Samsonite documents (for example, the Jiaxin ZZUSB-3 prior art) that appear in these updated contentions on Thursday and Friday. We plan to file the motion to amend tomorrow, so please provide Swissdigital's position by **noon ET** tomorrow. If Swissdigital does not provide a response by then, we will file the motion as opposed.

Best,
Joon

**From:** sdraffin@keyhanillc.com <sdraffin@keyhanillc.com>
**Sent:** Tuesday, June 2, 2026 3:54 PM
**To:** Joon Chung <chung@fr.com>
**Cc:** Darius Keyhani <dkeyhani@keyhanillc.com>; Frances Stephenson <fstephenson@keyhanillc.com>; Lisa M. Tittemore <ltittemore@merchantgould.com>; Susmita A. Gadre <sgadre@merchantgould.com>; Kevin R. Mosier <kmosier@merchantgould.com>; FRService-Samsonite-24cv11636 <FRService-Samsonite-24cv11636@fr.com>
**Subject:** RE: Swissdigital v. Samsonite - Motion to Amend Invalidity Contentions

[This email originated outside of F&R.]

Hi Joon,

We don't believe there is a justification for Samsonite to amend its invalidity contentions at this point in the case.  Please send us your proposed new prior art so we can advise whether our client opposes the motion.

Best,

Scott


-----Original Message-----
From: "Joon Chung" <chung@fr.com>
Sent: Tuesday, June 2, 2026 3:40pm
To: "Scott Draffin" <sdraffin@keyhanillc.com>, "Darius Keyhani" <dkeyhani@keyhanillc.com>, "Frances Stephenson" <fstephenson@keyhanillc.com>, "Lisa M. Tittemore" <ltittemore@merchantgould.com>, "Susmita A. Gadre" <sgadre@merchantgould.com>, "Kevin R. Mosier" <kmosier@merchantgould.com>
Cc: "FRService-Samsonite-24cv11636" <FRService-Samsonite-24cv11636@fr.com>
Subject: Swissdigital v. Samsonite - Motion to Amend Invalidity Contentions


Counsel,

Samsonite plans to file a motion to amend its invalidity contentions in view of Mr. Zhijian Li's testimony revealing the existence of Swissdigital bags sold in 2014-2015 and 2018, and that he first offered for sale bags with ventilation holes at a fair in 2018. Samsonite intends to supplement its contentions with new prior art in view of this testimony.

Please let us know if you oppose by COB today. If we do not receive a response, we will assume Swissdigital opposes.

Best,
Joon

**Joon Chung**
Associate ■ Fish & Richardson P.C.

**T:** 404 724 2805 | chung@fr.com

```
*********************************************************************************************
**************************
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
*********************************************************************************************
**************************
```