# EXHIBIT 6

| | |
|---|---|
| **From:** | sdraffin@keyhanillc.com |
| **Sent:** | Wednesday, June 3, 2026 11:17 AM |
| **To:** | Joon Chung |
| **Cc:** | Bailey Benedict; Adam Kessel; Neil McNabnay; Ethan Kovar; FRService-Samsonite-24cv11636; Darius Keyhani; Frances Stephenson; Lisa M. Tittemore; Kevin R. Mosier; Susmita A. Gadre |
| **Subject:** | RE: Swissdigital v. Samsonite - Notices of Deposition |

Hi Joon,

We have been exceedingly clear.  We have already advised you that we will not be moving forward this week as we have not received relevant, material discovery, and we have noticed those depositions for June 22 and 23.

Best,

Scott


-----Original Message-----
From: "Joon Chung" <chung@fr.com>
Sent: Wednesday, June 3, 2026 10:40am
To: "sdraffin@keyhanillc.com" <sdraffin@keyhanillc.com>
Cc: "Bailey Benedict" <benedict@fr.com>, "Adam Kessel" <Kessel@fr.com>, "Neil McNabnay" <McNabnay@fr.com>, "Ethan Kovar" <kovar@fr.com>, "FRService-Samsonite-24cv11636" <FRService-Samsonite-24cv11636@fr.com>, "Darius Keyhani" <dkeyhani@keyhanillc.com>, "Frances Stephenson" <fstephenson@keyhanillc.com>, "Lisa M. Tittemore" <ltittemore@merchantgould.com>, "Kevin R. Mosier" <kmosier@merchantgould.com>, "Susmita A. Gadre" <sgadre@merchantgould.com>
Subject: RE: Swissdigital v. Samsonite - Notices of Deposition


Counsel,

We understand that you are refusing to take the scheduled depositions of Tony Quartarone and Jaimie Boss. For the sake of absolutely clarity, please confirm in writing that if Mr. Quartarone appears tomorrow morning at 9:00am at the planned location, with his counsel, none of Swissdigital's counsel will appear to take his deposition as scheduled. Similarly, please confirm in writing that if Mr. Boss appears Friday morning at 9:00am at the planned location, with his counsel, none of Swissdigital's counsel will appear to take his deposition as scheduled.

Best,
Joon

From: sdraffin@keyhanillc.com <sdraffin@keyhanillc.com>
Sent: Wednesday, June 3, 2026 10:13 AM
To: Joon Chung <chung@fr.com>
Cc: Bailey Benedict <benedict@fr.com>; Adam Kessel <Kessel@fr.com>; Neil McNabnay <McNabnay@fr.com>; Ethan

1

Kovar <kovar@fr.com>; FRService-Samsonite-24cv11636 <FRService-Samsonite-24cv11636@fr.com>; Darius Keyhani <dkeyhani@keyhanillc.com>; Frances Stephenson <fstephenson@keyhanillc.com>; Lisa M. Tittemore <ltittemore@merchantgould.com>; Kevin R. Mosier <kmosier@merchantgould.com>; Susmita A. Gadre <sgadre@merchantgould.com>
**Subject:** RE: Swissdigital v. Samsonite - Notices of Deposition

Hi Joon,

Defendants cannot unilaterally decide not to produce emails/ESI, not to produce privilege logs, and not to produce witnesses noticed for depositions.  Nor can Defendants coerce Swissdigital to take depositions of witnesses before highly relevant discovery has been produced.  Even as of today, Defendants are seeking leave to amend their invalidity contentions and take an additional nine-hour deposition of a previously deposed witness.

Please be prepared to discuss these issues and the other identified issues at our meet and confer Thursday.  If we are unable to reach a resolution, we will move to compel.

Best,

Scott

-----Original Message-----
From: "Joon Chung" <chung@fr.com>
Sent: Tuesday, June 2, 2026 8:36pm
To: "sdraffin@keyhanillc.com" <sdraffin@keyhanillc.com>, "Bailey Benedict" <benedict@fr.com>, "Adam Kessel" <Kessel@fr.com>, "Neil McNabnay" <McNabnay@fr.com>, "Ethan Kovar" <kovar@fr.com>, "FRService-Samsonite-24cv11636" <FRService-Samsonite-24cv11636@fr.com>
Cc: "Darius Keyhani" <dkeyhani@keyhanillc.com>, "Frances Stephenson" <fstephenson@keyhanillc.com>, "Lisa M. Tittemore" <ltittemore@merchantgould.com>, "Kevin R. Mosier" <kmosier@merchantgould.com>, "Susmita A. Gadre" <sgadre@merchantgould.com>
Subject: RE: Swissdigital v. Samsonite - Notices of Deposition


Counsel,

These deposition notices are untimely and Samsonite will not provide these witnesses for deposition.  Swissdigital has been aware of these witnesses since before this litigation even began. And, as explained in my prior email, if Swissdigital does not appear on Thursday and Friday June 4 and 5, it has forfeited its 30(b)(6) depositions. Re-serving the same notices with unilaterally updated dates does not give Swissdigital the right to more depositions.

Best,
Joon

From: sdraffin@keyhanillc.com <sdraffin@keyhanillc.com>
Sent: Tuesday, June 2, 2026 8:07 PM
To: Bailey Benedict <benedict@fr.com>; Joon Chung <chung@fr.com>; Adam Kessel <Kessel@fr.com>; Neil McNabnay <McNabnay@fr.com>; Ethan Kovar <kovar@fr.com>; FRService-Samsonite-24cv11636 <FRService-Samsonite-24cv11636@fr.com>
Cc: Darius Keyhani <dkeyhani@keyhanillc.com>; Frances Stephenson <fstephenson@keyhanillc.com>; Lisa M. Tittemore <ltittemore@merchantgould.com>; Kevin R. Mosier <kmosier@merchantgould.com>; Susmita A. Gadre

<sgadre@merchantgould.com>
**Subject:** Swissdigital v. Samsonite - Notices of Deposition

[This email originated outside of F&R.]


Counsel,

Please find attached for service updated 30(b)(6) Notices of Deposition for each Samsonite Defendant.  Also please find attached for service Notices of Deposition for Tracey Childs, Jennifer Pogue, Amy Ward, Eric Galano, and Nicole Kotsifakis.

Best,

Scott Draffin
Keyhani LLC

```
***************************************************************************************************
************************
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
***************************************************************************************************
************************
```

```
***************************************************************************************************
************************
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
***************************************************************************************************
************************
```