**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SWISSDIGITAL USA CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> SAMSONITE GROUP S.A.; SAMSONITE LLC; SAMSONITE COMPANY STORES, LLC; and DIRECT MARKETING VENTURES, LLC, <br><br> Defendants. | Civil No. 1:24-cv-11636 <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANTS' AGREED MOTION FOR**
**EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S**
**MOTION TO EXTEND THE FACT DEPOSITION DEADLINE (Dkt. 112)**

Pursuant to Paragraph 1 of the Procedural Provisions in the Court's Scheduling Order (ECF No. 25), Defendants Samsonite Group S.A., Samsonite LLC, Samsonite Company Stores, LLC, and Direct Marketing Ventures, LLC (collectively, "Defendants" or "Samsonite") respectfully request an extension of time in which to respond to Plaintiff Swissdigital USA Co., Ltd.'s ("Swissdigital" or "Plaintiff") Motion to Extend the Fact Deposition Deadline as filed with the Court at ECF No. 112 on May 22, 2026 (the "Motion").

The current deadline for Samsonite to respond to Plaintiff's Motion is June 5, 2026 (L.R. 7.1(b)(2)). This is Defendants' first extension request in connection with Plaintiff's Motion, and the Court has not previously extended this deadline. Swissdigital does not oppose.

At the May 28, 2026 status conference, the Court deferred ruling on Swissdigital's pending motion for an extension of time and instructed the parties to confer regarding the length of an extension to the fact depositions deadline that would be appropriate in view of the outstanding

1

discovery disputes between the parties. May 28, 2026 Hr'g Tr. at 32. On June 4, 2026, the parties conferred pursuant to the Court's instructions.

The parties agree that in view of the outstanding discovery disputes between the parties to be submitted to the Court via joint status report on June 10, 2026 (ECF. No. 118), Samsonite's deadline to respond to Swissdigital's motion for extension of time shall be extended until a date to be later determined by the Court.

Dated:  June 5, 2026

Respectfully submitted,

By:  */s/ Adam J. Kessel*
Adam J. Kessel
Massachusetts Bar No. 661,211
kessel@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02210
Tel:  (617) 542-5070
Fax: (617) 542-8906

Neil J. McNabnay (*Pro Hac Vice*)
Texas Bar No. 24002583
mcnabnay@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070
Fax: (214) 747-2091

Bailey K. Benedict (*Pro Hac Vice*)
Texas Bar No. 24083139
benedict@fr.com
Ethan K. Kovar (*Pro Hac Vice*)
Texas Bar No. 24138134
kovar@fr.com
Nicholas J. Valencia (*Pro Hac Vice*)
Texas Bar No. 24149774
valencia@fr.com
**FISH & RICHARDSON P.C.**
909 Fannin Street, Suite 2100
Houston, TX 77010
Tel: (713) 654-5300
Fax: (713) 652-0109

Wonjoon Chung (*Pro Hac Vice*)
Georgia Bar No. 396468
chung@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005
Fax: (404) 892-5002

***Attorneys for Defendants
SAMSONITE GROUP S.A.; SAMSONITE
LLC; SAMSONITE COMPANY STORES,
LLC; and DIRECT MARKETING
VENTURES, LLC***

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2026, I caused the foregoing document to be served upon all counsel of record via the Court's CM/ECF system.

_/s/ Adam J. Kessel_
Adam J. Kessel