**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SWISSDIGITAL USA CO., LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSONITE GROUP S.A.; SAMSONITE LLC; SAMSONITE COMPANY STORES, LLC; and DIRECT MARKETING VENTURES, LLC,<br><br>    Defendants. | Civil No. 1:24-cv-11636<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF WONJOON CHUNG IN SUPPORT OF DEFENDANTS'**
**RESPONSE TO PLAINTIFF SWISSDIGITAL USA CO., LTD.'S MOTION TO**
**COMPEL DISCOVERY**

I, Wonjoon Chung, hereby declare as follows:

1.    I am an attorney at the law firm of Fish & Richardson P.C. and counsel of record for Defendants Samsonite Group S.A.; Samsonite LLC; Samsonite Company Stores, LLC; and Direct Marketing Ventures, LLC (collectively, "Samsonite" or "Defendants") in the above-captioned matter.

2.    I have personal knowledge of the matters set forth in this declaration and could testify competently thereto if called upon to do so.

3.    This declaration is submitted on behalf of Defendants in support of their Response to Plaintiff Swissdigital USA Co., Ltd.'s ("Swissdigital" or "Plaintiff") Motion to Compel Discovery.

4.    To date, Samsonite has produced a total of 140,468 documents in this litigation. Swissdigital has produced 92 documents. Swissdigital produced approximately 50 pages of hard-

1

copy documents in person at Zhijian Li's deposition which have, to date, not been electronically produced.

5. Samsonite produced documents on December 2, 2024, December 12, 2024, and February 3, 2025. By the time of its February 3, 2025 production, Samsonite completed its production of design documents in Samsonite's possession, custody, and control for all products accused of infringing the Asserted Patents identified in Swissdigital's infringement contentions at that time.

6. Samsonite produced updated financial information for the Accused Products on May 19, 2025, and on December 17, 2025.

7. Samsonite produced additional design documentation on September 17, 2025.

8. Samsonite produced additional documents on May 21, 2026, May 29, 2026, and June 2, 2026.

9. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the transcript of the March 18, 2025 Status Conference hearing.

10. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from Samsonite's 3rd Supplemental Responses and Objections to Swissdigital's Initial Interrogatories, served May 20, 2025.

11. Attached hereto as **Exhibit 3** is a true and correct copy of email correspondence between counsel ending in a September 17, 2025 email.

12. Attached hereto as **Exhibit 4** is a true and correct copy of email correspondence between counsel ending in a May 8, 2026 email.

13. Attached hereto as **Exhibit 5** is a true and correct copy of email correspondence between counsel ending in a June 8, 2026 email.

14.     Attached hereto as **Exhibit 6** is a true and correct copy of a declaration from Samsonite's Senior Director of Finance for the Americas, Guillermo Gomez de la Madrid.

15.     Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from Samsonite's 1st Supplemental Responses and Objections to Swissdigital's 1st Set of Interrogatories, served November 7, 2025.

16.     Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the transcript from the May 26, 2026 deposition of Zhijian Li.

17.     Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from Samsonite LLC's objections and responses to Swissdigital's 3rd Notice of Deposition of Samsonite LLC Under Fed. R. Civ. P. 30(b)(6), served May 27, 2026.

18.     Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from Samsonite's 2nd Supplemental Responses and Objections to Swissdigital's 2nd Set of Interrogatories, served May 8, 2026.

19.     Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the transcript from the May 1, 2025 deposition of Guillermo Gomez de la Madrid.

20.     Attached hereto as **Exhibit 12** is a true and correct copy of email correspondence between counsel ending in a April 16, 2026 email.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 10, 2026.

_/s/ Wonjoon Chung_
Wonjoon Chung

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2026, I caused the foregoing document to be served upon all counsel of record via the Court's CM/ECF system.


*/s/ Wonjoon Chung*
Wonjoon Chung
