# EXHIBIT 3

| | |
|---|---|
| **From:** | Joon Chung |
| **Sent:** | Wednesday, September 17, 2025 12:55 PM |
| **To:** | sdraffin@keyhanillc.com |
| **Cc:** | Bailey Benedict; Neil McNabnay; Adam Kessel; FRService-Samsonite-24cv11636; Darius Keyhani; Frances Stephenson; Lisa M. Tittemore; Kevin R. Mosier |
| **Subject:** | RE: Swissdigital v. Samsonite, 1:24-cv-11636-KEK, Motion for Leave to Amend Infringement Contentions |

Counsel:

Regarding the products for which Swissdigital requests additional information related to USB sheaths, Samsonite directs Swissdigital to the following material numbers and Bates in its previous and most recent productions:

- Hartmann Ratio Classic DLX 2 Weekend Duffel (Material Key 120929)
  - MA06117
  - SAMSONITE00005884
  - SAMSONITE00005910
  - SAMSONITE00005936
  - SAMSONITE00005962
  - SAMSONITE00005988
  - SAMSONITE00005576
- Samsonite Agilis 19 Expandable Spinner (Material Key 110253)
  - MA06056
  - SAMSONITE00004382
  - SAMSONITE00004405
  - SAMSONITE00004428
  - SAMSONITE00004451
  - SAMSONITE00004474
  - SAMSONITE00004497
  - SAMSONITE00004525
  - SAMSONITE00004552
  - SAMSONITE00004578
  - SAMSONITE00004601
  - SAMSONITE00004624
  - SAMSONITE00005576
- Samsonite Costco Business CS Spinner Mobile Office w/ USB (Material Key 138052)
  - There are no US sales for this product. Please confirm you will not be adding to the list of accused products.
- Samsonite Drive DLX Carry-On Spinner (Material Key 127264)
  - MA06359
  - SAMSONITE00160378
- Samsonite Drive DLX Travel Duffel (Material Key 131334)
  - MA06359
  - SAMSONITE00160378
- Samsonite Drive DLX Underseat CO Spinner (Material Key 127268)
  - MA06359
  - SAMSONITE00160378
- Samsonite Insignis Underseater Spinner (Material Key 126992)
  - MA06192
  - SAMSONITE00007268

- o SAMSONITE00007295
- o SAMSONITE00007322
- o SAMSONITE00007350
- o SAMSONITE00007378
- o SAMSONITE00007406
- o SAMSONITE00009351
- o SAMSONITE00009380
- o SAMSONITE00009465
- o SAMSONITE00009523
- o SAMSONITE00009613
- o SAMSONITE00009653
- o SAMSONITE00009720
- o SAMSONITE00009721
- o SAMSONITE00009722
- o SAMSONITE00009723
- o SAMSONITE00005576
- Samsonite Just Right Conv. Tech Crossbody (Material Key 137314)
  - o MA06512
  - o SAMSONITE00011572
  - o SAMSONITE00011602
  - o SAMSONITE00011636
  - o SAMSONITE00011672
  - o SAMSONITE00011692
  - o SAMSONITE00011712
  - o SAMSONITE00011732
  - o SAMSONITE00011812
  - o SAMSONITE00011814
  - o SAMSONITE00011821
  - o SAMSONITE00011898
  - o SAMSONITE00011943
  - o SAMSONITE00011998
  - o SAMSONITE00012060
  - o SAMSONITE00012130
  - o SAMSONITE00160343
- Samsonite Just Right Flap Backpack (Material Key 137315)
  - o MA06512
  - o See above.
- Samsonite Just Right Slim Backpack (Material Key 137312)
  - o MA06512
  - o See above.
- Samsonite Just Right Underseater Spinner (Material Key 137309)
  - o MA06172
  - o SAMSONITE00011572
  - o SAMSONITE00011602
  - o SAMSONITE00011636
  - o SAMSONITE00160343
- Samsonite Lineate EXP WHLD Carry On (Material Key 121637)
  - o MA06166
  - o SAMSONITE00006699
  - o SAMSONITE00006741
  - o SAMSONITE00006783
- Samsonite Lineate Underseat Wheeled CO (Material Key 121638)
  - o MA06166
  - o See above.

We are continuing to investigate the other issues Swissdigital has raised, and will provide updates as they become available.

Best,
Joon

---

**From:** sdraffin@keyhanillc.com <sdraffin@keyhanillc.com>
**Sent:** Tuesday, August 19, 2025 6:11 PM
**To:** Joon Chung <chung@fr.com>
**Cc:** Bailey Benedict <benedict@fr.com>; Neil McNabnay <McNabnay@fr.com>; Adam Kessel <Kessel@fr.com>; FRService-Samsonite-24cv11636 <FRService-Samsonite-24cv11636@fr.com>; Darius Keyhani <dkeyhani@keyhanillc.com>; Frances Stephenson <fstephenson@keyhanillc.com>; Lisa M. Tittemore <ltittemore@sunsteinlaw.com>; Kevin R. Mosier <kmosier@sunsteinlaw.com>
**Subject:** RE: Swissdigital v. Samsonite, 1:24-cv-11636-KEK, Motion for Leave to Amend Infringement Contentions

Hi Joon,

Please find the Zoom link below.

Best,

Scott


Scott Draffin is inviting you to a scheduled Zoom meeting.
Topic: Swissdigital v. Samsonite - Meet and Confer
Time: Aug 20, 2025 01:00 PM Eastern Time (US and Canada)
Join Zoom Meeting
https://us06web.zoom.us/j/82302603122?pwd=gY1kAV6gMaVpiaLb5PzzajTgW53AiZ.1
Meeting ID: 823 0260 3122
Passcode: 093133
---
One tap mobile
+16469313860,,82302603122#,,,,*093133# US
+19292056099,,82302603122#,,,,*093133# US (New York)
Join instructions
https://us06web.zoom.us/meetings/82302603122/invitations?signature=hiRW7Gxlj_3Itv5zjzkZXtY_-heuAnWB0yxfGyA-i-U


-----Original Message-----
From: "Joon Chung" <chung@fr.com>
Sent: Tuesday, August 19, 2025 1:27pm
To: "sdraffin@keyhanillc.com" <sdraffin@keyhanillc.com>
Cc: "Bailey Benedict" <benedict@fr.com>, "Neil McNabnay" <McNabnay@fr.com>, "Adam Kessel" <Kessel@fr.com>, "FRService-Samsonite-24cv11636" <FRService-Samsonite-24cv11636@fr.com>, "Darius Keyhani" <dkeyhani@keyhanillc.com>, "Frances Stephenson" <fstephenson@keyhanillc.com>, "Lisa M. Tittemore" <ltittemore@sunsteinlaw.com>, "Kevin R. Mosier" <kmosier@sunsteinlaw.com>, "Katherine W. Soule" <ksoule@sunsteinlaw.com>
Subject: RE: Swissdigital v. Samsonite, 1:24-cv-11636-KEK, Motion for Leave to Amend Infringement Contentions


Scott,

Apologies, I thought I had responded to this. We will be available at 1pm EST tomorrow. Please circulate a calendar invite.

Thanks,
Joon

---

**From:** sdraffin@keyhanillc.com <sdraffin@keyhanillc.com>
**Sent:** Thursday, August 14, 2025 8:19 PM
**To:** Joon Chung <chung@fr.com>
**Cc:** Bailey Benedict <benedict@fr.com>; Neil McNabnay <McNabnay@fr.com>; Adam Kessel <Kessel@fr.com>; FRService-Samsonite-24cv11636 <FRService-Samsonite-24cv11636@fr.com>; Darius Keyhani <dkeyhani@keyhanillc.com>; Frances Stephenson <fstephenson@keyhanillc.com>; Lisa M. Tittemore <ltittemore@sunsteinlaw.com>; Kevin R. Mosier <kmosier@sunsteinlaw.com>; Katherine W. Soule <ksoule@sunsteinlaw.com>
**Subject:** RE: Swissdigital v. Samsonite, 1:24-cv-11636-KEK, Motion for Leave to Amend Infringement Contentions

Hi Joon,

Please plan on meeting and conferring next Wednesday, August 20, at 1:00 p.m. EDT to discuss Samsonite's position that products identified after service of Swissdigital's preliminary infringement contentions are outside the scope of discovery until Swissdigital serves amended infringement contentions.

At that time, we would also like to discuss (1) Samsonite's objections and refusal to respond to Swissdigital's Interrogatories Nos. 9 and 10 and Requests for Production 25–28, which relate to the "top 20 products sold" that Mr. Guillermo Gomez referred to in his May 1, 2025 deposition; and (2) Samsonite's objections and refusal to respond to Swissdigital's Interrogatory No. 8 and Requests for Production Nos. 23–24, which relate to pulling or retrieving sales information from Business Intelligence Business Objects.

We also note that while we have received Samsonite's objections and responses to Swissdigital's Requests for Production, no documents have been produced. Please be prepared to advise us when responsive documents will be produced. Similarly, we seek clarification of Samsonite's response to Interrogatory No. 4, where Samsonite relies on Rule 33(d) but provides no Bates numbers. Please advise us whether those documents are forthcoming or whether Samsonite believes it has produced responsive documents (and, if so, identify the Bates numbers).

Finally, your previous email referenced Magistrate Judge Levenson's comments regarding discovery (ECF No. 48). This case is no longer referred to Judge Levenson (ECF No. 61), and his comments do not necessarily reflect "the Court's preferred approach to discovery." In contrast, Judge Kobick's scheduling order sets the deadline to serve requests for production, interrogatories, and requests for admissions for August 29, 2025. While it may be necessary to push these deadlines back depending on the timing of the Court's claim construction order, Swissdigital is simply abiding by the Court's schedule as it stands today. These deadlines—and Samsonite's obligations to respond and produce—are not tied to the timing of the Court's claim construction order.

Best,

Scott


-----Original Message-----
From: "Joon Chung" <chung@fr.com>
Sent: Wednesday, August 13, 2025 12:30pm
To: "sdraffin@keyhanillc.com" <sdraffin@keyhanillc.com>
Cc: "Bailey Benedict" <benedict@fr.com>, "Neil McNabnay" <McNabnay@fr.com>, "Adam Kessel" <Kessel@fr.com>, "FRService-Samsonite-24cv11636" <FRService-Samsonite-24cv11636@fr.com>, "Darius Keyhani" <dkeyhani@keyhanillc.com>, "Frances Stephenson" <fstephenson@keyhanillc.com>, "Lisa M. Tittemore" <ltittemore@sunsteinlaw.com>, "Kevin R. Mosier" <kmosier@sunsteinlaw.com>, "Katherine W. Soule" <ksoule@sunsteinlaw.com>
Subject: RE: Swissdigital v. Samsonite, 1:24-cv-11636-KEK, Motion for Leave to Amend Infringement Contentions


Scott,

As we've said, Samsonite has no objection to your including products in this case beyond those identified in your preliminary infringement contentions.  Nor do we object to providing reasonable discovery on those products, once properly included in the case. Our objection is simply that it is overly burdensome, wasteful, and inefficient to continually go back to the well to seek documents on additional products; in other words, let us approach Samsonite's employees with requests for documents a single time, rather than repeatedly distracting them, inconveniencing them, and needlessly increasing their burden. This is particularly important given the impending order on claim construction and dispositive motions, which may limit the case.  We encourage Swissdigital to review the Court's Order at Docket No. 48 on the Court's preferred approach to discovery while the metes and bounds of the case are still very much in question.

Contrary to the representations in your prior email, Defendants are demonstrably not trying to stall discovery.  Indeed, when Swissdigital first identified some additional accused products in April based on Defendants' production, Defendants provided sales figures for those additional products and put up witnesses to testify about them.  The problem here is with Swissdigital's diligence; you have had the catalogue information for *six months*, yet you are only now identifying products for which you need more information, and your search for allegedly infringing products is apparently still not complete.

To that end, thank you for finally identifying the products you intend to accuse. We will review. Additionally, thank you for finally identifying the products for which you seek more information. As promised, we will promptly seek information sufficient to show at least the USB functionality, if any, for those products.  We are available to meet and confer next Wednesday, August 20 at 1:00PM, after we have had a chance to review these added products and discuss with our client.

We disagree that Defendants' production of financial information lacked diligence. It is Swissdigital's burden to identify accused products, and Defendants made a best effort to provide material key numbers for the products Swissdigital accused, while simultaneously producing information sufficient for Swissdigital to identify any other material key numbers it intends to accuse of infringement. That said, we will investigate your new request regarding products that may have multiple material key numbers, and provide you an update with either additional financials or a confirmation that those were included in the original set.

Best,
Joon

---

**From:** sdraffin@keyhanillc.com <sdraffin@keyhanillc.com>
**Sent:** Tuesday, August 12, 2025 12:16 PM
**To:** Joon Chung <chung@fr.com>
**Cc:** Bailey Benedict <benedict@fr.com>; Neil McNabnay <McNabnay@fr.com>; Adam Kessel <Kessel@fr.com>; FRService-Samsonite-24cv11636 <FRService-Samsonite-24cv11636@fr.com>; Darius Keyhani <dkeyhani@keyhanillc.com>; Frances Stephenson <fstephenson@keyhanillc.com>; Lisa M. Tittemore <ltittemore@sunsteinlaw.com>; Kevin R. Mosier <kmosier@sunsteinlaw.com>; Katherine W. Soule <ksoule@sunsteinlaw.com>
**Subject:** RE: Swissdigital v. Samsonite, 1:24-cv-11636-KEK, Motion for Leave to Amend Infringement Contentions

Hi Joon,

Samsonite has taken the untenable position that any identified products not included in Swissdigital's preliminary infringement contentions are outside the scope of discovery.  This position is not supported by any legal authority and, as a practical matter, leaves Swissdigital with only two options: (1) to immediately serve amended infringement contentions, mooting Samsonite's groundless objections; and/or (2) move to compel production.  **Please provide your availability Wednesday, August 13, and Thursday, August 14, to meet and confer on this issue.**

To the extent there is any argument that Swissdigital is not entitled to discovery on the products it has identified throughout the course of fact discovery, we fundamentally disagree.  There is no authority supporting Samsonite's position that products identified after serving preliminary infringement contentions are outside the scope of discovery.

Yet again, you make baseless threats to seek fees, arguing that our actions are frivolous, needless, and wasteful.  To be clear, the present issue is wholly manufactured by Samsonite.  Samsonite argues that amending the infringement contentions now rather than later would be a "profound waste of the parties' and judicial time and resources" while simultaneously arguing that discovery should be limited to products identified in the preliminary infringement contentions.  These arguments are plainly irreconcilable, evidencing Samsonite's gamesmanship.  We do not believe that, as you have claimed, Samsonite is unable to investigate and identify its own products in an efficient manner.  Instead, Samsonite has opted for a document dump, hoping to obfuscate and overwhelm while the discovery clock runs.

Please find below the most up-to-date list of accused products that we are aware of as of today.  We reserve the right to make further changes to this list as we continue our review of Samsonite's production and more information becomes available to Swissdigital.  Further, discovery is ongoing, and we reserve the right to seek additional information regarding any product that we believe is within the scope of our claims, including additional evidence and support (such as specifications and design information) related to all products below.

- American Tourister R2D2 Underseater Underseater [sic] 2 Wheeled (Material Key 123017)
- ebags Kalya Underseat Carry-On (Material Key 117854)
- ebags Mother Lode USB Travel BP (Material Key 139289)
- ebags Pro Slim USB Laptop BP (Material Key 139290)
- Hartmann Evolution Set Spinner 56/20 (Material Key 120693)
- Hartmann Herringbone Deluxe CO Underseat Spinner (Material Key 123122)
- Hartmann Herringbone Deluxe Domestic CO EXP Spinner (Material Key 123119)
- Hartmann Intensity Classic SS Carry On EXP Spinner (Material Key 127369)
- Hartmann Metropolitan 2 Domestic CO EXP Spinner (Material Key 111250)
- Hartmann Metropolitan 2 Global CO EXP Spinner (Material Key 111249)
- Hartmann Metropolitan 2 Travel Duffel (Material Key 111254)
- Hartmann Metropolitan 2 Underseat Carry On SPR (Material Key 111253)
- Hartmann Ratio 2 Domestic CO EXP Spinner (Material Key 120936)
- Hartmann Ratio 2 Global CO EXP Spinner (Material Key 120935)
- Hartmann Ratio Classic DLX 2 Domestic CO EXP Spinner (Material Key 120931)
- Hartmann Ratio Classic DLX 2 Global CO EXP Spinner (Material Key 120930)
- Hartmann Ratio Classic DLX 2 Weekend Duffel (Material Key 120929)
- Hartmann Tweed Legend CO Underseat Spinner (Material Key 105174)
- Hartmann Tweed Legend Travel Duffle (Material Key 105168)
- High Sierra BIZ Slim Packs Business ProSlim USB Pack (Material Key 123066)
- High Sierra Endeavor Elite 2.0 Backpack (Material Key 131934)
- Samsonite Agilis 21 Expandable Spinner (Material Key 110254)
- Samsonite Agilis Travel Duffel (Material Key 110259)
- Samsonite Agilis Underseat CO Spinner (Material Key 110257)
- Samsonite Armage 19 Spinner (Material Key 106131)
- Samsonite Armage 21 Expandable Spinner (Material Key 106132)
- Samsonite Armage 21 Expandable Upright (Material Key 106140)
- Samsonite Carrier Collection Tucker Backpack (Material Key 126272)
- Samsonite Carrier Collection Underseater (Material Key 130778)
- Samsonite Drive DLX 2PC Set (CO/MED SPNR) (Material Key 127261)
- Samsonite Eco Advance 2-WHLD Underseater (Material Key 136486)
- Samsonite Eco Advance 22x14x9 Carry-On Spinner (Material Key 136482)
- Samsonite Eco Advance Carry-On Spinner (Material Key 136483)
- Samsonite Flexis 19 Expandable Spinner (Material Key 110238)
- Samsonite Flexis 21 Expandable Spinner (Material Key 110239)
- Samsonite Flexis Travel Duffel (Material Key 110245)
- Samsonite Flexis Underseat CO Spinner (Material Key 110243)
- Samsonite Insignis Carry On EXP Spinner (Material Key 126988)
- Samsonite Insignis Underseater Wheeled Carry-On (Material Key 126994)
- Samsonite Just Right Carryall (Material Key 137318)
- Samsonite Just Right Standard Backpack (Material Key 137311)
- Samsonite Just Right Weekend WHLD Duffel (Material Key 137310)
- Samsonite Laser Pro USB Laptop BP (Material Key 139926)
- Samsonite Lineate EXP Spinner Carry On (Material Key 121632)
- Samsonite Lineate Underseat Spinner CO (Material Key 121635)
- Samsonite Mobile Solution Classic Duffel (Material 131873)
- Samsonite Mobile Solution Deluxe Backpack LTD (Material Key 131871)

• Samsonite Mobile Solution Deluxe Carryall LTD (Material Key 131872)
• Samsonite Mobile Solution Everyday Exp. Spinner (Material Key 140707)
• Samsonite Mobile Solution Exp. Spinner 19 (Material Key 128168)
• Samsonite Mobile Solution Spinner Mobile Office (Material Key 128167)
• Samsonite Pro 15.6 Slim Messenger (Material Key 126361)
• Samsonite Pro Double Compartment Brief (Material Key 126357)
• Samsonite Pro Slim Backpack (Material Key 126358)
• Samsonite Pro Standard Backpack (Material Key 126364)
• Samsonite Pro Travel Carry-On EXP Spinner (Material Key 127373)
• Samsonite Pro Upright Mobile Office (Material Key 126363)
• Samsonite Pro Vert. Spnr. Mobile Office (Material Key 126362)
• Samsonite Quadrion 2 Messenger Bag (Material Key 131702)
• Samsonite Quadrion 2 Slim Backpack (Material Key 131700)
• Samsonite Quadrion 2 Standard Backpack (Material Key 131703)
• Samsonite Silhouette 16 EXP Carry On Spinner (Material Key 120402)
• Samsonite Silhouette 16 EXP Wheeled Carry On (Material Key 120407)
• Samsonite Silhouette 16 Underseat CO Spinner (Material Key 120405)
• Samsonite Silhouette 16 Underseat WHLD Carry On (Material Key 120408)
• Samsonite SXK Collection Exp. Carry-On Sppinner [sic] (Material Key 119310)
• Samsonite SXK Collection Prime EXP Backpack (Material Key 108242)
• Samsonite SXK Collection Slim Backpack (Material Key 108243)
• Samsonite SXK Collection Spinner Underseater (Material Key 130445)
• Samsonite Tectonic Sweetwater BPK (Material Key 117358)
• Samsonite Theorym 22x14x9 Carry-On Spinner (Material Key 131293)
• Samsonite Theorym Underseater Spinner (Material Key 131297)
• Samsonite Wheeled Underseater Small Spinner Underseater (Material Key 90506)

Please find below a list of products for which more information is needed to determine whether these products have an infringing USB sheath feature. Samsonite's present production supports that these products have, or are likely to have, a USB port, but Swissdigital is unable to analyze it. Samsonite must supplement its production with samples or specs of the following products.

• Hartmann Ratio Classic DLX 2 Weekend Duffel (Material Key 120929)
• Samsonite Agilis 19 Expandable Spinner (Material Key 110253)
• Samsonite Costco Business CS Spinner Mobile Office w/ USB (Material Key 138052)
• Samsonite Drive DLX Carry-On Spinner (Material Key 127264)
• Samsonite Drive DLX Travel Duffel (Material Key 131334)
• Samsonite Drive DLX Underseat CO Spinner (Material Key 127268)
• Samsonite Insignis Underseater Spinner (Material Key 126992)
• Samsonite Just Right Conv. Tech Crossbody (Material Key 137314)
• Samsonite Just Right Flap Backpack (Material Key 137315)
• Samsonite Just Right Slim Backpack (Material Key 137312)
• Samsonite Just Right Underseater Spinner (Material Key 137309)
• Samsonite Lineate EXP WHLD Carry On (Material Key 121637)
• Samsonite Lineate Underseat Wheeled CO (Material Key 121638)

Finally, Samsonite's production shows that several accused products—including products identified by Swissdigital in its preliminary infringement contentions—have been sold under several various SKUs/Material Keys.  This includes accused products that have been sold as part of a set and what appears to be accused products sold at specific stores.

Samsonite's failure to disclose the fact that accused products may be listed under numerous SKUs/Material Keys shows that either (1) Samsonite has failed to conduct even a rudimentary review of its products and internal product information; and/or (2) Samsonite has not been forthright throughout the discovery process.  **Samsonite must immediately supplement its produced financial information to include all SKUs/Material Keys under which the accused products have been sold,** including but not limited to the following.

• Hartmann Evolution Set 2PC (BP/SP21) (Material Key 120691)
• Hartmann Herringbone Deluxe 2PC (SP CO/MED) (Material Key 123280)
• Hartmann Herringbone Deluxe 3PC (SP CO/MED/EXT) (Material Key 123282)
• Hartmann Herringbone Deluxe 4PC (DUF/CO/MED/EXT) (Material Key 123283)
• Samsonite Agilis 3 PC Set (21,25,30 SPR) (Material Key 110260)

7

• Samsonite Agilis 4 PCSET (UCS,21,25,30SPR) (Material Key 110262)
• Samsonite Armage 3 PC Set (SPN 21/25/29) (Material Key 106141)
• Samsonite Carrier Collection Tucker Backpack - BB (Material Key 126651)
• Samsonite Drive DLX 2PC Set (CO/LG SPNR) (Material Key 127260)
• Samsonite Drive DLX 3PC Set (CO/MED/LG SPNR) (Material Key 127263)
• Samsonite Flexis 3 PC Set (21/25/30 Spr)_A (Material Key 130134)
• Samsonite Flexis 21 Expandable Spinner_A (Material Key 130135)
• Samsonite Insignis 2 PCs Set (CO/25) (Material Key 126985)
• Samsonite Insignis 3 PCs Set (CO/25/29) (Material Key 126987)
• Samsonite Lineate 3PC Set (CO/25/29)_A (Material Key 130138)
• Samsonite Pro Travel 2PC (SP CO/25) (Material Key 127370)
• Samsonite Pro Travel 2PC (SP CO/29) (Material Key 127391)
• Samsonite Pro Travel 3PC (SP CO/25/29) (Material Key 127372)
• Samsonite Silhouette 16 EXP Carry On Spinner - CA (Material Key 120401)
• Samsonite Silhouette 16 EXP Carry On Spinner_BBB (Material Key 127443)
• Samsonite Silhouette 16 EXP Carry On SPNNR CA_BBB (Material Key 127442)
• Samsonite Silhouette 16 EXP C/O Spinner – CA_JCP (Material Key 127885)
• Samsonite Silhouette 16 EXP Carry On Spinner – CA_K (Material Key 126928)
• Samsonite Silhouette 16 EXP Carry On Spinner_JCP (Material Key 127422)
• Samsonite Silhouette 16 EXP Carry On Spinner_K (Material Key 126929)
• Samsonite Silhouette 16 EXP Wheeled Carry On_BBB (Material Key 127448)
• Samsonite Silhouette 16 EXP Wheeled Carry On_JCP (Material Key 127426)
• Samsonite Silhouette 16 EXP Wheeled Carry On_K (Material Key 126934)
• Samsonite Silhouette 16 Underseat CO Spinner_BBB (Material Key 127446)
• Samsonite Silhouette 16 Underseat CO Spinner_JCP (Material Key 127425)
• Samsonite Silhouette 16 Underseat CO Spinner_K (Material Key 126932)
• Samsonite Silhouette 16 Underseat WHLD CO_BBB (Material Key 127449)
• Samsonite Silhouette 16 Underst WHLD C/O_JCP (Material Key 127887)
• Samsonite Silhouette 16 Underseat WHLD Carry On_K (Material Key 126935)
• Samsonite Silhouette 16 2PC (SP21/25) (Material Key 131333)
• Samsonite Silhouette 16 2PC (T/CO) (Material Key 149525)
• Samsonite Silhouette 16 3PC (SP CO/25/29) (Material Key 121641)
• Samsonite Silhouette 16 3PC (SP CO/25/29)_BBB (Material Key 127458)
• Samsonite Silhouette 16 3PC (SP CO/25/29)_JCP (Material Key 127418)
• Samsonite Silhouette 16 3PC (SP CO/25/29)_K (Material Key 126924)
• Samsonite Silhouette 16 3PC (TT/SP C0/25) (Material Key 121640)
• Samsonite Silhouette 16 3PC (TT/SP C0/25)_BBB (Material Key 127438)
• Samsonite Silhouette 16 3PC (TT/SP C0/25)_JCP (Material Key 127417)
• Samsonite Silhouette 16 3PC (TT/SP C0/25)_K (Material Key 126923)
• Samsonite Silhouette 16 4PC (TT/SP CO/25/29) (Material Key 121642)
• Samsonite Silhouette 16 4PC (TT/SP CO/25/29)_BBB (Material Key 127439)
• Samsonite Silhouette 16 4PC (TT/SP CO/25/29)_JCP (Material Key 127419)
• Samsonite Silhouette 16 4PC (TT/SP CO/25/29)_K (Material Key 126925)
• Samsonite Theorym 2PC (BB/SP21) (Material Key 153431)
• Samsonite Theorym 3PC (SP19/24/28) (Material Key 153432)

Again, please provide your availability Wednesday, August 13, and Thursday, August 14, to meet and confer regarding Samsonite's position that the products identified after service of Swissdigital's preliminary infringement contentions are outside the scope of discovery.

Best,

Scott


-----Original Message-----
From: "Joon Chung" <chung@fr.com>
Sent: Friday, August 8, 2025 12:23pm
To: "sdraffin@keyhanillc.com" <sdraffin@keyhanillc.com>
Cc: "Bailey Benedict" <benedict@fr.com>, "Neil McNabnay" <McNabnay@fr.com>, "Adam Kessel" <Kessel@fr.com>,

"FRService-Samsonite-24cv11636" <FRService-Samsonite-24cv11636@fr.com>, "Darius Keyhani" <dkeyhani@keyhanillc.com>, "Frances Stephenson" <fstephenson@keyhanillc.com>, "Lisa M. Tittemore" <ltittemore@sunsteinlaw.com>, "Kevin R. Mosier" <kmosier@sunsteinlaw.com>, "Katherine W. Soule" <ksoule@sunsteinlaw.com>
Subject: RE: Swissdigital v. Samsonite, 1:24-cv-11636-KEK, Motion for Leave to Amend Infringement Contentions


Scott,

Again, as previously explained, Defendants will not oppose a reasonable motion to amend Swissdigital's infringement contentions. But you have refused to provide us with basic information to allow us to evaluate the proposed amendment.  Defendants are entitled to make the determination of whether Swissdigital is asserting new infringement theories for itself before it agrees to an amendment to the contentions. We understand that you are not adding new claims or patents.  However, before we can agree, we need to understand if, for example, a newly added product has a different configuration from the previous properly asserted products. Defendants are simply requesting that Swissdigital make the proposed amended contentions available for its review, so we can assess rather than blindly agreeing or opposing.  This is a manifestly reasonable request. We do not understand Swissdigital's reluctance to provide information about its intended amendment as part of this discussion, when that information will presumably be revealed when Swissdigital moves for leave. There is no conceivable value to Swissdigital's refusal to provide these details now. If you insist on refusing to provide us with this basic information, and instead you file an opposed motion before meeting and conferring with us, we will emphasize this in our response to the Court and reserve all rights to request our fees for forcing us to respond to a frivolous motion.

As we said, we are willing to evaluate the additional products you seek information for, and to provide information on them to the extent available, so that you may decide whether to add them to the case or not. We will endeavor to do so promptly, but obviously it is impossible until you identify those products to us.  While we recognize that the materials produced were voluminous, Swissdigital has had more than six months to review those materials, and the volume of Defendants' production was an inevitable consequence of Swissdigital's requests. As we have repeatedly explained, Defendants simply do not track a "USB feature" for their products.

Your request that Defendants "supplement its production as additional products are identified" is unworkable. As we explained, Defendants will not agree to a shifting, iterative approach to the documents and fact discovery in this case.  It is wasteful and needlessly increases our costs and burden. Defendants have already taken considerable effort and borne significant disruptions to its business to collect and produce information relating to the current accused products, as well as the voluminous information requested by Swissdigital so that it could identify additional accused products. Repeated motions to amend Swissdigital's infringement contentions, accompanied by repetitive demands for Samsonite to collect documents on new products, is a burden on the parties as well as a waste of judicial resources.

This issue may also be mooted entirely by the Court's claim construction order. To begin with, we note that the Court's Scheduling Order does not expressly allow for amendments to the parties' patent-related disclosures unless such an amendment is tied to the Court's claim construction order. *See* Dkt. No. 25 (Scheduling Order) at Para. 6. Given the disputed claim terms at issue for the Asserted Patents, as well as the potential for a finding of invalidity for three of the four asserted patents in the case, we believe that an amendment (including a motion for leave to amend) now to add additional accused products that may be excluded by the Court's claim construction rulings would be a profound waste of the parties' and judicial time and resources. It is unclear why Swissdigital is so eager to amend its contentions to add products at this juncture, when it may need to amend again to remove those products when the claim construction order issues.

Given Swissdigital's refusal to explain what amendments it intends to make, and Swissdigital's representation that it has not completed its investigation and intends to move to amend its contentions again to add additional products in the future, Defendants are unable to make a determination regarding whether Swissdigital's motion is actually reasonable. You may therefore indicate Defendants' position in the motion to amend as follows:

"Defendants have requested additional information about the substance of the amendments to assess the scope of the amendments, which Swissdigital has refused to provide. Defendants have also indicated that they believe that the proper timing for an amendment to Swissdigital's infringement contentions is after the Court has resolved the parties' claim construction disputes, and after Swissdigital has completed its investigation into the full universe of accused products. On the current record, Defendants are unable to determine whether they oppose Swissdigital's motion, and must take a position on the papers." We trust this resolves your inquiry.

Best,
Joon

---

**From:** sdraffin@keyhanillc.com <sdraffin@keyhanillc.com>
**Sent:** Thursday, August 7, 2025 11:16 AM
**To:** Joon Chung <chung@fr.com>
**Cc:** Bailey Benedict <benedict@fr.com>; Neil McNabnay <McNabnay@fr.com>; Adam Kessel <Kessel@fr.com>; FRService-Samsonite-24cv11636 <FRService-Samsonite-24cv11636@fr.com>; Darius Keyhani <dkeyhani@keyhanillc.com>; Frances Stephenson <fstephenson@keyhanillc.com>; Lisa M. Tittemore <ltittemore@sunsteinlaw.com>; Kevin R. Mosier <kmosier@sunsteinlaw.com>; Katherine W. Soule <ksoule@sunsteinlaw.com>
**Subject:** RE: Swissdigital v. Samsonite, 1:24-cv-11636-KEK, Motion for Leave to Amend Infringement Contentions

Hi Joon,

As stated in my August 1 email, no new claims or patents are being asserted; rather, Swissdigital seeks to add additional accused products identified through our review of Samsonite's production.  Swissdigital's present proposed amendment only expands the list of accused products to its existing infringement contentions.  It does not add new claims or introduce more theories of infringement at this time.  However, we reserve the right to amend based on the Court's claim-construction ruling as provided in the Scheduling Order.

Given these statements, we believe that Samsonite does not need the full list of accused products to provide its position whether it opposes Swissdigital's motion for leave to amend.  Swissdigital will be moving the Court for leave regardless of Samsonite's position; the only outstanding issue is the timing of that motion.

As stated in my August 4 email, Swissdigital would be open to delaying the amendment of Swissdigital's infringement contentions until after the claim construction order issues, but Samsonite has objected to many of Swissdigital's discovery requests on the grounds that identified accused products are not listed in Swissdigital's preliminary infringement contentions.

If Samsonite is willing to withdraw these objections, supplement its production as additional products are identified (including the list of accused products defined in the discovery requests), and agree to Swissdigital amending its infringement contentions after the claim construction order issues, we can wait until then.  If Samsonite is not agreeable to this, we will move the court for leave to add the additional accused products.

We will provide the most up-to-date list of accused products as soon as it can be compiled.  Please understand that several individuals have been involved with reviewing the nine expansive spreadsheets (which collectively contain over 30 million cells of product information) and the many thousands of images produced by Samsonite to identify products responsive to Swissdigital's Initial Interrogatory No. 1.  Different people have been tasked with identifying products that have a USB feature, pulling images—if available—of the USB feature, analyzing whether the specific USB feature is in fact infringing, and determining whether, based on the produced images and information, specs or samples are needed to determine infringement.  Accordingly, our ultimate findings are not (as of this moment) in a singular document that can be produced "immediately" as you requested.

Samsonite cannot have it both ways.  Samsonite cannot refuse to investigate its vast internal product information and then complain that Swissdigital's investigation was too slow.  Samsonite cannot claim that it has no way of knowing which products have a USB sheath and then argue that its production is sufficient to identify all such products.  And it cannot expect Swissdigital to delay amending its infringement contentions to reflect the most up-to-date list of accused products if Samsonite objects to producing discovery related to the newly identified products.

Again, please advise us whether Defendants oppose Swissdigital's motion for leave to serve amended infringement contentions.  We would like to file, if necessary, by tomorrow.

Best,

Scott


-----Original Message-----
From: "Joon Chung" <chung@fr.com>
Sent: Wednesday, August 6, 2025 3:05pm
To: "sdraffin@keyhanillc.com" <sdraffin@keyhanillc.com>
Cc: "Bailey Benedict" <benedict@fr.com>, "Neil McNabnay" <McNabnay@fr.com>, "Adam Kessel" <Kessel@fr.com>, "FRService-Samsonite-24cv11636" <FRService-Samsonite-24cv11636@fr.com>, "Darius Keyhani" <dkeyhani@keyhanillc.com>, "Frances Stephenson" <fstephenson@keyhanillc.com>, "Lisa M. Tittemore" <ltittemore@sunsteinlaw.com>, "Kevin R. Mosier" <kmosier@sunsteinlaw.com>, "Katherine W. Soule" <ksoule@sunsteinlaw.com>
Subject: RE: Swissdigital v. Samsonite, 1:24-cv-11636-KEK, Motion for Leave to Amend Infringement Contentions


Scott,

Defendants need additional information to assess Swissdigital's request. First, please identify the full list of accused products Swissdigital intends to accuse, including the products Swissdigital intends to add at this time beyond  those listed in its previous 30(b)(6) notice and which products it intends to remove. Defendants will not oppose a reasonable request to amend Swissdigital's contentions, but cannot assess Swissdigital's request to add products to the case without knowing what those products are, and without knowing if Swissdigital is simply adding products it previously did not know about that fit into its existing infringement theories, or instead, for example, is attempting to assert new infringement theories in its amended contentions.

Second, your email indicates Swissdigital believes its investigation is still incomplete, such that the list of accused products in its amended contentions would also still be potentially incomplete. Defendants produced all information in their possession sufficient to identify additional accused products more than **six months ago,** and Swissdigital has had more than enough time to fully identify a complete set of accused products. That said, Defendants would like to avoid a situation where Swissdigital is moving for multiple amendments, repeatedly changing the scope of the case. To the extent Swissdigital reasonably believes it needs additional information, Defendants may be willing to work with Swissdigital to investigate the existence additional information on certain specified products and collect and produce such information if it exists. To that end, please immediately provide the additional products Swissdigital believes it needs additional information for, and we will look for additional documents for those specific products.

Best,
Joon

**From:** sdraffin@keyhanillc.com <sdraffin@keyhanillc.com>
**Sent:** Monday, August 4, 2025 5:41 PM
**To:** Joon Chung <chung@fr.com>
**Cc:** Bailey Benedict <benedict@fr.com>; Neil McNabnay <McNabnay@fr.com>; Adam Kessel <Kessel@fr.com>; FRService-Samsonite-24cv11636 <FRService-Samsonite-24cv11636@fr.com>; Darius Keyhani <dkeyhani@keyhanillc.com>; Frances Stephenson <fstephenson@keyhanillc.com>; Lisa M. Tittemore <ltittemore@sunsteinlaw.com>; Kevin R. Mosier <kmosier@sunsteinlaw.com>; Katherine W. Soule <ksoule@sunsteinlaw.com>
**Subject:** RE: Swissdigital v. Samsonite, 1:24-cv-11636-KEK, Motion for Leave to Amend Infringement Contentions

Hi Joon,

The list of additional accused products will not be identical to the list provided with the 30(b)(6) notices, as our review and analysis of Samsonite's production has continued. We believe that our review of Samsonite's production, which has included many millions of cells of information on each and every Samsonite product, has been reasonable. We have discovered additional infringing products and have found some previously identified products that, based on the voluminous catalog information Samsonite produced earlier this year, appear to be outside the scope of the asserted patents. We also note that our investigation is incomplete, as there are several products for which Samsonite's production is insufficient for us to analyze the USB port feature. We are working on compiling a list of those products for Defendants to follow up on.

While we would be open to delaying the amendment of Swissdigital's infringement contentions until after the claim construction order issues, Samsonite has objected to many of Swissdigital's discovery requests on the grounds that "products not listed in Plaintiff's operative Infringement Contentions are not properly within the scope of this case, and therefore not relevant to any issue in the case."

If Samsonite is willing to withdraw these objections, supplement its production as additional products are identified (including the list of accused products defined in the discovery requests), and agree to Swissdigital amending its infringement contentions after the claim construction order issues, we can wait until then. Otherwise, we will need to move the Court now so that discovery is not needlessly impeded.

Please advise us of Samsonite's position.

Best,

Scott


-----Original Message-----
From: "Joon Chung" <chung@fr.com>
Sent: Monday, August 4, 2025 4:56pm
To: "sdraffin@keyhanillc.com" <sdraffin@keyhanillc.com>
Cc: "Bailey Benedict" <benedict@fr.com>, "Neil McNabnay" <McNabnay@fr.com>, "Adam Kessel" <Kessel@fr.com>, "FRService-Samsonite-24cv11636" <FRService-Samsonite-24cv11636@fr.com>, "Darius Keyhani" <dkeyhani@keyhanillc.com>, "Frances Stephenson" <fstephenson@keyhanillc.com>, "Lisa M. Tittemore" <ltittemore@sunsteinlaw.com>, "Kevin R. Mosier" <kmosier@sunsteinlaw.com>, "Katherine W. Soule" <ksoule@sunsteinlaw.com>
Subject: RE: Swissdigital v. Samsonite, 1:24-cv-11636-KEK, Motion for Leave to Amend Infringement Contentions


Scott,

We need more information to evaluate your request. Will the updated list of accused products be the same list that Swissdigital included in its definitions in its 30(b)(6) notices earlier this year? Or will Swissdigital be adding additional products it has discovered since then?

We additionally note that the Court's claim construction order is likely to issue in the next month or so, which may narrow the scope of properly accused products. We do not believe it makes sense to amend now and then amend again in a few weeks after the claim construction order issues. Does Swissdigital intend to wait until after the Court's order issues?

Best,
Joon

---

From: sdraffin@keyhanillc.com <sdraffin@keyhanillc.com>
Sent: Monday, August 4, 2025 4:55 PM
To: Joon Chung <chung@fr.com>
Cc: Bailey Benedict <benedict@fr.com>; Neil McNabnay <McNabnay@fr.com>; Adam Kessel <Kessel@fr.com>;

FRService-Samsonite-24cv11636 <FRService-Samsonite-24cv11636@fr.com>; Darius Keyhani <dkeyhani@keyhanillc.com>; Frances Stephenson <fstephenson@keyhanillc.com>; Lisa M. Tittemore <ltittemore@sunsteinlaw.com>; Kevin R. Mosier <kmosier@sunsteinlaw.com>; Katherine W. Soule <ksoule@sunsteinlaw.com>

**Subject:** RE: Swissdigital v. Samsonite, 1:24-cv-11636-KEK, Motion for Leave to Amend Infringement Contentions

Hi Joon,

Again, Swissdigital intends to move the Court for leave to serve amended infringement contentions.  Please see my previous email and advise whether Defendants maintain their earlier position that they will not oppose such a request.

Best,

Scott

-----Original Message-----
From: "sdraffin@keyhanillc.com" <sdraffin@keyhanillc.com>
Sent: Friday, August 1, 2025 11:29am
To: "Joon Chung" <chung@fr.com>
Cc: "Bailey Benedict" <benedict@fr.com>, "Neil McNabnay" <mcnabnay@fr.com>, "Adam Kessel" <kessel@fr.com>, "FRService-Samsonite-24cv11636" <frservice-samsonite-24cv11636@fr.com>, "Darius Keyhani" <dkeyhani@keyhanillc.com>, "Frances Stephenson" <fstephenson@keyhanillc.com>, "Lisa M. Tittemore" <ltittemore@sunsteinlaw.com>, "Kevin R. Mosier" <kmosier@sunsteinlaw.com>, "Katherine W. Soule" <ksoule@sunsteinlaw.com>
Subject: Swissdigital v. Samsonite, 1:24-cv-11636-KEK, Motion for Leave to Amend Infringement Contentions

Hi Joon,

Swissdigital intends to move the Court for leave to serve amended infringement contentions to include additional accused products identified through our review of Samsonite's production.  No new claims or patents are being asserted; rather, Swissdigital seeks to add the identified products to the list of accused products.

Please advise whether Defendants maintain their earlier position that they will not oppose a request for leave to amend to update the list of accused products.

Best,

Scott

-----Original Message-----
From: "Joon Chung" <chung@fr.com>
Sent: Wednesday, April 9, 2025 2:11pm
To: "sdraffin@keyhanillc.com" <sdraffin@keyhanillc.com>, "Bailey Benedict" <benedict@fr.com>, "Neil McNabnay" <McNabnay@fr.com>, "Adam Kessel" <Kessel@fr.com>, "FRService-Samsonite-24cv11636" <FRService-Samsonite-24cv11636@fr.com>
Cc: "Darius Keyhani" <dkeyhani@keyhanillc.com>, "Frances Stephenson" <fstephenson@keyhanillc.com>, "Lisa M. Tittemore" <ltittemore@sunsteinlaw.com>, "Kevin R. Mosier" <kmosier@sunsteinlaw.com>, "Katherine W. Soule" <ksoule@sunsteinlaw.com>
Subject: RE: Swissdigital v. Samsonite, 1:24-cv-11636-KEK, Notices of Deposition/Accused Products

Counsel,

Thank you for providing this information. We will work on providing financial information for the newly added accused products, and will endeavor to produce that information before the scheduled depositions, though we cannot guarantee that will happen given the timing of the amended list. That said, Plaintiff cannot expand the scope of its accused products through a definition in a 30(b)(6) notice. Please confirm Plaintiff is working on a request for leave to serve amended infringement contentions pursuant to the Local Rules in this district, along with an updated Appendix B to its contentions identifying what specific claims are being asserted against what products. Defendants will not oppose a request for leave to amend Plaintiff's infringement contentions to update the list of accused products in this way.

We note you state below that the update to the list of accused products is based on your review of the product information Defendants have produced. Can you please confirm whether Plaintiff's review of that information is complete? Knowing whether Plaintiff's list is complete based information produced to date, will assist with speeding up collection of the information.

Best.
Joon

**From:** sdraffin@keyhanillc.com <sdraffin@keyhanillc.com>
**Sent:** Tuesday, April 8, 2025 5:48 PM
**To:** Bailey Benedict <benedict@fr.com>; Neil McNabnay <McNabnay@fr.com>; Joon Chung <chung@fr.com>; Adam Kessel <Kessel@fr.com>; FRService-Samsonite-24cv11636 <FRService-Samsonite-24cv11636@fr.com>
**Cc:** Darius Keyhani <dkeyhani@keyhanillc.com>; Frances Stephenson <fstephenson@keyhanillc.com>; Lisa M. Tittemore <ltittemore@sunsteinlaw.com>; Kevin R. Mosier <kmosier@sunsteinlaw.com>; Katherine W. Soule <ksoule@sunsteinlaw.com>
**Subject:** Swissdigital v. Samsonite, 1:24-cv-11636-KEK, Notices of Deposition/Accused Products

[This email originated outside of F&R.]


Counsel,

Please find attached for service updated Notices of Deposition under Rule 30(b)(6) for Defendants Samsonite Group S.A., Samsonite LLC, Samsonite Co. Stores, and DMV.

**Please note that Plaintiff has updated the noticed topics for examination** in light of the Court ordering "that Plaintiff would be permitted to take time- and topic-limited 30(b)(6) depositions of the four Defendants regarding financial matters relevant to assisting the parties in considering a mediated settlement" and "that Defendants would not oppose future motions by Plaintiff seeking leave to take additional 30(b)(6) depositions regarding topics not covered in the initial, limited 30(b)(6) depositions, provided that Plaintiff was not also seeking to increase the total cumulative duration of a Defendant's depositions beyond the time limits imposed upon a single deposition by Rule 30(d)."  ECF No. 48.

**Please further note that Plaintiff has updated the list of accused products** following Plaintiff's review of the product information produced by Defendants.  That list is included in each Schedule A to Notice of Deposition, Part II, Letter M (defining "Accused Products").  That list is also reproduced below with products for which financial information has not been produced by Defendants in **bold**.  Plaintiff requests that Defendants supplement the financial information produced as SAMSONITE00012215 to include these newly identified products as soon as possible so that Plaintiff may prepare for the noticed depositions.

The current list of accused products is as follows:


- American Tourister R2D2 Underseater Underseater [sic] 2 Wheeled (Material Key 123017)

- ebags Kalya Underseat Carry-On (Material Key 117854)

- **ebags Mother Lode USB Travel BP (Material Key 139289)**

- **ebags Pro Slim Laptop Backpack (Material Key 117775)**

- ebags Pro Slim USB Laptop BP (Material Key 139290)

- Hartmann Herringbone Deluxe CO Underseat Spinner (Material Key 123122)

- **Hartmann Herringbone Deluxe Domestic CO EXP Spinner (Material Key 123119)**

- **Hartmann Metropolitan 2 Domestic CO EXP Spinner (Material Key 111250)**

- Hartmann Metropolitan 2 Global CO EXP Spinner (Material Key 111249)

- **Hartmann Metropolitan 2 Travel Duffel (Material Key 111254)**

- **Hartmann Metropolitan 2 Underseat Carry On SPR (Material Key 111253)**

- **Hartmann Ratio 2 Carry On Spinner GB (Material Key 120938)**

- **Hartmann Ratio 2 Domestic CO EXP Spinner (Material Key 120936)**

- Hartmann Ratio 2 Global CO EXP Spinner (Material Key 120935)

- **Hartmann Ratio Classic DLX 2 Carry On Spinner GB (Material Key 120933)**

- **Hartmann Ratio Classic DLX 2 Domestic CO EXP Spinner (Material Key 120931)**

- Hartmann Ratio Classic DLX 2 Global CO EXP Spinner (Material Key 120930)

- **Hartmann Ratio Classic DLX 2 Weekend Duffel (Material Key 120929)**

- High Sierra BIZ Slim Packs Business ProSlim USB Pack (Material Key 123066)

- High Sierra Endeavor Elite 2.0 Backpack (Material Key 131934)

- **Samsonite Agilis Underseat CO Spinner (Material Key 110257)**

- **Samsonite Armage 19 Spinner (Material Key 106131)**

- **Samsonite Armage 21 Expandable Upright (Material Key 106132)**

- Samsonite Carrier Collection Tucker Backpack (Material Key 126272)

- Samsonite Carrier Collection Underseater (Material Key 130778)

- **Samsonite Eco Advance 2-WHLD Underseater (Material Key 136486)**

- Samsonite Eco Advance 22x14x9 Carry-On Spinner (Material Key 136482)

- **Samsonite Flexis 19 Expandable Spinner (Material Key 110238)**

- **Samsonite Flexis 21 Expandable Spinner (Material Key 110239)**

- **Samsonite Flexis Travel Duffel (Material Key 110245)**

- **Samsonite Flexis Underseat CO Spinner (Material Key 110243)**

- Samsonite Insignis Carry On EXP Spinner (Material Key 126988)

- Samsonite Insignis Underseater Wheeled Carry-On (Material Key 126994)

- Samsonite Just Right Carryall (Material Key 137318)

- Samsonite Just Right Standard Backpack (Material Key 137311)

- Samsonite Just Right Weekend WHLD  Duffel (Material Key 137310)

- Samsonite Laser Pro USB Laptop BP (Material Key 139926)

- **Samsonite Lineate Underseat Spinner CO (Material Key 121635)**

- Samsonite Mobile Solution Deluxe Carryall LTD (Material Key 131872)

- Samsonite Mobile Solution Everyday Exp. Spinner (Material Key 140707)

- Samsonite Mobile Solution Exp. Spinner 19 (Material Key 128168)

- Samsonite Mobile Solution Spinner Mobile Office (Material Key 128167)

- Samsonite Pro 15.6 Slim Messenger (Material Key 126361)

- Samsonite Pro Double Compartment Brief (Material Key 126357)

- Samsonite Pro Slim Backpack (Material Key 126358)

- Samsonite Pro Standard Backpack (Material Key 126364)

- Samsonite Pro Travel Carry-On EXP Spinner (Material Key 127373)

- Samsonite Pro Upright Mobile Office (Material Key 126363)

- Samsonite Pro Vert. Spnr. Mobile Office (Material Key 126362)

- Samsonite Quadrion 2 Messenger Bag (Material Key 131702)

- Samsonite Quadrion 2 Slim Backpack (Material Key 131700)

- Samsonite Quadrion 2 Standard Backpack (Material Key 131703)

- Samsonite Silhouette 16 EXP Carry On Spinner (Material Key 120402)

- Samsonite Silhouette 16 EXP Wheeled Carry On (Material Key 120407)

- Samsonite Silhouette 16 Underseat CO Spinner (Material Key 120405)

- Samsonite Silhouette 16 Underseat WHLD Carry On (Material Key 120408)

- Samsonite SXK Collection Exp. Carry-On Sppinner [sic] (Material Key 119310)

- Samsonite SXK Collection Prime EXP Backpack (Material Key 108242)

- Samsonite SXK Collection Slim Backpack (Material Key 108243)

- Samsonite SXK Collection Spinner Underseater (Material Key 130445)

- Samsonite Tectonic Sweetwater BPK (Material Key 117358)

- **Samsonite Theorym 22x14x9 Carry-On Spinner (Material Key 131293)**

- **Samsonite Theorym Carry-On Spinner (Material Key 131294)**

- Samsonite Theorym Underseater Spinner (Material Key 131297)

Best,

Scott Draffin
Keyhani LLC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

17