# EXHIBIT 12

| | |
|---|---|
| **From:** | Joon Chung |
| **Sent:** | Thursday, April 16, 2026 10:06 AM |
| **To:** | sdraffin@keyhanillc.com |
| **Cc:** | Adam Kessel; Bailey Benedict; Ethan Kovar; Neil McNabnay; FRService-Samsonite-24cv11636; Darius Keyhani; Frances Stephenson; Kevin R. Mosier; Lisa M. Tittemore |
| **Subject:** | RE: Swissdigital v. Samsonite, 1:24-cv-11636-JEK -- Third Party Subpoenas |

Counsel,

We will look into the Amazon ID issue and let you know, though it seems that if it appears on sales records between Samsonite and Amazon, Amazon would also have that information and it is not clear why Amazon would need that information to come from Samsonite.

To be clear, there will not be much to discuss on the topic of the subpoenas—Swissdigital must produce all of its written communications with these third parties and their responses and objections to Swissdigital's subpoenas, as well as any documents produced in response.  We asked for this information nearly a month ago now, at which time you confirmed you have the information, yet you have still produced nothing or provided any explanation for why Swissdigital has failed to produce this discrete set of information.

Best,
Joon

**From:** sdraffin@keyhanillc.com <sdraffin@keyhanillc.com>
**Sent:** Thursday, April 16, 2026 9:51 AM
**To:** Joon Chung <chung@fr.com>
**Cc:** Adam Kessel <Kessel@fr.com>; Bailey Benedict <benedict@fr.com>; Ethan Kovar <kovar@fr.com>; Neil McNabnay <McNabnay@fr.com>; FRService-Samsonite-24cv11636 <FRService-Samsonite-24cv11636@fr.com>; Darius Keyhani <dkeyhani@keyhanillc.com>; Frances Stephenson <fstephenson@keyhanillc.com>; Kevin R. Mosier <kmosier@sunsteinlaw.com>; Lisa M. Tittemore <ltittemore@sunsteinlaw.com>
**Subject:** RE: Swissdigital v. Samsonite, 1:24-cv-11636-JEK -- Third Party Subpoenas

Hi Joon,

No problem; we are happy to discuss.

On the topic of the third-party subpoenas, we recently met and conferred with Amazon.com's counsel, who indicated that they would need Samsonite's vendor ID number(s) to pull the requested sales data in an efficient way.  Apparently, this vendor ID number would appear on sales records or invoices between Samsonite and Amazon, but these documents have not been produced to us.

Please provide Samsonite's Amazon vendor ID number(s).  If Samsonite for some reason objects to providing this information, please be prepared to discuss this on Tuesday as well.

Thanks,

Scott


-----Original Message-----
From: "Joon Chung" <chung@fr.com>
Sent: Wednesday, April 15, 2026 8:45am

To: "sdraffin@keyhanillc.com" <sdraffin@keyhanillc.com>
Cc: "Adam Kessel" <Kessel@fr.com>, "Bailey Benedict" <benedict@fr.com>, "Ethan Kovar" <kovar@fr.com>, "Neil McNabnay" <McNabnay@fr.com>, "FRService-Samsonite-24cv11636" <FRService-Samsonite-24cv11636@fr.com>, "Darius Keyhani" <dkeyhani@keyhanillc.com>, "Frances Stephenson" <fstephenson@keyhanillc.com>, "Kevin R. Mosier" <kmosier@sunsteinlaw.com>, "Lisa M. Tittemore" <ltittemore@sunsteinlaw.com>
Subject: RE: Swissdigital v. Samsonite, 1:24-cv-11636-JEK -- Third Party Subpoenas

Counsel,

On Tuesday's meet and confer, please also be prepared to address Swissdigital's failure to produce its communications with third parties and the responses and objections (and any responsive documents) Swissdigital has received in response to its subpoenas.

Best,
Joon

**From:** sdraffin@keyhanillc.com <sdraffin@keyhanillc.com>
**Sent:** Monday, March 23, 2026 5:44 PM
**To:** Joon Chung <chung@fr.com>
**Cc:** Adam Kessel <Kessel@fr.com>; Bailey Benedict <benedict@fr.com>; Ethan Kovar <kovar@fr.com>; Neil McNabnay <McNabnay@fr.com>; FRService-Samsonite-24cv11636 <FRService-Samsonite-24cv11636@fr.com>; Darius Keyhani <dkeyhani@keyhanillc.com>; Frances Stephenson <fstephenson@keyhanillc.com>; Kevin R. Mosier <kmosier@sunsteinlaw.com>; Lisa M. Tittemore <ltittemore@sunsteinlaw.com>
**Subject:** RE: Swissdigital v. Samsonite, 1:24-cv-11636-JEK -- Third Party Subpoenas

Hi Joon,

Yes, we will produce.

Best,

Scott

-----Original Message-----
From: "Joon Chung" <chung@fr.com>
Sent: Monday, March 23, 2026 3:49pm
To: "sdraffin@keyhanillc.com" <sdraffin@keyhanillc.com>
Cc: "Adam Kessel" <Kessel@fr.com>, "Bailey Benedict" <benedict@fr.com>, "Ethan Kovar" <kovar@fr.com>, "Neil McNabnay" <McNabnay@fr.com>, "FRService-Samsonite-24cv11636" <FRService-Samsonite-24cv11636@fr.com>, "Darius Keyhani" <dkeyhani@keyhanillc.com>, "Frances Stephenson" <fstephenson@keyhanillc.com>, "Kevin R. Mosier" <kmosier@sunsteinlaw.com>, "Lisa M. Tittemore" <ltittemore@sunsteinlaw.com>
Subject: RE: Swissdigital v. Samsonite, 1:24-cv-11636-JEK -- Third Party Subpoenas

Thank you, Scott. Please confirm you will produce all communications between Swissdigital and the third parties, and all of the objections Swissdigital has received to date.

Best,
Joon

**From:** sdraffin@keyhanillc.com <sdraffin@keyhanillc.com>
**Sent:** Monday, March 23, 2026 10:01 AM
**To:** Joon Chung <chung@fr.com>

2

**Cc:** Adam Kessel <Kessel@fr.com>; Bailey Benedict <benedict@fr.com>; Ethan Kovar <kovar@fr.com>; Neil McNabnay <McNabnay@fr.com>; FRService-Samsonite-24cv11636 <FRService-Samsonite-24cv11636@fr.com>; Darius Keyhani <dkeyhani@keyhanillc.com>; Frances Stephenson <fstephenson@keyhanillc.com>; Kevin R. Mosier <kmosier@sunsteinlaw.com>; Lisa M. Tittemore <ltittemore@sunsteinlaw.com>
**Subject:** RE: Swissdigital v. Samsonite, 1:24-cv-11636-JEK -- Third Party Subpoenas

Hi Joon,

Yes, the subpoenas were served.  We have not received any documents from the third parties, but we will make those available when we receive them.  We received objections from some but not all of the third parties on Friday.

Best,

Scott


-----Original Message-----
From: "Joon Chung" <chung@fr.com>
Sent: Friday, March 20, 2026 4:03pm
To: "sdraffin@keyhanillc.com" <sdraffin@keyhanillc.com>, "Adam Kessel" <Kessel@fr.com>, "Bailey Benedict" <benedict@fr.com>, "Ethan Kovar" <kovar@fr.com>, "Neil McNabnay" <McNabnay@fr.com>, "FRService-Samsonite-24cv11636" <FRService-Samsonite-24cv11636@fr.com>
Cc: "Darius Keyhani" <dkeyhani@keyhanillc.com>, "Frances Stephenson" <fstephenson@keyhanillc.com>, "Kevin R. Mosier" <kmosier@sunsteinlaw.com>, "Lisa M. Tittemore" <ltittemore@sunsteinlaw.com>
Subject: RE: Swissdigital v. Samsonite, 1:24-cv-11636-JEK -- Third Party Subpoenas


Counsel,

Swissdigital's third-party subpoenas designated today at 2:00PM ET as the time for production of the requested documents. Please advise regarding the status of Swissdigital's subpoenas, including whether and when they were served, and produce all communications and documents relating to such service pursuant to Samsonite's RFP Nos. 11, 12, and 57.

Best,
Joon

---

**From:** sdraffin@keyhanillc.com <sdraffin@keyhanillc.com>
**Sent:** Thursday, February 19, 2026 4:45 PM
**To:** Adam Kessel <Kessel@fr.com>; Bailey Benedict <benedict@fr.com>; Ethan Kovar <kovar@fr.com>; Neil McNabnay <McNabnay@fr.com>; Joon Chung <chung@fr.com>; FRService-Samsonite-24cv11636 <FRService-Samsonite-24cv11636@fr.com>
**Cc:** Darius Keyhani <dkeyhani@keyhanillc.com>; Frances Stephenson <fstephenson@keyhanillc.com>; Kevin R. Mosier <kmosier@sunsteinlaw.com>; Lisa M. Tittemore <ltittemore@sunsteinlaw.com>
**Subject:** Swissdigital v. Samsonite, 1:24-cv-11636-JEK -- Third Party Subpoenas

[This email originated outside of F&R.]


Counsel,

Please find attached several third party subpoenas that Swissdigital intends to serve next week.

Best,

Scott Draffin
Keyhani LLC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

4