# KEYHANI LLC

1050 30th Street NW
Washington, DC 20007
T. 202.748.8950
F. 202.318.8958
www.keyhanillc.com
_____

Direct Email: dkeyhani@keyhanillc.com
Direct Dial: 202.903.0326

July 13, 2026

**VIA ECF**
Hon. Julia E. Kobick
United States District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

> RE:    *Swissdigital USA Co., Ltd. v. Samsonite Group S.A. et al.*, Case No. 1:24-cv-11636-JEK

Dear Judge Kobick,

On behalf of Plaintiff Swissdigital USA Co., Ltd. ("Swissdigital"), we write to respectfully request the Court's guidance regarding the timetable for discovery in the *Swissdigital USA Co., Ltd. v. Samsonite Group S.A. et al.* matter.  As the Court is aware, both parties filed pending motions to compel discovery (ECF Nos. 95 and 114), Swissdigital filed a motion to extend the fact deposition deadline (ECF No. 112), and Defendants filed a motion for leave to amend their invalidity contentions for a second time (ECF No. 125).  Both parties have also raised additional unresolved discovery issues detailed in their June 12, 2026 joint status report (ECF No. 136).  Swissdigital has also notified Defendants that it intends to seek leave to amend its infringement contentions to remove claims invalidated by the Court and narrow the issues in advance of expert discovery and trial.

It is Swissdigital's understanding, based on the Court's direction at the May 28, 2026 status conference and the procedural posture of the case, that the previous fact discovery deadlines are in abeyance until the pending motions and discovery issues have reached a resolution.  Swissdigital presumes that the Court will set new deadlines as necessary following such resolution.

However, it has become apparent that Defendants do not share this understanding.  Despite seeking a unilateral extension to the fact deposition and fact discovery deadlines (*see* ECF No. 144), Defendants contend that fact discovery has closed and that the deadline for expert reports remains unchanged.  This interpretation would mean that expert reports, which will undoubtedly require the parties' experts to review, consider, and incorporate information that is currently the subject of the parties' unresolved discovery disputes, must be disclosed ten days from now, on July 23, 2026.

1

If the operating deadline for expert disclosures is indeed July 23, 2026, as Defendants contend, Swissdigital will need to file a motion to extend the fact discovery and expert discovery deadlines so that (1) Swissdigital may obtain outstanding discovery and deposition testimony relevant to its experts' forthcoming reports; and (2) Swissdigital's experts have sufficient time to complete their analyses.

At the Court's convenience, Swissdigital respectfully requests that the Court clarify whether the previous discovery deadlines are in abeyance pending further direction from the Court. We respectfully request this guidance to ensure that our client's rights are preserved, particularly if Swissdigital's understanding is incorrect.

Respectfully submitted,

*/s/Dariush Keyhani*

Dariush Keyhani

Served on Defendants' counsel of record via CM/ECF.

2