**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SWISSDIGITAL USA CO., LTD.<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSONITE GROUP S.A.; SAMSONITE LLC; SAMSONITE COMPANY STORES, LLC; and DIRECT MARKETING VENTURES, LLC;<br><br>*Defendants*. | Case No. 1:24-cv-11636-JEK<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO EXTEND FACT DISCOVERY DEADLINES**

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and the Scheduling Order, ECF No. 25, Plaintiff Swissdigital USA Co., Ltd. and Defendants Samsonite Group S.A., Samsonite LLC, Samsonite Company Stores, LLC, and Direct Marketing Ventures, LLC (collectively, the "Parties"), respectfully move the Court to extend the remaining fact discovery deadlines.

On July 21, 2026, the Court ordered that the discovery deadlines be extended to allow for the outstanding depositions of the Parties' Rule 30(b)(6) representatives (Mr. Quartarone, Mr. Boss, and Mr. Li), setting a deadline of August 18, 2026, to complete those depositions. ECF No. 156. The Parties respectfully request that the deadline to complete these depositions (and therefore the deadline to complete fact discovery) be extended to September 16, 2026.

In support of this motion, the Parties state that good cause exists for the requested extension. The Parties have made a good-faith effort to schedule the outstanding depositions within the Court-ordered deadline and have scheduled Mr. Boss's deposition for August 18, 2026. But because of both professional and personal obligations of Swissdigital's counsel, including

previously scheduled medical procedures, as well as Mr. Li's availability and travel logistics, the Parties have scheduled Mr. Li's deposition for August 24, 2026, and Mr. Quartarone's deposition for September 16, 2026.

This is the third request to extend fact discovery deadlines, and the Parties have abided by the Scheduling Order with respect to other interim discovery deadlines. *See* ECF No. 85 (granting an extension); ECF No. 156 (same). The Parties believe that no party will suffer any undue prejudice from the proposed extension.

For the foregoing reasons, the Parties respectfully request that the Court extend the remaining fact discovery deadlines as proposed.

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), counsel certify that they have conferred and agreed to submit this motion jointly.

Dated: July 30, 2026

By: */s/ Adam J. Kessel*
Adam J. Kessel
Massachusetts Bar No. 661,211
kessel@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02210
Tel: (617) 542-5070
Fax: (617) 542-8906

Neil J. McNabnay (*Pro Hac Vice*)
Texas Bar No. 24002583
mcnabnay@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070
Fax: (214) 747-2091

Bailey K. Benedict (*Pro Hac Vice*)

Respectfully submitted,

By: */s/ Scott M. Draffin*
Dariush Keyhani (*pro hac vice*)
Frances H. Stephenson (*pro hac vice*)
Scott M. Draffin (*pro hac vice*)

**KEYHANI LLC**
1050 30th Street NW
Washington, DC 20007
Phone: (202) 748-8950
dkeyhani@keyhanillc.com
fstephenson@keyhanillc.com
sdraffin@keyhanillc.com

Lisa M. Tittemore (BBO # 567941)
Kevin R. Mosier (BBO # 703739)
Susmita A. Gadre (BBO # 705376)

**MERCHANT & GOULD P.C.**
75 State Street
Suite 2210, Floor 22

Texas Bar No. 24083139
benedict@fr.com
Ethan K. Kovar (*Pro Hac Vice*)
Texas Bar No. 24138134
kovar@fr.com
Nicholas J. Valencia (*Pro Hac Vice*)
Texas Bar No. 24149774
valencia@fr.com
**FISH & RICHARDSON P.C.**
909 Fannin Street, Suite 2100
Houston, TX 77010
Tel: (713) 654-5300
Fax: (713) 652-0109

Wonjoon Chung (*Pro Hac Vice*)
Georgia Bar No. 396468
chung@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005
Fax: (404) 892-5002

***Attorneys for Defendants SAMSONITE GROUP S.A.; SAMSONITE LLC; SAMSONITE COMPANY STORES, LLC; and DIRECT MARKETING VENTURES, LLC***

Boston, MA 02109
Phone: (857) 301-7610
ltittemore@merchantgould.com
kmosier@merchantgould.com
sgadre@merchantgould.com

***Attorneys for Plaintiff SWISSDIGITAL USA CO., LTD.***

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2026, I caused the foregoing document to be served upon all counsel of record via the Court's CM/ECF system.

*/s/ Scott M. Draffin*
Scott M. Draffin