**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SWISSDIGITAL USA CO., LTD.<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSONITE GROUP S.A.; SAMSONITE LLC; SAMSONITE COMPANY STORES, LLC; and DIRECT MARKETING VENTURES, LLC;<br><br>*Defendants*. | Case No. 1:24-cv-11636-JEK<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION TO EXTEND EXPERT DISCOVERY DEADLINES**

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and the Scheduling Order, ECF No. 25, Plaintiff Swissdigital USA Co., Ltd. ("Plaintiff" or "Swissdigital") respectfully moves the Court to extend the expert discovery deadlines for the parties' technical experts, as detailed below. Defendants Samsonite Group S.A., Samsonite LLC, Samsonite Company Stores, LLC, and Direct Marketing Ventures, LLC (collectively, "Samsonite" or "Defendants"), have indicated that they do not oppose the requested extensions.

Fact discovery closed on September 16, 2026. *See* ECF No. 160. Pursuant to the Scheduling Order, the current expert discovery deadlines are as follows: October 14, 2026, to serve opening expert reports; November 18, 2026, to serve rebuttal expert reports; and December 15, 2026, to have conducted depositions of the experts. *See* ECF No. 25, at 3 (providing 28 days, 63 days, and 90 days after the close of fact discovery for these deadlines).

Swissdigital respectfully requests that these deadlines be extended for its technical expert, Mr. Joel Delman, as well as corresponding extensions for Samsonite's technical expert.

Specifically, Swissdigital requests that the Court allow the parties' technical experts to serve their opening reports on October 21, 2026, to serve their rebuttal reports on December 2, 2026, and to be deposed by December 29, 2026.

In support of this motion, Swissdigital states that good cause exists for the requested extension. Mr. Delman had originally anticipated that he would be available this week to finalize his opening infringement report by the October 14, 2026 deadline. But due to a medical situation, medication issues, and changes to Mr. Delman's surgical schedule this week, Mr. Delman requires additional time to disclose his report. Swissdigital requests a one-week extension to serve Mr. Delman's opening infringement report and a corresponding extension for Samsonite's technical expert.

Regarding the rebuttal report deadline, Mr. Delman has a trial scheduled for the week of October 19, 2026, with associated travel and trial preparation obligations. The following week, Mr. Delman will be traveling October 27 through October 29 to conduct product inspections related to another matter. Then, Mr. Delman has another trial scheduled, with associated travel and trial preparation obligations, for the weeks of November 2 and November 9. Given these significant obligations, Swissdigital requests a two-week extension to serve Mr. Delman's rebuttal report, a corresponding extension for Samsonite's technical expert, and a two-week extension to the deadline to depose these experts.

This is the first request to extend expert discovery deadlines, and the fourth request for an extension made in this case. *See* ECF No. 85 (granting an extension); ECF No. 156 (same); ECF No. 160 (same). The parties have abided by the Scheduling Order with respect to other interim discovery deadlines. Swissdigital believes that no party will suffer any undue prejudice from the proposed extensions, which only extend expert discovery by two weeks. Moreover, Samsonite

has agreed to the proposed extensions and does not oppose this motion.

For the foregoing reasons, Swissdigital respectfully requests that the Court extend the expert discovery deadlines for the parties' technical experts as proposed.

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), counsel for Swissdigital certifies that they have conferred with opposing counsel via email, and Samsonite has indicated that it does not oppose the requested extensions.

Dated: October 12, 2026

Respectfully submitted,

By: */s/ Scott M. Draffin*

Dariush Keyhani (*pro hac vice*)
Frances H. Stephenson (*pro hac vice*)
Scott M. Draffin (*pro hac vice*)

**KEYHANI LLC**
1050 30th Street NW
Washington, DC 20007
Phone: (202) 748-8950
dkeyhani@keyhanillc.com
fstephenson@keyhanillc.com
sdraffin@keyhanillc.com

Lisa M. Tittemore (BBO # 567941)
Kevin R. Mosier (BBO # 703739)
Susmita A. Gadre (BBO # 705376)

**MERCHANT & GOULD P.C.**
75 State Street
Suite 2210, Floor 22
Boston, MA 02109
Phone: (857) 301-7610
ltittemore@merchantgould.com
kmosier@merchantgould.com
sgadre@merchantgould.com

***Attorneys for Plaintiff***
***SWISSDIGITAL USA CO., LTD.***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2026, I caused the foregoing document to be served upon all counsel of record via the Court's CM/ECF system.

*/s/ Scott M. Draffin*
Scott M. Draffin