**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Swissdigital USA Co., Ltd.
Plaintiff(s)

V.

Samsonite Group, S.A. et al
Defendant(s)

CIVIL ACTION

NO. 1:24-cv-11636-JEK

**REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE Kobick

☐ The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

☑ On 10/29/2026 I held the following ADR proceeding:

- ☐ SCREENING CONFERENCE
- ☑ MEDIATION
- ☐ MINI-TRIAL
- ☐ EARLY NEUTRAL EVALUATION
- ☐ SUMMARY BENCH / JURY TRIAL
- ☐ SETTLEMENT CONFERENCE

All parties were represented by counsel [except ________________________]

The parties were ☑ /were not ☐ present in person or by authorized corporate officer [except ______________________________________].

The case was:

☐ Settled. Your clerk should enter a _______ day order of dismissal.

☐ There was progress. A further conference has been scheduled for ________________ unless the case is reported settled prior to that date.

☑ Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

☐ Suggested strategy to facilitate settlement:

The Court remains available should the parties want to return to mediation.

10/29/2026
DATE

/s/ Stephanie Garvin
Deputy Clerk

(ADRReportforpdf.wpd - 4/12/2000)